- 1 -

| Your Name: | Kelly Kirsten Tankersley |
| Address: | 1033 Revere avenue |
| Phone Number: | (415) 583-6821 |
| Fax Number: | |
| E-mail Address: | tk0260@gmail.com |
| Pro Se Plaintiff | |

**FILED** ℉

③

JUN 13 2025 ℳℙ
ℱℛ

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CV25  5030
AGT

Kelly Kirsten Tankersley

**Case Number**   *[leave blank]*

Plaintiff,

**COMPLAINT**

vs.

United States of America;

The United States Department of the Navy

**DEMAND FOR JURY TRIAL**

Yes ☐  No ☑

C

Defendant.

**PARTIES**

1. Plaintiff. *[Write your name, address, and phone number. Add a page for additional plaintiffs.]*

| Name: | Kelly Tankersley |
| Address: | 1033 Revere avenue |
| Telephone: | (415) 583-6821 |

**COMPLAINT**

PAGE 1 OF 5 *[JDC TEMPLATE – Rev. 05/2017]*

## INTRODUCTION

1.  My name is Kelly Tankersley and I am a natural person over the age of 18.  I am a resident of San Francisco and this is where all the events have occurred.  I am bringing forth this action under the Federal Tort Claims Act 28 U.S.C 2671 et seq. This Court is vested with original jurisdiction to hear this matter pursuant to 28 U.S.C. 1346 (b)(1), which provides in part that, "[t]he district courts... shall have exclusive jurisdiction of civil actions on claims against the United States, for money damages for injury or loss of property, or for personal injury or death caused by the negligent or wrongful act or omission of any officer, employee or servant of the Government while acting within the scope of their office or employment, under circumstances where the United States, if a private person would be liable to the claimant in accordance with the law of the place where the act or omission occurred."

2.  I filed a timely administrative claim with the Judge Advocate General of the Navy pursuant to the Federal Tort Claims Act, U.S.C. 2675.  My claim was denied on January 10, 2025.

3.  Venue is proper in the Northern District of California, because the acts or omissions giving rise to the claims alleged herein occurred in this District.  28 U.S.C. 1391(b)(2).

### STATEMENT OF FACTS

4.  I have been a tenant of Bayview Industrial at 1033 Revere avenue San Francisco since 1997.  The property is privately owned by the Legallet Family and there are many small businesses/tenants that have been here for over 30 years.

5.  The industrial landfill that is located in Parcel E-2 of the former Hunters' Point Shipyard is 200 feet from privately owned property.  On one side it is bordered by the UCSF Larc facility and the adjacent property is owned by the Lowpensky Family and the Legallet Family who owns a substantial amount of property in this area.  Please refer to exhibit A for reference of this location.

6.    I attribute all my injuries to the inhalation of contaminants resuspended from activities carried out in Parcel E and E-2 including the shoreline.  The combination of multiple toxic substances including heavy metals and multiple radioactive isotopes is unprecedented in a non-occupational setting.Two of the radioactive isotopes I am currently internally exposed to are Plutonium 238 and Plutonium 244.

7.    I have yet to come across another example or case where a member of the Public has evidence of exposure to a multitude of radioactive isotopes at the levels my testing to date has revealed.  The injury that is the basis of my claim is not my fear of cancer now or in the future.  The extent of my exposure is at the level where it has impacted my daily life and is best described as extreme and the progression is rapid.

8.    Plutonium exposure is treatable and treatment should have been initiated immediately but it was not.  My bioassay was one of ten submitted for testing and one of only two with substantial amounts of Plutonium and the only one with multiple isotopes.  Everyone should have received treatment immediately, but did not.  The Department of Defense is well aware of the hazards of internal Plutonium exposure. They have violated their own promise as pledged in DoD policies and directives.  They not only intentionally delayed treatment but have suffered onto me the type of harm they would never take on themselves.  The Department of Defense maintains its' own stockpile of Ca-dtpa specifically for civilian personnel, members of the military and their family members.

9.    I have done everything I can possible do to obtain treatment that should have started years ago.  I have all the information to construct an artful case beyond any plausibility standard but my physical and mental condition are making this impossible to complete and delaying this has become unbearable.  I am at the mercy of the Court to grant me some level of solicitude in respect to my legal presentation of this matter.

CLAIM OF NEGLIGENCE

1. Nuclear Weapon Accident Response Procedure, NARP, August 22, 2013 change 2 B) Personnel responsible for SR activities may refer to NUREG-1575/EPA 402-R-97-016 DOE/EH-0624 (Reference(aa)),{MARSIMM} which was developed jointly by DOD, DOE, NNSA, EPA, and the Nuclear Regulatory Commission, to provide a consistent approach in investigating and remediating radiologically contaminated sites, regardless of the cause routine operations or accident. Additionally, sections 9601 through 9675 of Title 42 U.S.C (Reference (ab)) assign liability to each department, agency, and instrumentality of the United States during and following a U.S. nuclear weapon accident response for violations of the statutory provisions. As outlined in section 9607(a) of Reference (ab), the potential responsible party (the coordinating agency) will be responsible for any other necessary costs of response. Specifically, the coordinating agency will be liable for damages or destruction of, or loss of natural resources and the costs of any health assessment or health effects study carried out under sections 9601 through 9675 of Reference (ab).

