| U.S. Department of Justice<br>United States Marshals Service | | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|---|
| PLAINTIFF<br>Kelly Kirsten Tankersley | | COURT CASE NUMBER<br>3:25-cv-05030-AGT |
| DEFENDANT<br>United States of America, et al | | TYPE OF PROCESS<br>Summons, Complaint & Orders |

FILED
JUN 25 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>The Attorney General of the United States |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>950 Pennsylvania Avenue, NW, Washington, DC 20530 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Kelly Kirsten Tankersley<br>1033 Revere Avenue<br>San Francisco, CA 94124 | Number of process to be served with this Form 285 | 4 |
| | Number of parties to be served in this case | 3 |
| | Check for service on U.S.A. | x |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

| Signature of Attorney other Originator requesting service on behalf of: | [x] PLAINTIFF<br>[ ] DEFENDANT | TELEPHONE NUMBER<br>(415) 522-2067 | DATE<br>6/18/2025 |
|---|---|---|---|

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>4 | District of Origin<br>No. 11 | District to Serve<br>No. — | Signature of Authorized USMS Deputy or Clerk | Date<br>6/25/25 |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date<br>6/25/25 | Time<br>4:00 | [ ] am<br>[x] pm |
|---|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | | |

Costs shown on attached USMS Cost Sheet >>

REMARKS





Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

FILED
JUN 26 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kelly Kirsten Tankersley | 3:25-cv-05030-AGT |
| DEFENDANT | TYPE OF PROCESS |
| United States of America, et al | Summons, Complaint & Orders |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United States of America, The United States Department of the Navy
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1000 Navy Pentagon, Washington, DC 20350-1200

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Kelly Kirsten Tankersley, Pro per
1033 Revere Avenue
San Francisco, CA 94124

| | |
|---|---|
| Number of process to be served with this Form 285 | 4 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | x |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: (415) 522-2067
DATE: 6/18/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 4 | 11 | | | 6/25/25 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 6/25/25   Time: 4:00  ☐ am  [X] pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

Costs shown on <u>attached USMS Cost Sheet</u> >>

REMARKS



RECEIVED
JUN 25, 25
UNITED STATES MARSHAL
NORTHERN DISTRICT
OF CALIFORNIA

Acknowledgement

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

FILED
JUN 26 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kelly Kirsten Tankersley | 3:25-cv-05030-AGT |
| DEFENDANT | TYPE OF PROCESS |
| United States of America, et al | Summons, Complaint & Orders |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United States Attorney's Office for the Northern District of California
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Civil Process Clerk, 450 Golden Gate Avenue, San Francisco, CA 94102

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Kelly Kirsten Tankersley<br>1033 Revere Avenue<br>San Francisco, CA 94124 | Number of process to be served with this Form 285 | 4 |
| | Number of parties to be served in this case | 3 |
| | Check for service on U.S.A. | x |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| [signature] | (415) 522-2067 | 6/18/2025 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 4 | 11 | 11 | [signature] | 6/25/25 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | ☐ am ☒ pm |
|---|---|---|---|
| | 6/25/25 | 4:00 | |

| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy |
|---|---|
| | [signature] |

Costs shown on <u>attached USMS Cost Sheet</u> >>

REMARKS




RECEIVED JUN 25, 25
UNITED STATES MARSHAL
NORTHERN DISTRICT
OF CALIFORNIA

Form USM-285
Rev. 03/21