| U.S. Department of Justice<br>United States Marshals Service | FILED<br>JUL 09 2025<br>CLERK, U.S. DISTRICT COURT<br>NORTH DISTRICT OF CALIFORNIA | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|---|

| PLAINTIFF<br>Kelly Kirsten Tankersley | | COURT CASE NUMBER<br>3:25-cv-05030-AGT |
|---|---|---|
| DEFENDANT<br>United States of America, et al | | TYPE OF PROCESS<br>Summons, Complaint & Orders |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United States of America, The United States Department of the Navy

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1000 Navy Pentagon, Washington, DC 20350-1200

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | 4 |
|---|---|---|
| Kelly Kirsten Tankersley, Pro per<br>1033 Revere Avenue<br>San Francisco, CA 94124 | Number of parties to be served in this case | 3 |
| | Check for service on U.S.A. | x |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

| Signature of Attorney other Originator requesting service on behalf of: | [X] PLAINTIFF<br>[ ] DEFENDANT | TELEPHONE NUMBER<br>(415) 522-2067 | DATE<br>6/18/2025 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>4 | District of Origin No.<br>11 | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date<br>6/25/25 |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [X] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date<br>07/01/2025 | Time<br>6:48 | [X] am<br>[ ] pm |
|---|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | | |

Costs shown on attached USMS Cost Sheet >>

REMARKS
Mailed certified on 06/26/2025: TRACKING # 7002 2030 0001 5457 9669
Delivered: 07/01/2025

RECEIVED JUN 25, 25 UNITED STATES MARSHAL NORTHERN DISTRICT OF CALIFORNIA

SERVED

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
**United States Marshals Service**

FILED
JUL 09 2025

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | | COURT CASE NUMBER |
|---|---|---|
| Kelly Kirsten Tankersley | CLERK, U.S. DISTRICT COURT NORTH DISTRICT OF CALIFORNIA | 3:25-cv-05030-AGT |
| DEFENDANT | | TYPE OF PROCESS |
| United States of America, et al | | Summons, Complaint & Orders |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
The Attorney General of the United States

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
950 Pennsylvania Avenue, NW, Washington, DC 20530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Kelly Kirsten Tankersley
1033 Revere Avenue
San Francisco, CA 94124

| | |
|---|---|
| Number of process to be served with this Form 285 | 4 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | x |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  [x] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: (415) 522-2067
DATE: 6/18/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 4
District of Origin No.: 11
District to Serve No.: —
Signature of Authorized USMS Deputy or Clerk
Date: 6/25/25

I hereby certify and return that I [ ] have personally served [x] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 07/03/2025  Time: 5:03  [x] am [ ] pm

Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS
Mailed Certified on 06/26/2025: Tracking # 7002 2030 0001 5457 9676
Delivered: 07/03/2025

RECEIVED JUN 25, 25 UNITED STATES MARSHAL NORTHERN DISTRICT OF CALIFORNIA

SERVED

Form USM-285
Rev. 03/21

U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

FILED
JUL 09 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kelly Kirsten Tankersley | 3:25-cv-05030-AGT |
| DEFENDANT | TYPE OF PROCESS |
| United States of America, et al | Summons, Complaint & Orders |

SERVE AT
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United States Attorney's Office for the Northern District of California
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Civil Process Clerk, 450 Golden Gate Avenue, San Francisco, CA 94102

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Kelly Kirsten Tankersley
1033 Revere Avenue
San Francisco, CA 94124

Number of process to be served with this Form 285: 4
Number of parties to be served in this case: 3
Check for service on U.S.A.: X

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: (415) 522-2067
DATE: 6/18/2025

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 4
District of Origin No.: 11
District to Serve No.: 11
Date: 6/25/25

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): MS. KATHY Terry - Paralegal
Date: 6/26/25
Time: 10:38 [X] am

Costs shown on attached USMS Cost Sheet >>

REMARKS

# of DUSMs: 1
# of hours for all DUSMs: 0
# of round trip miles for all vehicles: 0

RECEIVED JUN 25, 25
UNITED STATES MARSHAL
NORTHERN DISTRICT
OF CALIFORNIA

✱ SERVED ✱

Form USM-285
Rev. 03/21