BRETT A. SHUMATE
Assistant Attorney General
JONATHAN GUYNN
Deputy Assistant Attorney General
J. PATRICK GLYNN
Director, Torts Branch
ALBERT K. LAI
Assistant Director
CAROLINE W. STANTON
LAUREN GERBER
Trial Attorneys
Civil Division, Torts Branch
P.O. Box 340
Washington, D.C. 20044
(202) 598-7354

*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KELLY KIRSTEN TANKERSLEY<br><br>Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA;<br>THE UNITED STATES<br>DEPARTMENT OF THE NAVY,<br><br>Defendant. | Case No. 3:25-cv-05030<br><br>**AFFIDAVIT OF THOMAS CAMPBELL IN SUPPORT OF THE UNITED STATES' MOTION TO DISMISS**<br><br>Date: October 17, 2025<br>Time: 10:00 A.M.<br>Courtroom: A 15th Floor<br>Judge: Hon. Alex G. Tse |

# AFFIDAVIT OF THOMAS CAMPBELL IN SUPPORT OF
# THE UNITED STATES' MOTION TO DISMISS

I, Thomas Campbell, being duly sworn, deposes and says,

1. To my knowledge, all the facts stated in this affidavit are true and correct.

2. I am over the age of 18, I am of sound mind, and I understand the obligations of an oath.

3. I am a Tort Claims Attorney in the Department of the Navy, Office of the Judge Advocate General, Tort Claims Unit.

4. The Tort Claims Unit received correspondence from Kelly Kirsten Tankersley on June 10, 2024.

5. On June 24, 2024, the Torts Claims Unit sent Ms. Tankersley a letter informing her that her correspondence was under review to determine if it was sufficient to constitute a properly presented claim under the Federal Tort Claims Act.

6. On July 25, 2024, I sent Ms. Tankersley a letter informing her that her correspondence did not contain information necessary to properly present a claim under the Federal Tort Claims Act. The letter specified that Ms. Tankersley failed to provide a sum certain. The letter also informed Ms. Tankersley that "until we receive this information you have not presented a proper claim and the two-year statute of limitations continues to run."

7. On August 27, 2024, the Tort Claims Unit received an administrative claim from Ms. Tankersley including a sum certain claiming five million dollars.

8. On January 10, 2025, I sent Ms. Tankersley a letter denying her administrative claim.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date Executed: August 25, 2025          Signed: *Thomas E. Campbell*