**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KELLY KIRSTEN TANKERSLEY<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA;<br>THE UNITED STATES<br>DEPARTMENT OF THE NAVY,<br><br>Defendant. | Case No. 3:25-cv-05030-AGT<br><br>**[PROPOSED] ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS**<br><br>Date: October 17, 2025<br>Time: 10:00 A.M.<br>Courtroom: A 15th Floor<br>Judge: Hon. Alex G. Tse |

**[PROPOSED] ORDER**

Having reviewed the arguments and submissions by the Parties, the Court hereby grants the United States' Motion to Dismiss. The Complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED:_____

_____
Honorable Alex G. Tse
Judge, United States District Court