BRETT A. SHUMATE
Assistant Attorney General
JONATHAN D. GUYNN
Deputy Assistant Attorney General
J. PATRICK GLYNN
Director, Torts Branch
ALBERT K. LAI
Assistant Director
LAUREN GERBER
Trial Attorney
Civil Division, Torts Branch
P.O. Box 340
Washington, D.C. 20044
(202) 598-7354

*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| KELLY KIRSTEN TANKERSLEY | Case No. 3:25-cv-05030-AGT |
|---|---|
| Plaintiff, vs. | **STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING DEADLINES** |
| UNITED STATES OF AMERICA; THE UNITED STATES DEPARTMENT OF THE NAVY, | Date: September 12, 2025<br>Time: 2:00 P.M.<br>Courtroom: A 15th Floor<br>Judge: Hon. Alex G. Tse |
| Defendant. | |

# STIPULATION

The parties submit this Stipulation and [Proposed] Order Extending Deadlines and request that the Court enter the attached [Proposed] Order Extending Deadlines in the above captioned case.

Counsel for the United States and Pro Se Plaintiff Ms. Tankersley met and conferred on September 4, 2025, regarding the Joint Case Management Statement. During this meet and confer, Plaintiff requested an extension of time for Plaintiff's opposition to the United States' Motion to Dismiss, ECF No. 12. Plaintiff's opposition is currently due on September 8, 2025, and the United States' reply is currently due September 15, 2025. The parties agreed to extend Plaintiff's deadline to file an opposition until September 22, 2025, and for the United States to file a reply on September 29, 2025. The parties request the Court enter the attached [Proposed] Order Extending Deadlines.

DATED: September 5, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
JONATHAN D. GUYNN
Deputy Assistant Attorney General

J. PATRICK GLYNN
Director, Torts Branch
ALBERT K. LAI
Assistant Director

*/s/ Lauren Gerber*
LAUREN GERBER
Trial Attorney
Civil Division, Torts Branch
P.O. Box 340
Washington, D.C. 20044

*Attorneys for the United States of America*

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2025, a copy of the foregoing Stipulation and [Proposed] Order was filed via the Court's ECF system and served on all parties. Plaintiff, who is proceeding pro se, stated in writing that Plaintiff consents to service via the Court's ECF system.

September 5, 2025

/s/ Lauren Gerber

Lauren Gerber

**[PROPOSED] ORDER EXTENDING DEADLINES**

**GOOD CAUSE APPEARING,** the Court hereby approves this Stipulation and [Proposed] Order Extending Deadlines. Plaintiff shall file an opposition to Defendant's Motion to Dismiss, ECF No. 12, by September 22, 2025. Defendant shall file a reply in support of its Motion to Dismiss by September 29, 2025.

**IT IS SO ORDERED**.

DATED:   September 9, 2025

Hon. Alex G. Tse
United States Magistrate Judge