BRETT A. SHUMATE
Assistant Attorney General
JONATHAN D. GUYNN
Deputy Assistant Attorney General
J. PATRICK GLYNN
Director, Torts Branch
ALBERT K. LAI
Assistant Director
LAUREN GERBER
Trial Attorney
Civil Division, Torts Branch
P.O. Box 340
Washington, D.C. 20044
(771) 217-8187

*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KELLY KIRSTEN TANKERSLEY<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>UNITED STATES OF AMERICA;<br>THE UNITED STATES<br>DEPARTMENT OF THE NAVY,<br><br>　　　　　Defendant. | Case No. 3:25-cv-05030-AGT<br><br>**UNITED STATES' NOTICE AND PROPOSED ORDER ALLOWING AMENDED COMPLAINT**<br><br>Date: October 24, 2025<br>Time: 10:00 A.M.<br>Courtroom: A 15th Floor<br>Judge: Hon. Alex G. Tse |

# NOTICE

The United States submits this Notice and [Proposed] Order and requests that the Court enter the attached [Proposed] Order allowing the Plaintiff to file an Amended Complaint in the above captioned case.

The United States filed a Motion to Dismiss, ECF No. 12, on August 25, 2025. Plaintiff filed an Opposition to the United States' Motion to Dismiss, ECF No. 19, on September 22, 2025. The United States' Reply is currently due on September 29, 2025. While the United States believes any amendment would be futile, *see* United States' Motion to Dismiss at 6, ECF No. 12, in the interest of judicial economy, the United States agrees to Plaintiff's request to file an Amended Complaint, pursuant to Federal Rule of Civil Procedure 15. *See* Fed. R. Civ. P. 15(a) ("…a party may amend its pleading only with the opposing party's written consent or the court's leave").

The United States has reached out to Plaintiff via email and phone call but has been unable to make contact with Plaintiff. Therefore, the parties have not been able to stipulate to a proposed deadline for Plaintiff to file an Amended Complaint or for the United States to respond to the Amended Complaint. Absent an agreement, the United States proposes that Plaintiff shall file her Amended Complaint by November 29, 2025. The United States proposes that the United States shall file a response to Plaintiff's Amended Complaint by January 28, 2026.

The United States respectfully requests that the Court vacate the hearing on the United States' Motion to Dismiss, currently scheduled for October 24, 2025.

The United States respectfully requests the Court enter the attached [Proposed] Order.

| | | |
|---|---|---|
| DATED: September 29, 2025 | | Respectfully submitted, |
| | | BRETT A. SHUMATE |
| | | Assistant Attorney General |
| | | JONATHAN D. GUYNN |
| | | Deputy Assistant Attorney General |
| | | J. PATRICK GLYNN |
| | | Director, Torts Branch |
| | | ALBERT K. LAI |
| | | Assistant Director |
| | | |
| | | */s/ Lauren Gerber* |
| | | LAUREN GERBER |
| | | Trial Attorney |
| | | Civil Division, Torts Branch |
| | | P.O. Box 340 |
| | | Washington, D.C. 20044 |
| | | *Attorneys for the United States of America* |

# CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2025, a copy of the foregoing Stipulation and [Proposed] Order was filed via the Court's ECF system and served on all parties. Plaintiff, who is proceeding pro se, stated in writing that Plaintiff consents to service via the Court's ECF system.

September 29, 2025

/s/ Lauren Gerber

Lauren Gerber

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY KIRSTEN TANKERSLEY<br><br>Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA;<br>THE UNITED STATES<br>DEPARTMENT OF THE NAVY,<br><br>Defendant. | Case No. 3:25-cv-05030-AGT<br><br>**[PROPOSED] ORDER**<br><br>Date: October 24, 2025<br>Time: 10:00 A.M.<br>Courtroom: A 15th Floor<br>Judge: Hon. Alex G. Tse |

## [PROPOSED] ORDER

**GOOD CAUSE APPEARING,** the Court hereby approves this Stipulation and [Proposed] Order. Plaintiff shall file an Amended Complaint by November 29, 2025. Defendant shall file a response by January 28, 2025. The previously scheduled hearing on the United States' Motion to Dismiss is vacated.

**IT IS SO ORDERED**.

DATED: _____

_____
Hon. Alex G. Tse