BRETT A. SHUMATE
Assistant Attorney General
JONATHAN D. GUYNN
Deputy Assistant Attorney General
J. PATRICK GLYNN
Director, Torts Branch
ALBERT K. LAI
Assistant Director
LAUREN GERBER
ANNA E. ELLISON
Trial Attorneys
Civil Division, Torts Branch
P.O. Box 340
Washington, D.C. 20044
(771) 217-8187

*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY KIRSTEN TANKERSLEY<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA;<br>THE UNITED STATES<br>DEPARTMENT OF THE NAVY,<br><br>Defendant. | Case No. 3:25-cv-05030-AGT<br><br>**UNITED STATES' MOTION FOR STAY OF CASE IN LIGHT OF LAPSE OF APPROPRIATIONS**<br><br>Date: October 24, 2025<br>Time: 10:00 A.M.<br>Courtroom: A 15th Floor<br>Judge: Hon. Alex G. Tse |

# MOTION

The United States of America hereby moves for a stay of all deadlines and hearings in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the Defendants in this case. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the federal Defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of all deadlines and hearings until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5. Plaintiff has authorized counsel for the Government to state that Plaintiff has no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the entire case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

| | |
|---|---|
| DATED: October 1, 2025 | Respectfully submitted, |
| | BRETT A. SHUMATE |
| | Assistant Attorney General |
| | JONATHAN D. GUYNN |
| | Deputy Assistant Attorney General |
| | J. PATRICK GLYNN |
| | Director, Torts Branch |
| | ALBERT K. LAI |
| | Assistant Director |
| | |
| | */s/ Lauren Gerber* |
| | LAUREN GERBER |
| | ANNA E. ELLISON |
| | Trial Attorneys |
| | Civil Division, Torts Branch |
| | P.O. Box 340 |
| | Washington, D.C. 20044 |
| | Lauren.Gerber@usdoj.gov |
| | (771) 217-8187 |
| | *Attorneys for the United States of America* |

**CERTIFICATE OF SERVICE**

I hereby certify that on October, 2025, a copy of the foregoing Motion was filed via the Court's ECF system and served on all parties. Plaintiff, who is proceeding pro se, stated in writing that Plaintiff consents to service via the Court's ECF system.

October 1, 2025

*/s/ Lauren Gerber*
Lauren Gerber

3  3:25-cv-05030-AGT
UNITED STATES' MOTION FOR STAY OF CASE IN LIGHT OF LAPSE OF APPROPRIATIONS

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KELLY KIRSTEN TANKERSLEY<br><br>Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA;<br>THE UNITED STATES<br>DEPARTMENT OF THE NAVY,<br><br>Defendant. | Case No. 3:25-cv-05030-AGT<br><br>**[PROPOSED] ORDER**<br><br>Date: October 24, 2025<br>Time: 10:00 A.M.<br>Courtroom: A 15th Floor<br>Judge: Hon. Alex G. Tse |

**[PROPOSED] ORDER**

**GOOD CAUSE APPEARING,** the Court hereby grants the United States' Motion for Stay. All deadlines in this case are hereby stayed.

**IT IS SO ORDERED**.


DATED: _____        _____

Hon. Alex G. Tse