# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY KIRSTEN TANKERSLEY<br><br>Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA;<br>THE UNITED STATES<br>DEPARTMENT OF THE NAVY,<br><br>Defendant. | Case No. 3:25-cv-05030-AGT<br><br>~~[PROPOSED]~~ ORDER<br><br>Date: October 24, 2025<br>Time: 10:00 A.M.<br>Courtroom: A 15th Floor<br>Judge: Hon. Alex G. Tse |

### ~~[PROPOSED]~~ ORDER

**GOOD CAUSE APPEARING,** the Court hereby approves this Stipulation and [Proposed] Order. Plaintiff shall file an Amended Complaint by November 29, 2025. Defendant shall file a response by January 28, 2025. The previously scheduled hearing on the United States' Motion to Dismiss is vacated.

**IT IS SO ORDERED**.

DATED: October 2, 2025

_____
Hon. Alex G. Tse
United States Magistrate Judge