EXHIBIT A JAG LETTERS



# DEPARTMENT OF THE NAVY
OFFICE OF THE JUDGE ADVOCATE GENERAL
TORT CLAIMS UNIT NORFOLK
9324 VIRGINIA AVENUE SUITE 104
NORFOLK VA 23511-2949

5890
Ser J243728
January 10, 2025

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

MS KELLY TANKERSLEY
1033 REVERE AVENUE B
SAN FRANCISCO CA 94124

Dear Ms. Tankersley:

SUBJECT: CLAIM OF KELLY TANKERSLEY; OUR FILE NO. J243728

    This responds to your administrative claim in the amount of $5,000,000.00 for damages allegedly resulting from radiation exposure by Hunters Point Naval Shipyard in San Francisco, California. The claim was analyzed under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2401(b), and 2671-2680. Our investigation has determined the United States is not liable under the FTCA for the damages claimed.

    The United States is liable under the FTCA when the negligence or wrongful act of a Federal employee proximately causes injury. The damages alleged did not result from any negligent act or omission on the part of an employee of the United States. Accordingly, your claim is denied.

    If you do not agree with this decision, be advised you have six months from the date of mailing of this letter to file suit in the appropriate Federal district court. If you have any questions, please contact me by at thomas.e.campbell1.civ@us.navy.mil.

Sincerely,

*[signature]*

THOMAS E. CAMPBELL
Tort Claims Attorney



# DEPARTMENT OF THE NAVY
OFFICE OF THE JUDGE ADVOCATE GENERAL
TORT CLAIMS UNIT NORFOLK
9324 VIRGINIA AVENUE SUITE 104
NORFOLK VA 23511-2949

5890
Ser J243728
July 25, 2024

MS KELLY TANKERSLEY
1033 REVERE AVE
SAN FRANCISCO CA 94124

Dear Ms. Tankersley:

SUBJECT: CORRESPONDENCE IN RE KELLY TANKERSLEY; OUR FILE NO. J243728

    We received the correspondence you submitted purporting to be a claim against the United States. I am writing to inform you that the correspondence does not contain information necessary to properly present a claim under the Federal Tort Claims Act (FTCA). See 32 C.F.R. § 750.6(a). Specifically, you failed to provide a sum certain (please complete all parts of block 12 of the enclosed SF95 claim form).

    **<u>Until we receive this information you have not presented a proper claim and the two-year statute of limitations continues to run.</u>**

    Please follow the instructions provided with the SF 95. If we do not receive the SF 95 or a letter containing the requested information in a timely manner, your attempt to file a claim may be barred by the statute of limitations.

    Additionally, the Federal Tort Claims Act, 28 U.S.C. § 2671 et seq., and its implementing regulations, 28 C.F.R. § 14.4 and 32 C.F.R. § 750.27, require the claimant to cooperate with the Government by presenting sufficient information to allow the claim to be administratively adjudicated. Therefore, in addition to the information requested above, please provide the following information:

    a. A written report by your attending physicians on the nature and extent of the injury, nature and extent of treatment, any degree of temporary or permanent disability, the prognosis, period of hospitalization, and any diminished earning capacity. In addition, you may be required to submit to a physical or mental examination by a physician employed by any Federal agency;

    b. Itemized bills for related medical and hospital expenses incurred, or itemized receipts for payment of such expenses;

    c. A statement of expected expenses for future treatment;



**DEPARTMENT OF THE NAVY**
OFFICE OF THE JUDGE ADVOCATE GENERAL
TORT CLAIMS UNIT NORFOLK
9324 VIRGINIA AVENUE SUITE 104
NORFOLK VA 23511-2949

5890
Ser J243728
June 24, 2024

MS KELLY TANKERSLEY
1033 REVERE AVE
SAN FRANSISCO CA 94124

Dear Ms. Tankersely:

SUBJECT:   YOUR CORRESPONDENCE OF JUNE 1, 2024; OUR FILE NO. J243728

This is to confirm receipt of your correspondence, received in this office on June 10, 2024. I have enclosed a date-stamped copy as verification of receipt.

Please note 28 C.F.R. Part 14.2(a) governs the requirements for the successful filing of a claim under the Federal Tort Claims Act (FTCA); and 32 C.F.R. Part 750 provides the Department of the Navy's regulations concerning requirements for the successful filing of claims under both the FTCA, 28 U.S.C. §§ 1346(b), 2401(b), 2671-2680, and the Military Claims Act (MCA), 10 U.S.C. § 2733.

Your correspondence is currently being reviewed to determine if it is sufficient to constitute a properly presented claim under the regulations provided above. If necessary, you will soon be notified by the legal professional assigned to your claim if any additional information is needed to complete your claim.

In the meantime, if you have any questions, please contact this office at the letterhead address or by phone at (757) 350-3085.

