EXHIBIT C FIRST AMENDED COMPLAINT

N00217_007375
NS HUNTERS POINT, CA
SSIC 5000-33b

**FINAL 2024 ANNUAL OPERATION AND MAINTENANCE SUMMARY REPORT, PARCELS B-1, B-2, C, D-1, E, E-2, G, UC-3 AND SITES 7 AND 18 (PUBLIC DOCUMENT)**
01/31/2025
NOREAS - APTIM ENVIRONMENTAL REMEDIATION, JOINT VENTURE

Distribution Statement A. Approved for public release: distribution unlimited.



Naval Facilities Engineering Systems Command Southwest
BRAC PMO West
San Diego, CA

**Final**

**2024 Annual Operation and Maintenance Summary Report**

Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and
Installation Restoration Sites 07 and 18

Hunters Point Naval Shipyard, San Francisco, CA

January 2025

**Distribution Statement A. Approved for public release; distribution unlimited**



Naval Facilities Engineering Systems Command Southwest
BRAC PMO West
San Diego, CA

**Final**

**2024 Annual Operation and Maintenance Summary Report**

Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and
Installation Restoration Sites 07 and 18

Hunters Point Naval Shipyard, San Francisco, CA

January 2025

DCN: NAER-2224-4713-0013

**Prepared for:**

Department of the Navy
Naval Facilities Engineering Systems Command Southwest
BRAC PMO West
33000 Nixie Way, Bldg. 50, Suite 207
San Diego, CA 92147

**Prepared by:**

NOREAS-APTIM Environmental Remediation Joint Venture
16361 Scientific Way
Irvine, CA 92618
Contract Number: N62473-21-D-2224; Task Order: N6247324F4713



Naval Facilities Engineering Systems Command Southwest
BRAC PMO West
San Diego, CA

**Final**

**2024 Annual Operation and Maintenance Summary Report**

Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and
Installation Restoration Sites 07 and 18

Hunters Point Naval Shipyard, San Francisco, CA

January 2025

_____          January 31, 2025
                                       _____
Mario Losi                             Date
Primary Author
Project Environmental Scientist

_____          January 31, 2025
                                       _____
Michael Ayala, PE                      Date
Technical Reviewer
Project Engineer

_____          January 31, 2025
                                       _____
Lisa Bercik, PE                        Date
Project Manager

This page intentionally left
blank

# Table of Contents

Table of Contents.................................................................................................... i

List of Appendices................................................................................................... ii

List of Figures.......................................................................................................... ii

Acronyms and Abbreviations................................................................................... iii

1.0    Introduction .................................................................................... 1-1

    1.1    Parcel B-1 ................................................................................ 1-2

    1.2    Parcel B-2 ................................................................................ 1-2

    1.3    Parcel C ................................................................................... 1-3

    1.4    Parcel D-1 ................................................................................ 1-3

    1.5    Parcel E .................................................................................... 1-4

    1.6    Parcel E-2 ................................................................................ 1-5

    1.7    Parcel G ................................................................................... 1-5

    1.8    Parcel UC-3 .............................................................................. 1-6

    1.9    Installation Restoration Sites 07 and 18 .................................. 1-6

2.0    Annual Site Inspections and Repairs ............................................ 2-1

    2.1    Parcel B-1 ................................................................................ 2-1

    2.2    Parcel B-2 ................................................................................ 2-2

    2.3    Parcel C ................................................................................... 2-2

    2.4    Parcel D-1 ................................................................................ 2-3

    2.5    Parcel E .................................................................................... 2-5

    2.6    Parcel E-2 ................................................................................ 2-5

    2.7    Parcel G ................................................................................... 2-6

    2.8    Parcel UC-3 .............................................................................. 2-7

    2.9    Installation Restoration Sites 07 and 18 .................................. 2-7

    2.10   Summary Table of Materials Used for Repairs........................... 2-8

    2.11   Settlement Monument Surveys ................................................. 2-9

    2.12   Institutional Control Compliance Monitoring Reports ................ 2-10

3.0    Emergency Response .................................................................... 3-1

4.0    Inspection and Maintenance Schedule........................................... 4-1

5.0    References ...................................................................................... 5-1

NAER-2224-4713-0013

# List of Appendices

Appendix A: Parcel Inspection and Institutional Control Compliance Reports..............A-1

# List of Figures

Figure 1: Site Location Map

Figure 2: Parcel Map

Figure 3: Durable Cover Overview for Parcel B-1

Figure 4: Durable Cover Overview for Parcel B-2

Figure 5: Durable Cover Overview for Parcel C

Figure 6: Durable Cover Overview for Parcel D-1, Phase I

Figure 7: Durable Cover Overview for Parcel D-1, Phase II

Figure 8: Durable Cover Overview for Parcel E

Figure 9: Durable Cover Overview for Parcel E-2

Figure 10: Durable Cover Overview for Parcel G

Figure 11: Durable Cover Overview for Parcel UC-3

Figure 12: Durable Cover Overview for Installation Restoration Sites 07 and 18

NAER-2224-4713-0013

# Acronyms and Abbreviations

| | |
|---|---|
| AC | asphaltic concrete |
| APTIM | Aptim Federal Services, LLC |
| CES | Construction Engineering Services, LLC |
| COC | chemical of concern |
| ERRG | Engineering/Remediation Resources Group, Inc |
| GMP | Gun Mole Pier |
| IC | institutional control |
| IR | Installation Restoration |
| IR-07 | Installation Restoration Site 07 |
| IR-18 | Installation Restoration Site 18 |
| MU | Multi-Use |
| Navy | U.S. Department of the Navy |
| O&M | operation and maintenance |
| PAH | polycyclic aromatic hydrocarbon |
| PCB | polychlorinated biphenyl |
| RA | remedial action |
| RSY | radiological screening yard |
| SVOC | semivolatile organic compound |
| TPH | total petroleum hydrocarbons |
| VOC | volatile organic compound |

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Acronyms and Abbreviations

This page intentionally left blank

NAER-2224-4713-0013

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA                                          1.0 Introduction

# 1.0    Introduction

This annual operation and maintenance (O&M) summary report details the inspection, maintenance, and repair activities performed to maintain and repair the durable cover remedies installed in Parcels B-1, B-2, C, D-1, E, E-2, G, and UC-3 and Installation Restoration (IR) Sites 07 and 18 (IR-07/18) at Hunters Point Naval Shipyard, San Francisco, California (Figures 1 and 2).

The period of O&M discussed herein spans January 1 through December 31, 2024. The activities performed during this annual O&M period included annual site inspections and repairs of durable covers. Durable covers include asphaltic concrete (AC) pavement, shoreline revetment, concrete building foundations, and vegetated soil covers. The durable covers installed provide a physical barrier to prevent exposure of potential chemicals of concern (COCs) in soil and shoreline sediment to humans and wildlife, and to help prevent the migration of COCs in soil and sediment to the San Francisco Bay. The durable covers require regular inspection, maintenance, and repair to ensure that their integrity and protectiveness are not compromised over time.

This annual O&M summary report complies with the Comprehensive Environmental Response, Compensation, and Liability Act of 1980, as amended by the Superfund Amendments and Reauthorization Act of 1986; the National Oil and Hazardous Substances Pollution Contingency Plan in Title 40 of the Code of Federal Regulations Part 300; and California Health and Safety Code, Section 6.8. This annual O&M summary report includes the following:

- Annual inspection results and the resulting maintenance and repairs performed to address issues identified during the inspections (Section 2.0)

- Emergency response actions (Section 3.0)

- Schedule for future inspections and maintenance (Section 4.0)

- Documents and guidance used to prepare this annual O&M summary report (Section 5.0)

The following subsections provide information on the implementation of durable covers at each parcel, information on COCs present at each parcel, and a description of the remedial action (RA) implemented at each site.

Case 3:25-cv-05030-AGT     Document 26-2     Filed 12/04/25     Page 12 of 100

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA                                    1.0 Introduction

## 1.1        Parcel B-1

The durable cover RA at Parcel B-1 was completed in September 2013, as documented in the *Final Remedial Action Completion Report for the Durable Covers Remedy in Parcel B-1, Hunters Point Naval Shipyard, San Francisco, California* (Engineering/Remediation Resources Group, Inc. 2017). Prior to implementation of the RA, the primary risk to human health and the environment from COCs was through direct contact with soil and shoreline sediment within Parcel B-1.

COCs in soil include metals, volatile organic compounds (VOCs), semivolatile organic compounds (SVOCs), pesticides, and polychlorinated biphenyls (PCBs). COCs in shoreline sediment include metals, pesticides, PCBs, and polycyclic aromatic hydrocarbons (PAHs).

The RA implemented at Parcel B-1 included installation of durable covers consisting of AC pavement, repaired or secured building foundations, shoreline revetment, and a vegetated soil cover. Figure 3 shows the durable cover components of the RA at Parcel B-1. The *Final Operation and Maintenance Plan for Parcel B-1, Hunters Point Naval Shipyard, San Francisco, California* describes the inspection and maintenance requirements for the remedy (Engineering/Remediation Resources Group, Inc. 2016).

## 1.2        Parcel B-2

The durable cover RA at Parcel B-2 was completed in May 2015, as documented in the *Final Remedial Action Completion Report for the Durable Covers Remedy in Parcel B-2, Hunters Point Naval Shipyard, San Francisco, California* (INNOVEX-ERRG Joint Venture 2018a).

Prior to implementation of the RA, the primary risk to human health and the environment from COCs was through direct contact with Parcel B-2 soil or shoreline sediment. COCs in soil include metals, VOCs, SVOCs, pesticides, and PCBs. COCs in shoreline sediment include metals, pesticides, PCBs, and PAHs.

The RA implemented at Parcel B-2 included installation of durable covers consisting of AC pavement, repaired or secured building foundations, and shoreline revetment. Figure 4 shows the durable cover components of the RA at Parcel B-2. The *Final Operation and Maintenance Plan for Parcel B-2, Hunters Point Naval Shipyard, San Francisco, California* describes the inspection and maintenance requirements for the remedy (INNOVEX-ERRG Joint Venture 2018b).

Case 3:25-cv-05030-AGT    Document 26-2    Filed 12/04/25    Page 13 of 100

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA                                    1.0 Introduction

## 1.3      Parcel C

The durable cover RA at Parcel C was completed in May 2016, as documented in the *Final Remedial Action Completion Report for the Durable Covers Remedy in Parcel C, Hunters Point Naval Shipyard, San Francisco, California* (Tetra Tech EC, Inc. and Engineering/Remediation Resources Group, Inc. 2017a).

Prior to implementation of the RA, the primary risk to human health and the environment from COCs was through direct contact with soil within Parcel C. COCs in soil include metals, VOCs, PAHs, and total petroleum hydrocarbons (TPH). Other COCs, including SVOCs, pesticides, and PCBs were also detected in Parcel C soil at localized areas.

The RA implemented at Parcel C included installation of durable covers consisting of AC pavement, repaired or secured building foundations, shoreline armoring, and a vegetated soil cover. Figure 5 shows the durable cover components of the RA at Parcel C. The *Final Operation and Maintenance Plan for the Durable Covers in Parcel C, Hunters Point Naval Shipyard, San Francisco, California* describes the inspection and maintenance requirements for the remedy (Tetra Tech EC, Inc. and Engineering/Remediation Resources Group, Inc. 2017b).

In late 2017, the City and County of San Francisco's redevelopment contractor began construction activities in former Parcel UC-2, directly adjacent to Parcel C, resulting in a relocation of the perimeter fence, and the removal and reinstallation of a portion of the Parcel C soil cover along the Parcel C/former Parcel UC-2 boundary. The *Risk Management Plan, Hunters Point Naval Shipyard, Parcels UC-1 and UC-2, San Francisco, California* describes the required protocols for maintaining access control and for the removal and replacement of durable covers affected by construction (Geosyntec Consultants, Inc. 2015).

## 1.4      Parcel D-1

The RA implemented at Parcel D-1 was completed in two separate phases. The Parcel D-1 Phase I durable cover was completed in February 2017, and the Parcel D-1 Phase II durable cover was completed in February 2019, as documented in the *Final Remedial Action Completion Report, Remedial Action in Parcel D-1 Phase I, Hunters Point Naval Shipyard, San Francisco, California* (Aptim Federal Services, LLC [APTIM] 2018a) and the *Final Remedial Action Construction Summary Report, Remedial Action in Parcel D-1 Phase II, Hunters Point Naval Shipyard, San Francisco, California* (APTIM 2021a) respectively. Figures 6 and 7 show the durable cover components of the RA at Parcel D-1.

Case 3:25-cv-05030-AGT   Document 26-2   Filed 12/04/25   Page 14 of 100

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA                                    1.0 Introduction

The Parcel D-1 durable cover, including stabilized seawalls, asphalt pavement cover, and repaired building foundations was inspected, maintained, and repaired in accordance with the *Final Post-Construction Operation and Maintenance Plan, Remedial Action in Parcel D-1, Hunters Point Naval Shipyard, San Francisco, California* (APTIM 2018b) and the *Final Addendum 01, Post-Construction Operation and Maintenance Plan, Remedial Action in Parcel D-1, Hunters Point Naval Shipyard, San Francisco, California* (APTIM 2019).

