2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, OSR-1, IR-22, C, UC-1, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-06930-AGT    Document 26-3    Filed 12/04/25    Page 1 of 138

Appendix A

**ANNUAL REPORT FORM**
## OPERATION AND MAINTENANCE AND INSTITUTIONAL CONTROLS COMPLIANCE LAND OWNER'S INSPECTION CHECKLIST *(continued)*
**PARCEL C, FORMER HUNTERS POINT NAVAL SHIPYARD, SAN FRANCISCO, CA**

| ITEM | INSPECTION FREQUENCY[2] | ACTION/ INSPECTION ITEM | COMMENTS — INCLUDING EXPLANATION IF NOT COMPLETED. INCLUDE ANY PHOTO DESCRIPTIONS |
|---|---|---|---|
| **SOIL COVER[4]** | | | |
| Vegetation | Every inspection (at least annual) | Assess extent of vegetative cover. | Vegetation 1-3 feet high in IR-06 cover area. See photo log for details |
| | | Note evidence of burrowing pests | Some evidence observed in IR-06 cover area. |
| | | Assess adequacy of mowing and watering (cover maintenance) | Additional mowing is recommended on the IR-06 cover. Vegetation growth exceeds 2 feet. |
| | | Remove or kill weed species | ↓ |
| | | Note signs of excessive traffic | None observed |
| | | Note signs of unauthorized access | None observed |
| Soil cover | Every inspection (at least annual) | Note evidence of cover settlement | None observed. Vegetation limits visual obervation |
| | | Note evidence of burrowing pests | Some evidence observed in IR-06 cover area. |
| | | Evidence of slope failure along boundaries and slope transition areas | No slope failure observed. |
| | | Evidence of cracking or soil movement | None observed. Vegetation limits visibility. |
| **REVETMENT[4]** | | | |
| Crest inspection | Every inspection (at least annual) | Note evidence of settlement or movement | Area under active construction. Not accessible for inspection. |
| | | Note evidence of wave overtopping | |
| | | Inspect transition from cover to revetment | |
| | | Assess any areas of erosion | |
| | | Inspect for proper placement of filter fabric | ↓ |

*Parcel C*

A-4

*Appendix A, O&M Plan*

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, B-3, C, E, E-2, G, UC5, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-... Document 26-3    Filed 12/04/25    Page 2 of 138

Appendix A

**ANNUAL REPORT FORM**

## OPERATION AND MAINTENANCE AND INSTITUTIONAL CONTROLS COMPLIANCE LAND OWNER'S INSPECTION CHECKLIST *(continued)*

PARCEL C, FORMER HUNTERS POINT NAVAL SHIPYARD, SAN FRANCISCO, CA

| ITEM | INSPECTION FREQUENCY[2] | ACTION/ INSPECTION ITEM | COMMENTS — INCLUDING EXPLANATION IF NOT COMPLETED. INCLUDE ANY PHOTO DESCRIPTIONS |
|---|---|---|---|
| | | **REVETMENT[4]** *(continued)* | |
| Armoring inspection | Every inspection (at least annual) | Note evidence of settlement or movement | Under construction and not accessible |
| | | Note placement and stability of rip rap | for inspection. |
| | | Inspect for proper placement of filter fabric and filter layer | |
| Toe and flank inspection | Every inspection (at least annual) | Note areas of scour and erosion | |
| | | Inspect for proper placement of filter fabric and filter layer | |
| | | Note changes in the bay slope | |

*Notes:*
1. Refer to Table 1 of the "Final Operation and Maintenance Plan for the Durable Covers in Parcel C, February 2016" for a list of the minimum required qualifications for the inspectors associated with each remedy component.
2. Inspections should be completed on at least an annual basis for all components of the durable covers remedy. Every inspection, as used in the inspection frequency, includes both scheduled annual inspections and inspections triggered by emergency responses. All items on the checklist should be included in all inspections triggered by emergency responses in addition to the scheduled annual inspections.
3. Monitoring well casings, locking well caps, and locks (i.e., components unrelated to the durable cover) will be inspected under the basewide groundwater monitoring program.
4. List significant repairs completed and attach documentation describing repairs.
5. Use professional judgment and site experience to identify whether inspections are necessary following significant earthquakes, regardless of location and magnitude. Inspections after hurricane-level storm events should be conducted and adjust the storm response trigger over time based on site experience.

The property owner / contractor may determine the appropriate trigger for inspection and emergency response from the following information resources:

- Emergency Response Plan - Earthquake Annex (San Francisco 2008).
- City and County of San Francisco Outdoor Warning System.
- Emergency Alert System (EAS). The primary local EAS broadcast station for the Bay Area is KCBS (740 AM). EAS messages may be sent via the Internet-based HazCollect system (maintained by the National Oceanic and Atmospheric Administration).
- Public service announcements through radio and television, including radio broadcasts using the San Francisco Unified School District radio station, KALW.
- On-scene loudspeaker announcements.
- The AlertSF system. Operational from the city's Emergency Operations Center and will provide the ability to send broadcast digital messaging to any number of groups, such as vulnerable populations, large business owners, and community-based organizations.
- The National Earthquake Information Center (NEIC) and the USGS Earthquake Notification Service (ENS). These provide notifications of earthquakes free to interested parties. Users of the service can specify the regions of interest, establish notification thresholds of earthquake magnitude, designate whether they wish to receive notification of aftershocks, and even set different magnitude thresholds for daytime or nighttime to trigger a notification. (Congressional Research Service 2010)
- ShakeMap. A product of USGS Earthquake Hazards Program in conjunction with regional seismic network operators and provides MM intensities (listed as "instrumental intensity" on the ShakeMap). ShakeMaps are now triggered automatically and made available within minutes of the event via the Internet including Parcel B (USGS 2010).

The threshold level for inspection and emergency response in the event of seismic activity is recommended to be MM intensity VII reported at Parcel C or within the South San Francisco area.

---

*Parcel C*                                         A-5                                         *Appendix A, O&M Plan*

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, B-1E-2, E-2C, UC60, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:22-cv-06930-AGT   Document 26-3   Filed 12/04/25   Page 3 of 138

Appendix A

**ANNUAL REPORT FORM**
**OPERATION AND MAINTENANCE AND INSTITUTIONAL CONTROLS COMPLIANCE LAND OWNER'S INSPECTION CHECKLIST** *(continued)*
**PARCEL C, FORMER HUNTERS POINT NAVAL SHIPYARD, SAN FRANCISCO, CA**

| Verification of compliance with land use restrictions[a] | | Comments |
|---|---|---|
| Have any vegetables, fruits, or edible items been grown in native soil for human consumption? | Yes ____ <br> No ✓ <br> N/A ____ | |
| Was groundwater used for any purpose (is there any evidence of tampering with existing wells or evidence of new wells)? | Yes ____ <br> No ✓ <br> N/A ____ | |
| Has there been any land-disturbing activity (excavation; construction of roads, utilities, or structures; demolition of hardscape; movement of soil from below ground surface to the surface; or activity that facilitates movement of known contaminated groundwater)? | Yes ____ <br> No ✓ <br> N/A ____ | |
| Were new groundwater wells of any type installed? | Yes ____ <br> No ✓ <br> N/A ____ | |
| Has there been any altering, disturbing, or removing components of the remedy including revetment, soil cover, or groundwater monitoring wells and associated equipment? | Yes ____ <br> No ✓ <br> N/A ____ | |
| Have any enclosed structures been constructed in designated VOC ARIC areas? | Yes ____ <br> No ✓ <br> N/A ____ | |
| Has there been any removal or damage to security features (such as locks on monitoring wells, site fencing, or signs) or settlement monuments, monitoring equipment, piping or other appurtenances? | Yes ____ <br> No ✓ <br> N/A ____ | |

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, B-1, E, E-2, G, UC59, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05930-AGT    Document 26-3    Filed 12/04/25    Page 4 of 138

Appendix A

**ANNUAL REPORT FORM**

## OPERATION AND MAINTENANCE AND INSTITUTIONAL CONTROLS COMPLIANCE LAND OWNER'S INSPECTION CHECKLIST *(continued)*

**PARCEL C, FORMER HUNTERS POINT NAVAL SHIPYARD, SAN FRANCISCO, CA**

| | | |
|---|---|---|
| Has notification been provided for any unauthorized change in land use? | Yes ____ No ____ N/A ✓ | |
| Have any violations of the restrictions in the CRUP been reported within 10 business days of discovery and has an explanation been provided of those actions taken or to be taken within 10 days of notification of discovery? | Yes ____ No ____ N/A ✓ | |

*Notes:*

a   If the response to any of the listed questions is yes, provide an explanation in the comments (and attach additional pages as necessary) stating whether the activity was conducted in accordance with an FFA Signatory-approved work plan or Risk Management Plan, and describing how the requirements in the approved plan(s) were adhered to.

Provide the completed forms and accompanying information to the FFA Signatories.

---

*Parcel C*                                          A-7                          *Appendix A, O&M Plan*

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, B-2, E-1, E-2, UC39, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:22-cv-06930-AGT    Document 26-3    Filed 12/04/25    Page 5 of 138

Appendix A

**ANNUAL REPORT FORM**
**OPERATION AND MAINTENANCE AND INSTITUTIONAL CONTROLS COMPLIANCE LAND OWNER'S INSPECTION CHECKLIST** *(continued)*
**PARCEL C, FORMER HUNTERS POINT NAVAL SHIPYARD, SAN FRANCISCO, CA**

| OTHER OBSERVATIONS: |
|---|
| |
| |
| |
| |
| |
| |

| FOLLOW-UP ACTIONS (Include area requiring further action): |
|---|
| Minor cracks/damage to asphalt cover need to be repaired along with shoring up previous repair areas. Vegetation cover needs to be mowed to manage growth. Vegetation is exceeding 3 feet in some areas. Trash and gravel debris needs to be consolidated and removed. These action items are noted in greater detail in the photo log. |
| |
| |

I, the undersigned, hereby certify that the above-described O&M activities and land use restrictions have been complied with for the period noted. Alternatively, any known deficiencies and completed or planned actions to address such deficiencies are described in the attached explanation of deficiencies. I further certify that the IC Compliance Monitoring Report is complete and accurate.

Signature _____    Date/Time  09/16/2024   1600

_____    _____

---

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoratation Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 6 of 138

Appendix A



LEGEND:

| | |
|---|---|
| | PARCEL C BOUNDARY LINE |
| | IR SITE BOUNDARY |
| | OTHER PARCEL BOUNDARY LINE |
| | FENCE |
| | ROAD |
| | TRAFFIC BARRIER |
| | UNDERGROUND STORM DRAIN LINE |
| | MONITORING WELL IN EXTERIOR DURABLE COVER |
| | ARMORED SHORELINE |
| | ASPHALTIC CONCRETE COVER |
| | BUILDING WITH FOUNDATION REPAIRED |
| | BUILDING SECURED (FOUNDATION NOT ACCESSIBLE) |
| | SWALE |
| | 2-FOOT SOIL COVER WITH VEGETATION |

U.S. Department of the Navy
BRAC PMO West
San Diego, California

FIGURE 5
DURABLE COVER OVERVIEW
FOR PARCEL C

HUNTERS POINT NAVAL SHIPYARD
SAN FRANCISCO, CA

Radiologically controlled area. Not included in 2024 inspections.

SCALE: 1"=250'

NAER-2224-4713-0013

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoratation Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 7 of 138

Appendix A

This page intentionally left blank

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, D-2, E, E-2, G, UC-1, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 8 of 138

Appendix A



# Annual Operation and Maintenance Inspection
## September 16, 2024

## CTO N6247324F4713
## Parcel C
## Hunters Point Naval Shipyard

| Photograph | Item Description |
|---|---|
| <br>**Photograph Taken by: Mario Losi, Noreas 09/16/2024** | Item 1, Follow up Repair Inspection<br><br>Location: Between Buildings 241 and 217 on the southern side<br><br>Description: Area repaired in 2023 is still adequate.<br><br>Change Since Previous Inspection: Slight deterioration.<br><br>Recommended Action: Continued monitoring.<br><br>Personnel, Equipment, and Material Needs: None |
| <br>**Photograph Taken by: Mario Losi, Noreas 09/16/2024** | Item 2, Routine O&M<br><br>Location: On Fisher Ave near northernmost gate<br><br>Description: Trash accumulation in fence corner.<br><br>Change Since Previous Inspection: Trash has accumulated since being removed during last 2023 repairs<br><br>Recommended Action: Clean up area.<br><br>Personnel, Equipment, and Material Needs: One laborer, hand tools |

Page 1 of 12

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, D-2, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 9 of 138

Appendix A

## Annual Operation and Maintenance Inspection
## September 16, 2024

### CTO N6247324F4713
### Parcel C
### Hunters Point Naval Shipyard

| Photograph | Item Description |
|---|---|
| <br>**Photograph Taken by: Mario Losi, Noreas 09/16/2024** | Item 3, Routine O&M<br><br>Location: Vegetation south of Building 134<br><br>Description: Vegetation observed to be more than 2 feet in some areas.<br><br>Change Since Previous Inspection: Vegetation has grown to a height greater than 2', requiring mowing. Evidence of burrowing pests observed.<br><br>Recommended Action: Mow vegetation in the spring following the rainy season.<br><br>Personnel, Equipment, and Material Needs: One laborer, skid-steer mower. |
| **Photograph Taken by: Mario Losi, Noreas 09/16/2024** | Item 4, Routine O&M<br><br>Location: Between Buildings 217 and 258<br><br>Description: Minor cracking and settlement.<br><br>Change Since Previous Inspection: No change<br><br>Recommended Action: Monitor for continued settlement.<br><br>Personnel, Equipment, and Material Needs: None |

Page 2 of 12

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-03030-AGT    Document 26-3    Filed 12/04/25    Page 10 of 138

Appendix A

**Annual Operation and Maintenance Inspection**
**September 16, 2024**

**CTO N6247324F4713**
**Parcel C**
**Hunters Point Naval Shipyard**

| Photograph | Item Description |
|---|---|
| <br>**Photograph Taken by: Mario Losi, Noreas 09/16/2024** | Item 5, Routine O&M<br><br>Location: Along Fisher Ave near gate entrance.<br><br>Description: Typical vegetation growth in an area of previous repair.<br><br>Change Since Previous Inspection: NA<br><br>Recommended Action: Trim vegetation and fill cracks if necessary.<br><br>Personnel, Equipment, and Material Needs: One laborer, hand tools, rubberized asphalt filler. |
| <br>**Photograph Taken by: Mike Ayala, APTIM 12/11/2024** | Item 5, Repair, Routine O&M<br><br>Location: Along Fisher Ave near gate entrance.<br><br>Description: Typical vegetation growth in an area of previous repair.<br><br>Change Since Previous Inspection: NA<br><br>Final Action: Vegetation was removed using a handheld trimmer and cracking was inspected. |

Page 3 of 12

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-2, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 11 of 138

Appendix A

**Annual Operation and Maintenance Inspection**
**September 16, 2024**

**CTO N6247324F4713**
**Parcel C**
**Hunters Point Naval Shipyard**

| Photograph | Item Description |
|---|---|
|   Photograph Taken by: Mario Losi, Noreas 09/16/2024 | Item 6, Routine O&M<br><br>Location: Gate alongside border of Parcel C and Fisher Ave<br><br>Description: Signs beginning to fade and deteriorate, but still legible<br><br>Recommended Action: Monitor for further deterioration<br><br>Personnel, Equipment, and Material Needs: None |
| Photograph Taken by: Mario Losi, Noreas 09/16/2024 | Item 7, Follow up Repair Inspection<br><br>Location: Southern end of Building 241.<br><br>Description: Area of previous repair in 2023 is in good condition.<br><br>Change Since Previous Inspection: NA<br><br>Recommended Action: Continued monitoring.<br><br>Personnel, Equipment, and Material Needs: None |

Page 4 of 12

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, B-39, E, E-2, G/UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 12 of 138

Appendix A

## Annual Operation and Maintenance Inspection
### September 16, 2024

### CTO N6247324F4713
### Parcel C
### Hunters Point Naval Shipyard

| Photograph | Item Description |
|---|---|
| <br>**Photograph Taken by: Mario Losi, Noreas 09/16/2024** | Item 8, Routine O&M<br><br>Location: Behind contractor trailers near entrance gate.<br><br>Description: Vegetation growth in cracked pavement.<br><br>Recommended Action: Remove vegetation and seal cracks as needed.<br><br>Personnel, Equipment, and Material Needs: One laborer, hand tools, rubberized asphalt crack (as needed). |
| **Photograph Taken by: Mario Losi, Noreas 09/16/2024** | Item 9, Routine O&M<br><br>Location: Border of Parcel C and Fisher Ave<br><br>Description: Vegetation growth in cover transition.<br><br>Recommended Action: Remove vegetation and seal cracks as needed.<br><br>Personnel, Equipment, and Material Needs: One laborer, hand tools, rubberized asphalt crack (as needed). |

Page 5 of 12

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-03030-AGT   Document 26-3   Filed 12/04/25   Page 13 of 138

Appendix A



# Annual Operation and Maintenance Inspection
## September 16, 2024

## CTO N6247324F4713
## Parcel C
## Hunters Point Naval Shipyard

| Photograph | Item Description |
|---|---|
|  Photograph Taken by: Mario Losi, Noreas 09/16/2024 | Item 10, Routine O&M<br><br>Location: Durable cover nearby gate alongside Fisher Ave.<br><br>Description: Cracking in surface of durable cover.<br><br>Recommended Action: Monitor in future inspections.<br><br>Personnel, Equipment, and Material Needs: None |
|  Photograph Taken by: Mario Losi, Noreas 09/16/2024 | Item 11, Routine O&M<br><br>Location: Southeast corner of Dry Dock 4, east of Building 367<br><br>Dimensions: 3' x 6' X 4"<br><br>Description: Cracking in asphalt portion of durable cover.<br><br>Recommended Action: Repair/replace damaged asphalt with 4-inches of concrete.<br><br>Personnel, Equipment, and Material Needs: Two laborers, saw cutter, vibratory plate, backhoe, 0.5 cu yd concrete or approved equivalent. |

Page 6 of 12

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 14 of 138

Appendix A

**Annual Operation and Maintenance Inspection**
**September 16, 2024**

**CTO N6247324F4713**
**Parcel C**
**Hunters Point Naval Shipyard**

| Photograph | Item Description |
|---|---|
|  Photograph Taken by: Mike Ayala, APTIM 12/11/2024 | Item 11, Repair, Routine O&M<br><br>Location: Southeast corner of Dry Dock 4, east of Building 367<br><br>Dimensions: 3' x 6' X 4"<br><br>Description: Cracking in asphalt portion of durable cover.<br><br>Recommended Action: Filled and levelled with cold patch asphalt to match the existing grade. |

Page 7 of 12

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-03030-AGT    Document 26-3    Filed 12/04/25    Page 15 of 138

Appendix A

**Annual Operation and Maintenance Inspection**
**September 16, 2024**

**CTO N6247324F4713**
**Parcel C**
**Hunters Point Naval Shipyard**

| Photograph | Item Description |
|---|---|
|  Photograph Taken by: Mario Losi, Noreas 09/16/2024 | Item 12, Routine O&M<br><br>Location: Southeast corner of Dry Dock 4, east of Building 367<br><br>Description: Cracking and damage to asphalt durable cover spanning<br><br>Dimensions: 3' x 6' x 4"<br><br>Recommended Action: Clear area of loose debris, cut out degraded area, recompact foundation and refill with concrete or approved equivalent.<br><br>Personnel, Equipment, and Material Needs: Two laborers, saw cutter, vibratory plate, backhoe, 0.5 cu yd concrete or approved equivalent. |
|  Photograph Taken by: Mario Losi, Noreas 09/16/2024 | Item 13, Routine O&M<br><br>Location: Northeast of Building 300 on Dry Dock 4<br><br>Description: Cracking in asphalt durable cover possibly due to heavy traffic.<br><br>Recommended Action: Monitor during future inspections.<br><br>Personnel, Equipment, and Material Needs: None |

