UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

KELLY KIRSTEN TANKERSLEY

Plaintiff,

vs.

UNITED STATES OF AMERICA;
THE UNITED STATES
DEPARTMENT OF THE NAVY,

Defendant.

Case No. 3:25-cv-05030-AGT

STIPULATION AND PROPOSED [ORDER[
RE: ACCEPTANCE OF LATE-FILED
AMENDED COMPLAINT AND
FILING OF OMITTED EXHIBITS

Date: December 5, 2025
Time:
Courtroom A 15th Floor
Judge: Hon. Alex G. Tse

## I PARTIES

The plaintiff, Kelly Tankersley, and the defendant, United States, through their their respective counsel or in pro per, hereby stipulate and agree to the following:

1. Plaintiff filed amended complaint on December 3, 2025, three days after court ordered filing deadline

2. Plaintiff's amended complaint refers to exhibits A -D that were omitted due to non-conformity issues with the ECF filing system.

3. Plaintiff will correct, modify or change as needed to add the missing exhibits by December 5, 2025

4. The parties stipulate and agree that this minimal delay (three days for complaint and one day for exhibits) causes no material predjudice to the defendant and has no adverse impact on the existing case management schedule or any upcoming deadlines.

III  STIPULATION AND PROPOSED ORDER

A.  Background

1. Whereas, plantiff filed first amended complaint on December 3, 2025, three days late.

2. Whereas, due to technical errors related to file size and format constraints, within the CM/ECF system, several referenced exhibits were inadvertently omitted from the filing;

3. Whereas, the parties wish to efficiently resolve these procedural issues and allow the case to proceed on it's merits without resorting to formal motion practice;

B. Stipulated terms

Now, therefore, it is hereby stipulated and agreed between the parties as follows:

1. The plaintiff's first amended complaint filed on December 3, 2025 shall be deemed timely and accepted.

2. Plaintiff shall modify, correct as needed the exhibits and add to the amendment on file by December 5, 2025.

3. Defendant waives any objection to the timliness or technical sufficiency of the plaintiff's amended complaint and it's associated exhibits, provided that the plaintiff complies with paragraphs 1 and 2 above.

4. Defendant's deadline to file response shall remain the same and no changes to the scheduling order or pre-existing deadlines.

UNITED STATES DISTRICT COURT OF NORTHERN CALIFORNIA

Kelly Kirsten Tankersley          Plaintiff, pro se

1033 Revere Avenue B

San Francisco, CA 94124

415-583-6821

DECLARATION OF PLAINTIFF IN SUPPORT OF LATE FILING OF FIRST AMENDED COMPLAINT

I, Kelly Tankersley, declare and state as follows:

1). I am the plaintiff in the above-entitled action. I have personal knowledge of the facts stated in this declaration and could competently testify to them.

2). Plaintiff's first amended complaint was due on November 29, 2025.

3). Plaintiff's laptop showed signs of trouble on November 25 before becoming inoperable on the 28th of November.

4). Plaintiff wasn't prepared for a sudden loss of all data, files, and Pdf editing. . All of her work contained on the hard drive remains inaccessible.

5). Plaintiff was able to submit an amendment on December 3, 2025 and has included the exhibits as agreed upon by December 5, 2025.

declare under the penalty of perjury under the laws of the state of California, that the foregoing is true and correct.

Executed on this day :   December 10, 2025          .

*Kelly Tankersley*

San Francisco, California

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KELLY KIRSTEN TANKERSLEY

Plaintiff

vs

UNITED STATES OF AMERICA;
THE UNITED STATES
DEPARTMENT OF THE NAVY,

Defendant

Case No.  3:25-cv-05030-AGT

STIPULATION AND PROPOSED ORDER

RE: ACCEPTANCE OF LATE-FILED AMENDED COMPLAINT AND OMITTED EXHIBITS

Date
time:  10:00 A.M

Courtroom: A  15th Floor
Judge: Hon. Alex G. Tse

[PROPOSED] ORDER

Having reviewed the arguments and submissions by the Parties, the Court hereby accepts the terms agreed apoun.

IT IS SO ORDERED.

_____
Honorable Alex G. Tse
Judge, United States District Court

DATED_____

3:25-CV-05030-AGT

1

— [PROPOSED] ORDER