BRETT A. SHUMATE
Assistant Attorney General
JONATHAN D. GUYNN
Deputy Assistant Attorney General

J. PATRICK GLYNN
Director, Torts Branch
ALBERT K. LAI
Assistant Director

ANNA ELLISON
Trial Attorney
Civil Division, Torts Branch
P.O. Box 340
Washington, D.C. 20044
(202) 880-0389

*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY KIRSTEN TANKERSLEY<br><br>Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA;<br>THE UNITED STATES<br>DEPARTMENT OF THE NAVY,<br><br>Defendant. | Case No. 3:25-cv-05030-AGT<br><br>**UNITED STATES' RESPONSE TO PLAINTIFF'S MOTION TO AMEND COMPLAINT**<br><br>Not noticed for a hearing<br>Judge: Hon. Alex G. Tse |

# UNITED STATES' RESPONSE TO PLAINTIFF'S
## MOTION TO AMEND COMPLAINT

On December 11, 2025, Plaintiff filed a stipulated motion and proposed order amending the complaint, *see* ECF No. 27. The United States' signature is not affixed to the motion, however, the United States consents to the Amended Complaint.

Per the Court's prior Order on October 2, 2025, the United States will respond to the Amended Complaint on or before January 28, 2026. *See* ECF No. 23.

DATED: December 12, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
JONATHAN D. GUYNN
Deputy Assistant Attorney General

J. PATRICK GLYNN
Director, Torts Branch
ALBERT K. LAI
Assistant Director

*/s/ Anna Ellison*
ANNA ELLISON
Trial Attorney
Civil Division, Torts Branch
P.O. Box 340
Washington, D.C. 20044

*Attorneys for the United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2025, a copy of the foregoing response was filed via the Court's ECF system and served on all parties. Plaintiff, who is proceeding pro se, stated in writing that Plaintiff consents to service via the court's ECF system.

December 12, 2025                    */s/ Anna Ellison*
                                      Anna Ellison