UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY KIRSTEN TANKERSLEY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No.  25-cv-05030-AGT<br><br>**CASE MANAGEMENT ORDER**<br>Re: Dkt. Nos. 27, 28 |

The Court previously approved the parties' stipulation for Plaintiff to file an amended complaint by November 29, 2025, and for Defendant to file a response by January 28, 2026. Dkt. 23.  On December 3, 2025, Plaintiff's amended complaint was filed to the Court's docket. Dkt. 25.  The next day, the same amended complaint was re-filed, this time with several exhibits attached.  Dkt. 26.  Plaintiff then filed a document indicating that the delay in filing the amended complaint with exhibits was due to computer troubles and technical issues with ECF.  Dkt. 27.  Defendant filed notice that it consents to the amended complaint and will respond by January 28, 2026.  Dkt. 28.

For clarity's sake, the Court acknowledges the parties' agreement.  Defendant shall respond to the amended complaint (and attached exhibits) at dkt. 26 by January 28, 2026.

**IT IS SO ORDERED.**

Dated: December 22, 2025

_____

Alex G. Tse
United States Magistrate Judge