**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KELLY KIRSTEN TANKERSLEY<br><br>    Plaintiff,<br>   vs.<br><br>UNITED STATES OF AMERICA; THE UNITED STATES DEPARTMENT OF THE NAVY,<br><br>    Defendant. | Case No. 3:25-cv-05030-AGT<br><br>**[PROPOSED] ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date: March 13, 2026<br>Time: 10:00 A.M.<br>Courtroom: A 15th Floor<br>Judge: Hon. Alex G. Tse |

[PROPOSED] ORDER

Having reviewed the arguments and submissions by the Parties, the Court hereby grants the United States' Motion to Dismiss Plaintiff's First Amended Complaint. The Amended Complaint is dismissed with prejudice.

    IT IS SO ORDERED

DATED: _____

                                                            _____
                                                            Honorable Alex G. Tse
                                                            Judge, United States District Court