Kelly K. Tankersley
1033 Revere Avenue
San Francisco, CA 94124
415-583-6821
tk0260@gmail.com

KELLY KIRSTEN TANKERSLEY
Plaintiff pro per,

THE UNITED STATES;
THE DEPARTMENT OF THE NAVY
OF THE UNITED STATES

) Case No. 3:25-cv-05030-AGT
)
)EMERGENCY REQUEST FOR
) EX PARTE TEMPORARY
)RESTRAINING ORDER//
)REQUEST FOR INJUNCTION
)RELIEF AND COURT ORDER
)FOR EXPERT FRE 706

---

I INTRODUCTION AND STATEMENT OF EMERGENCY

* The Fact: Plaintiff has confirmed internal contamination of PLUTONIUM 238 and PLUTONIUM 244.

* THE SOURCE: These specific isotopes are uniquely tied to "IVY MIKE" thermonuclear tests/target ships brought back by the NAVY to HUNTERS POINT.

* THE CRISIS: Despite confirmed lab results, local providers (UCSF/SFDPH) have refused treatment. Every day that these alpha-emitters remain in Plaintiff's body causes IRREPARABLE cellular damage .

MEMORANDUM OF POINTS AND AUTHORITIES

II. Argument for Preliminary Injunction (The Winter Factors)

1. LIKELIHOOD OF SUCCESS: The PU-244 "fingerprint" is indisputable evidence of causation by Navy activities. O'Connor v. Commonwealth Edison Co.

2. IRREPARABLE HARM: Plutonium has a massive biological half-life Without chelation, the risk of bone cancer and organ failure is not "speculative"--it is a scientific certainty. Silkwood v. Kerr-McGee.

3. BALANCE OF EQUITIES: The burdon on the United States to facilitate a standard approved treatment (dtpa) is zero compared to the total loss of Plaintiff's health.

4. PUBLIC INTEREST: There is a profound public interest in ensuring that victims of Superfund "scandals" are not denied life-saving care due to local administrative bias or data falsification.

III JUSTIFICATION FOR NEUTRAL EXPERT 706

* THE CONFLICT: Local medical infrastructure is entangled with the developer and the Navy.

II Argument for preliminary Injunction (The Winter Factors) Continued

* THE CONFLICT: Local medical infrastructure has been put in conflict with it's role in oversight and protecting the community versus the profits it generates in the development of the shipyard property.

* THE SOLUTION: Only a court-Appointed Neutral Expert under FRE 706 can break this deadlock. A neutral expert (like a specialist from REAC/TS) is required to provide unbiased assessment because the uncertainty claimed by the Defendants is contradicted by the DoD's own standards and retention and implementation of DoD stockpile.

PLAINTIFF HAS ALREADY CONTACTED REAC/TS AND NIH AND HAS RECEIVED THEIR HELP. THE ONLY ROADBLOCK HAS BEEN MY COVERED HEALTH CARE PLAN HAS DENIED TREATMENT DUE TO THE SFDPH CONFLICTING POSITION WITH THE SHIPYARD & NAVY THERE IS NO WAY TO DETERMINE OR ASSESS THE DEGREE OF EXPOSURE OR HOW LONG IT WILL TAKE. IT JUST NEEDS TO START THIS IS A VERY INEXPENSIVE AND CURATIVE TREATMENT AND THE PLAINTIFF HAS LOCATED SEVERAL OUT OF NETWORK PROVIDERS

3. The Court finds that the risk of permanent internal contamination constitutes irreparable harm and that a neutral scientific evaluation is required to bridge the technical complexity of this matter.

## II. APPOINTMENT OF COURT ORDERED EXPERT (FRE 706)

1. Pursuant to Federal Rules of Evidence 706, the Court hereby appoints ___________________________ as a neutral expert.

2. Duties:

Review Plaintiff's bioassay results and evaluate the need for Chelation. Communicate with the Court the findings and locate a health provider willing to perform chelation and an estimate for the services.

## I MOTION

Plaintiff appearing pro sed, respectfully moves this court under Civil local rule 7-11 to stay all proceedings in this matter, including the pending Motion to dismiss, and to extend the deadlines for the plaintiff to respond pending outcome of medical intervention.

## II GROUNDS FOR RELIEF

1. MEDICAL EMERGENCY. Plaintiff has confirmed internal exposure of PLUTONIUM 238 and PLUTONIUM 244 from the Hunters Point Shipyard. See (Exhibit A) this is a life-threatening

condition requiring immediate chelation and medical intervention.

2. DENIAL OF CARE. Plaintiff has been denied treatment by local providers due to the ongoing collusion between the San Francisco Department of Public Health, the developer and the Navy.

3. WITHHOLDING OF RECORDS. The U.S. Attorney is withholding Administrative Record and the investigative file that is revelant to this exposure, claiming "privelege" without providing a required privelege log under FRCP 26(B)(5). Plaintiff cannot respond to a motion to dismiss without the evidence the government is currently suppressing.

4. APPOINTMENT OF COUNSEL. Due to extreme scientific and legal complexity of this case and the Plaintiff;s deteriorating health, Plaintiff is concurrently moving for the appointment of counsel under 28 U.S.C. 1915(e)(1).

