Kelly Kirsten Tankersley                    Case No. 3:25-cv-05030-AGT

1033 Revere Avenue

San Francisco, California

tk0260@gmail.com

415-583-6821

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KELLY KIRSTEN TANKERSLEY, Plaintiff

v.

THE UNITED STATES, Defendant

MOTION TO COMPEL PRODUCTION OF THE ADMINISTRATIVE CLAIM FILE

I INTRODUCTION

Plaintiff moves for an order compelling the Defendant to produce the full contents of Plaintiff's Navy tort claim. The file is currently being sequestered by the Defendant and contains the primary medical evidence-including test results and formal requests for treatment- that the court previously noted were missing from the record in it's denial of the TRO.

II ARGUMENT

1. Revelance:  The Administrative Claim contains the exact timeline of notice and specific lab results (pCi/g) required to establish harm that

is the core basis of the Plaintiff's claim and the basis for irreparable harm.

2. Spoilation of evidence. As Plaintiff stated in the claim, the plutonium is causing internal damage that continues until removed by chelation. The effective window of success is quickly closing and the plutonium is buried deeper into the bone and is more difficult to remove.

3. Correcting the Record: The court mentioned in it's findings the lack of medical evidence and this is where it is contained.

CONCLUSION

"Defendant has already admitted in the Joint Case Management Statement that the Administrative Claim is in their possession. They have refused to produce it. Under federal Rule of Civil Procedure 26(a)(1)(A), this record should have been produced as part of Initial Disclosures, as it provides the basis of Plaintiff's claim and reason for the request for injunctive relief. Plaintiff sent a request for documents to the Defendant that specified a copy of the Administrative Claim because it was not a standard N95 form and a copy of the investigative file used to process the claim to gather insight into the reason for the denial  Attached to this motion to compel is a copy of initial disclosures, request for a copy of the claim, Defendant's entry of incomplete copy of the claim and Plaintiff's

MOTION TO COMPEL REQUESTED ADMINSTRATIVE CLAIM