1. IMMINENT and IRREPARABLE harm:

Plaintiff faces imminent, significant and irreparrable harm in the form of untreated plutonium exposure. Monetary damages alone cannot compensate for ongoing physical injury, and the harm will continue to worsen without immediate medical intervention.. Access to essential medical treatment is a fundamental need, not a speculative injury.

2. Lack of Adequate Remedy at law.

Plaintiff has no adequate legal remedy to compel treatment through standard procedures. Multiple attempts to secure treatment through administrative channels (SFDPH, U.S. Navy, FTCA claim process) has been futile, all requests have gone unanswered or been denied

Not many people understand what internalized plutonium is, that there is treatment for it and it is inexpensive and is curative. It removes it from your body which will prevent further damage. Although plutonium can be found almost everywhere throughout the world, it is in low concentrations and widely dispersed. Almost everyone has come into contact with some plutonium during their lifetime. It is most dangerous when inhaled, and if it is transferred into the bloodstream. It would require a significant amount before it would be present or found in a urinalysis. Even then it would be impossible to determine if finding it in a urinalysis would imply that you will be injured or develop cancer years later. It is very unusual that plutonium 244 has been released in the environment from the shipyard in the amount

Kelly Tankersley )
)
1033 Revere )
San Francisco, CA 94124 )
)
415-583-6821 )
)
tk0260@gmail.com )
)
)
KELLY KIRSTEN TANKERSLEY )
)
    Plaintiff, pro per )
)
)
THE UNITED STATES )
DEPARTMENT OF THE NAVY )
)
)
_____)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN CALIFORNIA DISTRICT
SAN FRANCISCO DIVISION