"Exhibit B"

J. PATRICK GLYNN
Director, Torts Branch
ANNA ELLISON
Trial Attorneys
Civil Division, Torts Branch
P. O. Box 340
Washington, D.C. 20044
Telephone: (202) 880-0389
Email: Anna.E.Ellison@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| KELLY KIRSTEN TANKERSLEY )<br><br>Plaintiff, )<br><br>vs. )<br><br>UNITED STATES OF AMERICA )<br><br>Defendant. ) | CASE NO. 3:25-cv-05030-AGT<br><br>**DEFENDANT UNITED STATES OF AMERICA'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION** |

Pursuant to Federal Rule of Civil Procedure 34, Defendant United States of America responds to Plaintiff's First Set of Requests for Production, dated December 27, 2025, as follows:

## OBJECTIONS TO DEFINITIONS

1.     **You/Your**: The United States objects to Plaintiff's definitions of the terms "You" and "Your" on the grounds that they extend beyond what is relevant and proportional to the parties' claims and defenses in this case. In responding to these requests, the United States interprets "You" and "Your" to refer to the United States Department of the Navy ("the Navy"), the United States Environmental Protection Agency ("EPA"), and the Nuclear Regulatory Commission ("NRC"). If other federal agencies or departments are relevant to a specific request, the United States will so specify in its response to this Request.

2.     **Communications**: The United States objects to Plaintiff's definition of "Communications" as overbroad to the extent that it includes "any oral . . . exchange of words" and "verbal" communications. With respect to oral or verbal exchanges, the United States will interpret "Communications" to refer only to oral or verbal exchanges that have been recorded in some manner, such as an audio recording or transcription.

## RESPONSES TO DOCUMENT REQUESTS

**REQUEST FOR PRODUCTION NO. 1:**

A copy of the Plaintiff's administrative complaint, including all emails, letters and correspondence between the Plaintiff and the Navy Judge Advocate office.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

The United States objects to RFP 1 to the extent it seeks documents that are already in Plaintiff's possession, custody, or control, or otherwise equally available to Plaintiff.

Subject to these objections, the United States is producing a copy of the SF-95 that Plaintiff filed with the Navy. *See* US_NavyTankersley_00000001. The United States will conduct a reasonable search for responsive, non-privileged documents and will produce any additional documents within 30 days.

**REQUEST FOR PRODUCTION NO. 2:**

All investigative reports, internal memos, or correspondence generated by the Navy in response to the Plaintiff's administrative claim.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

The United States objects to RFP 2 as seeking privileged communications and protected attorney work product. The United States further objects to this Request to the extent it seeks documents that are already in Plaintiff's possession, custody, or control, or otherwise equally available to Plaintiff.

Subject to these objections, the United States will conduct a reasonable search for responsive, non-privileged documents and will produce any such documents within 30 days.


Dated:  January 27, 2026

J. PATRICK GLYNN
Director, Torts Branch

 */s/ Anna Ellison*
Anna Ellison
DC Bar No. 9004872
Trial Attorneys
U.S. Department of Justice
P. O. Box 340
Washington, D.C. 20044
Telephone: (202) 880-0389
Fax: (202) 616-4473
Email: Anna.E.Ellison@usdoj.gov


*Attorneys for Defendant United States*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee of the United States Department of Justice and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that he is causing a copy of the foregoing Responses and Objections to be served on counsel of record via email.

I declare under penalty of perjury that the foregoing is true and correct.

Executed January 27, 2026, in Washington, D.C.

*/s/ Anna Ellison*
Anna Ellison