# "Exhibit A"

BRETT A. SHUMATE
Assistant Attorney General
JONATHAN GUYNN
Deputy Assistant Attorney General
J. PATRICK GLYNN
Director, Torts Branch
ALBERT K. LAI
Assistant Director
LAUREN GERBER
Trial Attorney
Civil Division, Torts Branch
P.O. Box 340
Washington, D.C. 20044
(202) 598-7354

*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| KELLY KIRSTEN TANKERSLEY<br><br>Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA;<br>THE UNITED STATES<br>DEPARTMENT OF THE NAVY,<br><br>Defendant. | Case No. 3:25-cv-05030-AGT<br><br>**DEFENDANT UNITED STATES' INITIAL DISCLOSURES**<br><br>Date: September 12, 2025<br>Time: 2:00 P.M.<br>Courtroom: A 15th Floor<br>Judge: Hon. Alex G. Tse |
|---|---|

**THE UNITED STATES' INITIAL DISCLOSURES**

The United States of America makes this initial disclosure of information pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure. This initial disclosure is based on information presently available to the United States Department of Justice, Civil Division. Because these disclosures are being made before discovery has commenced, the United States reserves the right to supplement these disclosures as discovery proceeds, as required by Rule 26(e) of the Federal Rules of Civil Procedure.

This initial disclosure is not intended to identify expert witnesses, if any, the United States may use in this case, nor documents or information, if any, used by any experts in this case. The United States will make disclosures regarding expert witnesses, if any, in compliance with the schedule set by the Court and Fed. R. Civ. P. 26(a)(2).

**I.     Rule 26(a)(1)(A)(i): Individuals**

The United States has preliminarily identified the following individuals likely to have discoverable information that the United States may use to defend claims brought against it by plaintiffs.

1. Thomas Campbell

    Tort Claims Attorney

    Department of the Navy

    Office of the Judge Advocate General

    Admiralty and Claims (Code 15)

    Tort Claims Unit Norfolk

    9324 Virginia Avenue, Suite 104

    Norfolk, VA 23511-2949

    Subject: Statute of limitations

2. Juanita Bacey

    Address and Telephone unknown at this time.

    Subject: Plaintiff states in a communication attached to her administrative claim that she reported her "extreme Uranium test results to Nina Bacey."

3. Kathryn Higley

Address and Telephone unknown at this time.

Subject: Plaintiff states in a communication attached to her administrative claim, "I believe this was also the case with Kathryn Higley who was hired by the Navy (BRAC) to answer radiation related health risk questions from the public about Hunters' Point Shipyard" and that Plaintiff spoke with Kathryn Higley.

The United States reserves the right to supplement this list with other individuals as additional information becomes available.

II. **Rule 26(a)(1)(A): Documents, Electronically Stored Information, and Tangible Things**

The identification of documents and other material provided herein is based on information currently available to the United States. The United States will supplement this disclosure as needed as additional information is gathered through discovery.

The United States designates the following categories of documents, data compilations, and tangible things currently in its possession, custody, or control that it may use to support its claims or defenses, unless use is solely for impeachment:

1. Plaintiff's administrative claim;
2. Communications sent by Plaintiff to the Navy regarding Plaintiff's administrative claim;
3. Documents, data, and materials relevant to the testing and remediation of the Hunters Point Naval Shipyard.

The United States will make the documents or other evidentiary material available for inspection and copying at a mutually agreeable time, unless privileged or protected, pursuant to Rule 26(a)(1)(A)(iii) of the Federal Rules of Civil Procedure.

The United States reserves the right to supplement this disclosure as any additional documents that it may use to support its claims or defenses become available.

III. **Rule 26(a)(1)(A)(iii): Damages**

Not applicable.

IV.     **Rule 26(a)(1)(A)(iv): Insurance Information**

     Not applicable.


DATED: September 5, 2025                    Respectfully submitted,

                                                            BRETT A. SHUMATE
Assistant Attorney General
JONATHAN GUYNN
Deputy Assistant Attorney General

J. PATRICK GLYNN
Director, Torts Branch
ALBERT K. LAI
Assistant Director


*/s/ Lauren Gerber*
LAUREN GERBER
Trial Attorney
Civil Division, Torts Branch
P.O. Box 340
Washington, D.C. 20044

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2025, a copy of the foregoing Initial Disclosures was served on Plaintiff via email. Plaintiff, who is proceeding pro se, stated in writing that Plaintiff consents to electronic service.

*/s/ Lauren Gerber*
LAUREN GERBER