2. DoDD 3150.08 Department of Defense Response to nuclear Weapon and Radiological Material Incidents,..."Under the CERCLA, Executive Order 12580, and the NCP, DoD is responsible for hazardous substance responses to releases on and from DoD facilities or vessels under its jurisdiction, custody, or control of the DoD, including transportation-related incidents. For responses under these circumstances, DoD provides a federal OSC or Remedial Project Manager (RPM) who is responsible for all CERCLA response actions, both onsite and offsite. For incidents occurring on, or where the sole sole source of the nuclear/radiological release is from any facility or vessel under DoD jurisdiction, custody, or control. DoD is responsible for the following actions:

Mitigate the consequences of the incident

Provide notification and appropiate protection action recommendations to SLTI (state, local, tribal, island) government officials

Minimize the radiological hazard to the public

## PRAYER FOR RELIEF

1  My request from the court is for the relief that should have been provided by many
2  others long before now. It is under extreme duress that I bring this request to the
3  court at this time and the need is so great that it has handicapped by ability to know
4  of any other methods or means to accomplish this. The publicity that others have
5  created have negatively impacted my ability to obtain treatment for a serious condition.
6  I am powerless to control this but the consequences are real. The Navy knows the origin
7  of Pu 244 is uniquely their responsibility. I have reached out to REAC/TS and I have
8  been contacted by the RNCP as a result of that request. They have provided all the
9  necessary tools needed to start treatment but I still have not been able to recieve any
10  as of this time. I would like to support these statements in exhibit B to aid in the
11  plausibility of my claim concerning this matter. I am not a plaintiff in the similar case
12  Bayview residents v. Tetra Tech. I have repeatedly asked them to quit publicly disclosing
13  my personal test results without my consent and this has caused me great harm. It is
14  unusual to propose biomonitoring Plutonium exposure and tragic to not include treating.
15  The majority of toxic substances that testing has revealed that I have been exposed to
16  have no known treatment other than avoidance and the bodys own ability to detoxify
17  and heal itself from the effects. In my administrative claim I begged the Navy to give
18  me any amount it would consider that would enable me to move away from San
19  Francisco and out of harms way. I requested a physical examination by a physician
20  of their choosing and expressed the urgency and need for treatment. They waited until
21  the last day to submit their letter of denial. The identity of Plutonium 244 in itself should
22  have confirmed their responsibility due to its origins. They know the severity of inhaled
23  Plutonium and have chosen to ignore my suffering and add to the harm. I am pleading
24  to the court for an urgent resolution to end my suffering in any way it deems just and
25  appropiate, I declare under the penalty of perjury, that the statements I have declared
26  therein are true and accurate on this date the sixth of June, 2025.
27
28  _Kelly Tankersley_ _____

**Complaint page 5 of 5**

EXHIBIT A







unprotected fenceline on Fitch Street

Write a description for your map

**Legend**
Circle Measure

**COMPLAINT EXHIBIT B**

**Correspondence from Hunters Point Biomonitoring regarding treatment**

**Federal Registry Notice concerning ca-dtpa approval**

**CDC Radiation Guidelines**

Gmail - CUEP Report                                    https://mail.google.com/mail/u/0/?ik=35795fc2d1&view=pt&search=

# CUEP Report

**Ahimsa Porter Sumchai MD PD**
<ahimsaportersumchaimd@hunterspointcommunitybiomonitoring.net>

Tue, Sep
28, 2021 at
7:39 AM

To: Kelly Tankersley <tk0260@gmail.com>
Cc: Hunters Point Community Biomonitoring Program
<ahimsaportersumchaimd@hunterspointcommunitybiomonitoring.net>

I consider your urinary screening to be one of the most serious we have conducted. The combination of arsenic and thallium in concentrations exceeding reference range disturbs me. I hope we can get together this weekend and brainstorm ways to get Mats on disability and make a medical toxicology referral for you. I am working with a doctor named James Dahlgren MD who is an environmental toxicologist. Perhaps he will be willing to meet with you. Let me know what time you two are available.

Good evening Kelly,

Just a note to apologize and let you know I deleted your name, photo and YouTube video from the article. I hope you understand the intent of the article is to draw community focus on the dangers of the panhandle region. She signed a release of information to me, Dr. Dahlgren and to the Bonner law firm. I used your health information to negotiate a settlement to help you relocate. I am also interested in a Gofundme campaign to raise money to help you relocate. Is that something you are willing to support?

crest <tk0260@gmail.com>                    Mon, Sep 16, 2024 at 10:00 AM

To: James Dahlgren <dahlgren@envirotoxicology.com>

I have to ask you why you continue to disclose my confidential medical information after I requested this to stop? You are a partner in the Hunters' Point Biomonitoring Foundation, so you are just as responsible for the continued disclosure of my test results and any reference to me that is being made. Since this is something that continues to take place, why haven't you even once attempted to refer me to a doctor willing to provide treatment to me or Mats? Will you be willing to sign a statutory declaration stating that the test results are valid, so I can find a doctor who will be willing to treat us? I will have one written up to mail to you and if you have a formal form of your own that could be used to write a referral, could you do that as well? Otherwise, I can produce a referral form of my own.  Please let me know asap. If this is too much to ask. then please disregard all the information including my test results

 Gmail

## do no harm

**James Dahlgren** <dahlgren@envirotoxicology.com>                        Wed, Mar 27, 2024 at 10:57 AM
To: crest <tk0260@gmail.com>
Cc: Ahimsa Porter Sumchai MD PD <ahimsaportersumchaimd@hunterspointcommunitybiomonitoring.net>

Dear Ms. Tankersley

I would appreciate it fi you would give me the information about treatment for plutonium poisoning. I am not aware and I have looked about any therapy or treatment for plutonium or any radionuclide poisoning.