Sincerely,

SIMONE E STEBER
Tort Claims Assistant

Enclosure

To: "Campbell, Thomas E CIV USN COMNAVREG MIDLANT VA (USA)" <thomas.e.campbell1.civ@us.navy.mil>

Dear Mr. Campbell, Thank you for the reply and don't forget that I requested an evaluation if that can be arranged with whoever the agency choses. It doesn't have to be in San Francisco and I am open to pretty much anywhere else. Do keep in mind that my "sum certain" is open to negotiation. I want more than anything to get away from this location and well, there is no excuse for the delay in obtaining treatment but it may be impossible in this city and there is nothing your agency can do to change this.
                Thank you, Kelly

[Quoted text hidden]



Kelly Tankersley <tk0260@gmail.com>

---

## Date to submit Federal Claim
3 messages

---

**crest** <tk0260@gmail.com>  Mon, Dec 2, 2024 at 4:21 PM
To: thomas.e.campbell1.civ@us.navy.mil

Dear Thomas Campbell, I hope you received my previous emails but I wasn't certain. I sent two but then I wasn't sure and then I sent another that was a summary of the two previous ones only to realize that all were sent. There is no way anyone can understand what I am going through. I know I stated this before, but the things I requested are already provided for by law but how to make those responsible act accordingly is another hurdle. I want to ask what date you have as the official date of submitting my administrative claim in order to know when I will be allowed to file a claim in Federal Court. The 6 month period is approaching fast and I would like a confirmation from you to satisfy the requirements that are needed to do this correctly. Please let me know. Thank you, Kelly

---

**Campbell, Thomas E CIV USN COMNAVREG MIDLANT VA (USA)**  Tue, Dec 3, 2024 at 6:24 AM
<thomas.e.campbell1.civ@us.navy.mil>
To: crest <tk0260@gmail.com>

Dear Ms. Tankersley,


We are showing August 27, 2024, as the date your administrative claim was "perfected." Please recall your initial submission in June of 2024 did not contain a "sum certain" (an amount claimed) as is required under the Federal Tort Claims Act. So, you responded to my July letter with a claim form that contains a sum certain, which was received in our office on August 27. Thus, the six months the Agency is allowed to adjudicate your claim begins to run from August 27. I hope this helps.


Sincerely,


Thomas E. Campbell

Tort Claims Attorney

Department of the Navy

Office of the Judge Advocate General

Tort Claims Unit Norfolk


ATTORNEY WORK PRODUCT / CONTROLLED UNCLASSIFIED INFORMATION-LEGAL AND/OR PRIVACY. Controlled by OJAG-Code 15; LDC: n/a; POC: Signer above. Any misuse or unauthorized disclosure of this information may result in both criminal and civil penalties. The information contained in this e-mail and/or accompanying documents is intended for the exclusive use of the individuals to whom it is addressed. It may contain information that is pre-decisional, privileged or protected from release under the Privacy Act, FOIA or other applicable laws. Do not disseminate this e-mail, or its contents and attachments, to anyone who does not have an official need for access, or without the express consent of the sender.

[Quoted text hidden]

---

**crest** <tk0260@gmail.com>  Tue, Dec 3, 2024 at 6:51 PM



Gmail    Kelly Tankersley <tk0260@gmail.com>

**Untitled document**
2 messages

**Kelly Tankersley (via Google Docs)** <tk0260@gmail.com>    Thu, Oct 10, 2024 at 3:30 PM
Reply-To: Kelly Tankersley <tk0260@gmail.com>
To: tk0260@gmail.com
Cc: thomas.e.campbell1.civ@us.navy.mil

## Kelly Tankersley attached a document

Kelly Tankersley (tk0260@gmail.com) has attached the following document:

📄 Untitled document

*Snapshot of the item below:*

**Kelly Tankersley**                     **October 10, 2024**
**1033 Revere avenue**
**San Francisco, CA 94124**
**tk0260@gmail.com**