COCs in soil at Parcel D-1 that pose a potential risk to human health based on current and anticipated future land uses include metals, VOCs, SVOCs, and radionuclides. Elevated concentrations of metals, especially arsenic and manganese, may be attributed to the bedrock-fill quarried to build the shipyard in the 1940s. Since 1991, the U.S. Department of the Navy (Navy) has removed waste materials and soil from various areas across Parcel D-1. The durable cover remedy is designed to prevent contact with potential COCs in soil remaining at the site; thus, it requires regular inspection and maintenance to ensure its integrity and protectiveness are not compromised over time. The *Final Post-Construction Operation and Maintenance Plan, Remedial Action in Parcel D-1, Hunters Point Naval Shipyard, San Francisco, California* (APTIM 2018b) and *Final Addendum 01, Post-Construction Operation and Maintenance Plan, Remedial Action in Parcel D-1, Hunters Point Naval Shipyard, San Francisco, California* (APTIM 2019) describe the inspection and maintenance requirements for the remedy.

## 1.5    Parcel E

The RA at Parcel E is currently ongoing but will be implemented in accordance with the *Final Design Basis Report, Parcel E, Hunters Point Naval Shipyard, San Francisco, California* (DBR; Construction Engineering Services, LLC [CES], 2018). Work to date has included excavation and off-site disposal of contaminated soil, debris, and sediment; construction of a nearshore slurry wall; and construction of multiple shoreline revetment features.

Prior to initiation of the RA, the primary risk to human health and the environment from COCs was through direct contact with the soil within Parcel E. COCs in soil included metals, VOCs, SVOCs, PAHs, PCBs, TPH, dioxins, and radionuclides.

Upon completion of the RA, durable covers will be constructed across all of Parcel E as physical barriers to prevent unacceptable exposure to humans and wildlife from contaminants that remain in surface and subsurface soil and sediment after implementation of other remedy components. Two types of durable covers will be constructed at Parcel E: (1) a 2-foot-thick soil cover in the southern portion and the

Case 3:25-cv-05030-AGT    Document 26-2    Filed 12/04/25    Page 15 of 100

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA                                    1.0 Introduction

northwestern edge adjacent to Parcel E-2, which are part of the future environmental open space (EOS) areas, and (2) asphalt and concrete surfaces in the northern portion of Parcel E, which are part of the future Multi-Use (MU) District (Figure 8).

## 1.6       Parcel E-2

The RA at Parcel E-2 is currently ongoing but will be implemented in accordance with the *Final Design Basis Report, Parcel E-2, Hunters Point Naval Shipyard, San Francisco, California (DBR; Engineering/Remediation Resources Group, Inc. [ERRG], 2014).* Since 2019, the RA construction has included removal of vegetation and approximately 1 foot of existing soil from the top of the landfill (including the rock drain that traversed the landfill from the northeast to the southwest), site grading and consolidation of excavated soil, sediment, and debris; construction of the upland and nearshore slurry walls; and construction of the armored shoreline revetment. A new landfill cap (final remedy) is currently under construction which includes the import of additional clean fill graded to collect and direct surface runoff from the site.

Prior to initiation of the RA, the primary risk to human health and the environment from COCs was through direct contact with the soil within Parcel E-2. COCs in soil included metals, pesticides, PCBs, SVOCs, TPH, and dioxins, and radionuclides.

Figure 9 shows what is intended to be the extent of the final cover system and surface water control features upon completion of the RA.

## 1.7       Parcel G

The durable cover RA at Parcel G was completed in July 2013, as documented in the *Final Remedial Action Completion Report, Durable Cover, Groundwater Treatment, and Institutional Controls for Parcel G, Hunters Point Naval Shipyard, San Francisco, California* (Arcadis U.S., Inc. 2014a).

Prior to implementation of the RA, the primary risk to human health and the environment from COCs was through direct contact with soil within Parcel G. COCs in soil include metals and PAHs.

The RA implemented at Parcel G included installation of durable covers consisting of AC pavement and repaired or secured concrete building foundations. Figure 8 shows the durable cover components of the RA at Parcel G. The *Final Operation and Maintenance Plan for Parcel G, Hunters Point Naval Shipyard, San Francisco,*

Case 3:25-cv-05030-AGT    Document 26-2    Filed 12/04/25    Page 16 of 100

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA                                      1.0 Introduction

*California* describes the inspection and maintenance requirements for the remedy (Arcadis U.S., Inc. 2014b).

Since 2020, additional soil investigation removal activities are taking place at Parcel G to determine whether current site conditions are compliant with the remedial action objective (RAO) in the Parcel G Record of Decision (ROD) (Navy, 2009).

## 1.8      Parcel UC-3

Prior to implementation of the RA, the primary risk to human health and the environment from COCs was through direct contact with soil within Parcel UC-3. COCs in soil include metals and PAHs.

The RA activities at Parcel UC-3 began in October 2016 and were completed by November 2017. RA activities included hotspot excavation, installation of durable cover, and a soil gas survey (Gilbane Federal 2018a). Figure 9 shows the durable cover components of the RA at Parcel UC-3. The *Final Operation and Maintenance Plan, Remedial Action, Parcel UC-3, Hunters Point Naval Shipyard, San Francisco, CA* describes the inspection and maintenance requirements for the remedy (Gilbane Federal 2018b).

## 1.9      Installation Restoration Sites 07 and 18

The durable cover RA at IR-07/18 was completed in July 2011, as documented in the *Final Remedial Action Completion Report for Installation Restoration Sites 07 and 18 at Parcel B, Hunters Point Naval Shipyard, San Francisco, California* (Engineering/Remediation Resources Group, Inc. 2012a).

Prior to implementation of the RA, the primary risk to human health and the environment from COCs and potential radionuclides of concern was through direct contact with soil in IR-07/18 and shoreline sediment in IR-07. COCs in soil at IR-07/18 include metals, VOCs, SVOCs, pesticides, PCBs, and TPH. COCs in shoreline sediment at IR-07 include metals, pesticides, PCBs, PAHs, and TPH. The potential radionuclides of concern in soil and shoreline sediment at IR-07/18 include cesium-137, plutonium-239, radium-226, and strontium-90.

The RA implemented at IR-07/18 included installation of durable covers consisting of a vegetated soil cover and shoreline revetment, with a small portion of AC pavement within IR-07. Figure 12 shows the different components of the RA at IR-07/18. The *Final Operation and Maintenance Plan for Installation Restoration Sites 07 and 18 in*

*Parcel B, Hunters Point Naval Shipyard, San Francisco, California* describes the inspection and maintenance requirements for the remedy (Engineering/Remediation Resources Group, Inc. 2012b).

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA                                          1.0 Introduction

This page intentionally left blank

NAER-2224-4713-0013

# 2.0    Annual Site Inspections and Repairs

Annual site inspections were performed at Parcels B-1, B-2, C, D-1, E, E-2, G, and UC-3 and IR-07/18 between September 16 and September 19, 2024. These annual inspections correspond with the beginning of the local rainy season (on or before October). Inspection tasks included verifying the overall condition of the parcels and the specific condition of critical site features, such as vegetated soil covers, AC pavement, building foundations, shoreline revetment, and groundwater monitoring well lids. Non-critical site features, including site signage, survey monuments, and security fencing, were also inspected. The following subsections describe the results of the annual inspections and O&M repairs performed at each parcel.

## 2.1    Parcel B-1

The Parcel B-1 annual inspection was performed on September 18, 2024 (Appendix A). General site conditions were determined to be good. Security fencing, signage, locks, gates, survey benchmarks, and groundwater monitoring well lids were found to be in good condition, with no signs of damage or vandalism. At the time of inspection, it was noted that another Navy contractor had cordoned off portions of Parcel B-1 as radiologically controlled areas (Appendix A [Parcel B-1 inspection report and Parcel B-1 map]); therefore, these areas were not included as part of the 2024 annual inspections.

The AC pavement cover was generally found to be in good condition, except for minor cracking (less than ¼-inch width) allowing for vegetation growth through the cover (Appendix A [Parcel B-1 inspection report, Parcel B-1 map; Items 6, 7, and 10]). During November 2024, vegetation growth through minor cracking was removed using a handheld trimmer.

The soil cover was found to be in good condition, with no signs of settling, slope failure, cracking, soil movement, or erosion. Minor evidence of burrowing pests was noted at the time of inspection; however, no corrective action has been recommended at this time. Vegetation growth was well established over the soil cover, with no bare areas observed. Grasses were noted as less than 2 feet over most of the site (Appendix A [Parcel B-1 inspection report, Items 4 and 5]). As part of O&M, vegetation greater than 2 feet (mostly along the fence line) was trimmed back using a handheld trimmer, while the need for full mowing will be re-assessed after the rainy season.

Ongoing vegetation management and monitoring of the observed cracking is recommended. This includes vegetation growth in the building foundations which were previously found to be in good condition; however, updated inspections were not

completed during 2024 due to restricted access. Signs of excessive vehicle traffic (such as minor cracking in the AC pavement surface) within the drainage swale southwest of Building 123 prompted the construction of a vehicle crossing using rock and steel plates in March 2018. The vehicle crossing was observed to be intact and in good condition. However, vehicular access to Parcel B-1 should continue to be restricted to limit further degradation to the swale and associated AC pavement cover.

Ongoing construction restricted access to the shoreline and much of the northern corner of Parcel B-1 (Appendix A [Parcel B-1 inspection report, Parcel B-1 map]); therefore, the shoreline revetment was not inspected in 2024. No signs of vegetation and/or trash, pests, settlement or movement, improper placement of fabric, vandalism, or theft were noted within the inspected areas.

## 2.2      Parcel B-2

The Parcel B-2 annual inspection was performed on September 19, 2024 (Appendix A). General site conditions were determined to be good. Security fencing, signage, locks, gates, survey benchmarks, and groundwater monitoring well lids were found to be in good condition, with no signs of damage or vandalism. At the time of inspection, it was noted that another Navy contractor had cordoned off portions of Parcel B-2 as radiologically controlled areas (Appendix A [Parcel B-2 inspection report and Parcel B-2 map]); therefore, these areas were not included as part of the 2024 annual inspections.

The inspected AC pavement cover was generally found to be in good condition in accessible portions of Parcel B-2. Building foundations were found to be in good condition, with no new or expanding cracking. Drainage swales were observed to be in good condition, clean, and intact.

Ongoing construction restricted access to the shoreline and much of the northern portion of Parcel B-2 (Appendix A [Parcel B-2 inspection report, Parcel B-2 map]); therefore, the shoreline revetment was not inspected in 2024. No signs of vegetation and/or trash, pests, settlement or movement, improper placement of fabric, vandalism or theft, wave overtopping, or scouring were noted within the inspected areas.

## 2.3      Parcel C

The Parcel C annual inspection was performed on September 16, 2024 (Appendix A). General site conditions were determined to be good. Security fencing, signage, gates, survey benchmarks, and groundwater monitoring well lids were found to be in good condition, with no signs of damage or vandalism. At the time of the annual inspection, it

was noted that another Navy contractor had cordoned off areas south and east of Building 281, and Dry Dock 2 as radiologically controlled areas (Appendix A [Parcel C inspection report, Parcel C map]); therefore, these areas were not included as part of the 2024 annual inspection.

The AC pavement cover was generally found to be in good condition; however, two areas on Dry Dock 4 were identified as needing repair (Appendix A [Parcel C inspection report, Items 11 and 12]). In November 2024, the minor sinkholes (Items 11 and 12) were cleared of loose debris, then filled and levelled with cold patch asphalt to match the existing grade. Minor cracking due to typical vegetation growth was also noted in a few areas. During November 2024, vegetation was removed from these areas using a handheld trimmer and cracking was inspected. Cracking was noted as minor (less than ¼-inch width) but will continue to be monitored.

The soil cover was found to be in good condition, with no signs of settling, slope failure, cracking, soil movement, or erosion. Minor evidence of burrowing pests was noted at the time of inspection; however, no corrective action has been recommended at this time. Vegetation growth was well established over the soil cover, with no bare areas observed. Grasses were noted as less than 2 feet over most of the site (Appendix A [Parcel C inspection report, Item 3]). As part of O&M, vegetation greater than 2 feet (mostly along the fence line) was trimmed back using a handheld trimmer, while the need for full mowing will be re-assessed after the rainy season.

Building foundations were found to be in good condition, with no new or expanding cracking. Drainage swales and check dams were observed to be in good condition, clean, and intact.

No signs of vegetation and/or trash, pests, excessive vehicle traffic, settlement or movement, improper placement of fabric, vandalism or theft, wave overtopping, or scouring were found within the inspected areas. The shoreline revetment was entirely enclosed by the active Parcel C rework project; thus, inspections of this area were not completed in 2024.

## 2.4      Parcel D-1

The Parcel D-1 annual inspection was performed on September 16, 2024 (Appendix A). General site conditions were determined to be good. Security fencing, signage, locks, gates, survey benchmarks, and groundwater monitoring well lids were found to be in good condition, with no signs of damage or vandalism. At the time of inspection, it was noted that another Navy contractor had cordoned off portions of Parcel D-1 as

Case 3:25-cv-05030-AGT    Document 26-2    Filed 12/04/25    Page 22 of 100

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, and UC-3 and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA          2.0 Annual Site Inspections and Repairs

radiologically controlled areas (Appendix A [Parcel D-1 inspection report, Parcel D-1 map]); therefore, these restricted areas were not included as part of the 2024 annual inspections.