Page 8 of 12

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-03030-AGT    Document 26-3    Filed 12/04/25    Page 16 of 138

Appendix A

## Annual Operation and Maintenance Inspection
## September 16, 2024

### CTO N6247324F4713
### Parcel C
### Hunters Point Naval Shipyard

| Photograph | Item Description |
|---|---|
| **Photograph Taken by: Mario Losi, Noreas 09/16/2024** | Item 14, Routine O&M<br><br>Location: South of Building 215 near drainage.<br><br>Description: Minor cracking in durable cover.<br><br>Recommended Action: Monitor during future inspections.<br><br>Personnel, Equipment, and Material Needs: None |
| **Photograph Taken by: Mario Losi, Noreas 09/16/2024** | Item 15, Routine O&M<br><br>Location: Northwest corner of Building 241, by fencing alongside Fisher Ave<br><br>Description: Cracking on surface of asphalt durable cover developing<br><br>Recommended Action: Monitor during future inspections for further damage<br><br>Personnel, Equipment, and Material Needs: None |

Page 9 of 12

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 17 of 138

Appendix A

**Annual Operation and Maintenance Inspection**
**September 16, 2024**

**CTO N6247324F4713**
**Parcel C**
**Hunters Point Naval Shipyard**

| Photograph | Item Description |
|---|---|
| <br>**Photograph Taken by: Mario Losi, Noreas 09/16/2024** | Item 16, Routine O&M<br><br>Location: Dry dock 2, northwest of Building 206<br><br>Description: Typical vegetation growth on transition between asphalt and concrete curb<br><br>Recommended Action: Trim vegetation and fill in cracks as necessary.<br><br>Personnel, Equipment, and Material Needs: One/two laborers, weed trimmer, rubberized asphalt crack filler (if necessary). |
| **Photograph Taken by: Mario Losi, Noreas 09/16/2024** | Item 17, Routine O&M<br><br>Location: Dry dock 2, northwest of Building 206.<br><br>Description: Damage to durable cover, with minor cracks forming and vegetation growth.<br><br>Recommended Action: Monitor during future inspections for further damage.<br><br>Personnel, Equipment, and Material Needs: None |

Page 10 of 12

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, B9, E, E2, GV03, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-03030-AGT   Document 26-3   Filed 12/04/25   Page 18 of 138

Appendix A

**Annual Operation and Maintenance Inspection**
**September 16, 2024**

**CTO N6247324F4713**
**Parcel C**
**Hunters Point Naval Shipyard**

| Photograph | Item Description |
|---|---|
|  Photograph Taken by: Mario Losi, Noreas 09/16/2024 | Item 18, Routine O&M<br><br>Location: East corner of Building 135<br><br>Description: Typical vegetation growth along foundation at cover transition.<br><br>Recommended Action: Trim vegetation and fill in cracks as necessary.<br><br>Personnel, Equipment, and Material Needs: Two laborers, weed trimmer, and rubberized asphalt crack filler (if necessary) |
|  Photograph Taken by: Mike Ayala, APTIM  12/11/2024 | Item 18, Repair, Routine O&M<br><br>Location: East corner of Building 135<br><br>Description: Typical vegetation growth along foundation at cover transition.<br><br>Recommended Action: Vegetation trimmed along building foundation. |

Page 11 of 12

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-2, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-03030-AGT    Document 26-3    Filed 12/04/25    Page 19 of 138

Appendix A

**Annual Operation and Maintenance Inspection**
**September 16, 2024**

**CTO N6247324F4713**
**Parcel C**
**Hunters Point Naval Shipyard**



Item 19, Routine O&M

Location: Northwest of building 134.

Description: Minor debris and vegetation growth in corner of parcel.

Recommended Action: Monitor accumulation in future inspections.

Personnel, Equipment, and Material Needs: None

**Photograph Taken by: Mario Losi, Noreas 09/16/2024**

Page 12 of 12

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, B-2, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 2:25-cv-05030-ACT    Document 26-3    Filed 12/04/25    Page 20 of 138

Appendix A

# PARCEL D-1

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Appendix A

Case 2:25-cv-05030-AG-E    Document 26-3    Filed 12/04/25    Page 21 of 138

This page intentionally left
blank

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:23-cv-02459    Document 26-3    Filed 12/04/25    Page 22 of 138

Appendix A

## OPERATION AND MAINTENANCE AND INSTITUTIONAL CONTROLS
## COMPLIANCE LAND OWNER'S INSPECTION CHECKLIST
## PARCEL D-1, HUNTERS POINT NAVAL SHIPYARD, SAN FRANCISCO,
## CALIFORNIA

| | | | |
|---|---|---|---|
| **Date and Time of Inspection:** 09/16/24 0815 | | **Inspection Name and Organization:** Mario Los - NOREAS | No rain events in September |
| **Weather (include details of most recent rain event):** High - 67° Low - 56° Partly Cloudy | | | |
| **Reason for Inspection (circle one):** (Scheduled) Emergency Response | | **If inspection is initiated by an emergency response, explain condition:** | |

| ITEM | INSPECTION FREQUENCY | ACTION/ INSPECTION ITEM | COMMENTS  INCLUDE EXPLANATION IF NOT COMPLETED. INCLUDE ANY PHOTO DESCRIPTIONS. |
|---|---|---|---|
| **GENERAL SITE CONDITIONS** | | | |
| Overall condition of the site | Every inspection (at least annual) | Note general conditions. Trash and debris accumulation, unauthorized access, etc. | Site in relatively good condition. No evidence of unauthorized entry. No trash, small scattered areas of debris accumulation near edges of piers. |
| Land use | Every inspection (at least annual) | Digging or unauthorized land use per LUC RD (ChaduxTt, 2011c) | No signs of unauthorized land use |
| **SITE SECURITY** | | | |
| Security of area | Every inspection (at least annual) | Assess condition and repair as necessary | Site fences in good condition. |
| | | Condition of locks, fencing, and gates – repair and replace as necessary | Good condition. No repairs necessary. |
| | | Note signs of vandalism | None |
| | | Assess condition of access roads and gates | Access road in good condition. |
| | | Note evidence of unauthorized access | None |

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, D-2, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:22-cv-02663 Document 26-3 Filed 12/04/25 Page 23 of 138

Appendix A

**OPERATION AND MAINTENANCE AND INSTITUTIONAL CONTROLS
COMPLIANCE LAND OWNER'S INSPECTION CHECKLIST
PARCEL D-1, HUNTERS POINT NAVAL SHIPYARD, SAN FRANCISCO,
CALIFORNIA**

| SITE SECURITY (continued) | | | |
|---|---|---|---|
| Site signage | Every inspection (at least annual) | All signs in place – repair and replace as necessary | Site signage is secured and in place. |
| | | Wording legible | Yes, signs are legible |
| | | Note signs of vandalism | None |
| **GROUNDWATER MONITORING WELLS** | | | |
| Groundwater monitoring wells | Every inspection (at least annual) | Security (locks intact)—Repair and replace as necessary | Well lids and locks are intact. |
| | | Vandalism/signs of unauthorized access | None |
| | | Well box is free of obstructions | Contractor Maintains when Sampling |
| | | Well casing is free of obstruction | |
| | | Seals not damaged | |
| **DURABLE COVER** | | | |
| Surface inspection | Every inspection (at least annual) | Assessment of cracking in asphaltic concrete layer | Cracks observed on south pier and northwest of Berth 14. See photo log for additional details. |
| | | Assessment of cracking in foundations | None |
| | | Assessment of riprap stabilized areas | Trash/debris accumulation in riprap areas. Evidence of slow riprap degradation. |
| | | Evidence of settlement and subsidence | Settlement and subsidence observed on north east side of Gun Mole Pier. See photo log for additional information. |
| | | Assess accumulation of soils over cover | None |
| | | Assess integrity of transition with other cover types (i.e. building foundations) | Small gaps at transition points allow for vegetation growth. Overall in good condition |

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, D-2, E, E-2, G, UC-1, UC-2, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:22-cv-02083-AGT   Document 26-3   Filed 12/04/25   Page 24 of 138

Appendix A

**OPERATION AND MAINTENANCE AND INSTITUTIONAL CONTROLS**
**COMPLIANCE LAND OWNER'S INSPECTION CHECKLIST**
**PARCEL D-1, HUNTERS POINT NAVAL SHIPYARD, SAN FRANCISCO,**
**CALIFORNIA**

| DURABLE COVER (continued) | | | |
|---|---|---|---|
| Surface inspection (continued) | Every inspection (at least annual) (continued) | Inspect areas of previous repair | Some repairs are in good condition. Repairs are replicat at other locations. See photo log for follow ups to repairs. |
| | | Assess condition of benchmarks | Good Condition |
| | | Remove vegetative species as needed | Vegetation growth observed in cracks and at transitions. |
| | | Note signs of excessive traffic | See photo log for details on cracking observed northeast of Berth 14. |
| | | Note signs of unauthorized access to the site or buildings | None |
| Stormwater drainage | Every inspection (at least annual) | Observe areas of accumulated water and not condition | No accumulated water, drainage clear. |
| | | Remove trash and debris from drainage provisions | No debris or trash to remove. Drainage provisions are clear |
| | | Monitor areas of sediment accumulation | No sediment accumulation. |
| | | Note any change in condition of drainage contributing areas | None |

| Other Observations: |
|---|
| |
| |
| |
| |

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, D-2, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:23-cv-02634-AGT   Document 26-3   Filed 12/04/25   Page 25 of 138

Appendix A

## OPERATION AND MAINTENANCE AND INSTITUTIONAL CONTROLS
## COMPLIANCE LAND OWNER'S INSPECTION CHECKLIST
## PARCEL D-1, HUNTERS POINT NAVAL SHIPYARD, SAN FRANCISCO, CALIFORNIA

| Follow-up Actions (Include area requiring further action): |
|---|
| • Vegetation removal required in transition areas and surface cracks. |
| • Minor crack will be filled in after vegetation removal. |
| • Debris observed on South Pier will be cleared and disposed. |
| • Larger cracking areas may require asphalt. |
| |
| Signature and Date:  09/16/2024 |

Notes:

Land Use Control Remedial Design, Parcel D-1, Hunters Point Naval Shipyard, San Francisco, California (ChaduxTt, 2011c).

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, D-2, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:23-cv-02003 Document 26-3 Filed 12/04/25 Page 26 of 138

Appendix A

## OPERATION AND MAINTENANCE AND INSTITUTIONAL CONTROLS COMPLIANCE LAND OWNER'S INSPECTION CHECKLIST PARCEL D-1, HUNTERS POINT NAVAL SHIPYARD, SAN FRANCISCO, CALIFORNIA

| GENERAL SITE CONDITIONS | | COMMENTS |
|---|---|---|
| No use of areas at Parcel D-1 designated for industrial and maritime industrial land uses for a residence, including any mobile home or factory-built housing, constructed or installed for use as residential human habitation, a hospital for humans, a school for persons under 21 years of age, or a day care facility for children. [a] | ☐ In compliance<br>☐ Non-compliance<br>☑ N/A | |
| No growing of vegetables, fruits, or any edible items in native soil for human consumption. | ☐ In compliance<br>☐ Non-compliance<br>☑ N/A | |
| No groundwater use for any purpose (No evidence of tampering with existing wells or evidence of new wells) | ☐ In compliance<br>☐ Non-compliance<br>☑ N/A | |
| No land-disturbing activity[a] (excavation; construction of roads, utilities, or structures; demolition of hardscape; movement of soil from below ground surface to the surface; or activity that facilitates movement of known contaminated groundwater) | ☐ In compliance<br>☐ Non-compliance<br>☑ N/A | |
| No installation of new groundwater wells of any type[a]. | ☐ In compliance<br>☐ Non-compliance<br>☑ N/A | |
| No altering, disturbing, or removing components of the remedy including soil cover/cap, or groundwater monitoring wells and associated equipment[a]. | ☐ In compliance<br>☐ Non-compliance<br>☑ N/A | |
| No construction of enclosed structures[a]. | ☐ In compliance<br>☐ Non-compliance<br>☑ N/A | |
| No removal or damage to security features (such as locks on monitoring wells, site fencing, or signs) or to survey monuments, monitoring equipment, piping or other appurtenances. | ☐ In compliance<br>☐ Non-compliance<br>☑ N/A | |

## OPERATION AND MAINTENANCE AND INSTITUTIONAL CONTROLS
## COMPLIANCE LAND OWNER'S INSPECTION CHECKLIST
## PARCEL D-1, HUNTERS POINT NAVAL SHIPYARD, SAN FRANCISCO, CALIFORNIA

| GENERAL SITE CONDITIONS | | COMMENTS |
|---|---|---|
| Notification provided for any unauthorized change in land use. | ☐ In compliance<br>☐ Non-compliance<br>☑ N/A | |
| Any violations of these LUCs were reported within 10 business days of discovery and an explanation provided of those actions taken or to be taken was provided within 10 days of notification of discovery. | ☐ In compliance<br>☐ Non-compliance<br>☑ N/A | |

Other Observations:

Follow-up Actions (Include area requiring further action):

I, the undersigned, hereby certify that the above-described land use restrictions have been complied with for the period noted. Alternately, any known deficiencies and completed or planned actions to address such deficiencies are described in the attached explanation of deficiencies.

Signature and Date:      09/16/2024

Notes and Comments:
* These prohibited or restricted activities may be conducted provided that the requirements in the LUC RD are followed. If the inspector finds that a prohibited or restricted activity has occurred, the inspector shall check whether the activity was conducted in accordance with approved plans for that activity. Activities that are conducted in accordance with the approved plans will be considered "in compliance." Comments should be attached to the compliance checklist to describe how the requirements in the plans were adhered to. Activities that are not conducted in accordance with the approved plans would be considered "non-compliance."

ConcTP:\Laencon\pa00\TechPubs\HPNS\149831 HPNS (CTO 0003)\OM RA\FF OM Plan D-1 RA.doc
3.13.18                                                                                               March 2018

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoratation Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT   Document 26-3   Filed 12/04/25   Page 28 of 138

Appendix A



U.S. Department of the Navy
BRAC PMO West
San Diego, California

FIGURE 7
DURABLE COVER OVERVIEW
FOR PARCEL D-1, PHASE II

HUNTERS POINT NAVAL SHIPYARD
SAN FRANCISCO, CA

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoratation Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 29 of 138

Appendix A

This page intentionally left blank

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-03030-AGT    Document 26-3    Filed 12/04/25    Page 30 of 138

Appendix A

**Annual Operation and Maintenance Inspection**
**September 16, 2024**

**CTO N6247324F4713**
**Parcel D-1**
**Hunters Point Naval Shipyard**

| Photograph | Item Description |
|---|---|
| <br>Photograph Taken by: Mario Losi, Noreas 09/16/2024 | Item 1, Repair Follow Up Inspection<br><br>Location: Northern base of South Pier<br><br>Description: Area of previous repair<br><br>Dimensions: 8" x 8"<br><br>Change Since Previous Inspection: Moderate settlement.<br><br>Recommended Action: Continue monitoring during future inspections.<br><br>Personnel, Equipment, and Material Needs: None |
| <br>Photograph Taken by: Mario Losi, Noreas 09/16/2024 | Item 2, Routine O&M<br><br>Location: South Pier<br><br>Description: Durable cover is in good condition.<br><br>Change Since Previous Inspection: None<br><br>Recommended Action: Continue to monitor during future inspections.<br><br>Personnel, Equipment, and Material Needs: None |

Page 1 of 20

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 2:25-cv-05030-AG   Document 26-3   Filed 12/04/25   Page 31 of 138

Appendix A

## Annual Operation and Maintenance Inspection
### September 16, 2024

### CTO N6247324F4713
### Parcel D-1
### Hunters Point Naval Shipyard

| Photograph | Item Description |
|---|---|
| <br>**Photograph Taken by: Mario Losi, Noreas 09/16/2024** | Item 3, Routine O&M<br><br>Location: East end of South Pier.<br><br>Description: Typical concrete debris accumulation.<br><br>Change Since Previous Inspection: New debris accumulation.<br><br>Recommended Action: Remove debris; general housekeeping.<br><br>Personnel, Equipment, and Material Needs: One laborer. |
| **Photograph Taken by: Mario Losi, Noreas 09/16/2024** | Item 4, Routine O&M<br><br>Location: Southern base of South Pier<br><br>Description: Thin asphalt overlay with minor cracking, vegetation growth and settlement.<br><br>Dimensions: 15 feet<br><br>Change Since Previous Inspection: None, potential sinkhole development continues to be monitored annually.<br><br>Recommended Action: No major issue with durable cover noted; trim vegetation and fill in cracks as necessary.<br><br>Personnel, Equipment, and Material Needs: None |

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 2:25-cv-03030-AB   Document 26-3   Filed 12/04/25   Page 32 of 138

Appendix A

## Annual Operation and Maintenance Inspection
### September 16, 2024

### CTO N6247324F4713
### Parcel D-1
### Hunters Point Naval Shipyard

| Photograph | Item Description |
|---|---|
|  Photograph Taken by: Mario Losi, Noreas 09/16/2024 | Item 5, New Item<br><br>Location: West end of South Pier<br><br>Description: Minor cracking in durable cover.<br><br>Change Since Previous Inspection: None<br><br>Recommended Action: Monitor for crack expansion.<br><br>Personnel, Equipment, and Material Needs: None. |
|  Photograph Taken by: Mario Losi, Noreas 09/16/2024 | Item 6, Repair Follow Up<br><br>Location: Base of Gun Mole Pier<br><br>Description: Area of previous repair<br><br>Change Since Previous Inspection: Signs of potential sinkhole development in an area previously repaired.<br><br>Recommended Action: Continue to monitor during future inspections. Continue to restrict access with ropes and/or delineators to block area as a safety precaution.<br><br>Personnel, Equipment, and Material Needs: None |

Page 3 of 20

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, D-2, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 33 of 138

Appendix A

**Annual Operation and Maintenance Inspection**
**September 16, 2024**

**CTO N6247324F4713**
**Parcel D-1**
**Hunters Point Naval Shipyard**

| Photograph | Item Description |
|---|---|
| <br>Photograph Taken by: Mario Losi, Noreas 09/16/2024 | Item 7, Repair Follow Up<br><br>Location: Gun Mole Pier<br><br>Description: Sinkhole expanding toward base of pier.<br><br>Change Since Previous Inspection: Sinkhole expansion.<br><br>Recommended Action: Delineators and rope resecured during inspection to block area.<br><br>Material and Personnel Needs: None |
| Photograph Taken by: Mario Losi, Noreas 09/16/2024 | Item 8, Repair Follow Up<br><br>Location: Gun Mole Pier<br><br>Description: Major sinkhole continues to expand.<br><br>Change Since Previous Inspection: Sinkhole expansion<br><br>Recommended Action: Continue monitoring sinkhole expansion and integrity of exclusion fence.<br><br>Personnel, Equipment, and Material Needs: None |

Page 4 of 20

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, D-2, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 34 of 138

Appendix A

**Annual Operation and Maintenance Inspection**
**September 16, 2024**

**CTO N6247324F4713**
**Parcel D-1**
**Hunters Point Naval Shipyard**

| Photograph | Item Description |
|---|---|
|  Photograph Taken by: Mario Losi, Noreas 09/16/2024 | Item 9, Repair Follow Up<br><br>Location: Gun Mole Pier<br><br>Description: Permanent fencing installed January 2022 is in good condition.<br><br>Change Since Previous Inspection: Sinkhole growth; barrier fencing remains protective and in good condition<br><br>Recommended Action: Monitor perimeter fencing to ensure it remains protective.<br><br>Material and Personnel Needs: None |
| Photograph Taken by: Mario Losi, Noreas 09/16/2024 | Item 10, Routine O&M<br><br>Location: Directly north of berth 20<br><br>Description: Minor vegetation growth in cover patches. Cover in good overall condition.<br><br>Recommended Action: Monitor during future inspections for increased vegetation growth.<br><br>Personnel, Equipment, and Material Needs: None |