## III CONCLUSION

To prevent irreparable harm and a miscarriage of justice, the Plaintiff requests that the court stay all deadlines until a FRE 706 Neutral expert is appointed and the Plaintiff has secured legal representation.

DECLARATION OF KELLY TANKERSLEY IN SUPPORT OF EMERGENCY MOTION

I, Kelly Kirsten Tankersley, declare under penalty of perjury pursuant to 28 U.S.C.1746 that the following is true and correct:

1. That I am the Plaintiff in the above-captioned matter. I have personal knowledge of the facts set forth herein.
2. I am suffering from internal contaminationof two distinct isotopes of plutonium, specifically including plutonium 244, a known byproduct of Navy-related radiological activities.
3. Prior Requests for Treatment: On or about June 1, 2023, I formally requested a medical examination and bioassay from the Judge Advocate General (JAG) and Navy as part of my Administrative claim
4. Administrative Delay/Denial: The Navy/JAG withheld a decision for approximately six months. During this time no medical monitoring or chelation therapy was provided, despite the Navy maintaining a known stockpile of DTPA and being fully aware of the immediate necessity of treatment and the consequences of delaying treatment
5. Provider Conflict: My current medical provider, SFDPH, refuses to provide the chelation therapy I have repeatedly requested due to the departments entanglement with the developer and the Navy.

DECLARATION IN SUPPORT OF EMERGENCY INJUNCTION CONT.

6. Plutonium contamination should be treated as soon as possible and the delay will lead to irreversible tissue damage and loss of function. The window for effective chelation therapy is closing rapidly and the ability to litigate effectively has already been compromised . The defendant's ability to exploit this has not gone unnoticed. This injunction is the right move at this time .

7. Expert Consultation: I have contacted REAC/TS and NIH and they are on standby waiting for a provider to call for guidance. As long as my health plan is under the control of the SFDPH no provider under their control will treat me.

8. Necessity of Order: Because the Defendant has refused to act and allowed this to drag on to this day, the Court is my last option.

I declare under penalty of perjury that the foregoing is true and correct

Executed on this 10TH day of FEB 2026

Kelly Kirsten Tankersley

"EXHIBIT A"

ALS -- Fort Collins

SAMPLE SUMMARY REPORT

**Client:** 3TM Consulting, LLC
**Project:** 001 Nuclides
**Sample ID:** Kelly Tankersly
**Legal Location:**
**Collection Date:** 6/19/2022 08:00

**Date:** 27-Jul-22
**Work Order:** 2206749
**Lab ID:** 2206749-1
**Matrix:** WLIQUID
**Percent Moisture:**

| Analyses | Result | Qual | Report Limit | Units | Dilution Factor | Date Analyzed |
|---|---|---|---|---|---|---|
| **Gamma Spectroscopy Results** | | | SOP 713 | | Prep Date: 7/19/2022 | PrepBy: RYK |
| K-40 | 3.92 (+/- 0.61) | G | 0.47 | pCi/g | NA | 7/20/2022 08:21 |
| Cs-137 | ND (+/- 0.014) | U,G | 0.023 | pCi/g | NA | 7/20/2022 08:21 |
| **Isotopic Plutonium by Alpha Spectroscopy** | | | SOP 714 | | Prep Date: 7/5/2022 | PrepBy: SDW |
| *Tracer: Pu-242* | 71.9 | | 30-110 | %REC | DL = NA | 7/18/2022 14:05 |
| Pu-236 | ND (+/- 0.0051) | U | 0.0076 | pCi/g | NA | 7/18/2022 14:05 |
| Pu-238 | 0.003 (+/- 0.005) | | 0.0028 | pCi/g | NA | 7/18/2022 14:05 |
| Pu-239/240 | ND (+/- 0.005) | U | 0.0109 | pCi/g | NA | 7/18/2022 14:05 |
| Pu-244 | 0.0091 (+/- 0.0063) | | 0.0027 | pCi/g | NA | 7/18/2022 14:05 |
| **Plutonium-241 by LSC** | | | SOP 704 | | Prep Date: 7/5/2022 | PrepBy: SDW |
| *Tracer: Pu-242* | 71.9 | | 30-110 | %REC | DL = NA | 7/25/2022 18:43 |
| Pu-241 | ND (+/- 1.3) | U | 2.1 | pCi/g | NA | 7/25/2022 18:43 |
| **Total Uranium by Alpha Spectroscopy** | | | SOP 714 | | Prep Date: 7/5/2022 | PrepBy: SDW |
| *Tracer: U-232* | 63.7 | | 30-110 | %REC | DL = NA | 7/9/2022 13:08 |
| U-233/234 | 0.046 (+/- 0.017) | | 0.013 | pCi/g | NA | 7/9/2022 13:08 |
| U-235/236 | 0.0031 (+/- 0.0051) | | 0.0028 | pCi/g | NA | 7/9/2022 13:08 |
| U-238 | 0.0094 (+/- 0.0071) | | 0.0077 | pCi/g | NA | 7/9/2022 13:08 |
| URANIUM, TOTAL | 0.058 (+/- 0.019) | | 0.014 | pCi/g | NA | 7/9/2022 13:08 |

" EXHIBIT B"

You
11/16/2024, 12:38 AM



Hello, I wanted to inform you that issues unrelated to treatment such as housing, etc. are being addressed and  are being resolved.   Access to treatment is my main objective of choosing a PCP.  I do not need another referral to a specialist which will most likely waste another 6 months and find me exactly where I am now.   Any further delay is unacceptable and will cause me harm.  Please contact me and I will provide this information.  Thank you

 Meghan Murphy
11/19/2024, 12:09 PM

Hi Kelly,

I understand your priority is access to treatment. As discussed in clinic, your case is complex and we will need to involve experts in Environmental and Occupational Medicine to help us. I have reached out directly to Dr. Harrison, the physician you saw in March 2022, who runs the Environmental and Occupational Medicine Clinic at UCSF. I have shared with him the updated details of your case and asked him to advise regarding any need for further testing as well. I will let you know when I hear back. I appreciate your patience, as we work to understand and identify the best ways to help you.