There are chelation therapies to reduce the body burden of heavy metals. That has been used in acute radioactive metal high level exposure.

I have treated hundreds of workers who had lead poisoning. It did not help their health issues.

Please. Let me know what treatment you have learned about and I will provide to you, if I can.

Dr Dahlgren

[Quoted text hidden]



# (no subject)
2 messages

---

**crest <tk0260@gmail.com>**
To: James Dahlgren <dahlgren@envirotoxicology.com>

Mon, Apr 22, 2024 at 1:03 PM

Dr. Dahlgren, I was hoping that you would have made an attempt to explain or validate the results of the tests you submitted that revealed Plutonium exposure and I need to know if they are accurate to the best of your knowledge. I am surprised that you weren't aware that there is treatment for this. Of course, it is best started as soon as exposure is detected and in the words of the FDA, "unethical to not be made available for suspected or confirmed Plutonium exposure". I am starting to doubt the results and I have heard "We are detecting plutonium. That is 100% specific to the Navy as the polluter, and the Shipyard is the source of the pollution. Dr. Dahlgren detected plutonium in 9 out of 11 screenings this summer." I also heard you state that it was 4 out of 6. Dr. Sumchai said it was up to 100 people. It would be helpful to know the truth. A simple yes or no or you are not sure will suffice.
    Kelly

---

**James Dahlgren <dahlgren@envirotoxicology.com>**
To: crest <tk0260@gmail.com>

Tue, Apr 23, 2024 at 5:34 PM

Dear Kelly


I am certain that the results of Plutonium are accurate because the testing method is reliable and the numbers make sense.


The number of positives and tests done for plutonium was 7out of 10 were positive.

Plutonium is only 0.01 % of the body burden and therefore the finding of small amounts is very important.

You had the highest levels of plutonium and uranium levels and Mats was similar.

These are important because plutonium only comes from atomic bombs. It is a manmade chemical to make the atomic bomb. The only likely source for you results is the shipyard.

I hope we can sit down and learn from each other.

Dr Dahlgren

Here is your result:


**ALS – Fort Collins**

**Client:**    **3TM Consulting, LLC**

**Project:**    **001 Nuclides Sample ID:**    **Kelly Tankersly Legal Location:**

**Collection Date: 6/19/2022 08:00**


**Report**

**SAMPLE SUMMARY REPORT**

**Matrix: WLIQUID**

### Percent Moisture:

### Dilution

**Analyses**                    **Result**        **Qual**

**Limit**

**Units**

**Factor**

**Date Analyzed**

| Gamma Spectroscopy Results | | SOP 713 | Prep Date: 7/19/2022 | PrepBy:RYK |
|---|---|---|---|---|
| K-40 | 3.92 (+/- 0.61) | G 0.47 | pCi/g NA | 7/20/2022 08:21 |
| Cs-137 | ND (+/- 0.014) | U,G 0.023 | pCi/g NA | 7/20/2022 08:21 |
| **Isotopic Plutonium by Alpha Spectroscopy** SOP 714 Prep Date: 7/5/2022 PrepBy:SDW | | | | |
| Tracer: Pu-242 | 71.9 | 30-110 | %REC DL = NA | 7/18/2022 14:05 |
| Pu-236 | ND (+/- 0.0051) | U 0.0076 | pCi/g NA | 7/18/2022 14:05 |
| Pu-238 | 0.003 (+/- 0.005) | 0.0028 | pCi/g NA | 7/18/2022 14:05 |
| Pu-239/240 | ND (+/- 0.005) | U 0.0109 | pCi/g NA | 7/18/2022 14:05 |

| **Pu-244** | 0.0091<br>(+/-<br>0.0063) | 0.0027 | pCi/g<br>**NA** | 7/18/2022<br>14:05 |
|---|---|---|---|---|
| **Plutonium-241 by LSC** | | **SOP<br>704** | Prep Date:<br>7/5/2022 | PrepBy:**SDW** |
| *Tracer: Pu-242* | *71.9* | *30-110* | *%REC*<br>*DL = NA* | 7/25/2022<br>18:43 |
| **Pu-241** | **ND (+/-<br>1.3)** | U<br>2.1 | pCi/g<br>**NA** | 7/25/2022<br>18:43 |

**Total Uranium by Alpha Spectroscopy**
          **SOP 714**        **Prep**
Date: **7/5/2022**      PrepBy:**SDW**

| *Tracer: U-232* | *63.7* | *30-110* | *%REC*<br>*DL = NA* | 7/9/2022<br>13:08 |
|---|---|---|---|---|
| **U-233/234** | **0.046 (+/-<br>0.017)** | 0.013 | pCi/g<br>**NA** | 7/9/2022<br>13:08 |
| **U-235/236** | **0.0031<br>(+/-<br>0.0051)** | 0.0028 | pCi/g<br>**NA** | 7/9/2022<br>13:08 |
| **U-238** | **0.0094<br>(+/-<br>0.0071)** | 0.0077 | pCi/g<br>**NA** | 7/9/2022<br>13:08 |
| **URANIUM, TOTAL** | **0.058 (+/-<br>0.019)** | 0.014 | pCi/g<br>**NA** | 7/9/2022<br>13:08 |

[Quoted text hidden]

 Gmail

Kelly Tankersley <tk0260@gmail.com>

## Plutonium exposure non-occupational

**REACTS <REACTS@orise.orau.gov>**
To: crest <tk0260@gmail.com>, REACTS <REACTS@orise.orau.gov>

Thu, Apr 4, 2024 at 11:58 AM

Thank you for your question and I apologize for the late response.   Unfortunately, we do not have any models guiding exposure to Plutonium.  We would recommend you seek medical advice from a physician of your choice.  You are welcome to provide our contact information to your physician in the event they would like to consult with us.  Good luck to you and we hope you are able to find the information you are seeking.  Thank you!