**Dear Thomas Campbell, I wanted to let you know what I have been doing to gather the additional information that is required to process my claim. I finally sent a letter with this information but it was returned due to my incorrect spelling of the address and now what I believed to be a step in the right direction has turned out to be not as hopeful as I thought. What I am most focused on is the medical requirements that are needed. There are many circumstances that make this difficult and one of the reasons I sent a letter prior to filing a claim, is because there was no other means to notify anyone of what has happened or to receive the response that is required. I had to uncover this exposure on my own over the course of years and had no idea what it would turn out to be. There are very reliable tests available for most heavy metals including Uranium, Lead, Cobalt, Arsenic and Mercury but these are not regularly offered by most Health plans or even suggested by most Doctors. Plutonium testing is far more difficult to gain access to and more expensive. There are no release levels for Plutonium and the two isotopes I showed evidence of were not even listed in the inventory of contaminants reported for this site. Regardless, the only possible source would be the Shipyard and from the detonation of a thermonuclear device such as those detonated in the Marshall Islands. It is clearly spelled out how materials such as this are to be managed and I shouldn't have to mention this but exposure to Plutonium is a time sensitive situation that can greatly reduce adverse health effects if promptly treated. I am very angry that the Doctor who gave me access to the Genova tests has sought to exploit this situation for her own gain. The repeated disclosure of my test results have only made it more difficult for me to receive the help I need. I have had to try to gather the most recent information regarding the impact this is having on my health but the city of San Francisco and the Health Department here are actively blocking any reports of problems associated with this Shipyard. I am still unable to see the results of testing done back in February that indicate an ever-increasing blood lead and other heavy metals. I had to push like hell to get those tests done and I have appealed and complained to see the results to no avail. This is beyond ridiculous and there is not much I can do other than find another provider and request the treatment I need. That is exactly what I did and I plan on relaying the response I have received from REAC/TS to my doctor and hopefully receive treatment with zn-dtpa. I was also contacted by an individual from RNCP (Radiation nuclear countermeasures program), a program within the DOE, who stated that my email had been forwarded to her. She also mentioned that she had come across an article from Dr. Sumchai and mistakenly believed that Dr. Sumchai was actually a doctor treating me. She said that the CDC would be able to provide follow-up bioassays when needed and wanted me to have Dr. Sumchai contact them. This has been very difficult for me. Most days I am unable to do the things I need to do to find help. Filing a claim is not the way I should have to resort to obtaining help. There are no contacts available to help anyone who find themselves in this situation. I still believe Dr. Kathryn Higley should have brought this to the attention to someone overseeing this project and removed me out of harms way. It was no sooner than I came to realize that I have been exposed from dust generated from the shipyard, that the activity started in Parcel E-2 that I submitted photos of. This was the first time I really paid attention and I didn't know what they were doing and I was extremely sick during this time. I now believe all of the dirt that they moved around and placed here was highly contaminated and was purposely put here and then a liner was put over the majority of the area afterwards. I do not care what remedy will be put in place as the final solution and have no opinion as to whether any risk will remain, once completed. I know that getting it to that state has been very messy with little regard to those closest to the work that is being performed to accomplish this. I have already explained that this is easy to prove and I would like nothing more than the opportunity to do this by submitting to an evaluation by any federal agency or provider you chose. I have lost the initial hopefulness I felt as I looked forward to my upcoming appointment on November 12. I went ahead and filed a IMR (independent medical review) requesting treatment with ca-dtpa or zn-dtpa hoping it would streamline this beforehand. You have to understand this is terrible to have to wait to receive treatment and this has become very hard to bear. I received a reply and I am required to have a doctor explaining the reason for this treatment to expedite this action. Doesn't everyone understand the importance of treating Plutonium exposure? It is defined in all aspects of this nation's emergency response instructions for the DoD, Homeland Security, DTIC, FEMA and every other included agency. The DoD is supposed to respond as detailed in CERCLA and directive 3150.08 and it should be at the lowest level possible and started two years ago. Take care of this first then I should file a claim not the other way around. I had no idea that this would come to be, but having to have had to remain here has been only adding to the exposure I already have and the injury is ongoing as long as I remain. I am so tired of reading the Federal registry and all these codes that give the impression that all is fair and good in this country when I know that most do not adhere to any of these regulations. My longtime roommate and friend Mats, who also has Plutonium exposure, can't understand why anyone would do something such as this. He is from Sweden and people there pay extremely high taxes in return for a government that cares for their people from the "cradle to the grave" and something like this is unheard of and would never happen. I tell him it has to do with the money. I believe even you should be worried that so much money has been spent on this Shipyard and the final package will be to leave the majority of contamination onsite for future generations to manage. I'm not implying this is solely the Navy's decision because it can't be. The city of San Francisco being the primary stakeholder has been demanding many things over the years and have had the deciding voice in the provisions of this transfer. I want the chance to prove what I'm claiming has happened to me and then it will be possible to assess the injury, not before. So let me know how I can be seen or evaluated by a federal agency because at my end it is taking too long. It is of no use to try to describe what this is like and if I have to file a federal suit to get access to the truth, I will. How can I be in control of my life or my health if I am not allowed to discover what is retained in my body? The things I now know that I have been in contact with should never be circulating in the air I have been breathing and I believe I have the right to know and that may be the only thing I ask for when I go to Federal Court if that is what I have to do.**

**Thank you so much for reading,**
**Kelly Tankersley**



This is a courtesy copy of an email for your record only. It's not the same email your collaborators received. Click here to learn more.

Google

---

**crest** <tk0260@gmail.com>    Thu, Oct 10, 2024 at 3:34 PM
To: Kelly Tankersley <tk0260@gmail.com>

Sorry the case is Kelly Tankersley
    File No. 243728
[Quoted text hidden]