The AC pavement cover was generally found to be in good condition, except for growth of current sinkholes within the previously reported and fenced in areas along the northeastern side of Gun Mole Pier. During February 2024 an additional 250 linear feet of permanent fencing was added to extend the previously restricted area. The existing fence line was observed to be intact and functioning adequately to limit access to the failing edge of the Gun Mole Pier (Appendix A [Parcel D-1 inspection report, Item 9]).

Minor cracking due to typical vegetation growth was found in several areas (Appendix A [Parcel D-1 inspection report, Items 4, 12, 13, and 19]). During November 2024, vegetation was removed from these areas using a handheld trimmer and cracking was inspected. Cracking was noted as minor (less than ¼-inch width) but will continue to be monitored. Vegetation was noted as growing at transitions and seams between the cover and objects (e.g., foundations, fenceposts, etc.), and growing through cracks in the AC pavement cover in several locations (Appendix A [Parcel D-1 inspection report, Items 20, 21 and 22]). As part of O&M, vegetation was trimmed back using a handheld trimmer.

Building foundations were found to be in good condition, with no new or expanding cracking noted. Drainage swales and check dams were observed to be in good condition, clean, and intact.

During the 2021 inspection, one sinkhole was identified between the Parcel G fence line and Manseau swale (Appendix A [Parcel D-1 inspection report, Item 25]). Access to make a complete repair of this area continues to be blocked, as this would require entrance through the Parcel G fence line, which is currently under rework project construction. APTIM previously recommended the installation of temporary fencing to restrict access until a more permanent repair could be made; rope barricades were used to restrict access until access is available for a permanent repair. These barricades were inspected and remain in place and secure. No other modifications are recommended at this time.

Overall, the shoreline revetment was found to be in good condition. No signs of vegetation, pests, vandalism or theft, wave overtopping, or scouring were found. The shoreline revetment on the northside of the GMP showed signs of rock movement, but the integrity of the riprap has not been compromised and is still functioning. The

Case 3:25-cv-05030-AGT   Document 26-2   Filed 12/04/25   Page 23 of 100

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, and UC-3 and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA                    2.0 Annual Site Inspections and Repairs

shoreline revetment will continue to be monitored. No other modifications are recommended at this time.

## 2.5      Parcel E

The Parcel E annual inspection was performed on September 19, 2024 (Appendix A). General site conditions were determined to be good. Security fencing, signage, locks, gates, survey benchmarks, and groundwater monitoring well monuments were found to be in good condition, with no signs of damage or vandalism. At the time of inspection, it was noted that another Navy contractor had cordoned off portions of Parcel E as radiologically controlled areas (Appendix A [Parcel E inspection report, Parcel E map]); therefore, these restricted areas were not included as part of the 2024 annual inspections.

Overall, the shoreline revetment was found to be in good condition. No signs of vegetation, pests, vandalism or theft, wave overtopping, or scouring were found. The sand layer over the hybrid shoreline revetment on the south side of the site has significantly eroded away but with the current status of planned parcel activities, no action is recommended at this time. The shoreline revetment will continue to be monitored during future inspections.

## 2.6      Parcel E-2

The Parcel E-2 annual inspection was performed on September 17, 2024 (Appendix A). General site conditions were determined to be good. Signage, locks, gates, and groundwater monitoring well monuments were found to be in good condition. Vandalism was observed in the form of spray paint on the sea wall and a small burn area near the barrier wall (Appendix A [Parcel E-2 inspection report, Parcel E-2 map; Items 13 and 19]).

The security fencing was in good condition along the northern boundary with one section of the fence requiring repairs to the privacy screen (Appendix A [Parcel E-2 inspection report, Parcel E-2 map; Item 2]). The internal perimeter fence bordering Parcel E had two locations where minor repairs were required (Appendix A [Parcel E-2 inspection report, Parcel E-2 map; Items 26 and 27]). The security fencing along the eastern boundary, bordering Fitch Street, had two locations where openings were observed and although the barrier wall is in good condition, installation of a new section of fencing is recommended (Appendix A [Parcel E-2 inspection report, Parcel E-2 map; Items 11, 14 and 15]). Steel wire was used to "sew" up the smaller holes cut through the

Case 3:25-cv-05030-AGT    Document 26-2    Filed 12/04/25    Page 24 of 100

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, and UC-3 and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA                    2.0 Annual Site Inspections and Repairs

fabric of the existing chain link fence, while sections of temporary fence panels were affixed to the existing fence line covering the larger openings (item 15).

A soil cover and protective liner were installed over a portion of the landfill in response to a fire in August 2000. Future work within Parcel E-2 calls for a new protective liner to be connected to the existing liner which will ultimately extend the landfill cover to the southwest, towards and beyond the proposed freshwater wetland; however, this work is currently ongoing. During the site inspection, it was noted that the leading edge of existing landfill liner was exposed in two areas near the proposed freshwater wetland, with minor damage observed (Appendix A [Parcel E-2 inspection report, Parcel E-2 map; Items 9 and 10]). As an interim measure, existing clean cover soil was stripped from the top 2-3 inches of the "panhandle" area southwest of the freshwater wetland and the resulting material was placed over top of the exposed liner as an approximate 1-foot-thick buffering layer. The location of the exposed liner was surveyed for future use prior to the material being covered.

Erosion of the soil cover was observed to be minor over the majority of the Parcel. Vegetation growth was well established over the soil cover, with no bare areas observed. Grasses were noted as less than 2 feet over most of the site (Appendix A [Parcel E-2 inspection report, Items 5, 6, 24, and 28]). One area with more extensive erosion was noted within the central portion of the landfill, in the area where a surface water drainage pipe was partially installed, but not completed per the final landfill design (Appendix A [Parcel E-2 inspection report, Parcel E-2 map; Item 22]). Additional drain rock was taken from the Parcel E-2 on-site stockpile and used to cover the exposed sections of drainpipe, allowing the existing drainage feature to function as a rock-lined drainage swale until work on site is resumed and the final as-designed drainage feature can be completed. The location of the exposed drainpipe was surveyed for future use prior to the material being covered.

## 2.7      Parcel G

Access to Parcel G was limited as the site is currently under rework project construction; therefore, the 2024 inspection record for Parcel G was limited to the perimeter fencing.

The Parcel G annual inspection was performed on September 17, 2024 (Appendix A). General site conditions were determined to be good. Security fencing, signage, locks, gates, survey benchmarks, and groundwater monitoring well lids were found to be in good condition, with no signs of damage or vandalism.

## 2.8        Parcel UC-3

The Parcel UC-3 annual inspection was performed on September 18, 2024 (Appendix A). General site conditions were determined to be good. Security fencing, signage, locks, gates, survey benchmarks, and groundwater monitoring well lids were found to be in good condition, with no signs of damage or vandalism. Trash accumulation was noted at various locations, but mostly concentrated near the entrance gate on Crisp Road. The trash accumulation in the area appears to be unrelated from activities occurring at Hunters Point Naval Shipyard and may be caused by transients in the area.

The stormwater drainage system appeared to function properly, as no water accumulation was observed during the inspection. The infiltration trenches and associated components were found to be in good condition and free of sediment or trash accumulation. Vegetation over 2 feet high was observed in some areas of infiltration trenches on Parcel UC-3. In November 2024, this vegetation was trimmed to a height of roughly 2 inches.

The AC pavement was generally found to be in good condition with several minor areas of "alligator" cracking (Appendix A [Parcel UC-3 inspection report, Items 2, 5, 7, 9, 12, 17 and 19]). However, four separate areas of more substantial damage to the AC pavement cover were noted as limiting heavy truck traffic along Crisp Road (Appendix A [Parcel UC-3 inspection report, Parcel UC-3 map; Items 13, 15, 16 and 18]). Through Navy correspondence on October 15, 2024, the decision was made to refrain from making repairs to the road damage due to ongoing construction activities by another contractor scheduled to take place during November 2024.

The existing metal trench plates were observed to be sturdy and in good condition with minor AC pavement damage that is not affecting the integrity of the plates.

Off-base areas of Parcel UC-3 were inspected during this annual event. Many of these areas were found to be in use or occupied resulting in limited access. The Navy may need to address fencing, security, and land use issues in those areas; however, no change is recommended at this time.

## 2.9        Installation Restoration Sites 07 and 18

The IR-07/18 annual inspection was performed on September 17, 2024 (Appendix A). General site conditions were determined to be good. Signage, locks, gates, survey benchmarks, and groundwater monitoring well lids were found to be in good condition,

Case 3:25-cv-05030-AGT    Document 26-2    Filed 12/04/25    Page 26 of 100

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, and UC-3 and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA                    2.0 Annual Site Inspections and Repairs

but a number of wells had missing or loose bolts (Appendix A [IR-07/18 inspection report, Item 4]). The Navy's groundwater monitoring contractor will be notified so that appropriate action may be taken. Openings in the perimeter fence were noted in two locations along the Site boundary (Appendix A [IR-07/18 inspection report, Items 10 and 11]). Openings along the perimeter fencing were re-secured by pulling the chain link back into place and using steel wire to re-secure and "sew" up the smaller holes cut through the fabric.

The soil cover was determined to be in good condition, with no signs of settlement, slope failure, cracking, soil movement, or erosion. Minor evidence of burrowing animals was noted in a number of areas within the parcel boundary (Appendix A [IR-07/18 inspection report, Item 6]); however, no current action is recommended because the burrows were observed to be less than 1 foot deep. Vegetation growth was well established over the soil cover, with no major bare areas observed. As part of O&M, vegetation greater than 2 feet (mostly along the fence line) will be trimmed while the need for full mowing will be re-assessed after the rainy season. No signs of excessive vehicle traffic on the cover were observed. No exposure of the demarcation layer was observed, and no tree or deep-rooting plant growth that could compromise the demarcation layer was present on the soil cover. No signs of vandalism or settlement were noted in the retaining wall area.

The shoreline revetment was determined to be in good condition. No signs of vegetation and/or trash, pests, settlement or movement, improper placement of fabric, vandalism or theft, cover soil overtopping, wave overtopping, or scouring were observed. Three fishermen were observed fishing off the northwest section of the revetment during the inspection (Appendix A [IR-07/18 inspection report, Item 9]).

The east corner (east of the shoreline revetment) was restricted due to ongoing construction being performed by another contractor at the time of the 2024 inspection (Appendix A [IR-07/18 inspection report]).

No signs of vandalism, ponding, settlement, or excessive vehicle traffic were observed.

## 2.10    Summary Table of Materials Used for Repairs

| Material | Quantity |
|---|---|
| Cold patch asphalt | 15, 50-pound bags |
| Rubberized asphalt crack filler | 5 gallons |
| Concrete for Parcel D-1 repairs | 0.25 cubic yards |

## 2.11    Settlement Monument Surveys

O&M plans for Parcels B-1 (Engineering/Remediation Resources Group, Inc. 2016), B-2 (INNOVEX-ERRG Joint Venture 2018b), C (Tetra Tech EC, Inc. and Engineering/Remediation Resources Group, Inc. 2017b), D-1, (APTIM 2018b; 2019), and G (Arcadis U.S., Inc. 2014b) and IR-07/18 (Engineering/Remediation Resources Group, Inc. 2012b) specify that a survey of settlement monument elevations be performed if a difference in elevation of 0.1 foot or more is observed in survey data obtained during the previous two years. If negligible changes (i.e., less than 0.1 foot) in monument elevation are observed during the two previous years, then the frequency of surveying can be decreased to once every five years. APTIM reviewed settlement monument survey data as part of the *Final 2021 Annual Operation and Maintenance Summary Report, Parcels B-1, B-2, C, D-1, G, and UC-3, and Installation Restoration Sites 07 and 18, Hunters Point Naval Shipyard, San Francisco, California* (APTIM 2021b), which included one event at Monument 3723 in Parcel G, where a difference of 0.01 foot was noted between the 2019 survey and the January 2021 survey.

Based on the negligible changes in elevation noted during the 2019 and 2021 survey events, Settlement Monument 1 in Parcel B-1 and Monument 2 in IR-07/18 were recommended for survey in 2024, while additional monuments would need to be resurveyed in 2025 and beyond. However, in an effort to return all surveys to the same reporting year, the decision was made to survey all available settlement monuments during the 2024 reporting period.

Survey measurements were taken by Bellecci & Associates (now Sanbell) during the week of November 18, 2024 and were collected using GPS technology under the supervision of Professional Land Surveyor Alex Fong (PLS 9252).