Page 5 of 20

Case 3:25-cv-03030-AGT    Document 26-3    Filed 12/04/25    Page 35 of 138

**Annual Operation and Maintenance Inspection**
**September 16, 2024**

**CTO N6247324F4713**
**Parcel D-1**
**Hunters Point Naval Shipyard**

| Photograph | Item Description |
|---|---|
|   Photograph Taken by: Mario Losi, Noreas 09/16/2024 | Item 11, Repair Follow Up<br><br>Location: Gun Mole Pier<br><br>Description: Sinkhole has continued to grow at area of previous repair, deemed unrepairable. Fence in good condition.<br><br>Change Since Previous Inspection: Sinkhole growth; barrier fencing remains protective and in good condition.<br><br>Recommended Action: Monitor sinkhole growth to ensure perimeter fencing remains protective.<br><br>Personnel, Equipment, and Material Needs: None |
|   Photograph Taken by: Mario Losi, Noreas 09/16/2024 | Item 12, Routine O&M<br><br>Location: North side of Gun Mole Pier<br><br>Description: Typical vegetation growth in cracks and possible sinkhole development.<br><br>Change Since Previous Inspection: Vegetation and sinkhole growth.<br><br>Recommended Action: Trim vegetation if safe to walk and monitor sinkhole.<br><br>Personnel, Equipment, and Material Needs: None |

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-03030-AGT    Document 26-3    Filed 12/04/25    Page 36 of 138

Appendix A

## Annual Operation and Maintenance Inspection
## September 16, 2024

### CTO N6247324F4713
### Parcel D-1
### Hunters Point Naval Shipyard

| Photograph | Item Description |
|---|---|
|  Photograph Taken by: Mario Losi, Noreas 09/16/2024 | Item 13, Routine O&M<br><br>Location: Northern crane footing on Gun Mole Pier<br><br>Description: Minor vegetation growth; foundations are in good condition.<br><br>Change Since Previous Inspection: Minor vegetation growth, no observed changes in sinkhole development.<br><br>Recommended Action: Continue monitoring for structure integrity.<br><br>Personnel, Equipment, and Material Needs: None |
|  Photograph Taken by: Mario Losi, Noreas 09/16/2024 | Item 14, Routine O&M<br><br>Location: Eastern end of Gun Mole Pier<br><br>Description: Minor vegetation growth and typical debris accumulation.<br><br>Recommended Action: Remove concrete debris; general housekeeping.<br><br>Personnel, Equipment, and Material Needs: One laborer. |

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 2:25-cv-03030-AGT    Document 26-3    Filed 12/04/25    Page 38 of 138

Appendix A

## Annual Operation and Maintenance Inspection
## September 16, 2024

## CTO N6247324F4713
## Parcel D-1
## Hunters Point Naval Shipyard

| Photograph | Item Description |
|---|---|
| <br>**Photograph Taken by: Mario Losi, Noreas 09/16/2024** | Item 17, Repair Follow Up<br><br>Location: Southeast wall of Gun Mole pier<br><br>Description: Potential sinkhole development around area of previous repair.<br><br>Change Since Previous Inspection: Sinkhole development.<br><br>Recommended Action: Fill and level off area with concrete.<br><br>Personnel, Equipment, and Material Needs: Two laborers, hand tools and ¼ cu yard of concrete or an approved equivalent. |
| <br>**Photograph Taken by: Mike Ayala, APTIM 12/09/2024** | Item 17, Repair<br><br>Location: Southeast wall of Gun Mole pier<br><br>Description: Potential sinkhole development around area of previous repair.<br><br>Change Since Previous Inspection: Sinkhole development.<br><br>Final Action: Filled and levelled with concrete to match the existing grade. |

Page 9 of 15

Case 3:25-cv-03030-AGT    Document 26-3    Filed 12/04/25    Page 39 of 138

Appendix A

**Annual Operation and Maintenance Inspection**
**September 16, 2024**

**CTO N6247324F4713**
**Parcel D-1**
**Hunters Point Naval Shipyard**

| Photograph | Item Description |
|---|---|
|  Photograph Taken by: Mario Losi, Noreas 09/16/2024 | Item 18, Repair Follow Up<br><br>Location: Southeast wall of Gun Mole pier<br><br>Description: Area of previous repair in good condition<br><br>Change Since Previous Inspection: None<br><br>Recommended Action: Continue monitoring for settlement.<br><br>Personnel, Equipment, and Material Needs: None |

Page 9 of 15

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, B, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT   Document 26-3   Filed 12/04/25   Page 40 of 138

Appendix A

## Annual Operation and Maintenance Inspection
## September 16, 2024

## CTO N6247324F4713
## Parcel D-1
## Hunters Point Naval Shipyard

| Photograph | Item Description |
|---|---|
| <br>**Photograph Taken by: Mario Losi, Noreas 09/16/2024** | Item 19, Routine O&M<br><br>Location: Southernmost base of crane on Gun Mole Pier.<br><br>Description: Typical vegetation growth under crane.<br><br>Recommended Action: Remove vegetation and fill cracks as needed.<br><br>Personnel, Equipment, and Material Needs: One laborer, weed trimmer, hand tools, rubberized asphalt crack filler. |
| <br>**Photograph Taken by: Mario Losi, Noreas 09/16/2024** | Item 20, Routine O&M<br><br>Location: Northeast of Building 381<br><br>Description: Typical vegetation growth in cover cracks/transition areas.<br><br>Change Since Previous Inspection: Typical vegetation regrowth.<br><br>Recommended Action: Remove vegetation and fill cracks as needed.<br><br>Personnel, Equipment, and Material Needs: One laborer, weed trimmer, hand tools, rubberized asphalt crack filler. |

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT   Document 26-3   Filed 12/04/25   Page 41 of 138

Appendix A

**Annual Operation and Maintenance Inspection**
**September 16, 2024**

**CTO N6247324F4713**
**Parcel D-1**
**Hunters Point Naval Shipyard**

| Photograph | Item Description |
|---|---|
| <br>Photograph Taken by: Mario Losi, Noreas 09/16/2024 | Item 21, Routine O&M<br><br>Location: East of Berth 23 and 28<br><br>Description: Vegetation growth on transition to concrete pad.<br><br>Change Since Previous Inspection: Vegetation regrowth<br><br>Recommended Action: Remove vegetation and fill cracks as needed.<br><br>Personnel, Equipment, and Material Needs: One laborer, weed trimmer, hand tools, rubberized asphalt crack filler. |
| <br>Photograph Taken by: Mario Losi, Noreas 09/16/2024 | Item 22, Routine O&M<br><br>Location: Adjacent to Building 526<br><br>Description: Vegetation growth on concrete pads in southern area of Parcel.<br><br>Change Since Previous Inspection: Vegetation regrowth<br><br>Recommended Action: Remove vegetation and fill cracks as needed.<br><br>Personnel, Equipment, and Material Needs: One laborer, weed trimmer, hand tools, rubberized asphalt crack filler. |

Page 11 of 15

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 2:25-cv-05030-AGT   Document 26-3   Filed 12/04/25   Page 42 of 138

Appendix A

## Annual Operation and Maintenance Inspection
## September 16, 2024

## CTO N6247324F4713
## Parcel D-1
## Hunters Point Naval Shipyard

| Photograph | Item Description |
|---|---|
|   Photograph Taken by: Mario Losi, Noreas 09/16/2024 | Item 23, New Item<br><br>Location: Interior perimeter fence bordering Parcel E.<br><br>Description: Exclusion rope in place where fence was broken.<br><br>Recommended Action: Monitor during future inspections for security.<br><br>Personnel, Equipment, and Material Needs: None |
|   Photograph Taken by: Mario Losi, Noreas 09/16/2024 | Item 24, Routine O&M<br><br>Location: Storm swale in Parcel D-1<br><br>Description: Swales are in good condition and free of debris.<br><br>Recommended Action: Continue to monitor during future inspections.<br><br>Personnel, Equipment, and Material Needs: None |

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-08030-AGT    Document 26-3    Filed 12/04/25    Page 43 of 138

Appendix A

## Annual Operation and Maintenance Inspection
## September 16, 2024

### CTO N6247324F4713
### Parcel D-1
### Hunters Point Naval Shipyard

| Photograph | Item Description |
|---|---|
|   **Photograph Taken by: Mario Losi, Noreas 09/16/2024** | Item 25, Routine O&M<br><br>Location: Far west corner of Parcel D-1, in- between the Parcel G fence line and Manseau swale<br><br>Description: Sinkhole has been roped off, but no signs of growth. Perimeter fencing in good condition<br><br>Recommended Action: Continue monitoring area during future inspections and ensure area stays roped off.<br><br>Personnel, Equipment, and Material Needs: None |
| **Photograph Taken by: Mario Losi, Noreas 09/16/2024** | Item 26a, Routine O&M<br><br>Location: Northeast of Berth 14<br><br>Description: Cracks forming in the asphalt durable cover less than ¼" wide.<br><br>Dimensions: 10' X 3'<br><br>Recommended Action: Continue monitoring during future inspections for growth.<br><br>Personnel, Equipment, and Material Needs: None |

Page 13 of 15

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Appendix A

Case 3:25-cv-03030-AGT   Document 26-3   Filed 12/04/25   Page 44 of 138

**Annual Operation and Maintenance Inspection**
**September 16, 2024**

**CTO N6247324F4713**
**Parcel D-1**
**Hunters Point Naval Shipyard**

| Photograph | Item Description |
|---|---|
|   Photograph Taken by: Mario Losi, Noreas 09/16/2024 | Item 26b, New Item  Location: Northeast of Berth 14  Description: Cracks forming in the asphalt durable cover less than ¼" wide.  Dimensions: 12' X 3'  Recommended Action: Continue monitoring during future inspections for growth.  Personnel, Equipment, and Material Needs: None |
|   Photograph Taken by: Mario Losi, Noreas 09/16/2024 | Item 26c, Routine O&M  Location: Directly southeast of Building 369  Description: Cracking forming due to traffic from heavy machinery.  Recommended Action: Continue monitoring for crack expansion.  Personnel, Equipment, and Material Needs: None |

Page 14 of 15

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, B-2, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-03030-AGT    Document 26-3    Filed 12/04/25    Page 45 of 138

Appendix A

## Annual Operation and Maintenance Inspection
## September 16, 2024

### CTO N6247324F4713
### Parcel D-1
### Hunters Point Naval Shipyard

| Photograph | Item Description |
|---|---|
|   Photograph Taken by: Mario Losi, Noreas 09/16/2024 | Item 26d, Routine O&M<br><br>Location: Northeast of Berth 14<br><br>Description: Cracks forming in the asphalt durable cover less than ¼" wide.<br><br>Dimensions: 15' X 10'<br><br>Recommended Action: Continue monitoring during future inspections for growth.<br><br>Personnel, Equipment, and Material Needs: None |

Page 15 of 15

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, B-84, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 2:25-cv-05030-AGT   Document 26-3   Filed 12/04/25   Page 46 of 138

Appendix A

# PARCEL E

NAER-2224-4713-0013

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, B9, E, E-2, G/UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 2:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 47 of 138

Appendix A

This page intentionally left blank

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-2, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-02830-AGT    Document 26-3    Filed 12/04/25    Page 48 of 138

Appendix A

## INSPECTION RECORD (PRELIMINARY) – PARCEL E
## HUNTERS POINT NAVAL SHIPYARD, SAN FRANCISCO, CA

| Date and time of inspection: 04/19/2024  0715 | Inspector name and organization: Mario Losi  NORCHS |
|---|---|

**Weather and tidal conditions – include details of most recent rain event:** No rain events in September
Partly cloudy, High-65°F Low-55°F  Tidal Conditions- High 01'14.2', 1335 7.31'- Low  0110, 0.15', 1946 0.13'

| Reason for inspection (circle one): | If inspection is initiated by an emergency response (see note 3), explain condition: Na |
|---|---|
| **(Scheduled)**      Emergency response | |

| ITEM | INSPECTION FREQUENCY[1] | ACTION/ INSPECTION ITEM | COMMENTS—INCLUDING EXPLANATION IF NOT COMPLETED.  INCLUDE ANY PHOTO DESCRIPTIONS[2] |
|---|---|---|---|
| **GENERAL SITE CONDITION (APPLIES TO ALL AREAS OF SITE)** | | | |
| Overall condition of site | Every inspection (at least annual) | Note general conditions.   Trash and debris accumulation, unauthorized access, etc. | Site is in good condition. Active construction areas limited inspection. |
| Land use | Every inspection (at least annual) | Digging or unauthorized activity/land use per LUC RD. | None observed |
| **SITE SECURITY** | | | |
| Security of area | Every inspection (at least annual, until transfer) | Assess condition of fence, including holes, corrosion, digging, and concrete condition—repair as necessary. | Fencing and RAO rope in good condition. |
| | | Condition of locks, fencing, and gates—repair and replace as necessary. | Grates and locks are in good condition |
| | | Note signs of vandalism. | No signs of vandalism observed. |
| | | Assess condition of access roads and gates. | Access roads and gates are in good condition |
| | | Note evidence of unauthorized access. | No evidence observed. |

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-02830-AGT    Document 26-3    Filed 12/04/25    Page 49 of 138

Appendix A

| ITEM | INSPECTION FREQUENCY[1] | ACTION/ INSPECTION ITEM | COMMENTS—INCLUDING EXPLANATION IF NOT COMPLETED. INCLUDE ANY PHOTO DESCRIPTIONS[2] |
|------|------------------------|-------------------------|----------------------------|
| **SITE SECURITY** *(continued)* | | | |
| Site signage | Every inspection (at least annual, until transfer) | All signs in place and secure—repair and replace as necessary. | Site signage is in place and secure. |
| | | Wording legible—replace and repair as necessary or document degradation. | Signage is legible |
| | | Note signs of vandalism. | No vandalism observed. |
| **SOIL GAS MONITORING PROBES AND GROUNDWATER MONITORING WELLS** | | | |
| Soil gas monitoring probes and groundwater monitoring wells | During all sampling events and every inspection (at least annual) | Security (locks intact) – repair and replace as necessary. | Security locks are intact |
| | | Vandalism/signs of unauthorized access. | None observed. |
| | | Well box is free of obstructions. | Well, wellbox and seals are maintained |
| | | Well casing is free of obstruction. | by groundwater contractor |
| | | Seals not damaged. | |
| **ASPHALT PAVEMENT COVER** | | | |
| Surface Inspection | Every inspection (at least annual) | Assess cracking in asphaltic concrete layer. | Minor cracking in road ways observed. No soil exposed. |
| | | Assess cracking in foundations. | Minor cracks on roadways. No soil exposed. |
| | | Assess the crawlspace access to maintain the prevention of access. | Access to crawl spaces is prevented. |
| | | Inspect transitions between different cover types (e.g., building foundations/utility features). | Minor vegetation growth at transitions. |
| | | Evidence of settlement and subsidence. | None observed. |
| | | Note evidence of burrowing animals[4]. | Minor evidence of burrowing animals |
| | | Assess condition of survey benchmarks. | Benchmarks in good condition |
| | | Assess accumulation of soils over cover. | No areas of exposed soil. |

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D, E, F, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-02830-AGT    Document 26-3    Filed 12/04/25    Page 50 of 138

Appendix A

| ITEM | INSPECTION FREQUENCY[1] | ACTION/ INSPECTION ITEM | COMMENTS — INCLUDING EXPLANATION IF NOT COMPLETED. INCLUDE ANY PHOTO DESCRIPTIONS[2] |
|---|---|---|---|
| **ASPHALT PAVEMENT COVER** *(continued)* | | | |
| Surface Inspection *(cont.)* | Every inspection (at least annual) *(cont.)* | Inspect areas of previous repair. | None |
| | | Remove any vegetative species penetrating through cover and repair asphalt. | Minor vegetation in stormwater drain and transition cracks. |
| | | Note signs of excessive traffic. | None observed. |
| | | Note signs of unauthorized access to the site or the buildings. | None observed. |
| Stormwater drainage | Every inspection (at least annual) | Observe areas of accumulated water for cracking and settlement. | No cracks or settlement observed. |
| | | Remove trash and debris from catch basins. | Catch basins are clear. |
| | | Note integrity and function of outfalls. | Outfalls are in good condition. |
| | | Monitor areas of accumulation in the vicinity of site buildings. | No issues to note. |
| | | Note evidence of overflow in drainage channels. | No overflow observed. |
| | | Remove trash or debris from drainage channels. | Drainage channels are clear. |
| | | Note any change in condition of drainage contributing areas. | None observed |
| **SOIL COVER** | | | |
| Vegetation | Every inspection (at least annual) | Assessment of unhealthy/bare areas (not to exceed 2% of total area or >30% of any 100-ft² area. | Soil cover under active construction. |
| | | Note evidence of burrowing animals[4]. | Minor evidence in select areas. |
| | | Assess adequacy of mowing and watering. | Cover mowing will be conducted after construction is complete |
| | | Remove deep-rooting plants[4]. | No deep rooting plants observed |
| | | Note signs of excessive traffic. | No signs observed. |
| | | Note signs of unauthorized access. | None observed. |

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D, E, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-00630-AGT    Document 26-3    Filed 12/04/25    Page 51 of 138

Appendix A

| ITEM | INSPECTION FREQUENCY[1] | ACTION/ INSPECTION ITEM | COMMENTS — INCLUDING EXPLANATION IF NOT COMPLETED. INCLUDE ANY PHOTO DESCRIPTIONS[2] |
|---|---|---|---|
| **SOIL COVER** *(continued)* | | | |
| Soil cover | Every inspection (at least annual) | Note evidence of cover settlement. | None observed. |
| | | Note evidence of slope failure along boundaries and slope transition areas. | None observed. |
| | | Note evidence of cracking or soil movement. | None observed |
| | | Note evidence of overflow in drainage channels. | None observed. |
| | | Remove trash or debris from drainage channels. | No trash or debris present. |
| | | Note evidence of geosynthetic material under soil cover being exposed or damaged. | No exposed areas or damage observed. |
| | | Note evidence of ponding over areas with protective liner. | No evidence of ponding observed. |
| **SHORELINE PROTECTION** | | | |
| Crest inspection | Every inspection (at least annual) | Note evidence of settlement or movement. | None observed |
| | | Note evidence of wave overtopping. | None observed |
| | | Inspect transition from cover to revetment. | Transition in good condition. |
| | | Assess any areas of erosion. | No eroded areas. |
| | | Inspect for proper placement of filter fabric. | Filter fabric is in good condition. |
| Armoring inspection | Every inspection (at least annual) | Note evidence of settlement or movement. | None observed. |
| | | Note placement and stability of riprap (armored revetment). | Riprap is in good condition and stable |
| | | Note erosion of sand cover (natural shoreline revetment). | Sand cover in zos-41 has been eroded. |
| | | Note evidence of invasive plants or animals[4]. | None observed. |
| | | Inspect for proper placement of filter fabric and filter layer. | Filter layers in good condition. |

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D, E, F, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-0830-AGT    Document 26-3    Filed 12/04/25    Page 52 of 138

Appendix A

| ITEM | INSPECTION FREQUENCY[1] | ACTION/ INSPECTION ITEM | COMMENTS—INCLUDING EXPLANATION IF NOT COMPLETED. INCLUDE ANY PHOTO DESCRIPTIONS[2] |
|---|---|---|---|
| **SHORELINE PROTECTION** *(continued)* | | | |
| Toe and flank inspection | Every inspection (at least annual) | Note areas of scour and erosion. | None observed |
| | | Inspect for proper placement of filter fabric and filter layer. | Filter layers are properly placed. |
| | | Note changes in the bay slope. | No changes noted. |
| **SVE SYSTEM** | | | |
| System shutdown | Each SVE site visit | Document any system shut down. | SVE system inspections, |
| System configuration | Each SVE site visit | Record extraction wells in use. | condition and maintenance are |
| | | Record duration of extraction at each well or optimization. | addressed during operational |
| Extraction wells | Each SVE site visit | Monitor vacuum pressure at each well. | periods by the SVE contractor |
| | | Check for leaks. | and documented separately from |
| | | Monitor VOCs at each well. | this report. |
| Soil gas monitoring wells | Each SVE site visit | Monitor vacuum pressures. | |
| Extracted water | Each SVE site visit | Check amount of water extracted. | |
| | | Dispose of extracted water as necessary. | |
| GAC units | Each SVE site visit | Check influent concentration with FID. | |
| | | Check effluent concentration with FID. | |
| | | Laboratory analysis as necessary. | |
| Knockout drum | Each SVE site visit | Check for accumulated sediments. | |
| System components | Each SVE site visit | Maintain according to manufacturer. | |

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, B-3, B-3E, C, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:23-cv-02830-AGT    Document 26-3    Filed 12/04/25    Page 53 of 138

Appendix A

| ITEM | INSPECTION FREQUENCY[1] | ACTION/ INSPECTION ITEM | COMMENTS—INCLUDING EXPLANATION IF NOT COMPLETED. INCLUDE ANY PHOTO DESCRIPTIONS[2] |
|---|---|---|---|
| | | **SVE SYSTEM** (continued) | |
| General operational | Each SVE site visit | Record operating hours. | Documented by SVE Contractor |
| | | Record vapor flow rate at treatment system influent. | |
| | | Assessment of configuration—optimization. | ✓ |

**OTHER OBSERVATIONS:**

**FOLLOW-UP ACTIONS (Include area requiring further action):**

| Signature | | Date | 09/19/2024 |
|---|---|---|---|

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, D-2, E, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-08030-AGT    Document 26-3    Filed 12/04/25    Page 54 of 138

Appendix A

Notes:

1. Inspections should be completed on at least an annual basis for all components of the remedy other than the SVE system. Every inspection, as used in the inspection frequency, includes both scheduled annual inspections and inspections triggered by emergency responses. All items on the checklist should be included in all inspections triggered by emergency responses in addition to the scheduled annual inspections.