Best,
Dr. Murphy

You
11/20/2024, 2:51 PM



Dr. Murphy,  I hope you understood what I was referring to and it was in regards to a referral to a social worker and non-medical.  I am pleased that you have reached out to Dr. Harrison and I would describe that as "treatment"and moving forward.  I just wanted to say that I am not in imminent danger where I am living and I am taking all the precautions I reasonably can.  I appreciate you following up and let me know what you decide.  Thank you, Kelly

You
12/3/2024, 11:45 AM



Dr. Murphy, I would like to ask if you called the number I gave you?  I contacted Dr. Harrison over a year ago and have been waiting for a response ever since.  It is not reasonable to make me wait indefinitely for an answer to a simple treatment when delays cause irreversible harm.



Harry Cheung
12/10/2024, 1:37 PM

Hi Kelly,

I am Dr. Cheung, covering Dr. Murphy's inbasket while she is working in the hospital taking care of patients admitted there.

Dr. Murphy reached out to the clinic and re-submitted a referral. We are waiting to hear back.

Sincerely,
Dr. Cheung

You
12/14/2024, 4:01 PM

Dr.Cheung, Dr. Murphy, It is unfortunate that UCSF doesn't appear to have up to date training for incidences such as this. There have been repeated referrals sent to Dr. Harrison but I do not need to see a toxicologist. I will have to find another way and bring this to the medical boards attention. This is difficult to understand what is happening or why no one has the proper training

You
01/7/2025, 12:02 PM

I specifically explained why a referral wasn't necessary but you still placed one. They are unreachable and I predict another 6 months will be wasted and ultimately I will have to find a new PCP. It would have been more reasonable to refer me to a respiratory therapist if administering nebulized drug therapy is too complicated for you. There is no toxicology services applicable to this treatment .

Meghan Murphy
01/15/2025, 8:38 PM

Hi Kelly,

As we talked about when I met you in clinic, your concerns are important but some of these questions and medications require the involvement of experts, which is why I reached out to Dr. Harrison. I was notified that your referral to UCSF Environmental an Occupational Health has been approved and Dr. Harrison sent me an email saying he would see you as well. I highly recommend scheduling an appointment with their office. I believe the coordinator from their office is going to reach out to you soon to schedule.

Best,
Dr. Murphy

You cannot reply to this conversation. It is too old to be replied to.

You
02/21/2025, 2:34 PM
K

Dr. Murphy, The appointment with Dr. Harrison was a waste of time. He never received any of my test results, ignored the purpose of the visit and basically declined to treat.

Meghan Murphy
03/12/2025, 9:06 PM

Hi Kelly,

I have reached out to Dr. Harrison to inquire if I can fax over the records we scanned into our system that you had provided your first visit. You may need to feel out a release of information for us to be able to do this.

Was the plan for you to have a follow up appointment with him to discuss next steps once he had your records?

Let me know how I can help.

Best,
Dr. Murphy

You cannot reply to this conversation. It is too old to be replied to.

You
06/19/2025, 9:43 AM



just a message to inform you that I know I made myself perfectly clear to your receptionist about the reason for my visit, the specific treatment I needed and I did not request a employer work exemption (I am on disability),
nor did I want or need any additional testing for anything.  I only need access to FDA approved zn-dtpa and a licensed provider to administer this.  REAC/TS will provide everything else.  I am considering the lack of action as a refusal to treat and will describe it as such in my complaint.



Robert Harrison
06/22/2025, 6:06 AM

Ms Tankersley,
Zinc trisodium injection (Zn-DTPA) is used for the treatment of internal contamination with plutonium, americium, or curium to increase the rates of elimination of these materials from the body. Zn-DTPA is used for people who are accidentally contaminated internally with radioactive materials (i.e., radioactive material that gets inside the body). I recall that we discussed whether this type of contamination could have happened in the Hunters Point area. I am not aware that this has happened and wouldn't advise treatment with Zn-DTPA.
Dr Harrison

You
06/19/2025, 9:33 AM



I have had to wait practically another year trying to obtain treatment for Plutonium contamination.  This is a necessary training requirement ordered by multiple directives and policies and doesn't require a specialist to implement.  REAC/TS is available to assist any provider with guidance and yet no one has a clue of what to do.  I am taking this as a refusal to treat and I will describe it as such when reporting about my inability to receive this crucial treatment in a timely manner.  This is an outrage

 Andreas Mitchell
06/24/2025, 4:11 PM

Hi Ms. Tankersley,

I'm Dr. Mitchell, the associate medical director of RFPC. I'm writing because your primary care physician, Dr. Murphy, is graduating her residency training program at the end of the month, so you will soon be assigned a new provider. We will update you as soon as your new provider is assigned and help you schedule an appointment with them. We take your concerns seriously and will be sure to relay them to your new provider. Thank you for your patience during this transition.