**Radiation Emergency Assistance Center/Training Site**

**ORAU/ORISE** https://orise.orau.gov/reacts/

**PO Box 117, MS 39**

**Oak Ridge, TN 37831-0117**

**(865) 576-3131 – Main Office**



**From:** crest <tk0260@gmail.com>
**Sent:** Tuesday, April 2, 2024 7:53 PM
**To:** REACTS <REACTS@orise.orau.gov>
**Subject:** Plutonium exposure non-occupational

***ATTENTION: This message originates outside of the ORAU/ORISE network.***

***DO NOT open attachments or links in unexpected emails or from unknown senders!***

I am contacting you for information regarding Plutonium exposure and would like to know where to find information on chelation involving an individual with exposure to Plutonium 238 and 244 with the time and duration of exposure being unknown. Have you developed any models to guide this type of exposure and this is by route of inhalation, not ingestion or wound contamination. Any referrals or guidance would be appreciated.

Gmail - RE: Radiation and Nuclear Countermeasures Program (RNCP)      https://mail.google.com/mail/u/0/?ik=35795fc2d1&view=pt&search=

 Gmail             Kelly Tankersley <tk0260@gmail.com>

## RE: Radiation and Nuclear Countermeasures Program (RNCP)

3 messages

**Gross, Glenda** <Glenda.Gross@orau.org>        Wed, Jul 3, 2024 at 10:26 AM
To: "tk0260@gmail.com" <tk0260@gmail.com>


Dear Ms. Tankersly,


We were sent your email by the RNCP program. We are very sorry to hear that you are having ongoing problems. We are a DOE/NNSA medical asset for emergency radiological medical illnesses/injuries. We do not establish doctor-patient relationships with individuals but instead, we assist the healthcare providers in caring for their patients.


We saw an article with Dr. Sumchai's comments. We would be happy to discuss your situation with Dr. Sumchai and our contact information is below for Dr. Sumchai. We would need Dr. Sumchai to release medical records information to us on your previous testing and review to see if you may need repeat bioassays. RNCP contacted the CDC bioassay lab and they may be able to assist your healthcare provider. Your state may be able to assist with this, as well. We will discuss all of this with Dr. Sumchai.


Regards,

REAC/TS


Radiation Emergency Assistance Center/Training Site

REAC/TS

(865) 576-3131

(865) 576-1005 (24 hour)

ORISE.ORAU.GOV/REACTS/


**Subject:** [EXTERNAL] Radiation and Nuclear Countermeasures Program (RNCP)

## Main Areas of Focus

- Produce new techniques and devices to measure radiation exposure in the human body
- Follow biomarkers of tissue damage and recovery
- Develop novel therapies to minimize tissue damage, hasten tissue recovery, restore normal physiological

 Gmail

Kelly Tankersley <tk0260@gmail.com>

## (no subject)

**James Dahlgren** <dahlgren@envirotoxicology.com>        **Mon, Sep 16, 2024 at 10:14 AM**
To: crest <tk0260@gmail.com>

Kelly
I am not associated with Dr Sumchai any longer
I am not a partner with Hunters point biomonitoring
I regret Dr Sumchai revealing your results.
I do not know how to treat you and Mats.
You need an internist to treat your symptoms
There is no specific RX for radionuclides
Chelation is not proven to help, but is used in acute poisonings
You have seen regular doctors and they are not doing anything specific
I am sorry about the situation
I can provide medical care for you as an internist
I will make house calls and write lab orders and medication if needed
I am semi retired and my office is in Sausalito
Please accept my apologies
I know you are adversely affected by the poisoning form the shipyard
Do you want copies of your test results?
Dr Dahlgren

Get Outlook for iOS

**From:** crest <tk0260@gmail.com>
**Sent:** Monday, September 16, 2024 10:00:13 AM
**To:** James Dahlgren <dahlgren@envirotoxicology.com>
**Subject:**

[Quoted text hidden]



**CBS News**

https://www.cbsnews.com › ... › Local News ⋮

## Radioactive objects at Hunters Point shipyard prompt calls ...

Dec 17, 2023 — Sumchai's foundation has received grants but testing requires out-of ... He has studied plutonium found in urine samples of some 1500 ...



**YouTube · laborvideo**

120+ views · 1 year ago ⋮

## Plutonium & Fighting For Justice & Accountability For ...



... Sumchai has been working for many years to document the role of the ... plutonium in their urine. UCSF also has a animal facilities on ...



**KQED**

https://www.kqed.org › science › u-s-navy-acknowledg... ⋮

## US Navy Acknowledges Rising Toxic Groundwater Threat ...

Mar 7, 2024 — Porter Sumchai has screened more than 150 residents and found elevated levels of contaminants like uranium, plutonium and radioactive ...



**San Francisco Bay View**

https://sfbayview.com › News & Views ⋮

## HP Biomonitoring: Promising HOPE for Hunters Point

Mar 2, 2022 — Ahimsa Porter Sumchai, graduated from Woodrow Wilson High School. He was instrumental in the start-up and implementation of the Hunters Point ...