Presented below is a table representing site settlement across Hunters Point. All markers reference below are brass disks set in concrete and were found in good condition as of the date of this survey.

| SURVEY CONTROL POINT DATA | | | | |
|---|---|---|---|---|
| Parcel | Description | Baseline Data | 2024 Elevation | Settlement |
| B-1 | SM 1 | 41.78 (9-9-13) | 41.79 | +0.01 |
| B-1 | SM 2 | 20.82 (9-9-13) | 20.83 | +0.01 |
| D-1 | BM 1 SOUTH | 8.82 | 8.84 | +0.02 |
| D-1 | BM 2 NORTH | 9.35 (2-1-17) | 9.37 | +0.02 |
| G | PT. 3722 | 9.27 | 9.29 | +0.02 |
| IR | IR 1 | 17.02 msl (8-3-11) | 17.45 | -- |

**Case 3:25-cv-05030-AGT     Document 26-2     Filed 12/04/25     Page 28 of 100**

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, and UC-3 and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA                                    2.0 Annual Site Inspections and Repairs

| IR | IR 2 | 23.80 msl (8-3-11) | 24.22 | -- |
|----|------|--------------------|-------|-----|

Notes:  1: Elevations shown are based on 1929 NGVD, US Feet.
2: Elevations at markers IR 1 and IR 2 were adjusted to match the vertical coordinate system used elsewhere on HPNS (1929 NGVD, US Feet), thus comparison for settlement will be calculated during the next scheduled survey event.

| SURVEY CONTROL POINT HORIZONTAL LOCATIONS | | | |
|-------------------------------------------|-------------|-----------|-----------|
| Parcel | Description | Northing | Easting |
| B-1 | SM 1 | 452833.48 | 1460685.23 |
| B-1 | SM 2 | 453237.36 | 1460139.57 |
| D-1 | BM 1 SOUTH | 448968.43 | 1461327.00 |
| D-1 | BM 2 NORTH | 450699.23 | 1461379.47 |
| G | PT.3722 | 451447.43 | 1459825.98 |
| IR | IR 1 | 453754.87 | 1459973.25 |
| IR | IR 2 | 453456.10 | 1459353.33 |
| Notes: 1: Coordinates shown are based on CCS 27, US Feet. | | | |

Benchmark for this survey was "Hunters Point West" NGS PID HT0613
N: 452606.451 E: 1461800.750 EL=8.20

## 2.12     Institutional Control Compliance Monitoring Reports

Annual institutional control (IC) compliance monitoring reports for each parcel were prepared at the end of the O&M period. Annual IC compliance monitoring reports outline critical use restrictions, as well as the current condition of the durable covers in Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and IR-07/18. These restrictions include disturbance of the durable covers and site security features, agricultural uses, groundwater uses, establishment of buildings, or land use changes. Checklist items were found to be in compliance.

Appendix A provides the completed annual IC compliance monitoring reports.

NAER-2224-4713-0013

# 3.0    Emergency Response

There were no emergency events (e.g., major vandalism, fires, earthquakes, floods, major surface drainage problems, release of potentially contaminated soil), as defined in the area-specific O&M plans, requiring emergency response actions during this monitoring period (January 1 through December 31, 2024).

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, and UC-3 and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA                          3.0 Emergency Response

This page intentionally left
blank

NAER-2224-4713-0013

# 4.0     Inspection and Maintenance Schedule

During the next monitoring period (January 1 through December 31, 2025), the Navy will perform the annual inspection in Parcels B-1, B-2, C, D-1, E, E-2, G, and UC-3 and IR-07/18, prior to the rainy season (on or before October 15, 2025). Following the inspection, O&M repairs will be performed, which may include site mowing, maintenance of site vegetation, and repair of minor AC pavement damage.

APTIM will also continue to perform settlement monument inspections, as specified in the following O&M plans:

- Parcel B-1 (Engineering/Remediation Resources Group, Inc. 2016)

- Parcel B-2 (INNOVEX-ERRG Joint Venture 2018b)

- Parcel C (Tetra Tech EC, Inc. and Engineering/Remediation Resources Group, Inc. 2017b)

- Parcel E/E-2 (Construction Engineering Services, LLC. 2018)

- Parcel D-1 (APTIM 2018b; 2019)

- Parcel G (Arcadis U.S., Inc. 2014b)

- IR-07/18 (Engineering/Remediation Resources Group, Inc. 2012b)

The next planned settlement monument survey is schedule for 2029.

If an emergency occurs, the site will be inspected as soon as possible, so that corrective actions can be implemented quickly to reestablish the integrity of the remedy.

This page intentionally left
blank

Case 3:25-cv-05030-AGT    Document 26-2    Filed 12/04/25    Page 33 of 100

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, and UC-3 and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA                                    5.0 References

# 5.0    References

Aptim Federal Services, LLC (APTIM), 2018a, *Final Remedial Action Completion Report, Remedial Action in Parcel D-1 Phase I, Hunters Point Naval Shipyard, San Francisco, California*, April.

APTIM, 2018b, *Final Post-Construction Operation and Maintenance Plan, Remedial Action in Parcel D-1, Hunters Point Naval Shipyard, San Francisco, California*, March.

APTIM, 2019, *Final Addendum 01, Post-Construction Operation and Maintenance Plan, Remedial Action in Parcel D-1, Hunters Point Naval Shipyard, San Francisco, California*, July.

APTIM, 2021a, *Final Remedial Action Construction Summary Report, Remedial Action in Parcel D-1 Phase II, Hunters Point Naval Shipyard, San Francisco, California*.

APTIM, 2021b, *Final 2021 Annual Operation and Maintenance Summary Report, Parcels B-1, B-2, C, D-1, G, and UC-3, and Installation Restoration Sites 07 and 18, Hunters Point Naval Shipyard, San Francisco, California*, February.

APTIM, 2022, *Final 2021 Annual Operation and Maintenance Summary Report, Parcels B-1, B-2, C, D-1, G, and UC-3, and Installation Restoration Sites 07 and 18, Hunters Point Naval Shipyard, San Francisco, California*, February.

Arcadis U.S., Inc. 2014a, *Final Remedial Action Completion Report, Durable Cover, Groundwater Treatment, and Institutional Controls for Parcel G, Hunters Point Naval Shipyard, San Francisco, California*, March.

Arcadis U.S., Inc., 2014b, *Final Operation and Maintenance Plan for Parcel G, Hunters Point Naval Shipyard, San Francisco, California*, May 23.

Engineering/Remediation Resources Group, Inc., 2012a, *Final Remedial Action Completion Report for Installation Restoration Sites 07 and 18 at Parcel B, Hunters Point Naval Shipyard, San Francisco, California*, May.

Engineering/Remediation Resources Group, Inc., 2012b, *Final Operation and Maintenance Plan for Installation Restoration Sites 07 and 18 in Parcel B, Hunters Point Naval Shipyard, San Francisco, California*, October.

Engineering/Remediation Resources Group, Inc., 2016, *Final Operation and Maintenance Plan for Parcel B-1, Hunters Point Naval Shipyard, San Francisco, California*, June.

Engineering/Remediation Resources Group, Inc., 2017, *Final Remedial Action Completion Report for the Durable Covers Remedy in Parcel B-1, Hunters Point Naval Shipyard, San Francisco, California*, January.

Geosyntec Consultants, Inc., 2015, *Risk Management Plan, Hunters Point Naval Shipyard, Parcels UC-1 and UC-2, San Francisco, California*, March.

Gilbane Federal, 2018a, *Final Remedial Action Completion Report, Remedial Action, Parcel UC-3, Hunters Point Naval Shipyard, San Francisco, CA*, July.

Case 3:25-cv-05030-AGT    Document 26-2    Filed 12/04/25    Page 34 of 100

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, and UC-3 and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA                                    5.0 References

Gilbane Federal, 2018b, *Final Operation and Maintenance Plan, Remedial Action, Parcel UC-3, Hunters Point Naval Shipyard, San Francisco, CA*, July.

INNOVEX-ERRG Joint Venture, 2018a, *Final Remedial Action Completion Report for the Durable Covers Remedy in Parcel B-2, Hunters Point Naval Shipyard, San Francisco, California*, April.

INNOVEX-ERRG Joint Venture, 2018b, *Final Operation and Maintenance Plan for Parcel B-2, Hunters Point Naval Shipyard, San Francisco, California*, July.

Tetra Tech EC, Inc. and Engineering/Remediation Resources Group, Inc., 2017a, *Final Remedial Action Completion Report for the Durable Covers Remedy in Parcel C, Hunters Point Naval Shipyard, San Francisco, California*, April.

Tetra Tech EC, Inc. and Engineering/Remediation Resources Group, Inc., 2017b, *Final Operation and Maintenance Plan for the Durable Covers in Parcel C, Hunters Point Naval Shipyard, San Francisco, California*, February.

# FIGURES

This page intentionally left blank

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, and UC-3 and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA                                      Figures



2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, and UC-3 and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Figures

This page intentionally left blank

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, and UC-3 and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Figures



FIGURE 2
PARCEL MAP

HUNTERS POINT NAVAL SHIPYARD
SAN FRANSISCO, CA

U.S. Department of the Navy
BRAC PMO West
San Diego, California

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, and UC-3 and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Figures

This page intentionally left blank

DCN: NAER-2224-4713-0013

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, and UC-3 and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Figures

Case 3:25-cv-05030-AGT    Document 26-2    Filed 12/04/25    Page 41 of 100



LEGEND:

– – – –  PARCEL B-1 BOUNDARY

– – – –  OTHER PARCEL LINE

———  OFF-SITE TOPOGRAPHIC CONTOUR LINE

—10—  POST-CONSTRUCTION TOPOGRAPHIC CONTOUR LINE

NON-NAVY PROPERTY

123  EXISTING BUILDING WITH RESTORED FOUNDATION

APPROXIMATE LOCATION OF SVE WELLS AND TREATMENT SYSTEM

GROUNDWATER VOC PLUME/POLYACTATE INJECTION

SHORELINE REVETMENT COVER

ASPHALT PAVEMENT COVER

VEGETATED SOIL COVER

DRAINAGE SWALE

EDGE OF PAVEMENT

—X—  FENCE

⬤ IR26MW43A  GROUNDWATER MONITORING WELL

△  SETTLEMENT MONUMENT

⊥  WARNING SIGN

U.S. Department of the Navy
BRAC PMO West
San Diego, California

FIGURE 3
DURABLE COVER OVERVIEW
FOR PARCEL B-1

HUNTERS POINT NAVAL SHIPYARD
SAN FRANCISCO, CA

DCN: NAER-2224-4713-0013

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, and UC-3 and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Figures

This page intentionally left blank

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, and UC-3 and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Figures



DCN: NAER-2224-4713-0013

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, and UC-3 and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Figures

This page intentionally left blank

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, and UC-3 and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Figures



LEGEND:

— ·· — ·· — PARCEL C BOUNDARY LINE
━━━━━━━ IR SITE BOUNDARY
— — — — OTHER PARCEL BOUNDARY LINE
━━━━━━━ FENCE
━━━━━━━ ROAD
━━━━━━━ TRAFFIC BARRIER
— — — — UNDERGROUND STORM DRAIN LINE
● MONITORING WELL IN EXTERIOR DURABLE COVER
▨ ARMORED SHORELINE
▦ ASPHALTIC CONCRETE COVER
▨ BUILDING WITH FOUNDATION REPAIRED
▨ BUILDING SECURED (FOUNDATION NOT ACCESSIBLE)
▨ SWALE
▨ 2-FOOT SOIL COVER WITH VEGETATION

U.S. Department of the Navy
BRAC PMO West
San Diego, California

FIGURE 5
DURABLE COVER OVERVIEW
FOR PARCEL C

HUNTERS POINT NAVAL SHIPYARD
SAN FRANCISCO, CALIFORNIA

SCALE: 1"=250'      0'      250'

DCN: NAER-2224-4713-0013

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, and UC-3 and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Figures

This page intentionally left blank

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, and UC-3 and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Figures



DCN: NAER-2224-4713-0013

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, and UC-3 and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Figures

This page intentionally left blank

DCN: NAER-2224-4713-0013

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, and UC-3 and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Figures



FIGURE 7
DURABLE COVER OVERVIEW
FOR PARCEL D-1, PHASE II

HUNTERS POINT NAVAL SHIPYARD
SAN FRANCISCO, CALIFORNIA

U.S. Department of the Navy
BRAC PMO West
San Diego, California

DCN: NAER-2224-4713-0013

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, and UC-3 and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Figures

This page intentionally left blank

DCN: NAER-2224-4713-0013

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, and UC-3 and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Figures



Mixed Use District (Redevelopment Area)
Open Space (Redevelopment Area)
IR Site Boundary
Parcel E Boundary
Other HPNS Parcel Boundaries
Demolished Building
Existing Building
Non-Navy Property

Notes:

EOS = environmental open space
IR = Installation Restoration
MU = mixed use

Source:
Construction Engineering Services (CES), LLC, 2018
*Design Basis Report, Parcel E, Hunters Point
Naval Shipyard, San Francisco, California*

U.S. Department of the Navy
BRAC PMO West
San Diego, California

FIGURE 8
DURABLE COVER OVERVIEW FOR
PARCEL E

REMEDIAL ACTION PHASE 3 IN PARCEL E
HUNTERS POINT NAVAL SHIPYARD, SAN FRANCISCO, CA

G:\HUNTERS_PT\GIS_Documents\Project_Maps\E_CTO24\HP_E_053_Layout.mxd  7/25/2018

DCN: NAER-2224-4713-0013

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, and UC-3 and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Figures

This page intentionally left blank

DCN: NAER-2224-4713-0013

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, and UC-3 and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Figures



**LEGEND:**

- Stormwater Monitoring Locations
- Finish Grade Topographic Contour Line
- Proposed Swale/Storm Drain
- Proposed Road Boundary
- Drainage Channel
- Groundwater Diversion Trench
- Proposed Slurry Wall
- Proposed Shoreline Revetment
- Proposed Freshwater Wetland
- Proposed Tidal Wetlands
- Approximate Limit of Geosynthetic Cap
- Service Road
- Final Cover
- Parcel E-2 Landfill
- Parcel E-2
- Other Parcel Boundary
- Proposed Bridge Abutment for Arelious Walker Drive (December 2013)
- UCSF Compound
- Non-Navy Property
- Navy/UCSF Property Boundary within Parcel E-2 Landfill
- 815 Building (with number)
- Road