2. List significant repairs completed and attach documentation describing repairs.

3. Section 4 of the OMP identifies the potential emergencies that will prompt supplemental site inspections. However, the O&M contractor should use professional judgment and site experience to identify whether inspections are necessary following significant earthquakes, regardless of location and magnitude. Inspections should be conducted after hurricane-level storm events, and the storm response trigger should be adjusted over time based on site experience. The O&M contractor may determine the appropriate trigger for inspection and emergency response from the following information resources:

   • Emergency Response Plan – Earthquake Annex (San Francisco, 2008).

   • City and County of San Francisco Outdoor Warning System.

   • Emergency Alert System. The primary local Emergency Alert System broadcast station for the Bay Area is KCBS (740 AM). Emergency Alert System messages may be sent via the Internet-based HazCollect system (maintained by the National Oceanic and Atmospheric Administration).

   • Public service announcements through radio and television, including radio broadcasts using the local public radio station, KALW (owned and operated by San Francisco Unified School District).

   • On-scene loudspeaker announcements.

   • The AlertSF system. Operational from the city's Emergency Operations Center and will provide the ability to send broadcast digital messaging to any number of groups, such as vulnerable populations, large business owners, and community-based organizations.

   • The National Earthquake Information Center and the USGS Earthquake Notification Service. These organization provide notifications of earthquakes free to interested parties. Users of the service can specify the regions of interest, establish notification thresholds of earthquake magnitude, designate whether they wish to receive notification of aftershocks, and even set different magnitude thresholds for daytime or nighttime to trigger a notification (Congressional Research Service, 2010).

   • ShakeMap. A product of USGS Earthquake Hazards Program in conjunction with regional seismic network operators and provides MM intensities (listed as "instrumental intensity" on the ShakeMap). ShakeMaps are now triggered automatically and made available within minutes of the event via the Internet, including Parcel E (USGS, 2010).

4. Corrective measures should be developed and implemented in accordance with the adaptive management process described in Appendix A of the OMP. The adaptive management described in Appendix A incorporates integrated pest management principles (as established by EPA and the California Statewide Integrated Pest Management Program) and will be implemented in consultation with the FFA signatories and other natural resources trustees (e.g., California Department of Fish and Wildlife).

| | |
|---|---|
| EPA = U.S. Environmental Protection Agency | MM = Modified Mercalli |
| FFA = Federal Facility Agreement | OMP = Operations and Maintenance Plan |
| FID = flame ionization detector | SVE = soil vapor extraction system |
| ft² = square feet | USGS = U.S. Geological Survey |
| GAC = granular activated carbon | VOCs = volatile organic compounds |
| LUC RD = land use control remedial design | |

Source:

City and County of San Francisco, 2008. "Earthquake Response Plan Enhancement – Administrative Draft." September. Accessed Online at: <http://SFDEM.org?Modules/ShowDocuments.aspx?document=67>.

Congressional Research Service, 2010. "Earthquakes in the United States – Risk, Detection, Warning, and Research." Peter Sundry, Ed. September 5. Accessed Online at: <http://www.eoearth.org/article/Earthquakes_in_the_United_States_-_Risk,_Detection,_Warning,_and_Research>.

USGS, 2010. "ShakeMaps. Earthquake Hazards Program." September 6. Accessed Online at: <http://earthquake.usgs.gov/earthquakes/shakemap/>

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, B-3, E, E-2, G/UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Appendix A

Case 2:25-cv-03030-AGT    Document 26-3    Filed 12/04/25    Page 55 of 138

This page intentionally left
blank

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 56 of 138

Appendix A



FIGURE 2
REUSE AREAS,
REDEVELOPMENT BLOCKS,
AND IR SITES AT PARCEL E

Operation and Maintenance Plan

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 57 of 138

Appendix A

This page intentionally left blank

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 58 of 138

Appendix A

**Annual Operation and Maintenance Inspection**
**September 18, 2024**

**CTO N6247324F4713**
**Parcel E**
**Hunters Point Naval Shipyard**

| Photograph | Item Description |
|---|---|
|  | Item 1, Routine O&M<br><br>Location: Hybrid shoreline revetment in south portion of EOS-4.<br><br>Description: Revetment is in good condition, majority of sand in hybrid shoreline stabilization has eroded.<br><br>Change Since Previous Inspection: Hybrid shoreline stabilization has continued to erode.<br><br>Recommended Action: Continue monitoring shoreline.<br><br>Personnel, Equipment, and Material Needs: None |
| **Photograph Taken by: Mario Losi, Noreas 09/19/2024** | |
| | Item 2, Routine O&M<br><br>Location: Transition from hybrid to armored shoreline protection in EOS-4<br><br>Description: Rock at transition is stable, hybrid protection continues to erode.<br><br>Recommended Action: Continue monitoring shoreline.<br><br>Personnel, Equipment, and Material Needs: None |
| **Photograph Taken by: Mario Losi, Noreas 09/19/2024** | |

Page 1 of 4

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 59 of 138

Appendix A

## Annual Operation and Maintenance Inspection
### September 18, 2024

### CTO N6247324F4713
### Parcel E
### Hunters Point Naval Shipyard

| Photograph | Item Description |
| --- | --- |
| <br>**Photograph Taken by: Mario Losi, Noreas 09/19/2024** | Item 3, Routine O&M<br><br>Location: Armored shoreline revetment in EOS-4<br><br>Description: Seawall is stable and in good condition.<br><br>Recommended Action: Continue monitoring seawall for stability.<br><br>Personnel, Equipment, and Material Needs: None |
| <br>**Photograph Taken by: Mario Losi, Noreas 09/19/2024** | Item 4, Routine O&M<br><br>Location: Monitoring Well IR02MW175A<br><br>Description: Monument and bollards are in good condition.<br><br>Recommended Action: Continue monitoring during construction in EOS-4.<br><br>Personnel, Equipment, and Material Needs: None |

Page 2 of 4

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, B59, E, E2, G, UC3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-03030-AGT    Document 26-3    Filed 12/04/25    Page 60 of 138

Appendix A

**Annual Operation and Maintenance Inspection**
**September 18, 2024**

**CTO N6247324F4713**
**Parcel E**
**Hunters Point Naval Shipyard**

| Photograph | Item Description |
|---|---|
|  Photograph Taken by: Mario Losi, Noreas 09/19/2024 | Item 5, Routine O&M<br><br>Location: Southeast corner of EOS-4<br><br>Description: Evidence of burrowing animals near seawall.<br><br>Recommended Action: Continue monitoring for soil cover damage.<br><br>Personnel, Equipment, and Material Needs: None |
|  Photograph Taken by: Mario Losi, Noreas 09/16/2024 | Item 6, Routine O&M<br><br>Location: Shoreline revetment in EOS-4<br><br>Description: Armored shoreline revetment is in good condition.<br><br>Recommended Action: Continued monitoring.<br><br>Personnel, Equipment, and Material Needs: None |

Page 3 of 4

Case 2:25-cv-05030-AGT   Document 26-3   Filed 12/04/25   Page 61 of 138

**Annual Operation and Maintenance Inspection**
**September 18, 2024**

**CTO N6247324F4713**
**Parcel E**
**Hunters Point Naval Shipyard**

| Photograph | Item Description |
|---|---|
|  | Item 7, Routine O&M<br><br>Location: Shoreline revetment in EOS-4<br><br>Description: Armored shoreline revetment is in good condition.<br><br>Recommended Action: Continued monitoring.<br><br>Personnel, Equipment, and Material Needs: None |

Page 4 of 4

NAER-2224-4713-0013

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 2:25-cv-05030-ACT    Document 26-3    Filed 12/04/25    Page 62 of 138

Appendix A

# PARCEL E-2

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 2:25-cv-03030-AGT    Document 26-3    Filed 12/04/25    Page 63 of 138

Appendix A

This page intentionally left
blank

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 64 of 138

Appendix A

## INSPECTION RECORD (PRELIMINARY) – PARCEL E – 2
## HUNTERS POINT NAVAL SHIPYARD, SAN FRANCISCO, CA

| Date and time of inspection: 09/17/24  10:15 | Inspector name and organization: Mario Losi  NORCAS |
|---|---|

| Weather and tidal conditions – include details of most recent rain event: |
|---|
| Overcast – High- 63°F  Low- 56°F  Tidal Conditions – Low Tide – 5:51, -0.42' – 18:07, 1.2'  High Tide – 12:27, 6.65' |

| Reason for inspection (circle one): | If inspection is initiated by an emergency response (see note 3), explain condition: |
|---|---|
| (Scheduled)    Emergency response | N/A |

| ITEM | INSPECTION FREQUENCY[1] | ACTION/ INSPECTION ITEM | COMMENTS—INCLUDING EXPLANATION IF NOT COMPLETED.  INCLUDE ANY PHOTO DESCRIPTIONS[2] |
|---|---|---|---|
| **GENERAL SITE CONDITION (APPLIES TO ALL AREAS OF SITE)** | | | |
| Overall condition of site | Every inspection (at least annual) | Note general conditions.   Trash and debris accumulation, unauthorized access, etc. | Minor amounts of trash/debris. Multiple areas of unauthorized access. |
| Land use | Every inspection (at least annual) | Digging or unauthorized activity/land use per LUC RD. | Vehicle tracks observed across site leaving depressions in areas off access roads. |
| **SITE SECURITY** | | | |
| Security of area | Every inspection (at least annual, until transfer) | Assess condition of fence, including holes, corrosion, digging, and concrete condition—repair as necessary. | West perimeter fence has two openings. See photo log. |
| | | Condition of locks, fencing, and gates—repair and replace as necessary. | Locks and gates in good condition. Fence condition noted above. |
| | | Note signs of vandalism. | Graffiti observed on sea wall. Bear area near outlet. |
| | | Assess condition of access roads and gates. | |
| | | Note evidence of unauthorized access. | Vehicle tracks observed off the road. |

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 65 of 138

Appendix A

| ITEM | INSPECTION FREQUENCY[1] | ACTION/ INSPECTION ITEM | COMMENTS—INCLUDING EXPLANATION IF NOT COMPLETED. INCLUDE ANY PHOTO DESCRIPTIONS[2] |
|---|---|---|---|
| **SITE SECURITY** *(continued)* | | | |
| Site signage | Every inspection (at least annual, until transfer) | All signs in place and secure—repair and replace as necessary. | In place and secure. |
| | | Wording legible—replace and repair as necessary or document degradation. | Signs are legible. |
| | | Note signs of vandalism. | No vandalism on signage |
| **SOIL GAS MONITORING PROBES AND GROUNDWATER MONITORING WELLS** | | | |
| Soil gas monitoring probes and groundwater monitoring wells | During all sampling events and every inspection (at least annual) | Security (locks intact) – repair and replace as necessary. | Locks intact. except IR01MW-17 |
| | | Vandalism/signs of unauthorized access. | None |
| | | Well box is free of obstructions. | Well box, casing and seals |
| | | Well casing is free of obstruction. | managed by monitoring contractor |
| | | Seals not damaged. | |
| **ASPHALT PAVEMENT COVER** | | | |
| Surface Inspection | Every inspection (at least annual) | Assess cracking in asphaltic concrete layer. | NA – No asphalt pavement |
| | | Assess cracking in foundations. | cover at the site. |
| | | Assess the crawlspace access to maintain the prevention of access. | |
| | | Inspect transitions between different cover types (e.g., building foundations/utility features). | |
| | | Evidence of settlement and subsidence. | |
| | | Note evidence of burrowing animals[4]. | |
| | | Assess condition of survey benchmarks. | |
| | | Assess accumulation of soils over cover. | |

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 66 of 138

Appendix A

| ITEM | INSPECTION FREQUENCY[1] | ACTION/ INSPECTION ITEM | COMMENTS — INCLUDING EXPLANATION IF NOT COMPLETED. INCLUDE ANY PHOTO DESCRIPTIONS[2] |
|---|---|---|---|
| **ASPHALT PAVEMENT COVER** *(continued)* | | | |
| Surface Inspection *(cont.)* | Every inspection (at least annual) *(cont.)* | Inspect areas of previous repair. | NA- No asphalt pavement |
| | | Remove any vegetative species penetrating through cover and repair asphalt. | cover at the site |
| | | Note signs of excessive traffic. | |
| | | Note signs of unauthorized access to the site or the buildings. | |
| Stormwater drainage | Every inspection (at least annual) | Observe areas of accumulated water for cracking and settlement. | |
| | | Remove trash and debris from catch basins. | |
| | | Note integrity and function of outfalls. | |
| | | Monitor areas of accumulation in the vicinity of site buildings. | |
| | | Note evidence of overflow in drainage channels. | |
| | | Remove trash or debris from drainage channels. | |
| | | Note any change in condition of drainage contributing areas. | ✓ |
| **SOIL COVER** | | | |
| Vegetation | Every inspection (at least annual) | Assessment of unhealthy/bare areas (not to exceed 2% of total area or >30% of any 100-ft² area. | Bare area noted in photo log. Vegetation relatively new, requires more monitoring. |
| | | Note evidence of burrowing animals[4]. | Burrowing animal evidence noted in PL |
| | | Assess adequacy of mowing and watering. | Site is adequate |
| | | Remove deep-rooting plants[4]. | None observed. |
| | | Note signs of excessive traffic. | None observed. |
| | | Note signs of unauthorized access. | None observed on soil cover. |

Appendix A, OMP, Parcel E                              Page 3 of 7

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 67 of 138

Appendix A

| ITEM | INSPECTION FREQUENCY[1] | ACTION/ INSPECTION ITEM | COMMENTS — INCLUDING EXPLANATION IF NOT COMPLETED. INCLUDE ANY PHOTO DESCRIPTIONS[2] |
|---|---|---|---|
| | | **SOIL COVER** (continued) | |
| Soil cover | Every inspection (at least annual) | Note evidence of cover settlement. | No settlement observed |
| | | Note evidence of slope failure along boundaries and slope transition areas. | None observed |
| | | Note evidence of cracking or soil movement. | Minor area of erosion. |
| | | Note evidence of overflow in drainage channels. | ↙ see photo log |
| | | Remove trash or debris from drainage channels. | None to remove. |
| | | Note evidence of geosynthetic material under soil cover being exposed or damaged. | Areas where liner exposed are noted in photo log. |
| | | Note evidence of ponding over areas with protective liner. | None observed |
| | | **SHORELINE PROTECTION** | |
| Crest inspection | Every inspection (at least annual) | Note evidence of settlement or movement. | None observed |
| | | Note evidence of wave overtopping. | No evidence. |
| | | Inspect transition from cover to revetment. | Transition in good condition |
| | | Assess any areas of erosion. | None observed |
| | | Inspect for proper placement of filter fabric. | Placement is good. |
| Armoring inspection | Every inspection (at least annual) | Note evidence of settlement or movement. | None observed. |
| | | Note placement and stability of riprap (armored revetment). | Riprap is stable and secure |
| | | Note erosion of sand cover (natural shoreline revetment). | Minor erosion on southwest point |
| | | Note evidence of invasive plants or animals[4]. | None observed. |
| | | Inspect for proper placement of filter fabric and filter layer. | Placement is good. |

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 68 of 138

Appendix A

| ITEM | INSPECTION FREQUENCY[1] | ACTION/ INSPECTION ITEM | COMMENTS — INCLUDING EXPLANATION IF NOT COMPLETED. INCLUDE ANY PHOTO DESCRIPTIONS[2] | |
|---|---|---|---|---|
| **SHORELINE PROTECTION** *(continued)* | | | | |
| Toe and flank inspection | Every inspection (at least annual) | Note areas of scour and erosion. | None observed | |
| | | Inspect for proper placement of filter fabric and filter layer. | Placement is good | |
| | | Note changes in the bay slope. | None observed. | |
| **SVE SYSTEM** | | | | |
| System shutdown | Each SVE site visit | Document any system shut down. | SVE System operational | |
| System configuration | Each SVE site visit | Record extraction wells in use. | Status unknown | |
| | | Record duration of extraction at each well or optimization. | | |
| Extraction wells | Each SVE site visit | Monitor vacuum pressure at each well. | | |
| | | Check for leaks. | | |
| | | Monitor VOCs at each well. | | |
| Soil gas monitoring wells | Each SVE site visit | Monitor vacuum pressures. | | |
| Extracted water | Each SVE site visit | Check amount of water extracted. | | |
| | | Dispose of extracted water as necessary. | | |
| GAC units | Each SVE site visit | Check influent concentration with FID. | | |
| | | Check effluent concentration with FID. | | |
| | | Laboratory analysis as necessary. | | |
| Knockout drum | Each SVE site visit | Check for accumulated sediments. | | |
| System components | Each SVE site visit | Maintain according to manufacturer. | ✓ | |

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 69 of 138

Appendix A

| ITEM | INSPECTION FREQUENCY[1] | ACTION/ INSPECTION ITEM | COMMENTS—INCLUDING EXPLANATION IF NOT COMPLETED. INCLUDE ANY PHOTO DESCRIPTIONS[2] |
|---|---|---|---|
| **SVE SYSTEM** *(continued)* | | | |
| General operational | Each SVE site visit | Record operating hours. | SVE System Operational |
| | | Record vapor flow rate at treatment system influent. | Status unknown. |
| | | Assessment of configuration—optimization. | |

**OTHER OBSERVATIONS:**

Bern area noted in photo log, along northeast boundary. The main area with evidence of vandalism/ unauthorized access is along the northeast boundary bordering Arelious Walker Dr.

**FOLLOW-UP ACTIONS (Include area requiring further action):**

The areas with exposed liner near the fresh water wetland require clean fill to resecure. Fence repairs along Arelious Dr. and privacy screen repair on north perimeter.