Sincerely,
Dr. Mitchell

You cannot reply to this conversation. It is too old to be replied to.

## Health Summary

Height: 162.6 cm (5' 4")
Weight: 63.5 kg (140 lb)

Age: 59

Last visit: Jun 19, 2025 - Patient Message

" EXHIBIT C"



# Hunters Point Naval Shipyard - Parcel C Air Monitoring Fact Sheet - November 2025

### 13 November 2025

This Fact Sheet is provided to clarify the information regarding Plutonium-239 (Pu-239) that was detected in an air sample at the former Hunters Point Naval Shipyard (HPNS).

In March 2025, it was reported to the Navy that one ambient air sample collected in November 2024, at a downwind air monitoring location in Parcel C measured Plutonium-239 (Pu-239) at 8.16 x 10-15 microcuries per milliliter (µCi/mL), above the project action level of 4 x 10-15 µCi/mL. Exceeding the project's regulatory action level does not represent a risk to workers or the public. Regulatory action levels are deliberately and conservatively established below levels of health concern to ensure action is taken onsite by the contractor before any impact to human health can occur. The Pu-239 result was a single outlier that could not be reproduced. The Navy has taken more than 200 air samples since July 2023, and this outlier result is the only detection of Pu-239 to date. For more information, download the Fact Sheet: click this link.

The Navy is committed to transparent communication of our cleanup efforts, and we routinely provide updates with the public, City of San Francisco, and regulatory agencies as information is available. A copy of a response letter from Navy to the San Francisco Department of Public Health can be found here.

PRINT

For website questions email the webmaster

NAVFAC Home | Jobs | FOIA | Open Government | Privacy Program | Site Map
Veteran Crisis Line | BRAC Mission | Information Quality | Plain Writing | USA.gov
VA Vet Center | Accessibility | No FEAR Act | Privacy Policy | EVAP




Navy apologizes for delayed report of radioactive materials in SF

BAY AREA

# Navy apologizes for delayed report of radioactive

KRON4 Watch Live ▾ News ▾ Weather ▾ Traffic ▾ Sports ▾ KRON4+ Shows ▾ Community ▾ More ▾ Search

Posted: Nov 22, 2025 / 10:26 PM PST
Updated: Nov 22, 2025 / 10:38 PM PST

0:00 / 0:00

SHARE

SAN FRANCISCO (KRON) — The U.S. Navy recently issued an apology to members of San Francisco's Bayview neighborhood for its delayed disclosure of airborne radioactive material in the air.

KRON4 spoke with a nuclear science professor about people's health concerns. ***Watch the full report in the video player above.***

During a meeting Monday held by the Hunters Point Shipyard Citizen Advisory Committee, the U.S.

This website uses cookies

Our Properties use cookies for the performance and functionality of our sites, to personalize content and advertisements, to provide social media features, for analytics, and to provide you with a better experience. By clicking "Accept" or by continuing to use our Properties, you accept the use of cookies. Where state privacy laws include a right for residents to opt out of the sale or sharing of their data, residents of such states can exercise their right by **clicking here**.

Accept

×

The Navy said it found plutonium-239 in the Hunters Point Shipyard back in November of 2024. But officials did not report that discovery to the city until last month — nearly a year later.

READ NEXT >

Watch KRON4 News Online

READ NEXT >

Next story in 5

Cancel

Plutonium-239 is a key component in nuclear reactors and weapons. Exposure to it — particularly if inhaled — has been linked to cell damage, increasing a person's risk of developing multiple types of cancer.

Doctor Kathryn Higley is a professor in the School of Nuclear Science and Engineering at Oregon State University. Dr. Higley is also a physicist and radioecologist who works with the Navy.

She said, despite the delay in the Navy's report, people shouldn't be worried about getting sick.

Just earlier this month, Mayor Daniel Lurie held a ribbon cutting for new affordable housing in the Bayview. It's part of his ongoing efforts to revitalize the Hunters Point Shipyard.

However, community members in the Bayview are still demanding transparency. City leaders are calling for a full independent review by state and federal regulators.

During Monday's meeting, Supervisor Shamann Walton said the board will be holding a hearing in December about why it took 11 months for the Navy to inform the city about the situation.

ADD AS PREFERRED SOURCE ON GOOGLE

Copyright 2026 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

LATEST NEWS >

company fined $1.28M
Bay Area • 1 hour ago

- Victim suffers serious burns in SF fire Tuesday morning
  Bay Area • 2 hours ago
- Vallejo student arrested for bringing loaded gun …
  Bay Area • 4 hours ago
- San Francisco teachers strike continues into day …
  Bay Area • 5 hours ago

Guthrie case released

4 Vallejo student arrested for bringing loaded gun …
5 7 shot, 2 killed in downtown San Jose shootings Sunday
6 Santa Rosa construction supply company fined $1.28M
7 Will the SF Bay Area host another Super Bowl anytime …
8 Did you miss these quick cameos in Bad Bunny's halftime?
9 Unarmed person shot, killed by deputy in San Leandro: …
10 San Francisco teachers strike continues into day …