**SF.gov**

https://www.sfgov.org › files › sotf_080724_item6  **PDF**  ⋮

## Committee: Sunshine Ordinance Task Force Date: 8/7/24

Aug 7, 2024 — SUMCHAI MD, AHIMSA PORTER - PRINCIPAL INVESTIGATOR - HUNTERS POINT COMMUNITY ... plutonium at a cost ranging from $3000 to $5000 per test. (10) ...



**San Francisco Chronicle**

https://www.sfchronicle.com › Bay Area › Real Estate ⋮

## Radioactive objects turn up at SF's Hunters Point Shipyard ...

Dec 8, 2023 — Ahimsa Porter Sumchai dots a map with pins that represent different cancers she says have been found in residents near the Hunters Point Naval ...

**Biomonitoring California (.gov)**

https://biomonitoring.ca.gov › files › downloads  **PDF**  ⋮

San Francisco Bay View
https://sfbayview.com › ... › Local News & Views ⋮

## The bomb in our bodies: The Nuclear Cluster at Hunters ...

Nov 5, 2024 — Plutonium-238 was the first isotope of plutonium discovered by Nobel Prize recipients Glen T. Seaborg and associates in December 1940 using the ...


**Medium**
https://ahimsaportersumchaimd.medium.com › quest-to... ⋮

## quest to detect plutonium - Ahimsa Porter Sumchai MD - Medium

Plutonium has 20 radioactive isotopes with half lives ranging from 80 million years for Pu-244 to 24 thousand years for Pu-239. Pu— 239 and Pu-241 are fissile ...

**San Francisco Public Press**
https://www.sfpublicpress.org › exposed-part-6-shuttere... ⋮

## Shuttered Radiation Lab a Health Risk for Growing ...

Dec 16, 2024 — In the ship's most contaminated area, "it would take only two hundred working days for the average person to inhale 0.1 micrograms of plutonium, ...


**capitalismraceanddemocracy.org**
https://capitalismraceanddemocracy.org › analysis ⋮

## San Francisco Residents Suffer Plutonium Poisoning at Naval ...

Now two doctors, James Dahlgren and Ahimsa Porter Sumchai, have discovered plutonium in the bodies of both residents and workers there. Former San Francisco ...


48
**48 Hills**
https://48hills.org › News + Politics › Environment ⋮

## This land is whose land?

Mar 13, 2023 — Sumchai knows the Shipyard backwards and forwards; her voluminous writing and research on the Shipyard is outsized only by the Navy's. She's ...


**Medium · Ahimsa Porter Sumchai MD**
50+ likes · 2 years ago    ⋮

## the greatest story never told! - Ahimsa Porter Sumchai MD

In July of 2022 she underwent a 24 hour urinary screening capable of detecting radioisotopes of uranium, plutonium and potassium. The test was ...

**Westside Observer**
https://westsideobserver.com › 9-hunters-point-toxics-sp... ⋮

## The Bomb Within Us

Sumchai (r) founded the Hunters Point Community Biomonitoring Program in ... plutonium 238pellet

This site displays a prototype of a "Web 2.0" version of the daily Federal Register. It is not an official legal edition of the Federal Register, and does not replace the official print version or the official electronic version on GPO's govinfo.gov.

The documents posted on this site are XML renditions of published Federal Register documents. Each document posted on the site includes a link to the corresponding official PDF file on govinfo.gov. This prototype edition of the daily Federal Register on FederalRegister.gov will remain an unofficial informational resource until the Administrative Committee of the Federal Register (ACFR) issues a regulation granting it official legal status. For complete information about, and access to, our official publications and services, go to About the Federal Register on NARA's archives.gov.

The OFR/GPO partnership is committed to presenting accurate and reliable regulatory information on FederalRegister.gov with the objective of establishing the XML-based Federal Register as an ACFR-sanctioned publication in the future. While every effort has been made to ensure that the material on FederalRegister.gov is accurately displayed, consistent with the official SGML-based PDF version on govinfo.gov, those relying on it for legal research should verify their results against an official edition of the Federal Register. Until the ACFR grants it official status, the XML rendition of the daily Federal Register on FederalRegister.gov does not provide legal notice to the public or judicial notice to the courts.

LEGAL STATUS

# Guidance for Industry on Pentetate Calcium Trisodium and Pentetate Zinc Trisodium for Treatment of Internal Contamination with Plutonium, Americium, or Curium; Availability

A Notice by the Food and Drug Administration on 09/15/2003

**PUBLISHED CONTENT - DOCUMENT DETAILS**

**Agencies:** Department of Health and Human Services
Food and Drug Administration
**Agency/Docket Number:** Docket No. 2003D-0399
**Document Citation:** 68 FR 53984
**Document Number:** 03-23489
**Document Type:** Notice
**Pages:** 53984-53989 (6 pages)
**Publication Date:** 09/15/2003

**Department of Health and Human Services**
**Food and Drug Administration**
   [Docket No. 2003D-0399]

# AGENCY:

Food and Drug Administration, HHS.

# ACTION:

Notice.

# SUMMARY:

The Food and Drug Administration (FDA) is announcing that we (FDA) have concluded that pentetate calcium trisodium (Ca-DTPA) and pentetate zinc trisodium (Zn-DTPA), when produced under conditions specified in approved new drug applications (NDAs), can be found (▢ printed page 53985) to be safe and effective for the treatment of internal contamination with plutonium, americium, or curium to increase the rates of elimination. We encourage the submission of NDAs for Ca-DTPA and Zn-DTPA drug products. We are also announcing the availability of a guidance for industry entitled "Calcium-DTPA and Zinc-DTPA Drug Products—Submitting a New Drug Application." This guidance is intended to assist manufacturers who plan to submit NDAs for Ca-DTPA and Zn-DTPA.