Outfall into Wetlands from Surface Water Channels

Pipe Outfall into Wetlands from Landfill Cap Drainage Layer

Outfall into Bay from Freshwater Wetlands (outfall structure will accomodate a separate discharge point for the storm drain for Arelious Walker Drive*)

Arelious Walker Drive (future road)

Drain Inlet

SOUTH BASIN

Outfall into Bay from Perimeter Channel

SCALE IN FEET
0    240

**Note:**
*Stormwater monitoring for Arelious Walker Drive will be performed by others because the future road is not part of the Navy's selected remedy for Parcel E-2.

| CLIENT: | DEPARTMENT OF THE NAVY, BRAC PMO WEST | | | | |
|---|---|---|---|---|---|
| LOCATION: | HUNTERS POINT NAVAL SHIPYARD SAN FRANCISCO, CALIFORNIA | | | | Durable Cover Overview for Parcel E-2 |
| | | DRAWN BY: JJC 06/19/13 | CHECKED BY: DB 06/19/13 | PROJECT NO. 25-049 | FIG NO. 9 |

N:\Graphics\2005\25-049_Navy_HPS_E-2_R1-FSRDCIdERAMP\Proposed Stormwater Mon Locations_rev3.mxd   Last updated: 3/3/2014 at 12:29:56 PM

DCN: NAER-2224-4713-0013

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, and UC-3 and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Figures

This page intentionally left blank

DCN: NAER-2224-4713-0013

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, and UC-3 and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Figures



LEGEND

SEAL COAT APPLICATION (11%)
2" AC OVERLAY ON EXISTING AC (5%)
CONCRETE PATCHING AND SHOTCRETE (6%)
CRACK REPAIR/SEALING ON
BUILDING SLAB (34%)
NEW PAVEMENT CONSTRUCTION (44%)
(REMAINDER OF SITE)
DRAINAGE SWALE
PARCEL BOUNDARY

U.S. Department of the Navy
BRAC PMO West
San Diego, California

FIGURE 10
DURABLE COVER OVERVIEW
FOR PARCEL G

HUNTERS POINT NAVAL SHIPYARD
SAN FRANCISCO, CA

DCN: NAER-2224-4713-0013

F:\Projects\HUNTERS_PT\GIS_Documents\Project_Maps\2021AnnualReport\HP_AR_008_Fig8_Durable_Cover_Overview_Parcel_G2.mxd    11/18/2024

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, and UC-3 and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Figures

This page intentionally left blank

DCN: NAER-2224-4713-0013

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, and UC-3 and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Figures



FIGURE 11
DURABLE COVER OVERVIEW
FOR PARCEL UC-3

HUNTERS POINT NAVAL SHIPYARD
SAN FRANCISCO, CALIFORNIA

U.S. Department of the Navy
BRAC PMO West
San Diego, California

DCN: NAER-2224-4713-0013

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, and UC-3 and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Figures

This page intentionally left blank

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, and UC-3 and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Figures



U.S. Department of the Navy
BRAC PMO West
San Diego, California

FIGURE 12
DURABLE COVER OVERVIEW
FOR INSTALLATION RESTORATION
SITES 07 AND 18
HUNTERS POINT NAVAL SHIPYARD
SAN FRANCISCO, CA

DCN: NAER-2224-4713-0013

# APPENDIX A
## PARCEL INSPECTION AND INSTITUTIONAL CONTROL COMPLIANCE REPORTS

This page intentionally left blank

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 2:25-cv-05030-ACT    Document 26-2    Filed 12/04/25    Page 62 of 100

Appendix A

# PARCEL B-1

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Appendix A

Case 2:25-cv-05030-AGT    Document 26-2    Filed 12/04/25    Page 63 of 100

This page intentionally left
blank

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-2, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-03830-AGT    Document 26-2    Filed 12/04/25    Page 64 of 100

Appendix A

**ANNUAL REPORT FORM**

## OPERATION AND MAINTENANCE AND INSTITUTIONAL CONTROLS COMPLIANCE LAND OWNER'S INSPECTION CHECKLIST

PARCEL B-1, FORMER HUNTERS POINT NAVAL SHIPYARD, SAN FRANCISCO, CA

| Date and time of inspection: 09/18/2024  11:45 | Inspector name and organization: Mario Losi  NORCAS |
|---|---|

| Weather and tidal conditions – include details of most recent rain event: No rain events in september. |
|---|
| Partly cloudy  53°F – 65°F    Tidal conditions- High, 00:18, 7.3', 13:00, 7.01'- Low – 06:30 -0.09', 18:56, 0.61' |

| Reason for inspection (circle one): | If inspection is initiated by an emergency response, explain condition: |
|---|---|
| (Scheduled)    Emergency response | Na |

| ITEM | INSPECTION FREQUENCY[1] | ACTION/ INSPECTION ITEM | COMMENTS — INCLUDING EXPLANATION IF NOT COMPLETED. INCLUDE ANY PHOTO DESCRIPTIONS |
|---|---|---|---|
| **GENERAL SITE CONDITION (APPLIES TO ALL AREAS OF SITE)** | | | |
| Overall condition of site | Every inspection (at least annual) | Note general conditions. Trash and debris accumulation, unauthorized access, etc. | Site is in good condition. Minor debris and trash observed. No entree of unauthorized access. |
| Land use | Every inspection (at least annual) | Digging or unauthorized land use per LUC RD | None observed. |
| **SITE SECURITY** | | | |
| Security of area | Every inspection (at least annual, until transfer) | Assess condition of fence, including holes, corrosion, digging, and concrete condition – repair as necessary | Security fences are in good condition. |
| | | Condition of locks, fencing, and gates – repair and replace as necessary | Locks and gates are functioning and in good condition. |

Parcel B-1                                            A-1                                 Appendix A, O&M Plan

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, B-3, C, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-08030-AGT    Document 26-2    Filed 12/04/25    Page 65 of 100

Appendix A

**ANNUAL REPORT FORM**
**OPERATION AND MAINTENANCE AND INSTITUTIONAL CONTROLS COMPLIANCE LAND OWNER'S INSPECTION CHECKLIST** *(continued)*
**PARCEL B-1, FORMER HUNTERS POINT NAVAL SHIPYARD, SAN FRANCISCO, CA**

| ITEM | INSPECTION FREQUENCY[1] | ACTION/ INSPECTION ITEM | COMMENTS — INCLUDING EXPLANATION IF NOT COMPLETED. INCLUDE ANY PHOTO DESCRIPTIONS |
|---|---|---|---|
| | | Note signs of vandalism | No evidence of vandalism observed. |
| **SITE SECURITY** *(continued)* | | | |
| Security of area *(cont.)* | Every inspection (at least annual, until transfer) *(cont.)* | Assess condition of access roads and gates | Access roads and gates are in good condition |
| | | Note evidence of unauthorized access | No evidence observed. |
| Site signage | Every inspection (at least annual, until transfer) | All signs in place and secure – repair and replace as necessary | Signs are secure and in good condition |
| | | Wording legible – replace and repair as necessary or document degradation | Signage is legible, slight degradation noted. |
| | | Note signs of vandalism | None observed. |
| **GROUNDWATER MONITORING WELLS[2]** | | | |
| Groundwater monitoring wells | During all sampling events and every inspection (at least annual) | Security (locks intact) – repair and replace as necessary | UPGW-15A locking tab is broken and well can not be locked. |
| | | Vandalism/signs of unauthorized access | None observed. |
| | | Well box is free of obstructions | Groundwater Monitoring contractors inspect |
| | | Seals not damaged | during sampling events. |
| **ASPHALT PAVEMENT COVER AND BUILDING FOUNDATIONS[3]** | | | |
| Surface Inspection | Every inspection (at least annual) | Assess cracking in asphaltic concrete layer | Overall cover is in good condition where accessible. Minor cracking noted in photo log. |
| | | Assess cracking in foundations | Unable to access building foundations. |
| | | Assess the crawlspace access to verify the prevention of access | Crawl space access is prevented. |
| | | Inspect transitions between different cover types (e.g., building foundations/utility features) | Minor vegetation growth observed. No stored areas. |
| | | Evidence of settlement and subsidence | None observed. |

*Parcel B-1*

A-2

*Appendix A, O&M Plan*

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, B-3, B-2, E, E-2, G, UC-3 and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-02830-ACL    Document 26-2    Filed 12/04/25    Page 66 of 100

Appendix A

**ANNUAL REPORT FORM**
**OPERATION AND MAINTENANCE AND INSTITUTIONAL CONTROLS COMPLIANCE LAND OWNER'S INSPECTION CHECKLIST** (continued)
PARCEL B-1, FORMER HUNTERS POINT NAVAL SHIPYARD, SAN FRANCISCO, CA

| ITEM | INSPECTION FREQUENCY[1] | ACTION/ INSPECTION ITEM | COMMENTS — INCLUDING EXPLANATION IF NOT COMPLETED. INCLUDE ANY PHOTO DESCRIPTIONS |
|---|---|---|---|
| **ASPHALT PAVEMENT COVER[3]** (continued) | | | |
| Surface inspection (cont.) | Every inspection (at least annual) (cont.) | Note evidence of burrowing pests | Evidence of pests observed in soil cover along south east side of parcel. |
| | | Assess condition of settlement monuments | Monuments are in good condition. |
| | | Assess condition of well surface completions | Surface completions are in good condition. |
| | | Assess accumulation of soils over cover | No soil accumulation observed. |
| | | Inspect areas of previous repair | Repairs are in good condition. Additional veg clearing recommended. |
| | | Remove any vegetative species penetrating through cover, and repair asphalt | Scattered areas require vegetation removal. |
| | | Note signs of excessive traffic | No evidence observed. |
| | | Note signs of unauthorized access to the site or the buildings | No signs observed. |
| Stormwater drainage | Every inspection (at least annual) | Observe areas of accumulated water for cracking and settlement | No cracking in drainage observed. |
| | | Remove trash and debris from catch basins | No trash or debris present during inspection. |
| | | Note integrity and function of outfalls | Outfalls are functioning properly. |
| | | Monitor areas of accumulation in the vicinity of site buildings | No areas of accumulation observed. |
| | | Note evidence of overflow in drainage channels | No evidence of overflow observed. |
| | | Remove trash or debris from drainage channel | No trash or debris present. |
| | | Note any change in condition of drainage contributing areas | No changes in conditions observed. |
| **SOIL COVER[3]** | | | |
| Vegetation | Every inspection (at least annual) | Assess extent of vegetative cover. | Vegetative growth exceeds 2'. |
| | | Note evidence of burrowing pests | Some evidence noted. Additional details in photo log |

**ANNUAL REPORT FORM**
**OPERATION AND MAINTENANCE AND INSTITUTIONAL CONTROLS COMPLIANCE LAND OWNER'S INSPECTION CHECKLIST** *(continued)*
PARCEL B-1, FORMER HUNTERS POINT NAVAL SHIPYARD, SAN FRANCISCO, CA

| ITEM | INSPECTION FREQUENCY[1] | ACTION/ INSPECTION ITEM | COMMENTS — INCLUDING EXPLANATION IF NOT COMPLETED. INCLUDE ANY PHOTO DESCRIPTIONS |
|---|---|---|---|
| | | **SOIL COVER[3]** *(continued)* | |
| Vegetation *(cont.)* | Every inspection (at least annual) *(cont.)* | Assess adequacy of mowing (cover maintenance) | Mowing required for vegetation over 2' |
| | | Remove or kill weed species | |
| | | Note signs of excessive traffic | No signs of unauthorized access. |
| | | Note signs of unauthorized access | No signs of traffic in vegetation. |
| Soil cover | Every inspection (at least annual) | Note evidence of cover settlement | No cover settlement observed. |
| | | Note evidence of burrowing pests | Burrowing pests noted in photo log |
| | | Evidence of slope failure along boundaries and slope transition areas | Slopes are in good condition, no failures observed. |
| | | Evidence of cracking or soil movement | None observed. |
| | | **REVETMENT[3]** | |
| Crest inspection | Every inspection (at least annual) | Note evidence of settlement or movement | Area inaccessible due to construction activities. |
| | | Note evidence of wave overtopping | |
| | | Inspect transition from cover to revetment | |
| | | Assess any areas of erosion | |
| | | Inspect for proper placement of filter fabric | |
| Armoring inspection | Every inspection (at least annual) | Note evidence of settlement or movement | |
| | | Note placement and stability of rip rap | |
| | | Inspect for proper placement of filter fabric and filter layer | |
| Toe and flank inspection | Every inspection (at least annual) | Note areas of scour and erosion | |

*Parcel B-1*                                                       A-4                                          Appendix A, O&M Plan

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, B-3, C, E, E-2, G, UC-1, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:23-cv-0330-AGT    Document 26-2    Filed 12/04/25    Page 68 of 100