Signature _____    Date  09/17/2024

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 70 of 138

Appendix A

Notes:

1. Inspections should be completed on at least an annual basis for all components of the remedy other than the SVE system. Every inspection, as used in the inspection frequency, includes both scheduled annual inspections and inspections triggered by emergency responses. All items on the checklist should be included in all inspections triggered by emergency responses in addition to the scheduled annual inspections.

2. List significant repairs completed and attach documentation describing repairs.

3. Section 4 of the OMP identifies the potential emergencies that will prompt supplemental site inspections. However, the O&M contractor should use professional judgment and site experience to identify whether inspections are necessary following significant earthquakes, regardless of location and magnitude. Inspections should be conducted after hurricane-level storm events, and the storm response trigger should be adjusted over time based on site experience. The O&M contractor may determine the appropriate trigger for inspection and emergency response from the following information resources:

   - Emergency Response Plan – Earthquake Annex (San Francisco, 2008).

   - City and County of San Francisco Outdoor Warning System.

   - Emergency Alert System. The primary local Emergency Alert System broadcast station for the Bay Area is KCBS (740 AM). Emergency Alert System messages may be sent via the Internet-based HazCollect system (maintained by the National Oceanic and Atmospheric Administration).

   - Public service announcements through radio and television, including radio broadcasts using the local public radio station, KALW (owned and operated by San Francisco Unified School District).

   - On-scene loudspeaker announcements.

   - The AlertSF system. Operational from the city's Emergency Operations Center and will provide the ability to send broadcast digital messaging to any number of groups, such as vulnerable populations, large business owners, and community-based organizations.

   - The National Earthquake Information Center and the USGS Earthquake Notification Service. These organization provide notifications of earthquakes free to interested parties. Users of the service can specify the regions of interest, establish notification thresholds of earthquake magnitude, designate whether they wish to receive notification of aftershocks, and even set different magnitude thresholds for daytime or nighttime to trigger a notification (Congressional Research Service, 2010).

   - ShakeMap. A product of USGS Earthquake Hazards Program in conjunction with regional seismic network operators and provides MM intensities (listed as "instrumental intensity" on the ShakeMap). ShakeMaps are now triggered automatically and made available within minutes of the event via the Internet, including Parcel E (USGS, 2010).

4. Corrective measures should be developed and implemented in accordance with the adaptive management process described in Appendix A of the OMP. The adaptive management described in Appendix A incorporates integrated pest management principles (as established by EPA and the California Statewide Integrated Pest Management Program) and will be implemented in consultation with the FFA signatories and other natural resources trustees (e.g., California Department of Fish and Wildlife).

EPA = U.S. Environmental Protection Agency
FFA = Federal Facility Agreement
FID = flame ionization detector
ft² = square feet
GAC = granular activated carbon
LUC RD = land use control remedial design

MM = Modified Mercalli
OMP = Operations and Maintenance Plan
SVE = soil vapor extraction system
USGS = U.S. Geological Survey
VOCs = volatile organic compounds

Source:

City and County of San Francisco, 2008. "Earthquake Response Plan Enhancement – Administrative Draft." September. Accessed Online at: <http://SFDEM.org?Modules/ShowDocuments.aspx?document=67>.

Congressional Research Service, 2010. "Earthquakes in the United States – Risk, Detection, Warning, and Research." Peter Sundry, Ed. September 5. Accessed Online at: <http://www.eoearth.org/article/Earthquakes_in_the_United_States_-_Risk,_Detection,_Warning,_and_Research>.

USGS, 2010. "ShakeMaps. Earthquake Hazards Program." September 6. Accessed Online at: <http://earthquake.usgs.gov/earthquakes/shakemap/>

Appendix A, OMP, Parcel E

Page 7 of 7

NAER-2224-4713-0013

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-08030-AGT    Document 26-3    Filed 12/04/25    Page 71 of 138

Appendix A

**GENERAL SITE INSPECTION CHECKLIST**    Parcel E-2

*File completed forms with the Navy Base Realignment and Closure Office in San Diego, California, and the Hunters Point Shipyard Caretaker Site Office (CSO). To contact the CSO, call (415) 743-4720.*

1.  Does the soil on the cap appear to be disturbed to the point that the geosynthetic layers underneath could be damaged (deeper than 18 inches below cap surface) or are there areas of exposed geosynthetic liner material?
    The liner is exposed in small areas, on the edges where it does not extend all the way to the sea wall.    ☐ Yes *
    ☒ No
    *\* If yes, uncover the area and visually inspect the drainage net and underlying geosynthetics. If damaged, repair in accordance with manufacturer's instructions.*

2.  Are there open holes in the soil on the cap that may be caused by burrowing animals?
    ☒ Yes *
    ☐ No
    *\* If yes, fill up the hole with clean soil (contains no analytes of concern) and report to the CSO. Suggested corrective action: install a Molecontrol® device or similar system.*

3.  Are there noticeable depressions or ponding of surface water on the landfill cover?
    ☐ Yes *
    ☒ No
    *\* If yes, backfill the depression with the soil type described in Appendix E, Landfill Cap Construction, of the operation and maintenance (O&M) plan to restore grade of the cap as shown on Figure 5 of Appendix E. Where soil erosion seems excessive and continual, corrective action may be needed (contact the CSO).*

4.  Are there large (more than 2 inches wide or extend to cap liner) cracks in the soil cover?
    Cracks more than 2 inches wide observed due to water erosion channels. No evidence of exposed cap liner.    ☒ Yes *
    ☐ No
    *\* If yes, notify the CSO to assess whether the cracks are due to desiccation or slope failure. Note the orientation, location, and frequency of cracks, and photograph areas of concern, if possible.*

5.  Have any trees or shrubs grown on the landfill cover?
    ☐ Yes *
    ☒ No
    *\* If yes, remove the tree(s) or shrub(s).*

6.  If applicable, inspect all Molecontrol® devices (or similar system to ward off burrowing animals). Is each device functioning properly?
    N/A, no Molecontrol devices currently installed.    ☐ Yes
    ☐ No *
    *\* If no, first replace the batteries of the inoperative device. If the Molecontrol® device is still not functioning, replace the device by contacting D&D Chemical, Inc. ([800] 434-0221) or visiting http://www.ddchem.com/molecontrol.htm. Mark new devices, so they can be easily located during future inspections.*

7.  Is each sprinkler head upright?
    N/A    ☐ Yes
    ☐ No *
    *\* If no, adjust pipes so that sprinkler heads stand vertically.*

*Appendix A, Final O&M Plan, IR-01/21*    A-1

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, G-1, G-2, G-3, UC-1, and UC-2 and Installation Restoration Sites 07 and 18
Case 3:22-cv-02430-AMO   Document 26-3   Filed 12/04/25   Page 72 of 138
Hunters Point Naval Shipyard, San Francisco, CA
Appendix A

8. Operate the sprinkler system by opening the water source (Figure 2 of the O&M plan for the approximate location of the water service). Is each sprinkler head functioning properly (adequate pressure so that arcs of spray overlap)?

*N/A*

☐ Yes
☐ No *

*\* If no, repair defects (that is, adjust pressure at the hydrant, remove clogs, and replace broken sprinkler heads).*

9. Are landfill passive vents and turbines in good working order (for example, vents are not damaged, valves are open, turbines are free to spin from wind force)?

*N/A*

☐ Yes
☐ No *

*\* If no, notify the CSO to repair vents or turbines.*

10. Are silt fences, hay bales, fiber rolls, gravel or sand bags, and other erosion control measures (Figure 2) intact and functioning properly?

☒ Yes
☐ No *

*\* If no, notify the CSO to repair the silt fence and hay bales.*

11. Is there excessive accumulation of sediment (buildup of more than one-third of the height of the fence)?

☐ Yes *
☒ No

*\* If yes, clear the excessive buildup of sediment and notify the CSO to have the sediment characterized and properly disposed of off site.*

12. Is there excessive vegetation (large stalks that would impede surface water flow) in the central gravel drainage ditch?

☐ Yes *
☒ No

*\* If yes, remove the vegetation by spraying it with herbicides that contain no analytes of concern.*

13. Inspect areas that channel water runoff at the site (landfill cap and adjacent areas), including the gully (Figure 2), ditches, slope edges, and pipe outlets. Are there signs of erosion from storm water runoff?

Erosion observed in runoff channels. Additional information provide in photo log and report.

☒ Yes *
☐ No

*\* If yes, notify the CSO to assess the appropriate course of action for repair.*

14. Inspect condition of gravel roads (Figure 2). Are any ruts or potholes large enough to hinder vehicular traffic?

☐ Yes *
☒ No

*\* If yes, notify the CSO to assess the appropriate course of action for repair.*

15. Are posted signs in place and in good condition (legible)? See Figure 2 of the O&M plan for locations of signs and Photographs A-1 and A-2 of this appendix for examples of posted signs.

☒ Yes
☐ No *

*\* If no, mark location(s) of damaged or missing signs on Figure 2 and notify the CSO for repairs or replacements.*

*Appendix A, Final O&M Plan, IR-01/21*          A-2

16.  Is the landfill adequately secured by a perimeter fence that is in good condition and shows no signs of having been trespassed?

Two open areas in the perimeter fence along Fitch St. (eastern boundary).

☐ Yes
☒ No *

~~n.off~~

\* If no, secure the perimeter fence with locks obtained from the CSO. If the fence is damaged, mark location of damage and notify the CSO for repairs.

**Additional Notes** *(Time, temperature, and wind direction, and other observations)*

Inspection conducted at 0945 on 09/17/2024. Overcast conditions with a high of 63°F and a low of 56°; little to no wind experienced.

_____

Mario Losi
Name of Inspector

NOREAS
Company

Signature of Inspector

0945    09/17/2024
Time and Date of Inspection

*Appendix A, Final O&M Plan, IR-01/21*          A-3

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoratation Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 74 of 138

Appendix A



2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoratation Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 75 of 138

Appendix A

This page intentionally left blank

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, D-2, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-03030-AGT    Document 26-3    Filed 12/04/25    Page 76 of 138

Appendix A

**Annual Operation and Maintenance Inspection**
**September 17, 2024**

**CTO N6247324F4713**
**Parcel E-2**
**Hunters Point Naval Shipyard**

| Photograph | Item Description |
|---|---|
|  Photograph Taken by: Mario Losi, Noreas 09/17/2024 | Item 1, Routine O&M<br><br>Location: Northeast corner near PV-04<br><br>Description: Soil cover and secondary containment in good condition.<br><br>Recommended Action: Continue monitoring.<br><br>Personnel, Equipment, and Material Needs: None |
| Photograph Taken by: Mario Losi, Noreas 09/17/2024 | Item 2, Routine O&M<br><br>Location: Perimeter fence south of Building 830.<br><br>Description: Privacy screen has started deteriorating.<br><br>Recommended Action: Repair or resecure privacy screen.<br><br>Personnel, Equipment, and Material Needs: One laborer and wire ties. |

Page 1 of 16

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 77 of 138

Appendix A

## Annual Operation and Maintenance Inspection
## September 17, 2024

### CTO N6247324F4713
### Parcel E-2
### Hunters Point Naval Shipyard

| Photograph | Item Description |
|---|---|
|  **Photograph Taken by: Mario Losi, Noreas 09/17/2024** | Item 3, Routine O&M<br><br>Location: Soil cover in northeast portion of Parcel.<br><br>Description: Evidence of burrowing animals in soil cover.<br><br>Recommended Action: Continue monitoring for additional damages.<br><br>Personnel, Equipment, and Material Needs: None |
| **Photograph Taken by: Mario Losi, Noreas 09/17/2024** | Item 4, Routine O&M<br><br>Location: Access road next to IR01MW18A.<br><br>Description: Access road, well and protection are in good condition.<br><br>Recommended Action: Continue monitoring for signs of erosion.<br><br>Personnel, Equipment, and Material Needs: None |

Page 2 of 16

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 78 of 138

Appendix A

**Annual Operation and Maintenance Inspection**
**September 17, 2024**

**CTO N6247324F4713**
**Parcel E-2**
**Hunters Point Naval Shipyard**

| Photograph | Item Description |
|---|---|
| <br>**Photograph Taken by: Mario Losi, Noreas 09/17/2024** | Item 5, Routine O&M<br><br>Location: Northwest area of Parcel near Building 830.<br><br>Description: Scattered areas of minimal vegetation.<br><br>Recommended Action: Continue monitoring vegetation growth.<br><br>Personnel, Equipment, and Material Needs: None |
| <br>**Photograph Taken by: Mario Losi, Noreas 09/17/2024** | Item 6, Routine O&M<br><br>Location: North corner of Parcel south of Crisp Rd.<br><br>Description: Reduced vegetation on the top of the soil cover.<br><br>Recommended Action: Continue monitoring vegetation growth; additional seeding may be required.<br><br>Personnel, Equipment, and Material Needs: None |

Page 3 of 16

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 79 of 138

Appendix A

## Annual Operation and Maintenance Inspection
### September 17, 2024

### CTO N6247324F4713
### Parcel E-2
### Hunters Point Naval Shipyard

| Photograph | Item Description |
|---|---|
| <br>Photograph Taken by: Mario Losi, Noreas 09/17/2024 | Item 7, Routine O&M<br><br>Location: Northwest corner of parcel bordering Arelious Dr.<br><br>Description: Perimeter fence is in good condition.<br><br>Recommended Action: Continue monitoring.<br><br>Personnel, Equipment, and Material Needs: None |
| <br>Photograph Taken by: Mario Losi, Noreas 09/17/2024 | Item 8, Routine O&M<br><br>Location: North corner of Parcel bordering Arelious Dr.<br><br>Description: Perimeter fence slightly damaged by burned truck.<br><br>Recommended Action: Continue monitoring after truck is removed.<br><br>Personnel, Equipment, and Material Needs: None |

Page 4 of 16

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 80 of 138

Appendix A

**Annual Operation and Maintenance Inspection**
**September 17, 2024**

**CTO N6247324F4713**
**Parcel E-2**
**Hunters Point Naval Shipyard**

| Photograph | Item Description |
|---|---|
| <br>Photograph Taken by: Mario Losi, Noreas 09/19/2024 | Item 9, Routine O&M<br><br>Location: East of Arelious Dr. near pond.<br><br>Dimensions: 12' X 125' x 2'<br><br>Description: Liner exposed near access road.<br><br>Recommended Action: Delineate the liner edge and cover exposed areas with clean fill pending future reconstruction.<br><br>Personnel, Equipment, and Material Needs: Two laborers, truck to deliver 100 cu yards of clean fill, skid steer for grading and to facilitate fill placement. |
| <br>Photograph Taken by: Mario Losi, Noreas 09/19/2024 | Item 10, Routine O&M<br><br>Location: East of the freshwater wetland, just north of seawall.<br><br>Dimensions: 12' X 50' x 2'<br><br>Description: Liner exposed and damaged.<br><br>Recommended Action: Delineate the liner edge and cover exposed areas with clean fill pending future reconstruction.<br><br>Personnel, Equipment, and Material Needs: Two laborers, truck to deliver 55 cu yards of clean fill, skid steer for grading and to facilitate fill placement. |

Page 5 of 16

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, B-69, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA
Appendix A

Case 2:25-cv-03030-ACJ    Document 26-3    Filed 12/04/25    Page 81 of 138

**Annual Operation and Maintenance Inspection**
**September 17, 2024**

**CTO N6247324F4713**
**Parcel E-2**
**Hunters Point Naval Shipyard**

| Photograph | Item Description |
|---|---|
| Photograph Taken by: Mike Ayala, APTIM 10/17/2024 | Items 9 and 10 Repair, Routine O&M<br><br>Location: East of the freshwater wetland, just north of seawall.<br><br>Dimensions: 12' X 50' x 2'<br><br>Description: Liner exposed and damaged.<br><br>Final Action: Existing clean cover soil was stripped from the top 2-3 inches of the "panhandle" area southwest of the freshwater wetland and the resulting material was placed over top of the exposed liner as an approximate 1-foot-thick buffering layer. |
| Photograph Taken by: Mike Ayala, APTIM 10/17/2024 | Items 9 and 10 Repair, Routine O&M<br><br>Location: East of the freshwater wetland, just north of seawall.<br><br>Dimensions: 12' X 50' x 2'<br><br>Description: Liner exposed and damaged.<br><br>Final Action: Existing clean cover soil was stripped from the top 2-3 inches of the "panhandle" area southwest of the freshwater wetland and the resulting material was placed over top of the exposed liner as an approximate 1-foot-thick buffering layer. |

Page 6 of 16

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 82 of 138

Appendix A

## Annual Operation and Maintenance Inspection
### September 17, 2024

### CTO N6247324F4713
### Parcel E-2
### Hunters Point Naval Shipyard

| Photograph | Item Description |
|---|---|
|   Photograph Taken by: Mario Losi, Noreas 09/17/2024 | Item 11, Routine O&M  Location: Barrier wall bordering Arelious Dr.  Dimensions: 160'  Description: Barrier is stable but showing signs of decay.  Recommended Action: Replace missing fence posts and tie new mesh into existing perimeter fence.  Personnel, Equipment, and Material Needs: 160' of chain link fence, 15 posts, and wire ties. |
|   Photograph Taken by: Mario Losi, Noreas 09/17/2024 | Item 12, Routine O&M  Location: IR01MW63A  Description: Monitoring well and lock are in good condition  Recommended Action: None  Personnel, Equipment, and Material Needs: None |

Page 7 of 16

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 83 of 138

Appendix A

**Annual Operation and Maintenance Inspection**
**September 17, 2024**

**CTO N6247324F4713**
**Parcel E-2**
**Hunters Point Naval Shipyard**

| Photograph | Item Description |
|---|---|
| <br>**Photograph Taken by: Mario Losi, Noreas 09/17/2024** | Item 13, Routine O&M<br><br>Location: Burn area near barrier bordering Arelious Dr.<br><br>Description: Evidence of burning within Parcel boundary.<br><br>Recommended Action: Continue monitoring for further damages.<br><br>Personnel, Equipment, and Material Needs: None |
| <br>**Photograph Taken by: Mario Losi, Noreas 09/17/2024** | Item 14, Routine O&M<br><br>Location: Southeastern perimeter fence.<br><br>Description: Opening in perimeter fence large enough for entry.<br><br>Recommended Action: Secure hole with wire ties to prevent access.<br><br>Personnel, Equipment, and Material Needs: One laborer and fence ties. |

Page 8 of 16

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 84 of 138

Appendix A

**Annual Operation and Maintenance Inspection**
**September 17, 2024**

**CTO N6247324F4713**
**Parcel E-2**
**Hunters Point Naval Shipyard**

| Photograph | Item Description |
|---|---|
|  Photograph Taken by: Mario Losi, Noreas 09/17/2024 | Item 15, Routine O&M<br><br>Location:  Southeastern perimeter fence.<br><br>Description:  Opening in perimeter fence large enough for entry.<br><br>Recommended Action: Secure fence panels with wire ties to prevent access.<br><br>Personnel, Equipment, and Material Needs: One laborer and wire ties. |
| Photograph Taken by: Mario Losi, Noreas 09/17/2024 | Item 16, Routine O&M<br><br>Location: Southern section of southeastern perimeter fence.<br><br>Description: Perimeter fence is secure and in good condition.<br><br>Recommended Action: None<br><br>Personnel, Equipment, and Material Needs: None |

Page 9 of 16

NAER-2224-4713-0013

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT   Document 26-3   Filed 12/04/25   Page 85 of 138

Appendix A

**Annual Operation and Maintenance Inspection**
**September 17, 2024**

**CTO N6247324F4713**
**Parcel E-2**
**Hunters Point Naval Shipyard**

| Photograph | Item Description |
|---|---|
|  | Item 17, Routine O&M<br><br>Location: Shoreline on southeast end of Parcel.<br><br>Description: Minor erosion and debris accumulation.<br><br>Recommended Action: Continue monitoring for additional erosion.<br><br>Personnel, Equipment, and Material Needs: None |
| Item 18, Routine O&M<br><br>Location: IR01MW1-7<br><br>Description: Monitoring well monument missing lock.<br><br>Recommended Action: Notify groundwater monitoring contractor.<br><br>Personnel, Equipment, and Material Needs: None | |