BESTREVIEWS.COM - TOP PICKS TO MAKE EVERYONE HAPPY >

President's Day sales 2026: Apple, Keurig, Dyson …
Holiday • 1 hour ago
The best last-minute Valentine's flower delivery …
Holiday • 1 day ago
Here are Amazon's 1No. bestsellers this week
Holiday • 1 day ago
Valentine's gifts your teen will think are 'straight …
Holiday • 4 days ago
Yankee Candle bestsellers are up to 40% off for Valentine's …
Holiday • 4 days ago
Amazon compiled its bestselling Valentine's gifts …
Holiday • 6 days ago

View All BestReviews Picks ›

KRON 4 NEWS
THE BAY AREA'S LOCAL NEWS STATION

BESTREVIEWS

Walmart Flash Deals give massive savings on kitchen …
COOKWARE & COOKING TOOLS / 46 Minutes Ago
If you have any kitchen essentials on your wish list, this week's Walmart Flash Deals have your name written all over them.

President's Day sales 2026: Apple, Keurig, Dyson …
HOLIDAY / 1 Hour Ago
We combed through the noise to find standout President's Day sales this year. Here's where to shop Apple, Keurig, Dyson and more.

NFL drops new Bad Bunny merch to celebrate an epic …
FOOTBALL / 3 Hours Ago
Even the NFL is celebrating the Benito Bowl and just dropped a ton of post-game merch inspired by the performance of the year.

View All BestReviews ›

TOP STORIES >

Pedestrian killed in San Jose hit-and-run
Video: Sen. Wiener snubs handshake from Mayor Lurie
1 shot dead in San Francisco Monday
Woman shot in East Bay, 1 arrested for attempted …

Top Stories ›

MORE STORIES >

Gamer who tried to kill Central Coast woman he met …
Santa Rosa construction supply company fined $1.28M
Victim suffers serious burns in SF fire Tuesday morning
Vallejo student arrested for bringing loaded gun …
San Francisco teachers strike continues into day …
Oakland man who robbed mail carrier gets 5 years …
Rain returns Tuesday to Bay Area
Will the SF Bay Area host another Super Bowl anytime …

More Stories ›

KRON4 Video

Man falls from roof during alleged home invasion …
20 hours ago

More Videos ›

KRON4
The Bay Area's Local News Station

Local News
KRON4+
San Francisco Weather
Report It! Submit your photo or video
About our Ads
EEO Report
FCC Public File
Nexstar CC Certification

Get News App
Download on the App Store
GET IT ON Google Play

Stay Connected

Privacy Policy 09/30/2025
Terms Of Use
FCC Applications
Public File Assistance Contact
The Hill
NewsNation
BestReviews
Content Licensing
Advertise with Nexstar
Journalistic Integrity
Sitemap
Your Privacy Choices

© 1998 - 2026 Nexstar Media Inc. | All Rights Reserved.



"We must review, with our regulatory partners, the information to ensure it is complete, accurate, and protective of community health."

Asked to explain the timing of its announcement, the health department emphasized the necessity of transparency: "When information about possible contamination is delayed for nearly a year, we have to speak up," adding, "The department informed the community because transparency builds trust — silence does not."

## Planned meeting canceled abruptly

The first local official to learn of the plutonium question appears to have been Dr. Veronica Hunnicutt, chair of the Hunters Point Citizens Advisory Committee, a panel charged with communication with local stakeholders. Michael Pound, the Navy's environmental coordinator, first mentioned it to her on Sept. 22, according to an email chain obtained by the Public Press.

1 of 2 Automatic Zoom

From: Pound, Michael J CIV USN NAVFAC WASHINGTON DC (USA)
To: Hussain, Lila (CII)
Cc: Casey, Ryan (DPH)
Subject: FW: [Non-DoD Source] Fwd: Plutonium Issue
Date: Thursday, October 2, 2025 5:50:58 PM

Lila,

As we discussed, I am forwarding Dr. Hunnicutt's email. I briefly discussed the Pu exceedance before last Monday's CAC meeting. I told I would schedule a follow up meeting to discuss the issue with her and get her recommendations for sharing the information with the public. Secondly, I asked her if she would be interested in scheduling a meeting in the first week of the month that we have CAC meetings to get her input on community concerns to be focus the presentations. She agreed it was a good idea.

I am off tomorrow. We can discuss this further next week.

Michael

-----Original Message-----
From: Veronica Hunnicutt
Sent: Thursday, October 2, 2025 11:49 AM
To: Pound, Michael J CIV USN NAVFAC WASHINGTON DC (USA) <michael.j.pound.civ@us.navy.mil>
Subject: [Non-DoD Source] Fwd: Plutonium Issue

Hello Michael,
Thank you for reaching out to me.

I think the public should know about this matter eventually; however, I wanted to ask you some questions and get clarification that would be helpful in comprehending what happened initially to determine the next steps.
>

Navy letter to Hunnicutt and OCII

Download

After Hunnicutt contacted Pound with further questions, and expressed concerns that incomplete information could lead to public confusion, on Oct. 2 Pound forwarded her email to officials at the Department of Public Health and the city Office of Community Investment and Infrastructure, which oversees residential and commercial redevelopment at the former shipyard.