# ADDRESSES:

Submit NDAs to the Food and Drug Administration, Center for Drug Evaluation and Research, Central Document Room, 12229 Wilkins Ave., Rockville, MD 20857. Submit requests for copies of draft labeling to the Division of Medical Imaging and Radiopharmaceutical Drug Products (HFD-160), Center for Drug Evaluation and Research, Food and Drug Administration, 5600 Fishers Lane, Rockville, MD 20857, 301-827-7510. Copies of the reports referred to in this document will be on display at the Division of Dockets Management (HFA-305), Food and Drug Administration, 5630 Fishers Lane, rm. 1061, Rockville, MD 20852. Submit written requests for single copies of the guidance to the Division of Drug Information (HFD-240), Center for Drug Evaluation and Research, Food and Drug Administration, 5600 Fishers Lane, Rockville, MD 20857. Send one self-addressed adhesive label to assist that office in processing your requests. Submit written

comments on the guidance to the Division of Dockets Management (address given previously). Submit electronic comments to *http://www.fda.gov/dockets/ecomments (http://www.fda.gov/dockets/ecomments)*. See the **SUPPLEMENTARY INFORMATION** section for electronic access to the guidance document.

# FOR FURTHER INFORMATION CONTACT:

Kyong Kang, Center for Drug Evaluation and Research (HFD-160), Food and Drug Administration, 5600 Fishers Lane, Rockville, MD 20857, 301-827-7510.

# SUPPLEMENTARY INFORMATION:

## I. Background

### A. Plutonium, Americium, and Curium

Plutonium, americium, and curium are transuranium radioactive elements of the actinide series. They are products of nuclear bombardment and are found in the fallout from the detonation of nuclear weapons and the waste from nuclear power plants. These elements are used in various types of research. All isotopes of plutonium, americium, and curium are radioactive.

Contamination with plutonium, americium, or curium can occur through a variety of routes including ingestion, inhalation, and/or wounds. Contamination can cause serious illness or death when high radiation absorbed doses are delivered to critical organs. Lower doses have been associated with the development of cancer long after exposure. In addition to concerns about exposure to plutonium, americium, or curium in industrial and research environments, contamination by radioactive elements such as these, is of particular concern because of their potential use in a radiological dispersal device (RDD), commonly called a "dirty bomb." An RDD is a conventional explosive or bomb containing radioactive material. The conventional bomb is used as a means to spread radioactive material. An RDD is not a nuclear weapon and does not involve a nuclear explosion. Significant amounts of radioactive material, particularly plutonium, could also be spread by the detonation of an improvised nuclear device by terrorists. The extemporized design and construction of such a terrorist weapon could lead to an incident where only a small portion of the weapon's plutonium is consumed in the atomic reaction, and the rest of the plutonium is spread through the air by the explosion of the device. There are currently no approved treatments for internal contamination with plutonium, americium, or curium.

Diethylenetriaminepentaacetate (DTPA) is a ligand that acts as a chelator with a very high affinity for plutonium, americium, and curium. The calcium salt of DTPA is known as pentetate calcium trisodium and is referred to as Ca-DTPA. The zinc salt of DTPA is known as pentetate zinc trisodium and is referred to as Zn-DTPA.[1]

For several decades, Ca-DTPA and Zn-DTPA have been used investigationally to enhance the excretion of plutonium, americium, and curium from the body by means of ion exchange, chelation, and, ultimately, excretion through the urine. Because DTPA has a very high affinity for these transuranium elements, when it comes in contact with such elements, the calcium or zinc ions of Ca-DTPA and Zn-DTPA drugs are readily exchanged for the transuranium elements. The transuranium-DTPA complex is then rapidly excreted in the urine. There are currently no approved NDAs for drug products containing Ca-DTPA or Zn-DTPA.

Ca-DTPA and Zn-DTPA in sterile aqueous solution have been used under investigational new drug applications (INDs) held by the Radiation Emergency Assistance Center/Training Site (REAC/TS). REAC/TS is part of the Oak Ridge Associated Universities (ORAU). ORAU operates the Oak Ridge Institute for Science and Education under a contract with the Department of Energy. The INDs are for treatment of contamination resulting from nuclear power or other industrial accidents.

Traditional clinical trials have not been conducted because it would be unethical to deliberately expose patients to radiation; it would also be unethical to withhold potential beneficial medications from patients who have been accidentally exposed. Instead, under these INDs, accidentally exposed patients were treated empirically and the findings were reported in the literature as observational studies.

REAC/TS has retained the medical case reports on 646 patients treated with Ca-DTPA and Zn-DTPA for radiation contamination during the last 40 years. To facilitate the development and ultimate approval of Ca-DTPA and Zn-DTPA drug products, we have reviewed the medical reports on the patients in the REAC/TS database and reviewed the available published literature. This notice announces our conclusions about the safety and effectiveness of Ca-DTPA and Zn-DTPA drug products, and it is addressed primarily to persons interested in submitting NDAs for Ca-DTPA or Zn-DTPA drug products.