Appendix A

**ANNUAL REPORT FORM**
**OPERATION AND MAINTENANCE AND INSTITUTIONAL CONTROLS COMPLIANCE LAND OWNER'S INSPECTION CHECKLIST** *(continued)*
PARCEL B-1, FORMER HUNTERS POINT NAVAL SHIPYARD, SAN FRANCISCO, CA

| ITEM | INSPECTION FREQUENCY[1] | ACTION/ INSPECTION ITEM | COMMENTS — INCLUDING EXPLANATION IF NOT COMPLETED. INCLUDE ANY PHOTO DESCRIPTIONS |
|---|---|---|---|
| Toe and flank inspection *(cont.)* | Every inspection (at least annual) *(cont.)* | Inspect for proper placement of filter fabric and filter layer | Area inaccessible due to Construction activities. |
| | | Note changes in the bay slope | |
| **SVE SYSTEM** | | | |
| System shutdown | Each SVE site visit | Document any system shut down | SVE system inspections, condition and maintenance are addressed during operational periods by the SVE Contractor and documented separately from this report. |
| System configuration | Each SVE site visit | Record extraction wells in use | |
| | | Record duration of extraction at each well or optimization | |
| Extraction wells | Each SVE site visit | Monitor vacuum pressure at each well | |
| | | Check for leaks | |
| | | Monitor VOCs at each well | |
| Soil gas monitoring wells | Each SVE site visit | Monitor vacuum pressures | |
| Extracted water | Each SVE site visit | Check amount of water extracted | |
| | | Dispose of extracted water as necessary | |
| GAC units | Each SVE site visit | Check influent concentration with FID | |
| | | Check effluent concentration with FID | |
| | | Laboratory analysis as necessary | |
| Knock out drum | Each SVE site visit | Check for accumulated sediments | |
| System components | Each SVE site visit | Maintain according to manufacturer | |
| General operational | Each SVE site visit | Inspect condition of all extraction and monitoring wells, piping, fittings, and treatment system components. | ↺ |

*Parcel B-1*                                        A-5                                        *Appendix A, O&M Plan*

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-08030-AGT    Document 26-2    Filed 12/04/25    Page 69 of 100

Appendix A

**ANNUAL REPORT FORM**

## OPERATION AND MAINTENANCE AND INSTITUTIONAL CONTROLS COMPLIANCE LAND OWNER'S INSPECTION CHECKLIST *(continued)*

PARCEL B-1, FORMER HUNTERS POINT NAVAL SHIPYARD, SAN FRANCISCO, CA

| ITEM | INSPECTION FREQUENCY[1] | ACTION/ INSPECTION ITEM | COMMENTS — INCLUDING EXPLANATION IF NOT COMPLETED. INCLUDE ANY PHOTO DESCRIPTIONS |
|---|---|---|---|
| General operational *(cont.)* | Each SVE site visit *(cont.)* | Record operating hours | Documented by SVE Contractor |
| | | Record vapor flow rate at treatment system influent | |
| | | Assessment of configuration – optimization | ✓ |

Notes:

1. Inspections should be completed on at least an annual basis for all components of the remedy other than the SVE system. Every inspection, as used in the inspection frequency, includes both scheduled annual inspections and inspections triggered by emergency responses. All items on the checklist should be included in all inspections triggered by emergency responses in addition to the scheduled annual inspections.

2. Monitoring well casings, locking well caps, and locks (i.e., components unrelated to the durable cover) will be inspected under the basewide groundwater monitoring program.

3. List significant repairs completed and attach documentation describing repairs.

4. Use professional judgment and site experience to identify whether inspections are necessary following significant earthquakes, regardless of location and magnitude. Inspections after hurricane-level storm events should be conducted and adjust the storm response trigger over time based on site experience.

The O&M contractor may determine the appropriate trigger for inspection and emergency response from the following information resources:

- Emergency Response Plan - Earthquake Annex (San Francisco 2008).
- City and County of San Francisco Outdoor Warning System.
- Emergency Alert System (EAS). The primary local EAS broadcast station for the Bay Area is KCBS (740 AM). EAS messages may be sent via the Internet-based HazCollect system (maintained by the National Oceanic and Atmospheric Administration).
- Public service announcements through radio and television, including radio broadcasts using the San Francisco Unified School District radio station, KALW.
- On-scene loudspeaker announcements.
- The AlertSF system. Operational from the city's Emergency Operations Center and will provide the ability to send broadcast digital messaging to any number of groups, such as vulnerable populations, large business owners, and community-based organizations.
- The National Earthquake Information Center (NEIC) and the USGS Earthquake Notification Service (ENS). These provide notifications of earthquakes free to interested parties. Users of the service can specify the regions of interest, establish notification thresholds of earthquake magnitude, designate whether they wish to receive notification of aftershocks, and even set different magnitude thresholds for daytime or nighttime to trigger a notification. (Congressional Research Service 2010)
- ShakeMap. A product of USGS Earthquake Hazards Program in conjunction with regional seismic network operators and provides MM intensities (listed as "instrumental intensity" on the ShakeMap). ShakeMaps are now triggered automatically and made available within minutes of the event via the Internet including Parcel B (USGS 2010).

The threshold level for inspection and emergency response in the event of seismic activity is recommended to be MM intensity VII reported at Parcel B or within the South San Francisco area.

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, B-3, C, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-02830-AGT    Document 26-2    Filed 12/04/25    Page 70 of 100

Appendix A

**ANNUAL REPORT FORM**

## OPERATION AND MAINTENANCE AND INSTITUTIONAL CONTROLS COMPLIANCE LAND OWNER'S INSPECTION CHECKLIST *(continued)*

PARCEL B-1, FORMER HUNTERS POINT NAVAL SHIPYARD, SAN FRANCISCO, CA

| Verification of compliance with land use restrictions[a] | | Comments |
|---|---|---|
| Have any vegetables, fruits, or edible items been grown in native soil for human consumption? | Yes / (No) / N/A | |
| Was groundwater used for any purpose (is there any evidence of tampering with existing wells or evidence of new wells)? | Yes / (No) / N/A | |
| Has there been any land-disturbing activity (excavation; construction of roads, utilities, or structures; demolition of hardscape; movement of soil from below ground surface to the surface; or activity that facilitates movement of known contaminated groundwater)? | Yes / (No) / N/A | |
| Were new groundwater wells of any type installed? | Yes / (No) / N/A | |
| Has there been any altering, disturbing, or removing components of the remedy including revetment, soil cover, or groundwater monitoring wells and associated equipment? | Yes / (No) / N/A | |
| Have any enclosed structures been constructed in designated VOC ARIC areas? | Yes / (No) / N/A | |
| Has there been any removal or damage to security features (such as locks on monitoring wells, site fencing, or signs) or settlement monuments, monitoring equipment, piping or other appurtenances? | Yes / (No) / N/A | |

---

*Parcel B-1*                                    A-7                        *Appendix A, O&M Plan*

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, B-2 2-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-02830-AGT    Document 26-2    Filed 12/04/25    Page 71 of 100

Appendix A

**ANNUAL REPORT FORM**

## OPERATION AND MAINTENANCE AND INSTITUTIONAL CONTROLS COMPLIANCE LAND OWNER'S INSPECTION CHECKLIST *(continued)*
PARCEL B-1, FORMER HUNTERS POINT NAVAL SHIPYARD, SAN FRANCISCO, CA

| | | |
|---|---|---|
| Has notification been provided for any unauthorized change in land use? | Yes<br>No<br>(N/A) | |
| Have any violations of the restrictions in the CRUP been reported within 10 business days of discovery and has an explanation been provided of those actions taken or to be taken within 10 days of notification of discovery? | Yes<br>No<br>(N/A) | , |

Note:

a   If the response to any of the listed questions is yes, provide an explanation in the comments  (and attach additional pages as necessary) stating whether the activity was conducted in  accordance with an FFA Signatory-approved work plan or Risk Management Plan, and  describing how the requirements in the approved plan(s) were adhered to.

Provide the completed forms and accompanying information to the FFA Signatories.

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, B-2-E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-02830-AGT    Document 26-2    Filed 12/04/25    Page 72 of 100

Appendix A

**ANNUAL REPORT FORM**
**OPERATION AND MAINTENANCE AND INSTITUTIONAL CONTROLS COMPLIANCE LAND OWNER'S INSPECTION CHECKLIST** *(continued)*
PARCEL B-1, FORMER HUNTERS POINT NAVAL SHIPYARD, SAN FRANCISCO, CA

| OTHER OBSERVATIONS: |
|---|
| Construction activities have blocked areas east of buildings 123/125. Those areas were not inspected due to changing conditions |
| |
| |
| |
| |
| **FOLLOW-UP ACTIONS (Include area requiring further action):** |
| |
| |
| |
| |
| |

I, the undersigned, hereby certify that the above-described O&M activities and land use restrictions have been complied with for the period noted. Alternatively, any known deficiencies and completed or planned actions to address such deficiencies are described in the attached explanation of deficiencies. I further certify that the IC Compliance Monitoring Report is complete and accurate.

Signature                          09/18/2024   1500
                                   Date/Time

Parcel B-1                          A-9                          Appendix A, O&M Plan

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-2    Filed 12/04/25    Page 73 of 100

Appendix A

This page intentionally left
blank

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-2    Filed 12/04/25    Page 74 of 100

Appendix A

FIGURE 3
DURABLE COVER OVERVIEW
FOR PARCEL B-1

HUNTERS POINT NAVAL SHIPYARD
SAN FRANCISCO, CA

U.S. Department of the Navy
BRAC PMO West
San Diego, California

LEGEND:

- — PARCEL B-1 BOUNDARY
- — OTHER PARCEL LINE
- OFF-SITE TOPOGRAPHIC CONTOUR LINE
- POST-CONSTRUCTION TOPOGRAPHIC CONTOUR LINE
- NON-NAVY PROPERTY
- 123 EXISTING BUILDING WITH RESTORED FOUNDATION
- APPROXIMATE LOCATION OF SVE WELLS AND TREATMENT SYSTEM
- GROUNDWATER VOC PLUME/POLYACTATE INJECTION
- SHORELINE REVETMENT COVER
- ASPHALT PAVEMENT COVER
- VEGETATED SOIL COVER
- DRAINAGE SWALE
- EDGE OF PAVEMENT
- —X— FENCE
- IR26MW43A GROUNDWATER MONITORING WELL
- SETTLEMENT MONUMENT
- WARNING SIGN

Radiologically controlled Area. Not Included as part of 2024 inspections.

NAER-2224-4713-0013

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoratation Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT     Document 26-2     Filed 12/04/25     Page 75 of 100

Appendix A

This page intentionally left blank

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, IR-07, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 2:25-cv-05030-AGT    Document 26-2    Filed 12/04/25    Page 76 of 100

Appendix A

**Annual Operation and Maintenance Inspection**
**September 18, 2024**

**CTO N6247324F4713**
**Parcel B-1**
**Hunters Point Naval Shipyard**

| Photograph | Item Description |
|---|---|
| <br>**Photograph Taken by: Mario Losi, Noreas 09/18/2024** | Item 1, Routine O&M<br><br>Location: Drainage swale at northwestern end of parcel<br><br>Description: Accumulation of water due to vegetation growth. Improper drainage occurring.<br><br>Change Since Previous Inspection: Vegetation growth has remained consistent.<br><br>Recommended Action: Notify contractor conducting swale inspections.<br><br>Personnel, Equipment, and Material Needs: None |
| <br>**Photograph Taken by: Mario Losi, Noreas 09/18/2024** | Item 2, Routine O&M<br><br>Location: Gate entrance to Parcel B-1<br><br>Description: Gate and fence are in good condition throughout the entire parcel.<br><br>Change Since Previous Inspection: None<br><br>Recommended Action: None<br><br>Personnel, Equipment, and Material Needs: None |

Page 1 of 6

**Annual Operation and Maintenance Inspection**
**September 18, 2024**

**CTO N6247324F4713**
**Parcel B-1**
**Hunters Point Naval Shipyard**

| Photograph | Item Description |
|---|---|
|  Photograph Taken by: Mario Losi, Noreas 09/18/2024 | Item 3, Routine O&M<br><br>Location: Settlement Monument 2<br><br>Description: Settlement Monument is in good condition<br><br>Change Since Previous Inspection: None<br><br>Recommended Action: None<br><br>Personnel, Equipment, and Material Needs: None |
| Photograph Taken by: Mario Losi, Noreas 09/18/2024 | Item 4, Routine O&M<br><br>Location: Southern area of Parcel behind Building 113A, facing southeast.<br><br>Description: Soil cover in good condition. No evidence of erosion, subsidence, or settlement observed.<br><br>Change Since Previous Inspection: Vegetation regrowth.<br><br>Recommended Action: Monitor vegetation growth.<br><br>Personnel, Equipment, and Material Needs: None |

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-03030-AGT    Document 26-2    Filed 12/04/25    Page 78 of 100

Appendix A

## Annual Operation and Maintenance Inspection
### September 18, 2024

### CTO N6247324F4713
### Parcel B-1
### Hunters Point Naval Shipyard

| Photograph | Item Description |
|---|---|
| <br>Photograph Taken by: Mario Losi, Noreas 09/18/2024 | Item 5, New Item<br><br>Location: Southern area of Parcel behind Building 113A, facing southwest<br><br>Description: Evidence of burrowing pests. Holes were shallow, less than 12 inches deep.<br><br>Change Since Previous Inspection: None<br><br>Recommended Action: Continue to monitor during future inspections.<br><br>Personnel, Equipment, and Material Needs: None |
| Photograph Taken by: Mario Losi, Noreas 09/18/2024 | Item 6, Routine O&M<br><br>Location: South of Building 123<br><br>Description: Asphalt is showing signs of deterioration and vegetation growth through cracks.<br><br>Change Since Previous Inspection: None<br><br>Recommended Action: Trim vegetation and fill cracks if necessary.<br><br>Personnel, Equipment, and Material Needs: One laborer, hand tools, rubberized asphalt filler. |