*Photograph Taken by: Mario Losi, Noreas 09/17/2024*

*Photograph Taken by: Mario Losi, Noreas 09/17/2024*

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, B-69, E, E-2, G, UC3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 86 of 138

Appendix A

## Annual Operation and Maintenance Inspection
## September 17, 2024

### CTO N6247324F4713
### Parcel E-2
### Hunters Point Naval Shipyard

| Photograph | Item Description |
|---|---|
| <br>**Photograph Taken by: Mario Losi, Noreas 09/17/2024** | Item 19, Routine O&M<br><br>Location: Seawall south of the freshwater wetland.<br><br>Description: Seawall is stable and in good condition.<br><br>Recommended Action: Continue monitoring for stability and vandalism.<br><br>Personnel, Equipment, and Material Needs: None |
| <br>**Photograph Taken by: Mario Losi, Noreas 09/17/2024** | Item 20, Routine O&M<br><br>Location: Shoreline revetment along southern parcel boundary.<br><br>Description: Revetment is in good condition, minor debris accumulation.<br><br>Recommended Action: Continue monitoring.<br><br>Personnel, Equipment, and Material Needs: None |

Page 11 of 16

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT   Document 26-3   Filed 12/04/25   Page 87 of 138

Appendix A

**Annual Operation and Maintenance Inspection**
**September 17, 2024**

**CTO N6247324F4713**
**Parcel E-2**
**Hunters Point Naval Shipyard**

| Photograph | Item Description |
|---|---|
|  Photograph Taken by: Mario Losi, Noreas 09/17/2024 | Item 21, Routine O&M<br><br>Location: Shoreline revetment along southeastern parcel boundary.<br><br>Description: Revetment is in good condition, minor debris accumulation.<br><br>Recommended Action: Continue monitoring.<br><br>Personnel, Equipment, and Material Needs: None |
| Photograph Taken by: Mario Losi, Noreas 09/17/2024 | Item 22, Routine O&M<br><br>Location: Drainage area in center of Parcel.<br><br>Description: Incomplete and broken drainage pipe with signs of surface water erosion.<br><br>Recommended Action: Add BMPs to limit additional damage from soil erosion. Additional repair/replacement of the existing drainage feature is currently outside the scope of the O&M contractor.<br><br>Personnel, Equipment, and Material Needs: Straw waddles and sand bags. |

Page 12 of 16

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-2, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT   Document 26-3   Filed 12/04/25   Page 88 of 138

Appendix A

## Annual Operation and Maintenance Inspection
## September 17, 2024

### CTO N6247324F4713
### Parcel E-2
### Hunters Point Naval Shipyard

| Photograph | Item Description |
|---|---|
| <br>**Photograph Taken by: Mike Ayala, APTIM 10/17/2024** | Item 22 Repair, Routine O&M<br><br>Location: Drainage area in center of Parcel.<br><br>Description: Incomplete and broken drainage pipe with signs of surface water erosion.<br><br>Final Action: Additional drain rock was taken from the Parcel E-2 on-site stockpile and used to cover the exposed sections of drainpipe, allowing the existing drainage feature to function as a rock-lined drainage swale until work on site is resumed and the final as-designed drainage feature can be completed. |
| <br>**Photograph Taken by: Mario Losi, Noreas 09/17/2024** | Item 23, Routine O&M<br><br>Location: Surface water drainage diversion berm.<br><br>Description: Berm is in place and functioning properly, minimal signs of erosion.<br><br>Recommended Action: Continue monitoring for stability.<br><br>Personnel, Equipment, and Material Needs: None |

Page 13 of 16

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 89 of 138
Appendix A

**Annual Operation and Maintenance Inspection**
**September 17, 2024**

**CTO N6247324F4713**
**Parcel E-2**
**Hunters Point Naval Shipyard**

| Photograph | Item Description |
|---|---|
|  Photograph Taken by: Mario Losi, Noreas 09/17/2024 | Item 24, Routine O&M<br><br>Location: East side of Parcel facing southeast.<br><br>Description: Sparce vegetation with exposed areas.<br><br>Recommended Action: Continue monitoring vegetation growth.<br><br>Personnel, Equipment, and Material Needs: None |
| Photograph Taken by: Mario Losi, Noreas 09/17/2024 | Item 25, Routine O&M<br><br>Location: Surface water drainage pipe along eastern Parcel boundary.<br><br>Description: Surface water does not have a pathway to drain through pipe.<br><br>Recommended Action: Monitor for erosion in drainage area.<br><br>Personnel, Equipment, and Material Needs: None |

Page 14 of 16

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-03030-AGT   Document 26-3   Filed 12/04/25   Page 90 of 138

Appendix A

**Annual Operation and Maintenance Inspection**
**September 17, 2024**

**CTO N6247324F4713**
**Parcel E-2**
**Hunters Point Naval Shipyard**

| Photograph | Item Description |
|---|---|
| <br>**Photograph Taken by: Mario Losi, Noreas 09/17/2024** | Item 26, Routine O&M<br><br>Location: Eastern perimeter fence bordering Parcel E.<br><br>Description: Fence knocked down, possible access point.<br><br>Recommended Action: Resecure fence.<br><br>Personnel, Equipment, and Material Needs: One laborer and wire ties. |
| **Photograph Taken by: Mario Losi, Noreas 09/17/2024** | Item 27, Routine O&M<br><br>Location: Eastern internal perimeter fence bordering Parcel E.<br><br>Dimensions: 50'<br><br>Description: Fence section missing.<br><br>Recommended Action: Rope off access point with appropriate signage as necessary.<br><br>Personnel, Equipment, and Material Needs: One laborer and rope or a new fence section. |

Page 15 of 16

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-2, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-03030-AGT    Document 26-3    Filed 12/04/25    Page 91 of 138

Appendix A

**Annual Operation and Maintenance Inspection**
**September 17, 2024**

**CTO N6247324F4713**
**Parcel E-2**
**Hunters Point Naval Shipyard**

| Photograph | Item Description |
|---|---|
|  Photograph Taken by: Mario Losi, Noreas 09/17/2024 | Item 28, Routine O&M<br><br>Location: East side of Parcel near entrance gate.<br><br>Description: Sparce vegetation with exposed areas.<br><br>Recommended Action: Continue monitoring vegetation growth.<br><br>Personnel, Equipment, and Material Needs: None |

Page 16 of 16

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, B-2, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 92 of 138

Appendix A

# PARCEL G

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, B-2, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 93 of 138

Appendix A

This page intentionally left blank

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, ... G, and ... Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:20-cv-04033-AMO    Document 26-3    Filed 12/04/25    Page 94 of 138

Appendix A

**INSPECTION RECORD – PARCEL G, HUNTERS POINT SHIPYARD, SAN FRANCISCO, CALIFORNIA**

| Date and time of inspection: | Inspector name and organization: |
|---|---|
| 9/17/24    0730 | Mario Losi   NOREAS |

| Weather– include details of most recent rain event: |
|---|
| Overcast, High-63°, Low-56°   No rain events in September |

| Reason for inspection (circle one): | If inspection is initiated by an emergency response, explain condition: |
|---|---|
| (Scheduled)      Emergency response | N/a |

| GENERAL SITE CONDITIONS | | | |
|---|---|---|---|
| **ITEM** | **INSPECTION FREQUENCY** | **ACTION/ INSPECTION ITEM** | **COMMENTS — INCLUDING EXPLANATION IF NOT COMPLETED. INCLUDE ANY PHOTO DESCRIPTIONS** |
| Overall condition of site | Every inspection (at least annual) | Note general conditions. Trash and debris accumulation, unauthorized access, | The site is under active construction and access is limited. Perimeter fence is in good condition. No evidence of unauthorized access observed. |
| Land use | Every inspection (at least annual) | Digging or unauthorized land use per LUC RD | None observed. Site under active construction. |

| SITE SECURITY | | | |
|---|---|---|---|
| Security of area | Every inspection (at least annual) | Assess condition of boundary access points – repair as necessary | Control points are established at site access locations. Access points are in good condition. |
| | | K-rails must prevent vehicle access to the site – repair or replace as necessary | Temporary perimeter fencing is in place to prevent unauthorized vehicle access. |
| | | Condition of locks and gates – repair and replace as necessary | Locks and gates are in good condition. |
| | | Note signs of vandalism | None observed |
| | | Assess condition of access roads and gates | Access roads and gates are in good condition. |
| | | Note evidence of unauthorized access to site and building interiors | Unable to verify due to construction activities. |

Page 1 of 3

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, B-2 Z-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:22-cv-02831-AGT    Document 26-3    Filed 12/04/25    Page 95 of 138

Appendix A

**INSPECTION RECORD – PARCEL G, HUNTERS POINT SHIPYARD, SAN FRANCISCO, CALIFORNIA (Continued)**

| | | DURABLE COVER | |
|---|---|---|---|
| **ITEM** | **INSPECTION FREQUENCY** | **ACTION/ INSPECTION ITEM** | **COMMENTS — INCLUDING EXPLANATION IF NOT COMPLETED. INCLUDE ANY PHOTO DESCRIPTIONS** |
| Surface Inspection | Every inspection (at least annual) | Assessment of cracking in asphaltic concrete layer | Site access is restricted while the site is under construction. |
| | | Assessment of cracking in foundations | |
| | | Assess the crawl space access to maintain the prevention of access | |
| | | Evidence of settlement and subsidence | |
| | | Assess accumulation of soils over cover | |
| | | Inspect areas of previous repair | |
| | | Assess condition of benchmarks | |
| | | Remove vegetative species as needed | |
| | | Note signs of excessive traffic | |
| | | Note signs of unauthorized access to the site or the buildings | |

Page 2 of 3

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-2, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:23-cv-02830-LJC    Document 26-3    Filed 12/04/25    Page 96 of 138

Appendix A

**INSPECTION RECORD – PARCEL G, HUNTERS POINT SHIPYARD, SAN FRANCISCO, CALIFORNIA (Continued)**

| ITEM | INSPECTION FREQUENCY | ACTION/ INSPECTION ITEM | COMMENTS — INCLUDING EXPLANATION IF NOT COMPLETED. INCLUDE ANY PHOTO DESCRIPTIONS |
|---|---|---|---|
| Stormwater drainage | Every inspection (at least annual) | Observe areas of accumulated water and note condition | None observed, site access restricted due to active construction. |
| | | Note integrity and function of outfalls off site but connected to site | Outfalls are in good condition with no debris. |
| | | Monitor areas of sediment accumulation | Site access restricted due to active construction. |
| | | Note evidence of overflow in drainage channels | |
| | | Remove trash or debris from drainage channels and catch basins | |
| | | Note any change in drainage contributing areas | |
| **GROUNDWATER MONITORING WELLS** | | | |
| Groundwater monitoring wells | During all sampling events and every inspection (at least annually) | Security (locks intact) – Repair and replace as necessary | Unable to inspect monitoring wells due to access restrictions during construction. |
| | | Vandalism/signs of unauthorized access | |
| | | Well box is free of obstructions | |
| | | Well casing is free of obstruction | |
| | | Seals not damaged | |

**OTHER OBSERVATIONS:**

Perimeter fencing is consistently monitored and repaired by APTIM crew, weekly in Parcel G. Restricted access and changing condition due to construction limited the inspection to outside the perimeter fence only.

**FOLLOW-UP ACTIONS (Include area requiring further action):**

| | |
|---|---|
| | |
| | |
| Signature and Date | 09/17/2024 |

Note: Use professional judgment and site experience to identify whether inspections are necessary following significant earthquakes, regardless of location and magnitude. Inspections following hurricane-level storm events should be conducted and adjust the storm response trigger over time based on site experience.

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C-39, E, E-2, G/UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Appendix A

Case 2:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 97 of 138

This page intentionally left blank

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 98 of 138

Appendix A



LEGEND

⚠ INSTALLED SURVEY MARKER
— ◼ — 36" PIPE
— ◼ — 24" PIPE
= ◼ = DUAL 30" PIPES
◆ MONITORING WELL

NOTE:
1. WELL LOCATIONS SHOWN ARE BASED ON THOSE INDICATED ON THE SEMIANNUAL GROUNDWATER MONITORING REPORT JULY-DECEMBER 2012 (CE2/KLEINFELDER JV).

2. MONITORING WELLS ARE MANAGED AND MAINTAINED THROUGH THE BASEWIDE GROUNDWATER MONITORING PROGRAM (BGMP). REFER TO BGMP DOCUMENTS FOR UPDATED WELL INFORMATION.

| Point Table | | | | |
|---|---|---|---|---|
| Point # | Northing | Easting | Elevation | Description |
| 3723 | 451617.01 | 1460397.59 | 8.22 | SET ALUM DISK |
| 3722 | 451447.54 | 1459825.91 | 9.27 | SET ALUM DISK |

0      150'      300'
GRAPHICAL SCALE

NAVAL BASE REALIGNMENT AND CLOSURE PROGRAM
SAN FRANCISCO, CALIFORNIA
**PARCEL G, HUNTERS POINT NAVAL SHIPYARD**
**OPERATION AND MAINTENANCE PLAN**

**FINAL GRADING PLAN**

🔴 ARCADIS

FIGURE
**4**

NAER-2224-4713-0013

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoratation Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 99 of 138

Appendix A

This page intentionally left blank

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05930-AGT    Document 26-3    Filed 12/04/25    Page 100 of 138

Appendix A

## Annual Operation and Maintenance Inspection
## September 17, 2024

## CTO N6247324F4713
## Parcel G
## Hunters Point Naval Shipyard

| Photograph | Item Description |
|---|---|
| <br>**Photograph Taken by: Mario Losi, Noreas 09/17/2024** | Item 1, Routine O&M<br><br>Location: Gate on northern border of Parcel G<br><br>Description: Gates are in good condition sitewide.<br><br>Change Since Previous Inspection: None<br><br>Recommended Action: None<br><br>Personnel, Equipment, and Material Needs: None |
| <br>**Photograph Taken by: Mario Losi, Noreas 09/17/2024** | Item 2, Routine O&M<br><br>Location: Fence on north side of Parcel G<br><br>Description: Fence is secure and in good condition.<br><br>Change Since Previous Inspection: None<br><br>Recommended Action: None<br><br>Personnel, Equipment, and Material Needs: None |

Page 1 of 2

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, E-1, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05931-AGT    Document 26-3    Filed 12/04/25    Page 101 of 138

Appendix A

**Annual Operation and Maintenance Inspection**
**September 17, 2024**

**CTO N6247324F4713**
**Parcel G**
**Hunters Point Naval Shipyard**

| Photograph | Item Description |
|---|---|
|  **Photograph Taken by: Mario Losi, Noreas 09/17/2024** | Item 3, Routine O&M<br><br>Location: Fence on south east border of Parcel G<br><br>Description: Fence and secondary containment are secure and in good condition.<br><br>Change Since Previous Inspection: None<br><br>Recommended Action: None<br><br>Personnel, Equipment, and Material Needs: None |
| **Photograph Taken by: Mario Losi, Noreas 09/17/2024** | Item 4, Routine O&M<br><br>Location: Fence on south side of Parcel G<br><br>Description: Fence and secondary containment are secure and in good condition.<br><br>Change Since Previous Inspection: None<br><br>Recommended Action: None<br><br>Personnel, Equipment, and Material Needs: None |

Page 2 of 2

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 102 of 138

Appendix A

# PARCEL UC-3

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, B-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Appendix A

Case 3:25-cv-05031-AGT     Document 26-3     Filed 12/04/25     Page 103 of 138

This page intentionally left blank

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, B-3, E, E-2, G, IR-07, UC-1, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05039-AMO    Document 26-3    Filed 12/04/25    Page 104 of 138

Appendix A

## OPERATIONS AND MAINTENANCE INSPECTION CHECKLIST

### PARCEL UC-3
Hunters Point Naval Shipyard
San Francisco, California

| Date: 09/18/2024 | | | Time: 1030 |
|---|---|---|---|
| Inspector: Mario Losi  NORCAS | | | |
| **Maintenance Item** | **Inspected (Yes / No)** | **Maintenance Needed (Yes / No)** | **Comments / Description** |
| **GENERAL SITE CONDITIONS** | | | |
| Overall condition of site | ✓ | | the road isn't in great condition but it is still functional. |
| **1. Site Perimeter** | | | |
| Condition of fence | ✓ | No | Perimeter fence is in good condition. |
| Condition of locks and gates | ✓ | No | Locks and gates are secure and in good condition. |
| Signs of vandalism | ✓ | No | No signs of vandalism observed. |
| Assess conditions of access roads and gates | ✓ | No | Access road and gates are in good condition. |
| Trash and debris accumulation | ✓ | No | No trash or debris observed. |
| **2. Land Use** | | | |
| Unauthorized digging | ✓ | No | No unauthorized digging areas observed. |
| Land use inconsistent with restrictions in LUC RD | ✓ | No | No restricted land use observed. |
| **3. Site Signage** | | | |
| All signs in place and secure | ✓ | No | Signs are secure and in good condition. |
| Wording legible | ✓ | No | Signs are legible. |
| Signs of vandalism | ✓ | No | No signs of vandalism |
| **AC PAVEMENT COVER** | | | |
| **1. Surface Conditions** | | | |
| Assess cracking in cover over site | ✓ | Yes | Multiple areas of cover cracking downhill. See photo log for details. |
| Inspect transition between cover and utility features | ✓ | No | Minor vegetation growth, no cracking or structural damage. |
| Assess accumulation of soil over cover | ✓ | No | No soil accumulation observed. |

Final Operation and Maintenance Plan for Parcel UC-3
Hunters Point Naval Shipyard
San Francisco, California

Attachment 1 to DCN: AMEC-2003-0003-0031
April 2016
Page 1 of 4

Page 143 of 177

NAER-2224-4713-0013

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, B-3, C, E-2, G, UC-3 and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-06093-AGT   Document 26-3   Filed 12/04/25   Page 105 of 138

Appendix A

## OPERATIONS AND MAINTENANCE INSPECTION CHECKLIST

### PARCEL UC-3
Hunters Point Naval Shipyard
San Francisco, California

| Date: 09 / 18 / 2024 | | | Time: 1030 |
|---|---|---|---|
| Inspector: Mario Losi   NOREAS | | | |
| **Maintenance Item** | **Inspected (Yes / No)** | **Maintenance Needed (Yes / No)** | **Comments / Description** |
| Inspect areas of previous repair | ✓ | Yes | Pavement cover cracking around trench plates has expanded. See photo log |
| Remove any vegetative species and repair cover (do not uproot, cut and kill for removal) | ✓ | No | Minimal vegetative growth observed in cover cracks, less than 2 inches high. |
| Remove debris from weep holes | ✓ | No | No debris observed. |
| Note signs of wear from traffic | ✓ | Yes | Cover cracking is worsening due to vehicle traffic. |
| **2. Stormwater Drainage** | | | |
| Observe areas of accumulated water for cracking and settlement | ✓ | No | No accumulated water or cracking observed in stormwater drainage. |
| Note integrity and function of drainage | ✓ | No | Drainage is in good condition and functioning properly. |
| Remove trash and debris from catch basins | ✓ | No | No trash or debris observed. |
| Note any changes in condition of drainage | ✓ | No | No major changes observed. |
| Overall condition of infiltration trenches (see Infiltration Trenches section below) | ✓ | n/a | Infiltration trenches are in good condition. Additional information is provided in the section below. |
| **GROUNDWATER MONITORING WELL** | | | |
| Security (locks intact) | ✓ | | |
| Vandalism / signs of unauthorized access | ✓ | No | No evidence observed. |