In his response, Pound noted that he mentioned "the Pu exceedance" — a reference to the possible detection of highly radioactive and long-lived plutonium-239 — to Lila Hussein, the senior project manager for the shipyard's redevelopment, sometime that day.

Aware that the story needed to get out, Pound asked for Hunnicutt's "recommendations for sharing the information with the public."

Hunnicutt urged restraint, warning against triggering panic over what might be a "false positive," writing, "That's why it's very important to avoid any hasty announcement."

*On Nov. 17, the Navy convened neighbors to discuss their concerns about the plutonium detection, calling it a false positive reading but apologizing for delaying communication about it.* ***Credit: Chris Roberts / San Francisco Public Press***

At a recent affordable housing ribbon-cutting at the shipyard, Hunnicutt declined to comment for this story.

To address other agencies' questions, the Navy scheduled a meeting with local, state and federal interests for Oct. 29 to coordinate disclosure, a Navy spokesperson told the Public Press.

But at the last minute, the Navy said, the Department of Public Health canceled that meeting. Instead, department staff sent two letters, dated Oct. 30. The first went to the Navy. The second letter, addressed only to Hunnicutt's committee and another community group, stated: "Full transparency with our communities and the Department of Public Health is critical, and we share your deep concerns regarding the 11-month delay in communication from the Navy."

Lurie said he was out of the loop for the four weeks that officials were deciding what to do. "We got the news when we all got it, about a week ago," the mayor told the Public Press on Nov. 7 at the ribbon-cutting event.

## Cold War legacy

The presence of plutonium, the key ingredient in nuclear weapons, should not surprise anyone familiar with the shipyard's history.

As the Public Press reported last year in its investigative series "Exposed: The Human Radiation Experiments at Hunters Point," airborne plutonium was detected around the docks as early as 1947. The source was target vessels towed back to San Francisco after they were blasted in above-ground atomic weapons tests on Pacific islands early in the Cold War. Hundreds of workers were ordered to "clean" the ships with hand tools and sandblasters — which only served to spread the contamination.

The Naval Radiological Defense Laboratory, the research unit that directed this work, exposed at least 1,073 service members, dockworkers and scientists to radiation in occupational and medical tests that pushed up against the era's emerging ethical standards, according to fragmented historical records from the National Archives, science journals and other databases.

EXPOSED
The Human Radiation Experiments at Hunters Point

Researchers reported to the Navy that plutonium and other hazardous material could have migrated to the nearby majority-Black neighborhood on the wind, yet no evidence could be found that the Navy ever warned local residents. The military never studied the shipyard's effects on local health outcomes, which have been found to be some of the worst in the Bay Area.

The redevelopment project has for decades been plagued by seemingly endless controversy, including supervisors at Navy contractor Tetra Tech EC being sentenced to prison in 2018 for having submitted faked testing results on soil samples in the cleanup zone. That set the project back years and prompted retesting that is still ongoing.

In her email to the Navy's Pound, Hunnicutt also referenced detection in 2021 of strontium-90, a radioactive isotope. That led to accusations that the Navy was covering up the finding after it reanalyzed samples using a different method that detected no strontium. "That case was botched because it created an unnecessary anxiety in the community, and to this day the stakeholders still talk about it," Hunnicutt wrote.

Support our local in-depth reporting and investigations.

DONATE NOW!

This year's plutonium affair is reigniting these fears at a key moment. Next year the Navy wants to start demolishing shipyard buildings, some of which could contain traces of radioactive substances. After apologizing to community members at the Nov. 17 meeting for sitting on the plutonium finding for nearly a year, the Navy also found itself fending off rumors that it planned to take down the buildings with dynamite.

## Ambiguous test result

The Navy claims it was first informed last March that a contractor cutting through an asphalt cover the previous November to retest areas tainted by the TetraTech EC fraud scandal discovered plutonium-239 in an air-monitoring station. Although the reported concentration was minuscule, it exceeded the site-specific "action level" that triggers review.

The Navy halted work while sending the sample for retesting and said follow-up analysis failed to detect any plutonium.

"These inconsistencies called into question the validity of the result," wrote Anthony Megliola, director of the Navy's Base Realignment and Closure office, in the Nov. 7 letter. "Given these facts, we believed it was prudent to work with our experts to attempt to validate the authenticity of the result before communicating it publicly."

HPNS
Hunters Point Naval Shipyard
Department of the Navy
Base Realignment and Closure (BRAC)
Parcel C Air Monitoring
The Plutonium-239 Outlier
Map of HPNS Parcel C Air Monitors and Fieldwork, November 2024
Pu-239 Air Sample: Location and Key Facts
• One laboratory air-filter sample from the Parcel C downwind air monitor (MSC02) in November 2024 reported Pu-239 above the project Action Level.
• The air filters were pre-screened on-site for health protectiveness before being sent to the laboratory.
• During the sample week, real-time PM10 dust monitoring showed no exceedances, and daily field surveys found no elevated radionuclides.
• This was the only exceedance among more than 200 samples collected since July 2023.
• A second analysis of the same filter found did not show an exceedance.
• The Navy and laboratory conducted a detailed review to confirm results and ensure continued public safety.
San Francisco Bay
F (Piers)
Approximate location of asphalt grinding activities 11/4/24—11/6/24
Former A-1
MSC02 (downwind air monitor)
MSC01 (upwind air monitor)
Real-time Dust Monitors

*Navy officials told residents at the Nov. 17 community meeting that only one air monitoring station picked up a trace of plutonium-239, and a re-analysis of the sample came up negative for the isotope.* ***Credit: Chris Roberts / San Francisco Public Press***

Sometime after the Navy found out, it published quarterly air-monitoring reports on its website that claimed no plutonium detection. That "was mistakenly uploaded" and later corrected, a Navy spokesperson told the Los Angeles Times.