## II. Safety and Effectiveness of Ca-DTPA and Zn-DTPA Drug Products

We have concluded that Ca-DTPA and Zn-DTPA drug products, when produced under conditions specified in approved NDAs, can be found to be safe and effective for the treatment of patients with known or suspected internal contamination with plutonium, americium, or curium to increase the rates of elimination. As described in section II.A of this document, our conclusion is based on our review of medical reports in the REAC/TS database.

We encourage the submission of NDAs for both Ca-DTPA and Zn-DTPA drug products. If you are interested in submitting NDAs for these products, please contact the Center for Drug ( printed page 53986) Evaluation and Research's (CDER's) Division of Medical Imaging and Radiopharmaceutical Drug Products for a copy of the draft labeling (see ADDRESSES ). We also recommend that you consult the guidance entitled "Calcium-DTPA and Zinc-DTPA Drug Products—Submitting a New Drug Application," which is being made available with this notice (see section V of this document).

## A. Basis for Finding of Safety and Effectiveness

We have reviewed medical reports in the REAC/TS database and have determined that Ca-DTPA and Zn-DTPA drug products, when produced under conditions specified in an approved NDA, can be found to be safe and effective for treatment of patients with known or suspected internal contamination with plutonium, americium, or curium to increase the rates of elimination. Our conclusion is supported by our review of reports in the literature, which provided information consistent with that in the REAC/TS database.

Administration of a loading dose of Ca-DTPA followed by maintenance treatment with Zn-DTPA increases the rate of elimination of these radioactive elements from the body and is expected to decrease the risk of death and major morbidity from radiation complications.

In reaching our determination on the effectiveness of Ca-DTPA and Zn-DTPA, we evaluated reports from the REAC/TS database on 646 patients who received one or more doses of these drugs during the last 40 years. Ca-DTPA was administered either by inhalation or by intravenous injection. Zn-DTPA was administered by intravenous injection. Data on the type of transuranium element and amount of urine elimination were available for detailed analysis from 18 patients. In these patients, administration of Ca-DTPA by inhalation or intravenous injection of a 1-gram (g) dose of Ca-DTPA in a 5 milliliter (mL)-sterile aqueous solution increased the rate of radiation elimination in the urine an average of 39-fold. Maintenance doses of Zn-DTPA administered once daily resulted in continued

Some adverse effects were identified as resulting from Ca-DTPA and Zn-DTPA administration. The primary adverse effects of Ca-DTPA administration were the elimination from the body of endogenous essential trace metals, particularly zinc, but also including magnesium and manganese. The endogenous trace metal decreases occurred after treatment for several days and appeared to increase when the drugs were given in divided doses over 1 day. Although Zn-DTPA is also believed to decrease serum magnesium and manganese, no serious toxicity has been observed with the administration of Zn-DTPA in humans or animals. In patients undergoing administration of Ca-DTPA or Zn-DTPA drug products, blood levels of these endogenous trace metals should be followed closely and can be treated with nutritional supplements.

In pregnant animals, multiple doses of Ca-DTPA are associated with fetal malformations and fetal death. Similar effects on animal fetuses were not seen with Zn-DTPA. As a result, Zn-DTPA should be used to begin treatment in pregnant patients. However, if Zn-DTPA is not available, the risks related to radiation contamination should be weighed against the risks of Ca-DTPA to the mother and fetus.

Intravenous administration of Ca-DTPA is recommended and should be used if the route of radioactive contamination is not known or if multiple routes of contamination are possible. In patients whose contamination is only by inhalation within the preceding 24 hours, Ca-DTPA administered as a single loading dose by nebulized inhalation is an alternative route of administration. However, administration of Ca-DTPA by inhalation may irritate some patients, especially those with a history of respiratory disorders. In these patients, the intravenous route can be used. Other rare adverse events are discussed in the published literature and in the draft labeling we have prepared.

## B. Labeling for Ca-DTPA and Zn-DTPA

We have prepared draft labeling for Ca-DTPA supplied as 1 g in a 5 mL-sterile aqueous solution for administration either by inhalation (with a 1:1 dilution with saline and delivered by nebulization) or intravenous injection. We have also prepared draft labeling for Zn-DTPA supplied as 1 g in a 5-mL sterile aqueous solution for intravenous injection. You can submit this draft labeling as part of an NDA for Ca-DTPA or Zn-DTPA drug product that relies on our findings of safety and effectiveness. The draft labeling reflects our conclusion on the potential safety and effectiveness of Ca-DTPA and Zn-DTPA for treatment of patients with known or suspected internal contamination with plutonium,

americium, or curium to increase the rates of elimination, the draft labeling may need to be modified if you submit an NDA for either Ca-DTPA or Zn-DTPA and there is not an approved NDA for the other DTPA drug product, or the other drug product is otherwise unavailable. If you wish to change the labeling to include a different or broader indication or different dosage, or if you wish to make any other significant changes to the draft labeling, you should provide, as part of your NDA, additional literature or other studies to support your requested changes. If you submit an NDA for either a Ca-DTPA or Zn-DTPA drug product that is not based on our findings of the safety and effectiveness of Ca-DTPA and Zn-DTPA, you cannot use the draft labeling because it is based on our review of the REAC/TS database and published literature. If you submit such an NDA, your labeling must be based on the safety and effectiveness data contained in your NDA.

The draft labeling for NDAs based on our review of the REAC/TS database and published literature is available on the Internet at *http://www.fda.gov/cder/drug/infopage/dtpa/ default.htm (http://www.fda.gov/cder/drug/infopage/dtpa/default.htm)*. You may also contact CDER's Division of Medical Imaging and Radiopharmaceutical Drug Products for a copy of the draft labeling (see **ADDRESSES**).