Page 3 of 6

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, E, E-2, G, UC3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-03030-AGT    Document 26-2    Filed 12/04/25    Page 79 of 100

Appendix A

**Annual Operation and Maintenance Inspection**
**September 18, 2024**

**CTO N6247324F4713**
**Parcel B-1**
**Hunters Point Naval Shipyard**

| Photograph | Item Description |
|---|---|
| <br>**Photograph Taken by: Mario Losi, Noreas 09/18/2024** | Item 7, New Item<br><br>Location: Southeast of Building 113<br><br>Description: Vegetation growth in cover patch.<br><br>Change Since Previous Inspection: NA<br><br>Recommended Action: Trim vegetation and fill cracks if necessary.<br><br>Personnel, Equipment, and Material Needs: One laborer, hand tools, rubberized asphalt filler. |
| **Photograph Taken by: Mario Losi, Noreas 09/18/2024** | Item 8, Routine O&M<br><br>Location: Southwest of Building 122 looking east.<br><br>Description: Asphalt pavement cover in good condition.<br><br>Change Since Previous Inspection: None<br><br>Recommended Action: None<br><br>Personnel, Equipment, and Material Needs: None |

Page 4 of 6

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, E, E-2, G, UC3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 2:25-cv-05030-ACT   Document 26-2   Filed 12/04/25   Page 80 of 100

Appendix A

## Annual Operation and Maintenance Inspection
## September 18, 2024

## CTO N6247324F4713
## Parcel B-1
## Hunters Point Naval Shipyard

| Photograph | Item Description |
|---|---|
|  Photograph Taken by: Mario Losi, Noreas 09/18/2024 | Item 9, Routine O&M<br><br>Location: UT02MW15A<br><br>Description: Monitoring well monument locking tab broken.<br><br>Change Since Previous Inspection: NA<br><br>Recommended Action: Notify groundwater monitoring contractor.<br><br>Personnel, Equipment, and Material Needs: None |

Page 5 of 6

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, B-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 2:25-cv-03030-AGT    Document 26-2    Filed 12/04/25    Page 81 of 100

Appendix A

**Annual Operation and Maintenance Inspection**
**September 18, 2024**

**CTO N6247324F4713**
**Parcel B-1**
**Hunters Point Naval Shipyard**

| Photograph | Item Description |
|---|---|
|   Photograph Taken by: Mario Losi, Noreas 09/18/2024 | Item 10, Routine O&M  Location: Drainage swale south of the former Building 123.  Description: Drainage in good condition with minor vegetation growth.  Change Since Previous Inspection: NA  Recommended Action: Trim vegetation and fill in cracks as necessary.  Personnel, Equipment, and Material Needs: One laborer, weed trimmer and rubberized asphalt filler. |
|   Photograph Taken by: Mario Losi, Noreas 09/18/2024 | Item 11, Routine O&M  Location: Construction entrance southwest of Building 125.  Description: Construction entrance to restricted portion of the parcel.  Change Since Previous Inspection: NA  Recommended Action: None.  Personnel, Equipment, and Material Needs: None |

Page 6 of 6

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Appendix A

Case 3:25-cv-05030-AGT    Document 26-2    Filed 12/04/25    Page 82 of 100

# PARCEL B-2

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, G, B9, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 2:25-cv-03030-AGT    Document 26-2    Filed 12/04/25    Page 83 of 100

Appendix A

This page intentionally left
blank

NAER-2224-4713-0013

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-02830-AGT    Document 26-2    Filed 12/04/25    Page 84 of 100

Appendix A

**ANNUAL REPORT FORM**

## OPERATION AND MAINTENANCE AND INSTITUTIONAL CONTROLS COMPLIANCE LAND OWNER'S INSPECTION CHECKLIST

PARCEL B-2, FORMER HUNTERS POINT NAVAL SHIPYARD, SAN FRANCISCO, CA

| Date and time of inspection: 09/19/2024    0945 | Inspector name and organization: Mario Losi  NOREAS |
|---|---|
| **Weather and tidal conditions – include details of most recent rain event:** No rain events in September Partly Cloudy, High-65°F , Low-55°F    Tidal Conditions - High - 0114, 2', 1335, 7.31' - Low - 0710 , 0.45' , 1946 , 0.13' | |
| **Reason for inspection (circle one):** (Scheduled)    Emergency response | If inspection is initiated by an emergency response, explain condition: Na |

| ITEM | INSPECTION FREQUENCY[1] | ACTION/ INSPECTION ITEM | COMMENTS — INCLUDING EXPLANATION IF NOT COMPLETED. INCLUDE ANY PHOTO DESCRIPTIONS |
|---|---|---|---|
| **GENERAL SITE CONDITION (APPLIES TO ALL AREAS OF SITE)** | | | |
| Overall condition of site | Every inspection (at least annual) | Note general conditions. Trash and debris accumulation, unauthorized access, etc. | Site is in good condition. No trash or debris accumulation. |
| Land use | Every inspection (at least annual) | Digging or unauthorized land use per LUC RD | No digging or unauthorized land use. |
| **SITE SECURITY** | | | |
| Security of area | Every inspection (at least annual, until transfer) | Assess condition of fence, including holes, corrosion, digging, and concrete condition – repair as necessary | Perimeter fence is in good condition. |
| | | Condition of locks, fencing, and gates – repair and replace as necessary | Locks at gates |
| | | Note signs of vandalism | None observed. |

*Parcel B-2*    A-1    *Appendix A, O&M Plan*

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, G, UC-1, UC-2, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-08030-AGT    Document 26-2    Filed 12/04/25    Page 85 of 100

Appendix A

ANNUAL REPORT FORM
**OPERATION AND MAINTENANCE AND INSTITUTIONAL CONTROLS COMPLIANCE LAND OWNER'S INSPECTION CHECKLIST** *(continued)*
PARCEL B-2, FORMER HUNTERS POINT NAVAL SHIPYARD, SAN FRANCISCO, CA

| ITEM | INSPECTION FREQUENCY[1] | ACTION/ INSPECTION ITEM | COMMENTS — INCLUDING EXPLANATION IF NOT COMPLETED. INCLUDE ANY PHOTO DESCRIPTIONS |
|---|---|---|---|
| **SITE SECURITY** *(continued)* | | | |
| Security of area *(cont.)* | Every inspection (at least annual, until transfer) *(cont.)* | Assess condition of access roads and gates | Roads and gates are in good condition. |
| | | Note evidence of unauthorized access | None observed |
| Site signage | Every inspection (at least annual, until transfer) | All signs in place and secure – repair and replace as necessary | Signs are in place and secure. |
| | | Wording legible – replace and repair as necessary or document degradation | Signs are legible |
| | | Note signs of vandalism | None observed |
| **GROUNDWATER MONITORING WELLS[2]** | | | |
| Groundwater monitoring wells | During all sampling events and every inspection (at least annual) | Security (locks intact) – repair and replace as necessary | Site under construction, access to |
| | | Vandalism/signs of unauthorized access | onsite features restricted. |
| | | Well box is free of obstructions | |
| | | Seals not damaged | ✓ |
| **ASPHALT PAVEMENT COVER AND BUILDING FOUNDATIONS[3]** | | | |
| Surface Inspection | Every inspection (at least annual) | Assess cracking in asphaltic concrete layer | Active construction on cover, conditions |
| | | Assess cracking in foundations | Changing |
| | | Assess the crawlspace access to verify the prevention of access | |
| | | Inspect transitions between different cover types (e.g., building foundations/utility features) | |
| | | Evidence of settlement and subsidence | ✓ |

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, B-3, G, UC-3, UC-3 and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-02830-AGT    Document 26-2    Filed 12/04/25    Page 86 of 100

Appendix A

**ANNUAL REPORT FORM**
**OPERATION AND MAINTENANCE AND INSTITUTIONAL CONTROLS COMPLIANCE LAND OWNER'S INSPECTION CHECKLIST** (continued)
**PARCEL B-2, FORMER HUNTERS POINT NAVAL SHIPYARD, SAN FRANCISCO, CA**

| ITEM | INSPECTION FREQUENCY[1] | ACTION/ INSPECTION ITEM | COMMENTS — INCLUDING EXPLANATION IF NOT COMPLETED. INCLUDE ANY PHOTO DESCRIPTIONS |
|---|---|---|---|
| | | **ASPHALT PAVEMENT COVER AND BUILDING FOUNDATIONS[3]** (continued) | |
| Surface inspection (cont.) | Every inspection (at least annual) (cont.) | Note evidence of burrowing pests | Site under construction, access to |
| | | Assess condition of Settlement Monument SM4 (Figure 4 of the O&M Plan identifies the location of this settlement monument). | Onsite features restricted. |
| | | Assess condition of well surface completions | |
| | | Assess accumulation of soils over cover | |
| | | Inspect areas of previous repair | |
| | | Remove any vegetative species penetrating through cover, and repair asphalt | Cover under active construction, multiple areas exposed while conditions are changing. |
| | | Note signs of excessive traffic | None observed |
| | | Note signs of unauthorized access to the site or the buildings | Access to buildings restricted |
| Stormwater drainage | Every inspection (at least annual) | Observe areas of accumulated water for cracking and settlement | Inspected drainage locations outside construction. None observed |
| | | Remove trash and debris from catch basins | None |
| | | Note integrity and function of outfalls | Outfalls are functioning properly. |
| | | Monitor areas of accumulation in the vicinity of site buildings | Restricted site access. |
| | | Note evidence of overflow in drainage channels | None observed. |
| | | Remove trash or debris from drainage channel | None |
| | | Note any change in condition of drainage contributing areas | No changes observed. |

NAER-2224-4713-0013

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, IR-07, IR-18, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:23-cv-0830-AGT   Document 26-2   Filed 12/04/25   Page 87 of 100

Appendix A

**ANNUAL REPORT FORM**
## OPERATION AND MAINTENANCE AND INSTITUTIONAL CONTROLS COMPLIANCE LAND OWNER'S INSPECTION CHECKLIST *(continued)*
PARCEL B-2, FORMER HUNTERS POINT NAVAL SHIPYARD, SAN FRANCISCO, CA

| REVETMENT[3] | | | |
|---|---|---|---|
| Crest inspection | Every inspection (at least annual) | Note evidence of settlement or movement | Site under construction, access to revetment restricted. |
| | | Note evidence of wave overtopping | |
| | | Inspect transition from cover to revetment | |
| | | Assess any areas of erosion | |
| | | Inspect for proper placement of filter fabric | |
| Armoring inspection | Every inspection (at least annual) | Note evidence of settlement or movement | |
| | | Note placement and stability of rip rap | |
| | | Inspect for proper placement of filter fabric and filter layer | |
| Toe and flank inspection | Every inspection (at least annual) | Note areas of scour and erosion | |
| Toe and flank inspection *(cont.)* | Every inspection (at least annual) *(cont.)* | Inspect for proper placement of filter fabric and filter layer | |
| | | Note changes in the bay slope | ✓ |

Notes:

1. Inspections should be completed on at least an annual basis for all components of the remedy. Every inspection, as used in the inspection frequency, includes both scheduled annual inspections and inspections triggered by emergency responses. All items on the checklist should be included in all inspections triggered by emergency responses in addition to the scheduled annual inspections.

2. Monitoring well casings, locking well caps, and locks (i.e., components unrelated to the durable cover) will be inspected under the basewide groundwater monitoring program.

3. List significant repairs completed and attach documentation describing repairs.

4. Use professional judgment and site experience to identify whether inspections are necessary following significant earthquakes, regardless of location and magnitude. Inspections after hurricane-level storm events should be conducted and adjust the storm response trigger over time based on site experience.

The O&M contractor may determine the appropriate trigger for inspection and emergency response from the following information resources:
- Emergency Response Plan - Earthquake Annex (San Francisco 2008).
- City and County of San Francisco Outdoor Warning System.
- Emergency Alert System (EAS). The primary local EAS broadcast station for the Bay Area is KCBS (740 AM). EAS messages may be sent via the Internet-based HazCollect system (maintained by the National Oceanic and Atmospheric Administration).
- Public service announcements through radio and television, including radio broadcasts using the San Francisco Unified School District radio station, KALW.

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, B-2 Z, Z-2, C, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-02830-AGT    Document 26-2    Filed 12/04/25    Page 88 of 100

Appendix A

**ANNUAL REPORT FORM**

## OPERATION AND MAINTENANCE AND INSTITUTIONAL CONTROLS COMPLIANCE LAND OWNER'S INSPECTION CHECKLIST *(continued)*

**PARCEL B-2, FORMER HUNTERS POINT NAVAL SHIPYARD, SAN FRANCISCO, CA**

- On-scene loudspeaker announcements.
- The AlertSF system. Operational from the city's Emergency Operations Center and will provide the ability to send broadcast digital messaging to any number of groups, such as vulnerable populations, large business owners, and community-based organizations.
- The National Earthquake Information Center (NEIC) and the USGS Earthquake Notification Service (ENS). These provide notifications of earthquakes free to interested parties. Users of the service can specify the regions of interest, establish notification thresholds of earthquake magnitude, designate whether they wish to receive notification of aftershocks, and even set different magnitude thresholds for daytime or nighttime to trigger a notification. (Congressional Research Service 2010)
- ShakeMap. A product of USGS Earthquake Hazards Program in conjunction with regional seismic network operators and provides MM intensities (listed as "instrumental intensity" on the ShakeMap). ShakeMaps are now triggered automatically and made available within minutes of the event via the Internet including Parcel B (USGS 2010)..
- National Oceanic and Atmospheric Administration (NOAA) oceanographic tide and current predictions and alerts

The threshold level for inspection and emergency response in the event of seismic activity is recommended to be MM intensity VII reported at Parcel B-2 or within the South San Francisco area.