Final Operation and Maintenance Plan for Parcel UC-3
Hunters Point Naval Shipyard
San Francisco, California

Attachment 1 to DCN: AMEC-2003-0003-0031
April 2016
Page 2 of 4

Page 144 of 177

NAER-2224-4713-0013

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D, E-2, G, UC-3 and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05603-AGT   Document 26-3   Filed 12/04/25   Page 106 of 138

Appendix A

**OPERATIONS AND MAINTENANCE INSPECTION CHECKLIST**

**PARCEL UC-3**

Hunters Point Naval Shipyard
San Francisco, California

| Date: 09/18/2024 | | | Time: 1030 |
|---|---|---|---|
| Inspector: Manu'a Losi   NOREAS | | | |
| **Maintenance Item** | **Inspected (Yes / No)** | **Maintenance Needed (Yes / No)** | **Comments / Description** |
| Well box is free of obstructions | No | Na | Groundwater monitoring contractor inspects well boxes and seals. |
| Seals not damaged | No | Na | |
| **INFILTRATION TRENCHES** | | | |
| **1. Debris Cleanout** | | | |
| Trench Surface clear of debris | ✓ | Yes | Moderate vegetation growth observed. Mowing or trimming recommended. |
| Inflow pipes clear of debris | ✓ | No | No debris observed. |
| Inlet area clear of debris | ✓ | No | No debris observed. |
| Overflow spillway clear of debris | ✓ | No | No debris observed. |
| **2. Sediment Traps** | | | |
| Obviously trapping sediment | ✓ | No | Sediment traps are functioning properly. |
| Greater than 50% of storage volume remaining | ✓ | No | Yes, greater than 50% capacity remaining. |
| **3. Dewatering** | | | |
| Trench dewaters between storms | ✓ | No | No standing water observed. Dewatering not required. |
| **4. Sediment Cleanout of Trench** | | | |
| Evidence of sedimentation in trench | ✓ | No | No sedimentation observed in trench. |
| Sedimentation requires removal | ✓ | No | No sedimentation removal required. |
| **5. Inlets** | | | |
| Good condition, no need of repair | ✓ | No | Inlets are in good condition. |
| Evidence of erosion | ✓ | No | No evidence of erosion observed. |

Final Operation and Maintenance Plan for Parcel UC-3
Hunters Point Naval Shipyard
San Francisco, California

Attachment 1 to DCN: AMEC-2003-0003-0031
April 2016
Page 3 of 4

Page 145 of 177

NAER-2224-4713-0013

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, B-3, C, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05680-AMO   Document 26-3   Filed 12/04/25   Page 107 of 138

Appendix A

## OPERATIONS AND MAINTENANCE INSPECTION CHECKLIST

### PARCEL UC-3
Hunters Point Naval Shipyard
San Francisco, California

| Date: 09/18/2024 | | | Time: 1030 |
|---|---|---|---|
| Inspector: Mario Losi   NOREAS | | | |
| **Maintenance Item** | **Inspected (Yes / No)** | **Maintenance Needed (Yes / No)** | **Comments / Description** |
| **6. Outlets/Overflow Spillway** | | | |
| Good condition, no need of repair | ✓ | No | Outlets are in good condition. |
| Evidence of erosion | ✓ | No | No evidence of erosion observed. |
| **7. Surface Aggregate** | | | |
| Surface of aggregate clean | ✓ | No | Minor vegetation observed. |
| Top layer of aggregate in need of replacement | ✓ | No | Top layer of aggregate does not require replacement. |
| Trench in need of rehabilitation | ✓ | No | No rehabilitation required. |

**Comments / Other Observations:**

Road construction preparation noted on Crisp road.

**Overall Condition of Facility:**   ☑ **Acceptable**       ☐ **Unacceptable**

**Maintenance Actions to be Taken:**

Pot hole repairs and resetting trench plates if construction activities will not interfere with designated areas.

The next routine inspection is schedule for approximately _09/2025_   (date)

_Mario Losi   NOREAS_

Final Operation and Maintenance Plan for Parcel UC-3
Hunters Point Naval Shipyard
San Francisco, California

Attachment 1 to DCN: AMEC-2003-0003-0031
April 2016
Page 4 of 4

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoratation Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 108 of 138

Appendix A



**Remedial Action, Parcel UC-3**
Hunters Point Naval Shipyard,
San Francisco, California

**Figure 2**
Overview of Parcel UC-3

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoratation Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 109 of 138

Appendix A

This page intentionally left blank

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, OU-C1, E-2, OU-C2, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05031-AGT    Document 26-3    Filed 12/04/25    Page 110 of 138

Appendix A

## Annual Operation and Maintenance Inspection
## September 18, 2024

## CTO N6247324F4713
## Parcel UC-3
## Hunters Point Naval Shipyard

| Photograph | Item Description |
|---|---|
| <br>**Photograph Taken by: Mario Losi, Noreas 09/18/2024** | Item 1, Routine O&M<br><br>Location: Crisp Rd in front of Building 808<br><br>Description: Vegetation growth in infiltration trench.<br><br>Change Since Previous Inspection: None<br><br>Recommended Action: Remove vegetation and monitor for future growth.<br><br>Personnel, Equipment, and Material Needs: One laborer, weed trimmer and hand tools. |
| <br>**Photograph Taken by: Mario Losi, Noreas 09/18/2024** | Item 2, Routine O&M<br><br>Location: Intersection of Spear Ave and Crisp Rd<br><br>Description: "Alligator" cracking in asphalt pavement layer.<br><br>Change Since Previous Inspection: No change<br><br>Recommended Action: Monitor for damage in future inspections.<br><br>Personnel, Equipment, and Material Needs: None |

Page 1 of 12

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, B-sC-1, E-2, C-3, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 111 of 138

Appendix A

## Annual Operation and Maintenance Inspection
## September 18, 2024

### CTO N6247324F4713
### Parcel UC-3
### Hunters Point Naval Shipyard

| Photograph | Item Description |
|---|---|
|  Photograph Taken by: Mario Losi, Noreas 09/18/2024 | Item 3, Routine O&M<br><br>Location: South side of Crisp Rd adjacent to Buildings 808 and 815<br><br>Description: Infiltration trench is in good condition.<br><br>Change Since Previous Inspection: None<br><br>Recommended Action: None<br><br>Personnel, Equipment, and Material Needs: None |
|  Photograph Taken by: Mario Losi, Noreas 09/18/2024 | Item 4, Routine O&M<br><br>Location: Minor cracking and vegetation growth in front of building 808.<br><br>Description: "Alligator" cracking of AC pavement<br><br>Change Since Previous Inspection: None<br><br>Recommended Action: Monitor for further deterioration and growth.<br><br>Material and Personnel Needs: None |

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, OSC-1, E-2C, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05931-AGT   Document 26-3   Filed 12/04/25   Page 112 of 138

Appendix A

## Annual Operation and Maintenance Inspection
### September 18, 2024

### CTO N6247324F4713
### Parcel UC-3
### Hunters Point Naval Shipyard

| Photograph | Item Description |
|---|---|
| 

Photograph Taken by: Mario Losi, Noreas 09/18/2024 | Item 5, Routine O&M

Location: Cracking in between Building 808 and 815

Description: Shallow "alligator" cracking of AC pavement

Change Since Previous Inspection: Cracks have continued to expand.

Recommended Action: Monitor for further deterioration.

Material and Personnel Needs: None |
| Photograph Taken by: Mario Losi, Noreas 09/18/2024 | Item 6, Routine O&M

Location: Well adjacent to IR74MW01A on Crisp Rd

Description: Bolts are in place and well covers are secured.

Change Since Previous Inspection: None

Recommended Action: Monitor for future disturbance.

Material Needs: None |

Page 3 of 12

NAER-2224-4713-0013

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, B-3, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05930-AGT    Document 26-3    Filed 12/04/25    Page 113 of 138

Appendix A

**Annual Operation and Maintenance Inspection**
**September 18, 2024**

**CTO N6247324F4713**
**Parcel UC-3**
**Hunters Point Naval Shipyard**

| Photograph | Item Description |
|---|---|
| <br>**Photograph Taken by: Mario Losi, Noreas 09/18/2024** | Item 7, Routine O&M<br><br>Location: Crisp Rd in front of Building 815<br><br>Description: Trench cover secure and in good condition.<br><br>Change Since Previous Inspection: None<br><br>Recommended Action: Monitor for further deterioration.<br><br>Personnel, Equipment, and Material Needs: None |
| <br>**Photograph Taken by: Mario Losi, Noreas 09/18/2024** | Item 8, Routine O&M<br><br>Location: Crisp Rd in front of Building 815<br><br>Description: Vegetation growth within infiltration Trench.<br><br>Change Since Previous Inspection: None<br><br>Recommended Action: Remove vegetation using weed trimmer as necessary.<br><br>Personnel, Equipment, and Material Needs: One laborer, weed trimmer. |

Page 4 of 12

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 114 of 138

Appendix A

## Annual Operation and Maintenance Inspection
### September 18, 2024

### CTO N6247324F4713
### Parcel UC-3
### Hunters Point Naval Shipyard

| Photograph | Item Description |
|---|---|
|  Photograph Taken by: Mario Losi, Noreas 09/18/2024 | Item 9, Routine O&M<br><br>Location: Crisp Rd on west corner of building 815<br><br>Description: Cracking in pavement around perimeter of trench plate.<br><br>Change Since Previous Inspection: None<br><br>Recommended Action: Monitor for further deterioration.<br><br>Personnel, Equipment, and Material Needs: None |

Page 5 of 12

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, G, I, E, E-2, UC-3, UC-1, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05930-AGT    Document 26-3    Filed 12/04/25    Page 115 of 138

Appendix A

## Annual Operation and Maintenance Inspection
## September 18, 2024

### CTO N6247324F4713
### Parcel UC-3
### Hunters Point Naval Shipyard

| Photograph | Item Description |
|---|---|
| <br>Photograph Taken by: Mario Losi, Noreas 09/18/2024 | Item 10, New Item<br><br>Location: Front of 75 Crisp Rd<br><br>Description: Minor "alligator" cracking of AC pavement damage due to heavy truck traffic.<br><br>Change Since Previous Inspection: Construction activities taking place.<br><br>Recommended Action: Monitor for additional deterioration.<br><br>Material and Personnel Needs: None |
| <br>Photograph Taken by: Mario Losi, Noreas 09/18/2024 | Item 11, Previous Repair Inspection<br><br>Location: Front of 75 Crisp Rd<br><br>Description: Concrete road repair constructed in 2023.<br><br>Change Since Previous Inspection: Repair is in good condition.<br><br>Recommended Action: Continue monitoring after construction activities are completed.<br><br>Personnel, Equipment, and Material Needs: None |

Page 6 of 12

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, G, IR-07, IR-18, UC-1, UC-2, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05931-AGT    Document 26-3    Filed 12/04/25    Page 116 of 138

Appendix A

**Annual Operation and Maintenance Inspection**
**September 18, 2024**

**CTO N6247324F4713**
**Parcel UC-3**
**Hunters Point Naval Shipyard**

| Photograph | Item Description |
|---|---|
|  Photograph Taken by: Mario Losi, Noreas 09/18/2024 | Item 12, Follow up Inspection<br><br>Location: Front of 75 Crisp Rd<br><br>Description: Trench plates are secure, "alligator" cracking along eastern side.<br><br>Change Since Previous Inspection: Active construction taking place.<br><br>Recommended Action: Continued monitoring during construction.<br><br>Personnel, Equipment, and Material Needs: None |
| Photograph Taken by: Mario Losi, Noreas 09/18/2024 | Item 13, Routine O&M<br><br>Location: Front of 75 Crisp Rd<br><br>Description: Trench plates are secure, cracking likely due to heavy truck traffic.<br><br>Change Since Previous Inspection: Cracking has intensified and spread.<br><br>Recommended Action: Clear area of loose debris, fill and level off area with cold patch asphalt (as necessary), fill remaining cracks using rubberized asphalt crack filler. **Work initiation currently pending the determination to start remedial action by another Navy contractor.**<br><br>Material and Personnel Needs: One laborer, hand tools, rubberized asphalt crack filler, cold patch asphalt. |

Page 7 of 12

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, B-3, C, E, F, G, UC-1, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05931-AGT    Document 26-3    Filed 12/04/25    Page 117 of 138

Appendix A

## Annual Operation and Maintenance Inspection
### September 18, 2024

### CTO N6247324F4713
### Parcel UC-3
### Hunters Point Naval Shipyard

| Photograph | Item Description |
|---|---|
|   **Photograph Taken by: Mario Losi, Noreas 09/18/2024** | Item 14, Follow up Inspection<br><br>Location: Front of 75 Crisp Rd<br><br>Description: Trench plate is secure, shallow "alligator" cracking.<br><br>Change Since Previous Inspection: Active construction taking place.<br><br>Recommended Action: Continued monitoring.<br><br>Personnel, Equipment, and Material Needs: None |
| **Photograph Taken by: Mario Losi, Noreas 09/18/2024** | Item 15, Routine O&M<br><br>Dimensions: 4' X 4'<br><br>Location: Front of 75 Crisp Rd<br><br>Description: Pot hole and pavement cracking around trench plate.<br><br>Change Since Previous Inspection: Cracking has intensified and spread<br><br>Recommended Action: Clear area of loose debris, fill and level off area with cold patch asphalt or equivalent (as necessary), fill remaining cracks using rubberized asphalt crack filler. **Work initiation currently pending the determination to start remedial action by another Navy contractor.**<br><br>Material and Personnel Needs: One laborer, hand tools, rubberized asphalt crack filler, 1.5 cu yd cold patch asphalt. |

Page 8 of 12

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, B-3, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-06931-AGT    Document 26-3    Filed 12/04/25    Page 118 of 138

Appendix A

## Annual Operation and Maintenance Inspection
### September 18, 2024

### CTO N6247324F4713
### Parcel UC-3
### Hunters Point Naval Shipyard

| Photograph | Item Description |
|---|---|
|  **Photograph Taken by: Mario Losi, Noreas 09/19/2024** | Item 16, Routine O&M<br><br>Location: Front of 75 Crisp Rd<br><br>Dimensions: 6' X 20'<br><br>Description: "Alligator" cracking in pavement cover.<br><br>Change Since Previous Inspection: Intensified cracking due to heavy vehicle traffic.<br><br>Recommended Action: Repair/replace asphalt section with 4-inches of concrete. **Work initiation currently pending the determination to start remedial action by another Navy contractor.**<br><br>Personnel, Equipment, and Material Needs: Two laborers, saw cutter, vibratory plate, backhoe, 2.25 cu yd concrete. |
|  **Photograph Taken by: Mario Losi, Noreas 09/19/2024** | Item 17, Routine O&M Location: Front of 75 Crisp Rd<br><br>Description: Trench plates are secure with pavement cracking in roadway.<br><br>Change Since Previous Inspection: Continued cracking of pavement.<br><br>Recommended Action: Observe for further deterioration.<br><br>Material and Personnel Needs: None |

Page 9 of 12

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, B-2C-1, E, E2C2, UC3, UC9, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05931-AGT    Document 26-3    Filed 12/04/25    Page 119 of 138

Appendix A

## Annual Operation and Maintenance Inspection
## September 18, 2024

### CTO N6247324F4713
### Parcel UC-3
### Hunters Point Naval Shipyard

| Photograph | Item Description |
|---|---|
|  **Photograph Taken by: Mario Losi, Noreas 09/18/2024** | Item 18, Routine O&M<br><br>Dimensions: 6' X 8'<br><br>Location: Front of 75 Crisp Rd<br><br>Description: "Alligator" cracking and exposed soil.<br><br>Change Since Previous Inspection: Pavement cracking has worsened and soil is exposed.<br><br>Recommended Action: Repair/replace asphalt section with 4-inches of concrete. **Work initiation currently pending the determination to start remedial action by another Navy contractor**.<br><br>Personnel, Equipment, and Material Needs: Two laborers, saw cutter, vibratory plate, backhoe, 1 cu yd concrete. |
|  **Photograph Taken by: Mario Losi, Noreas 09/18/2024** | Item 19, Routine O&M<br><br>Location: Near main gate entrance<br><br>Description: Trench plates in good condition. Cracking in the AC pavement is present from main gate entrance to IR-75<br><br>Change Since Previous Inspection: Cracking in AC pavement has expanded due to heavy truck traffic.<br><br>Recommended Action: Monitor for further deterioration.<br><br>Personnel, Equipment, and Material Needs: None |

Page 10 of 12

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, B-3, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 120 of 138

Appendix A

## Annual Operation and Maintenance Inspection
## September 18, 2024

### CTO N6247324F4713
### Parcel UC-3
### Hunters Point Naval Shipyard

| Photograph | Item Description |
|---|---|
|  | Item 20, Previous Repair Inspection<br><br>Location: Near main gate entrance<br><br>Description: Repair completed in 2023 is in good condition.<br><br>Change Since Previous Inspection: Active construction taking place.<br><br>Recommended Action: Continued monitoring.<br><br>Personnel, Equipment, and Material Needs: None |
|  | Item 21, Routine O&M<br><br>Location: Main gate at the intersection of Crisp and Griffith<br><br>Description: Debris scattered near roadway.<br><br>Change Since Previous Inspection: NA<br><br>Recommended Action: Monitor debris accumulation to ensure the gate is not blocked.<br><br>Personnel, Equipment, and Material Needs: None |

Page 11 of 12

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, G-1, E, E-2, D-2, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05930-AGT    Document 26-3    Filed 12/04/25    Page 121 of 138

Appendix A

## Annual Operation and Maintenance Inspection
### September 18, 2024

### CTO N6247324F4713
### Parcel UC-3
### Hunters Point Naval Shipyard

| Photograph | Item Description |
|---|---|
|  | Item 22, Routine O&M<br><br>Location: Easement off Thomas Ave.<br><br>Description: Gate and lock are secure.<br><br>Change Since Previous Inspection: NA<br><br>Recommended Action: None<br><br>Personnel, Equipment, and Material Needs: None |
|  | Item 23, Routine O&M<br><br>Location: Easement off Armstrong Ave.<br><br>Description: Vehicles and equipment parked along access road.<br><br>Change Since Previous Inspection: NA<br><br>Recommended Action: None<br><br>Personnel, Equipment, and Material Needs: None |

Page 12 of 12

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, G-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05031-AGT    Document 26-3    Filed 12/04/25    Page 122 of 138

Appendix A

# INSTALLATION RESTORATION SITES 07 AND 18

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, B-3, C, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Appendix A

Case 3:25-cv-05031-AGT    Document 26-3    Filed 12/04/25    Page 123 of 138

This page intentionally left blank

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, B-3, E, E-2, G, UC-1, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-00803-AGT    Document 26-3    Filed 12/04/25    Page 124 of 138