The Navy has not explained why it did not alert the U.S. EPA until Oct. 23, weeks after it told the city, said Michael Collins, an EPA representative.

To be sure, the health effects of the plutonium detected, if it even existed, would probably have been relatively insignificant, independent experts said.

"Plutonium is bad news and raises many flags," said Tom McKone, a professor emeritus of environmental health sciences at UC Berkeley.

He emphasized that the shipyard's action level "is actually very low" — so conservative that it is not a good measure of risk. Someone breathing the initially reported level continuously for a year, McKone said, would receive about the dose of two chest x-rays — roughly 3% of the annual dose from all sources for an average American.

If the Navy knew the risk was tiny, he asked, why would it take so long to share that information? Its behavior over the 11-month timeline only served to elevate public suspicions and spur the ongoing interagency blame. "I can't imagine that they need a year to confirm their measurements and decide what action to take," he said.

Keep up to date — get the latest news in your inbox weekly!

Email Address SIGN UP

Related

aerial image of the six-story, nearly windowless form radiation lab building at Hunters Point in San Francisco,
**Shuttered Radiation Lab Poses Ongoing Health Risks for Growing Neighborhood**
December 16, 2024

two men in a laboratory, one in a white lab coat and another in a gas mask and full-body hazard suit, posing in a
**Public Press Wins 2025 Izzy Award for Series Investigating Human Radiation Experimentation**
April 8, 2025

**'Exposed' Project Press Release**
*** Media Alert *** "Exposed: The Human Radiation Experiments at Hunters Point" documents years of unnecessary exposure of more than 1,000 veterans and civilians at a San Francisco Navy
November 25, 2024

**CHRIS ROBERTS**
Chris Roberts' reporting on the Hunters Point Shipyard has been recognized with awards from the Society of Professional Journalists and the Park Center for Independent Media.
More by Chris Roberts

**San Francisco Public Press Comment Policy**
We curate comments as part of a commitment to productive, respectful discussion. Approval may take 48 hours.
Got it

0 Comments Login

LOG IN WITH OR SIGN UP WITH DISQUS
Name

Share Best Newest Oldest

Subscribe Privacy Do Not Sell My Data DISQUS

SAN FRANCISCO PUBLIC PRESS
The San Francisco Public Press publishes investigative reporting online and in print, and produces audio journalism through podcasts and on KSFP, 102.5 FM. As a 501(c)3 nonprofit organization, we have received funding from national and local foundations and thousands of individuals. Donations are tax deductible to the extent allowed by law.
We depend on your support. A generous gift in any amount helps us continue to bring you this service.
DONATE

SECTIONS
Special Reports
Homelessness
Housing
Health
Environment
Government & Politics
More Topics

ABOUT US
About Us
Contact Us

© 2026 San Francisco Public Press Powered by Newspack Ethics and Business Practices

Support the Guardian
Fund the free press with $5 per month
Support us
Print subscriptions | Newsletters | Sign in
US

The Guardian
News | Opinion | Sport | Culture | Lifestyle
US news | US politics | World | Climate crisis | Middle East | Ukraine | US immigration | Soccer | Business | Environment | Tech | Science | Newsletters | The Filter | Wellness

US news

This article is more than **2 months old**

# US navy accused of cover-up over dangerous plutonium in San Francisco

**Advocates allege navy knew levels of airborne plutonium at Hunters Point shipyard were high before it alerted officials**

Tom Perkins
Thu 27 Nov 2025 08.00 EST

Share

Hunters Point Naval Shipyard in San Francisco in September 2018. Photograph: Carlos Avila Gonzalez/San Francisco Chronicle via Getty Images

The US navy knew of potentially dangerous levels of airborne plutonium in San Francisco for almost a year before it alerted city officials after it carried out testing that detected radioactive material in November last year, public health advocates allege.

The plutonium levels exceeded the federal action threshold at the navy's highly contaminated, 866-acre Hunters Point Naval Shipyard. It was detected in an area adjacent to a residential neighborhood filled with condos, and which includes a public park.

The city is planning to redevelop Hunters Point with up to 10,000 housing units and new waterfront commercial districts. The property was used as a staging ground for nuclear weapons testing, and the discovery marks the latest in a series of controversies and cover-ups of dangerous, radioactive material at the site.

The navy is trying to avoid spending several billion dollars to do a proper clean up, said Jeff Ruch, senior counsel with the Public Employees for Environmental Responsibility nonprofit, which is involved in litigation at the site.

"It's been one thing after another after another," Ruch said. "What else is in the closet? We don't know and we're not going to search the closet to find out."

The navy did not respond to a request for comment from the Guardian.

The test results became public on 30 October when the city released a bulletin alerting residents to the issue. The tests had been conducted the previous November. Since the bulletin became public, attorneys, public health advocates and nearby community members have been attempting to get more information, and last week met navy officials for the first time.