## III. Conclusions

We have determined that Ca-DTPA and Zn-DTPA can be safe and effective for treatment of patients with known or suspected internal contamination with plutonium, americium, or curium to increase the rates of elimination. We encourage the submission of NDAs for Ca-DTPA and Zn-DTPA drug products. The requirement under 21 U.S.C. 355(b)(1) (https://www.govinfo.gov/link/uscode/21/355) for full reports of investigations to support these NDAs may be met by citing this notice and the published literature we relied on in preparing this notice. For a list of this published literature see section V of this document. A list of the published literature and reprints of the reports will be available for public inspection in the Division of Dockets Management (see **ADDRESSES**). It is unnecessary to submit copies and reprints of the reports from the listed published literature. We invite applicants to submit any other pertinent studies and literature of which they are aware.

## IV. Availability of a Guidance

### A. Notice of Availability

In this document, we are also announcing the availability of a guidance for industry entitled "Ca-DTPA and Zn-DTPA Drug Products—Submitting a New Drug Application." The

# Treating Radiation Exposure with DTPA

DTPA (Diethylenetriamine pentaacetate) is a medicine that helps reduce radioactive material in the body.

DTPA helps the body remove radioactive contamination through urine.

DTPA works best when given shortly after radioactive material has entered the body.

Diethylenetriamine pentaacetate (DTPA)

## Treatment overview

DTPA (Diethylenetriamine pentaacetate) is a medicine that can bind to radioactive plutonium, americium, and curium to decrease the amount of

time it takes to get radioactive plutonium, americium, and curium out of the body.

DTPA cannot bind all of the radioactive plutonium, americium, and curium that might get into a person's body after a radiation emergency. It also cannot prevent them from entering the body.

### How it works

DTPA comes in two forms: calcium (Ca-DTPA) and zinc (Zn-DTPA). Radioactive materials (bound to DTPA) are then passed from the body in the urine.

DTPA works best when given shortly after radioactive plutonium, americium, and curium have entered the body. The more quickly radioactive material is removed from the body, the fewer and less serious the health effects will be.

Ca-DTPA is more effective than Zn-DTPA when given **within the first day** after internal contamination has happened. After 24 hours have passed, Ca-DTPA and Zn-DTPA are equally effective.

After 24 hours, DTPA binds less effectively to radioactive plutonium, americium, and curium. However, DTPA can still work to remove these radioactive materials from the body several days or even weeks after a person has been internally contaminated.

## Taking DTPA

### Before taking DTPA

Doctors and public health authorities will work together to decide who

likely will benefit from DTPA treatment.

For doctors who may be administering DTPA for patients, use the following guidelines:

**Infants** (including breastfed infants) and children less than 12 years of age can be given either Ca-DTPA or Zn-DTPA.
The dosage of DTPA should be based on the child's size and weight.

The safety and effectiveness of the inhaled route of DTPA has not been studied in children.

**Young adults and adults** internally contaminated with plutonium, americium, or curium should receive Ca-DTPA if treated within the first 24 hours after contamination. After 24 hours, if additional treatment is needed, adults should receive Zn-DTPA. If Zn-DTPA is not available, patients may receive Ca-DTPA together with a vitamin and mineral supplement that contains zinc.

**Women who are pregnant** should be treated with Zn-DTPA, unless they have very high levels of internal contamination with plutonium, americium, or curium.
Ca-DTPA should be used in women who are pregnant only to treat very high levels of internal radioactive contamination.

In this case, doctors and public health authorities may prescribe a single dose of Ca-DTPA, together with a vitamin and mineral supplement that contains zinc, as the first treatment.

After the first dose of Ca-DTPA, treatment should continue 24 hours later with a daily dose of Zn-DTPA, as needed.

6/9/2025, 2:21 AM

**Breastfeeding** women who are internally contaminated with plutonium, americium, or curium can be treated with Ca-DTPA or Zn-DTPA.

## Using DTPA

DTPA can be injected directly into a vein in the arm or dripped into a vein from a bag (intravenously [IV]).

Adults who have inhaled plutonium, americium, or curium can be treated with DTPA mist that is breathed into the lungs.

Inhaling DTPA might cause some people, especially those with asthma, to cough or wheeze.

The safety and effectiveness of inhaled DTPA has not been shown in children.

DTPA should be taken only as long as needed, as determined by a doctor.

Doctors might collect samples of blood, urine, and feces during DTPA treatment. These samples can tell the doctors how much radioactivity you are passing and how much remains in your body.

The length of treatment with DTPA will depend on:

The amount of radioactive material in your body.

How well your body gets rid of the radioactive material with the help of DTPA.

## Side effects

People who are given repeat doses of Ca-DTPA within a short period of time may have:

Nausea

Vomiting

Diarrhea

Chills

Fever

Itching

Muscle cramps

Other side effects may include headache, light-headedness, chest pain, and a metallic taste in the mouth.

Ca-DTPA should be used cautiously in patients with a blood disease called hemochromatosis.

Ca-DTPA (and Zn-DTPA) bind to important minerals that the body needs (zinc, magnesium, and manganese). As a precaution, patients receiving long-term treatment with DTPA should be given a vitamin and mineral supplement that contains zinc.

## Getting DPTA

DTPA can **only** be administered by a doctor.

During a radiation emergency, doctors will provide DTPA treatment as needed.

More detailed information on DTPA can be found at the FDA website.

January 31, 2025