---

*Parcel B-2*                                                    A-5                                          *Appendix A, O&M Plan*

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, B-3, C, D-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-02030-AGT   Document 26-2   Filed 12/04/25   Page 89 of 100

Appendix A

**ANNUAL REPORT FORM**
**OPERATION AND MAINTENANCE AND INSTITUTIONAL CONTROLS COMPLIANCE LAND OWNER'S INSPECTION CHECKLIST** (continued)
PARCEL B-2, FORMER HUNTERS POINT NAVAL SHIPYARD, SAN FRANCISCO, CA

| Verification of compliance with land use restrictions[a] | | Comments |
|---|---|---|
| Have any vegetables, fruits, or edible items been grown in native soil for human consumption? | Yes (No) N/A | |
| Was groundwater used for any purpose (is there any evidence of tampering with existing wells or evidence of new wells)? | Yes (No) N/A | |
| Has there been any land-disturbing activity (excavation; construction of roads, utilities, or structures; demolition of hardscape; movement of soil from below ground surface to the surface; or activity that facilitates movement of known contaminated groundwater)? | (Yes) No N/A | Site is under active construction. |
| Were new groundwater wells of any type installed? | Yes (No) N/A | |
| Has there been any altering, disturbing, or removing components of the remedy including revetment, soil cover, or groundwater monitoring wells and associated equipment? | Yes (No) N/A | |
| Have any enclosed structures been constructed in designated VOC ARIC areas? | Yes (No) N/A | |
| Has there been any removal or damage to security features (such as locks on monitoring wells, site fencing, or signs) or settlement monuments, monitoring equipment, piping or other appurtenances? | Yes (No) N/A | |

*Parcel B-2*                         A-6                         *Appendix A, O&M Plan*

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, B-2 E, B-2 V, UC03, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-02830-AGT   Document 26-2   Filed 12/04/25   Page 90 of 100

Appendix A

ANNUAL REPORT FORM
**OPERATION AND MAINTENANCE AND INSTITUTIONAL CONTROLS COMPLIANCE LAND OWNER'S INSPECTION CHECKLIST** *(continued)*
PARCEL B-2, FORMER HUNTERS POINT NAVAL SHIPYARD, SAN FRANCISCO, CA

| Verification of compliance with land use restrictions[a] | | Comments |
|---|---|---|
| Has notification been provided for any unauthorized change in land use? | Yes<br>No<br>(N/A) | |
| Have any violations of the restrictions in the CRUP been reported within 10 business days of discovery and has an explanation been provided of those actions taken or to be taken within 10 days of notification of discovery? | Yes<br>No<br>(N/A) | |

Notes:
a = If the response to any of the listed questions is yes, provide an explanation in the comments (and attach additional pages as necessary) stating whether the activity was conducted in accordance with an FFA Signatory-approved work plan or Risk Management Plan, and describing how the requirements in the approved plan(s) were adhered to.
CRUP = Covenant to Restrict Use of Property

Provide the completed forms and accompanying information to the FFA Signatories.

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, B-3, C, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 13
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-08030-AGT   Document 26-2   Filed 12/04/25   Page 91 of 100

Appendix A

**ANNUAL REPORT FORM**
## OPERATION AND MAINTENANCE AND INSTITUTIONAL CONTROLS COMPLIANCE LAND OWNER'S INSPECTION CHECKLIST *(continued)*
**PARCEL B-2, FORMER HUNTERS POINT NAVAL SHIPYARD, SAN FRANCISCO, CA**

| OTHER OBSERVATIONS: |
|---|
| Active site construction limited access to a majority of the parcel. Inspection conducted from outside the exclusion zone. |
| |
| |
| |
| FOLLOW-UP ACTIONS (Include area requiring further action): |
| |
| |
| |
| |
| |

I, the undersigned, hereby certify that the above-described O&M activities and land use restrictions have been complied with for the period noted. Alternatively, any known deficiencies and completed or planned actions to address such deficiencies are described in the attached explanation of deficiencies. I further certify that the IC Compliance Monitoring Report is complete and accurate.

_____          09/19/2024   1100
Signature                          Date/Time

_____          _____

---

*Parcel B-2*                          A-8                          *Appendix A, O&M Plan*

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-2    Filed 12/04/25    Page 92 of 100

Appendix A



FIGURE 4
DURABLE COVER OVERVIEW
FOR PARCEL B-2

U.S. Department of the Navy
BRAC PMO West
San Diego, California

HUNTERS POINT NAVAL SHIPYARD
SAN FRANCISCO, CA

Controlled Area. Not included as part of 2024 Annual Inspections.

NAER-2224-4713-0013

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoratation Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT   Document 26-2   Filed 12/04/25   Page 93 of 100

Appendix A

This page intentionally left blank

NAER-2224-4713-0013

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-03030-AGT    Document 26-2    Filed 12/04/25    Page 94 of 100

Appendix A

**Annual Operation and Maintenance Inspection**
**September 19, 2024**

**CTO N6247324F4713**
**Parcel B-2**
**Hunters Point Naval Shipyard**

| Photograph | Item Description |
|---|---|
|  Photograph Taken by: Mario Losi, Noreas 09/19/2024 | Item 1, Routine O&M <br><br> Location: Southeast side of Building 134 <br><br> Description: Construction entrance, no signs of unauthorized access. <br><br> Change Since Previous Inspection: NA <br><br> Recommended Action: None <br><br> Personnel, Equipment, and Material Needs: None |
| Photograph Taken by: Mario Losi, Noreas 09/19/2024 | Item 2, Routine O&M <br><br> Location: East side of Building 125 <br><br> Description: Perimeter fence and privacy screen in good condition. <br><br> Change Since Previous Inspection: NA <br><br> Recommended Action: None <br><br> Personnel, Equipment, and Material Needs: None |

Page 1 of 1

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-2, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Appendix A

Case 3:25-cv-05030-AGT    Document 26-2    Filed 12/04/25    Page 95 of 100

This page intentionally left blank

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-2    Filed 12/04/25    Page 96 of 100

Appendix A

# PARCEL C

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, B-3, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Appendix A

Case 3:25-cv-03030-AGT    Document 26-2    Filed 12/04/25    Page 97 of 100

This page intentionally left blank

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-2, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-02830-AGT    Document 26-2    Filed 12/04/25    Page 98 of 100

Appendix A

**ANNUAL REPORT FORM**

## OPERATION AND MAINTENANCE AND INSTITUTIONAL CONTROLS COMPLIANCE LAND OWNER'S INSPECTION CHECKLIST

PARCEL C, FORMER HUNTERS POINT NAVAL SHIPYARD, SAN FRANCISCO, CA

| Date and time of inspection: | Inspector name and organization[1]: |
|---|---|
| 09/16/24   12:30 | Mario Losi   NOREAS |

| Weather and tidal conditions – include details of most recent rain event: |
|---|
| 'High - 67°, Low - 56°  Partly Cloudy, No rain events in September. Tidal Conditions: Low - 05:11, -0.54' - 17:20, 1.86'  High - 11:55, 6.28' - 23:24, 3.41' |

| Reason for inspection (circle one): | If inspection is initiated by an emergency response, explain condition: |
|---|---|
| (Scheduled)     Emergency response | N/a |

| ITEM | INSPECTION FREQUENCY[2] | ACTION/ INSPECTION ITEM | COMMENTS — INCLUDING EXPLANATION IF NOT COMPLETED. INCLUDE ANY PHOTO DESCRIPTIONS |
|---|---|---|---|
| **GENERAL SITE CONDITION (APPLIES TO ALL AREAS OF SITE)** | | | |
| Overall condition of site | Every inspection (at least annual) | Note general conditions. Trash and debris accumulation, unauthorized access, etc. | Overall, the site is in good condition, requiring minor repairs. Trash and debris is accumulating in small areas and there is no evidence of unauthorized access |
| Land use | Every inspection (at least annual) | Digging or unauthorized land use per LUC RD | None observed |
| **SITE SECURITY** | | | |
| Security of area | Every inspection (at least annual, until transfer) | Assess condition of fence, including holes, corrosion, digging, and concrete condition – repair as necessary | Perimeter Security is in good condition. |
| | | Condition of locks, fencing, and gates – repair and replace as necessary | Fences and locks are in good condition. Access inside buildings was limited. |
| | | Note signs of vandalism | None observed |

*Parcel C*                                A-1                          *Appendix A, O&M Plan*

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-2, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-02830-AGT    Document 26-2    Filed 12/04/25    Page 99 of 100

Appendix A

ANNUAL REPORT FORM
**OPERATION AND MAINTENANCE AND INSTITUTIONAL CONTROLS COMPLIANCE LAND OWNER'S INSPECTION CHECKLIST** (continued)
PARCEL C, FORMER HUNTERS POINT NAVAL SHIPYARD, SAN FRANCISCO, CA

| ITEM | INSPECTION FREQUENCY[2] | ACTION/ INSPECTION ITEM | COMMENTS — INCLUDING EXPLANATION IF NOT COMPLETED. INCLUDE ANY PHOTO DESCRIPTIONS |
|---|---|---|---|
| **SITE SECURITY** (continued) | | | |
| Security of area (cont.) | Every inspection (at least annual, until transfer) (cont.) | Assess condition of access roads and gates | Roads and gates are in good condition. |
| | | Note evidence of unauthorized access | None observed |
| Site signage | Every inspection (at least annual, until transfer) | All signs in place and secure – repair and replace as necessary | Signs are in place and secure. Some faulty due to sun. "Caution No Ground Disturb" sign is faulty. See photo log for details. |
| | | Wording legible – replace and repair as necessary or document degradation | |
| | | Note signs of vandalism | None observed. |
| **GROUNDWATER MONITORING WELLS[3]** | | | |
| Groundwater monitoring wells | During all sampling events and every inspection (at least annual) | Security (locks intact) – repair and replace as necessary | Contractors Responsibility |
| | | Vandalism/signs of unauthorized access | |
| | | Well box is free of obstructions | |
| | | Well casing is free of obstruction | |
| | | Seals not damaged | ✓ |
| **ASPHALT PAVEMENT COVER AND BUILDING FOUNDATIONS[4]** | | | |
| Surface Inspection | Every inspection (at least annual) | Assess cracking in asphaltic concrete layer | Minor damage observed, see photo log for details. |
| | | Assess cracking in foundations | No foundation cracking observed. |
| | | Assess the secured buildings and crawlspaces to verify the prevention of access | None observed in accessible areas |
| | | Inspect transitions between different cover types (e.g., building foundations/utility features) | Vegetation growth observed in cracks at cover type transitions. |
| | | Evidence of settlement and subsidence | Minor areas observed. See Photo log |

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, B-2 D-1, D-2 E, G, I, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA                                                        Appendix A

Case 3:25-cv-05030-AGT    Document 26-2    Filed 12/04/25    Page 100 of 100

**ANNUAL REPORT FORM**
**OPERATION AND MAINTENANCE AND INSTITUTIONAL CONTROLS COMPLIANCE LAND OWNER'S INSPECTION CHECKLIST** (continued)
**PARCEL C, FORMER HUNTERS POINT NAVAL SHIPYARD, SAN FRANCISCO, CA**

| ITEM | INSPECTION FREQUENCY[2] | ACTION/ INSPECTION ITEM | COMMENTS — INCLUDING EXPLANATION IF NOT COMPLETED. INCLUDE ANY PHOTO DESCRIPTIONS |
|---|---|---|---|
| | | **ASPHALT PAVEMENT COVER[4]** (continued) | |
| Surface inspection (cont.) | Every inspection (at least annual) (cont.) | Note evidence of burrowing pests | Evidence of burrowing pests observed in IR-06 grn area. See photo log |
| | | Assess condition of settlement monuments | Monuments in good condition. |
| | | Assess condition of well surface completions | Well completions in good condition. |
| | | Assess accumulation of soils over cover | |
| | | Inspect areas of previous repair | Overall good condition. Some areas require additional repairs. See photo log |
| | | Remove any vegetative species penetrating through cover, and repair asphalt | Vegetation growth observed in cracked cores and lower type locations. |
| | | Note signs of excessive traffic | None observed |
| | | Note signs of unauthorized access to the site or the buildings | None observed |
| Stormwater drainage | Every inspection (at least annual) | Observe areas of accumulated water for cracking and settlement | No areas of accumulated water observed. |
| | | Remove trash and debris from catch basins | Catch basins clear of debris. |
| | | Note integrity and function of outfalls | Outfalls are in good condition. |
| | | Monitor areas of accumulation in the vicinity of site buildings | No areas observed. |
| | | Note evidence of overflow in drainage channels | No overflow observed. |
| | | Remove trash or debris from drainage channel | Drainage channel clear of debris |
| | | Note any change in condition of drainage contributing areas | No changes observed. |