Appendix A

**GENERAL INSPECTION CHECKLIST**
**Hunters Point Naval Shipyard, Installation Restoration Sites 07 and 18 at Parcel B**

| Date and Time of Inspection: 09/17/2024  1330 | Inspector: Mario Losi  Noreas |
|---|---|

| Weather and tidal conditions (include details of most recent rain event): Overcast - High, 63°F - Low, 56°F Tidal Conditions-Low 5:51-0.42' High, 12:27, 6.65' | |
|---|---|

| Reason for inspection (circle one): (Scheduled)  Emergency response | If inspection is uninitiated by a response, explain condition: N/a |
|---|---|

| ITEM | ACTION/INSPECTION ITEM | COMMENTS — INCLUDING EXPLANATION IF NOT COMPLETED. INCLUDE ANY DESCRIPTIONS OF PHOTOGRAPHS |
|---|---|---|
| **GENERAL SITE CONDITION (APPLIES TO ALL AREAS OF SITE)** | | |
| Security of area | Assess condition of fence – repair as necessary | Perimeter fence openings observed on North-West and South-west boundries. See photo log for more detail. |
| | Assess condition of locks and gates – repair and replace as necessary | Access gate and lock are in good condition. |
| | Assess condition of access roads | Access road on east boundry in good condition. No access roads across site. |
| | Note evidence of unauthorized access | Fisherman observed on riprap in North west portion of site during inspection. |
| | Note signs of vandalism | No evidence of vandalism although trespassers were observed. |
| Trash removal | Remove trash and debris from area | Minor amounts of trash picked up. No debris found. |
| Site signage | All signs in place and secure – repair and replace as necessary | Site signage was in place, legible and secure. |
| | Wording legible – replace and repair as necessary or document degradation | Wording was legible, minor degradation observed. |
| | Note signs of vandalism | None observed. |
| Survey monuments | Note signs of damage/vandalism | None observed |
| Groundwater monitoring wells | Check security – repair or replace locks if necessary | Bolts were missing on a number of monitoring wells. Vegetation present at/around a few locations. See Photo log. |
| | Remove obstructions from well box | Vegetation observed on a number of monitoring wells. Mowing recommended on all locations for sampling access. |
| | Remove obstructions from well casing | Groundwater sampling contractors monitor well casings during sampling events. |
| | Assess seals for damage – replace if necessary | Groundwater sampling contractors monitor well seals during sampling events. |
| | Assess if delineators are intact | Delineators and marking sticks are intact and usable. |
| | Note evidence of vandalism or signs of unauthorized access | None observed across well network. |

Page 1 of 4

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, B-3, C, E-2, G, UC-1 and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT   Document 26-3   Filed 12/04/25   Page 125 of 138

Appendix A

## GENERAL INSPECTION CHECKLIST
**Hunters Point Naval Shipyard, Installation Restoration Sites 07 and 18 at Parcel B**

| ITEM | ACTION/INSPECTION ITEM | COMMENTS — INCLUDING EXPLANATION IF NOT COMPLETED. INCLUDE ANY DESCRIPTIONS OF PHOTOGRAPHS |
|---|---|---|
| **GENERAL SITE CONDITION (APPLIES TO ALL AREAS OF SITE)** *(continued)* | | |
| Methane monitoring probes | Check security – repair or replace locks if necessary | NA  Methane monitoring was discontinued. |
| | Remove obstructions from well box | |
| | Assess seals for damage – replace if necessary | |
| | Assess if delineators are intact | |
| | Note evidence of vandalism or signs of unauthorized access | |
| **SOIL COVER** | | |
| Soil cover | Note evidence of cover settlement | No evidence of cover settlement observed. |
| | Note evidence of slope failure along boundaries and slope transition areas | None observed |
| | Note evidence of cracking or soil movement | None observed |
| | Note evidence of burrowing pests | Multiple areas of burrowing animal evidence observed. See photo log for additional details. |
| | Assess any areas of erosion | None observed |
| Vegetation | Assess site for unhealthy or bare areas (not to exceed 2% of total area or >30% of any 100 ft² area) | Minor areas of sparse vegetation. Very limited bare areas. Areas with soil exposed are due to burrowing/digging animals. See photo log. |
| | Assess adequacy of mowing and watering | Limited evidence of mowing. Vegetation appears to be dense and healthy across the site. |
| | Remove vegetative species that grow to heights greater than the predominant grasses | Multiple species exceed the heights of the predominant grasses across the site. |
| | Note signs of excessive traffic | None observed. |
| Demarcation layer (ARIC for radionuclides only) | Inspect cover area for exposure | No evidence of exposed areas. Minimal cover area damage due to burrowing animals. |
| | Inspect along boundary for exposure | None observed. |
| | Remove trees or other deeply rooted vegetation | No deeply rooted vegetation identified. |
| Retaining wall | Note evidence of settlement, including cracking. | None observed |
| | Note evidence of vandalism | None observed. |

Page 2 of 4

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-1, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT   Document 26-3   Filed 12/04/25   Page 126 of 138

Appendix A

## GENERAL INSPECTION CHECKLIST
### Hunters Point Naval Shipyard, Installation Restoration Sites 07 and 18 at Parcel B

| ITEM | ACTION/INSPECTION ITEM | COMMENTS — INCLUDING EXPLANATION IF NOT COMPLETED. INCLUDE ANY DESCRIPTIONS OF PHOTOGRAPHS |
|---|---|---|
| **SOIL COVER** *(continued)* | | |
| Stormwater drainage | Remove obstructions from drainage channel and swale | Substantial vegetation growth observed in drainage channel. |
| | Note evidence of overflow | None observed. |
| | Note any change in condition of drainage contributing areas | No changes observed. |
| | Check for evidence of erosion along water flow path | None observed. |
| | Maintain erosion control measures – riprap, gravel, and composite turf reinforced matting | Erosion controls in good condition. |
| **REVETMENT (Inspection to be conducted during low tide conditions)** | | |
| General condition | Remove vegetation, trash, and other debris from structure | Minimal trash and debris observed. |
| | Note presence of pests | None observed. |
| | Note evidence of excessive traffic | None observed. |
| | Note evidence of settlement or movement | None observed. |
| | Inspect for proper placement of filter fabric and filter layer | Filter layers are properly placed. |
| | Note evidence of vandalism and theft of armoring | None observed. |
| Crest inspection | Inspect transition from cover to revetment, including evidence of cover soil overtopping into the crest | Crest transition is in good condition. No evidence of cover soil overtopping. |
| | Note evidence of wave overtopping | None observed. |
| Toe and flank inspection | Note areas of scour and erosion | None observed. |
| | Note changes in the bay slope | None observed. |
| **ASPHALT PAVEMENT COVER** | | |
| Curb along Donahue | Note evidence of cracking or damage to the curb | None observed. Ample vegetation growth along curb. |
| | Note evidence of vandalism or damage | None observed. |
| Pavement in bump-out | Note evidence of cracking or damage to the paved surface | None observed. |
| | Note evidence of ponding or change in the surface water drainage | None observed. |
| | Note evidence of settlement | None observed. |

Page 3 of 4

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, B-3, E, E-2, G, UC-3 and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT   Document 26-3   Filed 12/04/25   Page 127 of 138

Appendix A

## GENERAL INSPECTION CHECKLIST
**Hunters Point Naval Shipyard, Installation Restoration Sites 07 and 18 at Parcel B**

| ITEM | ACTION/INSPECTION ITEM | COMMENTS — INCLUDING EXPLANATION IF NOT COMPLETED. INCLUDE ANY DESCRIPTIONS OF PHOTOGRAPHS |
|---|---|---|
| **ASPHALT PAVEMENT COVER** *(continued)* | | |
| Pavement in bump-out *(continued)* | Note evidence of excessive traffic | *None observed,* |
| | Note evidence of vandalism | *None observed.* |

**Notes:**

1. Inspection frequency is as follows: quarterly for the first year and semiannually for the following years.
2. Mowing the vegetative cover is not part of the inspection but should be completed semiannually or as needed based on future site use.
3. Complete inspections should be conducted following significant earthquakes (as determined based on professional judgment and site experience). Inspections following hurricane-level storm events should be conducted, and the trigger level will be adjusted over time based on site experience.

**Other Observations:**

*Fisherman observed in northwest section of (evetment. Likely gained access from hole in perimeter fence along north west boundary. A soil pile was observed on southern boundary extending from Pinehut St. into the site. It is likely related to construction activities on Innes Ave.*

**Follow-up Actions and Completion Dates (Include areas requiring further action):**

*Vegetation managment for species exceeding the heights of the predominant grasses.*

*Mario Losi   Project Environmental Scientist*
**Name and Title of Inspector(s)**

*NORCAS*
**Company or Agency**

**Signature of Inspector**

*09/17/2024*
**Date**

Page 4 of 4

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, B-3, C, E, G, UC-1, UC-2, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 128 of 138

Appendix A

## Institutional Control Compliance Monitoring Report
### IR Sites 07 and 18, Parcel B
### Hunters Point Naval Shipyard, San Francisco, California
#### EPA I.D.
#### CA1170090087

Property Owner: _Navy_

This evaluation is the final Navy certification just prior to site conveyance (yes or no)_____

If for an annual inspection, this evaluation covers the period from _09/14/2023_ to _09/17/2024_

### Certification Checklist

| | In Compliance | Non-Compliance | See Comment |
|---|---|---|---|
| 1) No use of IR Sites 7 and 18 for a residence, including any mobile home or factory-built housing, constructed or installed for use as residential human habitation, a hospital for humans, a school for persons under 21 years of age, or a day care facility for children.[a] | ☑ | ☐ | ☐ |
| 2) No growing of vegetables or fruits in native soil for human consumption. | ☑ | ☐ | ☐ |
| 3) No groundwater use for any purpose (No evidence of tampering with existing wells or evidence of new wells) | ☑ | ☐ | ☐ |
| 4) No land-disturbing activity[a] (excavation; construction of roads, utilities, or structures; demolition of hardscape; movement of soil from below ground surface to the surface; or activity that facilitates movement of known contaminated groundwater) | ☑ | ☐ | ☐ |
| 5) No installation of new groundwater wells of any type[a]. | ☑ | ☐ | ☐ |
| 6) No altering, disturbing, or removing components of the remedy including revetment, soil cover/cap, or groundwater monitoring wells and associated equipment[a]. | ☑ | ☐ | ☐ |
| 7) No construction of enclosed structures[a]. | ☑ | ☐ | ☐ |

NAER-2224-4713-0013

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-1, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-RS   Document 26-3   Filed 12/04/25   Page 129 of 138

Appendix A

8) No excavation beneath the demarcation layer in the area requiring institutional controls for radionuclides[a].   ☑ ☐ ☐

9) Installation of water lines, storm drains, or sanitary sewers above the demarcation layer in the area requiring institutional controls for radionuclides. Installation of water lines, storm drains, or sanitary sewers in any additional clean, imported fill placed on top of the soil cover that the Navy has constructed at the Property is not intended to be restricted if the property owner demarcates the interface between the pre-existing cover and any new imported soil[a].   ☑ ☐ ☐

10) No removal or damage to security features (such as locks on monitoring wells, site fencing, or signs) or to survey monuments, monitoring equipment, piping or other appurtenances.   ☑ ☐ ☐

11) Notification provided for any unauthorized change in land use.   ☑ ☐ ☐

12) Any violations of these LUCs were reported within 10 business days of discovery and an explanation provided of those actions taken or to be taken was provided within 10 days of notification of discovery.   ☑ ☐ ☐

I, the undersigned, hereby certify that the above-described land use restrictions have been complied with for the period noted.   Alternately, any known deficiencies and completed or planned actions to address such deficiencies are described in the attached explanation of deficiencies.

_____        09/18/2024
Signature                               Date

Notes and Comments:

a   These prohibited or restricted activities may be conducted provided that the requirements in the LUC RD are followed.  If the inspector finds that a prohibited or restricted activity has occurred, the inspector shall check whether the activity was conducted in accordance with approved plans for that activity.  Activities that are conducted in accordance with the approved plans will be considered "in compliance."  Comments should be attached to the compliance checklist to describe how the requirements in the plans were adhered to.  Activities that are not conducted in accordance with the approved plans would be considered "non-compliance."

Photographs, in addition to other notes and forms, to document the conditions certified in this checklist should be provided.

**Send the completed form and all accompanying information by certified mail, return receipt requested, to the Navy, EPA, DTSC, Water Board, and CDPH each calendar year.**

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 130 of 138

Appendix A



U.S. Department of the Navy
BRAC PMO West
San Diego, California

FIGURE 10
DURABLE COVER OVERVIEW
FOR INSTALLATION RESTORATION
SITES 07 AND 18
HUNTERS POINT NAVAL SHIPYARD
SAN FRANCISCO, CA

Restricted Access, not included as part of 2024 Annual Inspections

NAER-2224-4713-0013

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, D-1, E, E-2, G, UC-3, and Installation Restoratation Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 131 of 138

Appendix A

This page intentionally left blank

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, G-1, E, E-2, UC-3, UC-2, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05930-AGT    Document 26-3    Filed 12/04/25    Page 132 of 138

Appendix A

## Annual Operation and Maintenance Inspection
## September 17, 2024

## CTO N6247324F4713
## Installation Restoration Sites 07 and 18
## Hunters Point Naval Shipyard



| Photograph | Item Description |
|---|---|
| **Photograph Taken by: Mario Losi, Noreas 09/17/2024** | Item 1, Routine O&M<br><br>Location: Site access gate.<br><br>Description: Signs in good condition.<br><br>Change Since Previous Inspection: None<br><br>Recommended Action: None<br><br>Material and Personnel Needs: none. |
| **Photograph Taken by: Mario Losi, Noreas 09/17/2024** | Item 2, Routine O&M<br><br>Location: Northwest of Donahue St.<br><br>Description: Security fence and lock secure and in good condition.<br><br>Change Since Previous Inspection: Fence remains in good condition.<br><br>Recommended Action: None<br><br>Personnel, Equipment and Material Needs: None |

Page 1 of 7

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, G, C-1, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05931-AGT    Document 26-3    Filed 12/04/25    Page 133 of 138

Appendix A

**Annual Operation and Maintenance Inspection**
**September 17, 2024**

**CTO N6247324F4713**
**Installation Restoration Sites 07 and 18**
**Hunters Point Naval Shipyard**

| Photograph | Item Description |
|---|---|
| <br>**Photograph Taken by: Mario Losi, Noreas 09/17/2024** | Item 3, Routine O&M<br><br>Location: NE corner of parcel.<br><br>Description: Vegetative cover in good condition.<br><br>Change Since Previous Inspection: None<br><br>Recommended Action: Trim vegetation over 2' sitewide.<br><br>Material and Personnel Needs: One laborer, skid-steer mower. |
| <br>**Photograph Taken by Mario Loso, Noreas 09/17/2024** | Item 3, Follow up Repair<br><br>Location: NE corner of parcel.<br><br>Description: Vegetative cover in good condition.<br><br>Change Since Previous Inspection: None<br><br>Recommended Action: Monitor vegetation growth during future inspections. Mowing is not currently recommended; however, the site will be re-assessed after the rainy season.<br><br>Material and Personnel Needs: None |

Page 2 of 7

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, E, E-2, G, UC-1, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05931-AGT   Document 26-3   Filed 12/04/25   Page 134 of 138

Appendix A

**Annual Operation and Maintenance Inspection**
**September 17, 2024**

**CTO N6247324F4713**
**Installation Restoration Sites 07 and 18**
**Hunters Point Naval Shipyard**

| Photograph | Item Description |
|---|---|
| <br>**Photograph Taken by: Mario Losi, Noreas 09/17/2024** | Item 4, Routine O&M<br><br>Location: Sitewide<br><br>Description: Soil and vegetation have accumulated around concrete surface pads. Bolts missing or loose on wells IR18MW52A, IR18MW100B, IR07MW21A, IR07MW23A, IR07MW24A, IR07MW25A IR07MW26A, and IR07WS-4<br><br>Change Since Previous Inspection: None<br><br>Recommended Action: Notify groundwater monitoring contractor.<br><br>Material and Personnel Needs: None |
| <br>**Photograph Taken by: Mario Losi, Noreas 09/17/2024** | Item 5, Routine O&M<br><br>Location: Northeast of site facing north.<br><br>Description: Riprap in good condition sitewide.<br><br>Change Since Previous Inspection: None<br><br>Recommended Action: None<br><br>Material and Personnel Needs: None |

Page 3 of 7

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05930-AGT    Document 26-3    Filed 12/04/25    Page 135 of 138

Appendix A

# Annual Operation and Maintenance Inspection
## September 17, 2024

### CTO N6247324F4713
### Installation Restoration Sites 07 and 18
### Hunters Point Naval Shipyard

| Photograph | Item Description |
|---|---|
|   **Photograph Taken by: Mario Losi, Noreas 09/17/2024** | Item 6, Routine O&M<br><br>Location: Sitewide<br><br>Description: Burrowing pest activity observed on site. Holes observed to be less than 12 inches.<br><br>Change Since Previous Inspection: None<br><br>Recommended Action: Continued monitoring for additional soil cover damage.<br><br>Material and Personnel Needs: None. |
|  **Photograph Taken by: Mario Losi, Noreas 09/17/2024** | Item 7, Routine O&M<br><br>Location: Northeast corner of site facing south.<br><br>Description: Fence along eastern portion of parcel remains in good condition. Drainage swale in northeast corner of parcel has standing water likely due to vegetation present in drainage swale on Parcel B-1.<br><br>Change Since Previous Inspection: None<br><br>Recommended Action: Monitor for additional ponding.<br><br>Material and Personnel Needs: None. |

Page 4 of 7

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, B-2E, E-2C, UC9, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 136 of 138

Appendix A

## Annual Operation and Maintenance Inspection
## September 17, 2024

### CTO N6247324F4713
### Installation Restoration Sites 07 and 18
### Hunters Point Naval Shipyard

| Photograph | Item Description |
|---|---|
|  Photograph Taken by: Mario Losi, Noreas 09/17/2024 | Item 8, Routine O&M<br><br>Location: Fence along east side of Innes Ave.<br><br>Description: Fence and retaining wall remain in good condition.<br><br>Change Since Previous Inspection: None<br><br>Recommended Action: None<br><br>Material and Personnel Needs: None |
|  Photograph Taken by: Mario Losi, Noreas 09/17/2024 | Item 9, Routine O&M<br><br>Location: Fence along west side of parcel bordering Earl St.<br><br>Description: Fence and retaining wall remain in good condition.<br><br>Change Since Previous Inspection: None<br><br>Recommended Action: None<br><br>Material and Personnel Needs: None |

Page 5 of 7

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, E, E-2, G, UC9, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05030-AGT    Document 26-3    Filed 12/04/25    Page 137 of 138

Appendix A

**Annual Operation and Maintenance Inspection**
**September 17, 2024**

**CTO N6247324F4713**
**Installation Restoration Sites 07 and 18**
**Hunters Point Naval Shipyard**

| Photograph | Item Description |
|---|---|
|  Photograph Taken by: Mario Losi, Noreas 09/17/2024 | Item 10, Routine O&M

Location: Fence along west side of parcel

Description: Fence and retaining wall remain in good condition.

Change Since Previous Inspection: None

Recommended Action: None

Material and Personnel Needs: None |
|  Photograph Taken by: Mario Losi, Noreas 09/17/2024 | Item 11, Routine O&M

Location: Revetment on northern parcel boundary.

Description: Trespassers fishing off revetment.

Change Since Previous Inspection: NA

Recommended Action: Repair break in perimeter fence shown in photo 10.

Material and Personnel Needs: None |

2024 Annual Operation and Maintenance Summary Report
Parcels B-1, B-2, C, E, E-2, G, UC-3, and Installation Restoration Sites 07 and 18
Hunters Point Naval Shipyard, San Francisco, CA

Case 3:25-cv-05931-AGT    Document 26-3    Filed 12/04/25    Page 138 of 138

Appendix A

# Annual Operation and Maintenance Inspection
## September 17, 2024

### CTO N6247324F4713
### Installation Restoration Sites 07 and 18
### Hunters Point Naval Shipyard

| Photograph | Item Description |
|---|---|
| Photograph Taken by: Mario Losi, Noreas 09/17/2024 | Item 12, Routine O&M<br><br>Location: Northwest corner of parcel near shoreline revetment where fisherman were observed.<br><br>Description: Small opening in perimeter fencing, suspected location of human access.<br><br>Change Since Previous Inspection: None<br><br>Recommended Action: Secure hole in fence.<br><br>Material and Personnel Needs: One/two laborers, hand tools, gloves, wire ties. |
| Photograph Taken by: Mario Losi, Noreas 09/17/2024 | Item 13, New Item<br><br>Location: Southwest perimeter fence.<br><br>Description: Small opening in perimeter fencing.<br><br>Change Since Previous Inspection: NA<br><br>Recommended Action: Secure hole in fence.<br><br>Material and Personnel Needs: One/two laborers, hand tools, gloves, wire ties. |