In the bulletin, city health officials said: "Full transparency with our communities and the department of public health is critical, and we share your deep concerns regarding the 11-month delay in communication from the navy."

The navy claimed the reading may be in error, though public health advocates and attorneys so far remain skeptical. The navy did not deny that it withheld the results, and Michael Pound, the navy's environmental coordinator overseeing the clean-up, apologized at a recent community meeting for not releasing them sooner.

"I've spent a fair amount of time up here getting to know the community, getting to know your concerns, transparency and trust, and on this issue we did not do a good job," Pound said.

The navy during the 1950s used Hunters Point to decontaminate 79 ships irradiated during nuclear weapons tests in the Pacific Ocean. That caused radioactive waste to be spread throughout the shipyard, and the Environmental Protection Agency in 1989 listed the yard as a "superfund" site, a designation for the nation's most polluted areas.

About 2,000 grams of plutonium-239, a highly radioactive material and one of the most lethal substances on the planet, is estimated to be at Hunters Point, per a report provided to the EPA by nuclear experts on failures in the site's clean-up. Air exposure can cause cellular damage and radiation sickness, while the inhalation of one-millionth of an ounce will cause cancer with a virtual 100% statistical certainty.

An array of other toxic and radioactive substances are also on the site. Hunters Point held a secret navy research lab where animals were injected with strontium-90. In 2023, the navy and a contractor were accused of falsifying strontium-90 test results.

The EPA and navy are legally required to ensure that dust kicked up during the clean-up does not present a health risk to workers and nearby residents, said Steve Castleman, supervising attorney of Berkeley Law's Environmental Law Clinic. It is engaged in litigation with the navy and the EPA, in part claiming that the government is failing to meet clean-up standards that have been strengthened since the project started.

The navy took 200 air samples for plutonium in November 2024 and found one that was at a level two times higher than the federal action threshold, according to Castleman and the EPA. The exposure levels at which plutonium can cause cancer are very low, but the low levels also makes it difficult to measure, Castleman said.

The navy has claimed it re-checked that sample and the second reading was a non-detect, the EPA said. The navy has also said the levels in the air and the amount of time at which people are potentially exposed is safe, Castleman said.

But the navy's history of dealing with the records has generated skepticism among neighbors and public health advocates, Castleman added.

"Can you trust them to report this honestly?" he asked, adding that the navy has not yet provided data to the public to support its claim.

In a statement, an EPA spokesperson said the agency has "requested all of the data used by the navy so our agency could verify the findings ourselves.

"[The] EPA will prioritize the review of the Pu-239 results to make a final determination on what risk there is to the public."

The EPA is overseeing the clean-up, but Ruch characterized it as a "98lb weakling" that is failing to protect residents. The navy has said it did not carry out nuclear work on 90% of the site, so the EPA is not requiring it to look for radiation in those areas, despite radioactive material turning up across the yard, Ruch said.

The EPA disagreed, and said "the site has been fully characterized" and "the vast majority of historic radiological material at the Hunters Point site has been removed or remediated" despite that it regularly turns up on site.

Workers in the 1950s initially tried cleaning the ships returning from nuclear testing with brooms, Ruch said, using the anecdote to illustrate how little the government knew about how to work with radioactive material. Crews later sandblasted the ships, and the grit was reused around the yard, Ruch said.

The navy sent ships with goats into the blast zone, and the radioactive material in or on the animals was likely spread through Hunters Point either in contaminated feces, or when the animals were incinerated, experts say. The navy also burned irradiated fuel on site.

One parcel on the site has been turned over to developers, and residents living there say unremediated contamination is behind a cluster of cancer and other health problems.

The city and federal government have proposed capping the property with four inches of clean dirt, but Ruch said that is insufficient because it still risks exposing people to whatever is underneath, which still remains a mystery.

"There are several thousand tons of radioactive grit that have never been accounted for that were buried," Ruch said. "Where was it buried? The navy doesn't know and it doesn't want to look."

**Quick Guide**
Contact us about this story
Show

Explore more on these topics
US news
Share
Reuse this content

Most viewed

Norwegian biathlete wins Winter Olympics bronze and then tells TV interview of affair

Live
Democratic congressman Ro Khanna names six men appearing in unredacted Epstein files – live

'They always gave us the heaviest work': how Maga billionaires relied on Mexican labor

'So shameful': backlash as US national monuments conform to Trump's rewrite of history

A camel race and Donald Trump taking a Liberty: photos of the day – Tuesday

Most viewed
1 6
2 7
3 8
4 9
5 10

US news | US politics | World | Climate crisis | Middle East | Ukraine | US immigration | Soccer | Business | Environment | Tech | Science | Newsletters | The Filter | Wellness

News | Opinion | Sport | Culture | Lifestyle

Original reporting and incisive analysis, direct from the Guardian every morning
Sign up for our email

About us | Help | Complaints & corrections | Contact us | Tip us off | SecureDrop | Privacy policy | Cookie policy | Tax strategy | Terms & conditions
All topics | All writers | Newsletters | Digital newspaper archive | Bluesky | Facebook | Instagram | LinkedIn | Threads | TikTok | YouTube
Advertise with us | Guardian Labs | Search jobs | Work with us | Accessibility settings

Back to top

© 2026 Guardian News & Media Limited or its affiliated companies. All rights reserved. (dcr)