Kelly Kirsten Tankersley

1033 Revere Avenue

San Francisco, California

tk0260@gmail.com

415-583-6821

Case No.  3:25-cv-05030-AGT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

KELLY KIRSTEN TANKERSLEY, Plaintiff

v.

THE UNITED STATES, Defendant

MOTION TO COMPEL PRODUCTION OF THE ADMINISTRATIVE CLAIM FILE

### I INTRODUCTION

Plaintiff moves for an order compelling the Defendant to produce the full contents of Plaintiff's Navy tort claim.  The file is currently being sequestered by the Defendant and contains the primary medical evidence-including test results and formal requests for treatment- that the court previously noted were missing from the record in it's denial of the TRO.

### II  ARGUMENT

1. Revelance:   The Administrative Claim contains the exact timeline of notice and specific lab results (pCi/g) required to establish  harm that

---

MOTION TO COMPEL PRODUCTION

one                          3:25-cv-05030-AGT

is the core basis of the Plaintiff's claim and the basis for irreparable harm.

2. Spoilation of evidence.  As Plaintiff stated in the claim, the plutonium is causing internal damage that continues until removed by chelation. The effective window of success is quickly closing and the plutonium is buried deeper into the bone and is more difficult to remove.

3. Correcting the Record:  The court mentioned in it's findings the lack of medical evidence and this is where it is contained.

CONCLUSION

"Defendant has already admitted in the Joint Case Management Statement that the Administrative Claim is in their possession.  They have refused to produce it. Under federal Rule of Civil Procedure 26(a)(1)(A), this record should have been produced as part of Initial Disclosures, as it provides the basis of Plaintiff's claim and reason for the request for injunctive relief.   Plaintiff sent a request for documents to the Defendant that specified a "copy of the Administrative Claim" Plaintiff submitted one claim, the identifying number is in the header of this request.  The AUSA has misrepresented the very evidence it claims to possess, including the correspondence between Plaintiff and the Navy.  Defendant waited 30 days to send a piece of paper that was removed from Plaintiff's claim instead

DECLARATION OF PLAINTIFF IN SUPPORT OF MOTION TO COMPEL
Case No. 3:25-cv-05030-AGT

I, Kelly Tankersley am the Plaintiff in the above titled action and declare

all the information included in this motion , including exhibits are true

and correct.  I declare under the penalty of perjury that the information

 is true and correct.

2/10/2026    Kelly Tankersley

Kelly Tankersley                              )
                                              )
1033 Revere                                   )
San Francisco, CA 94124                       )PROPOSED ORDER TO
                                              )
415-583-6821                                  )COMPEL PRODUCTION
                                              )OF PLAINTIFF TORT CLAIM
tk0260@gmail.com                              )
                                              )
                                              )
KELLY KIRSTEN TANKERSLEY                       )
                                              )
          Plaintiff, pro per                   )
                                              )
                                              )
THE UNITED STATES                             )
DEPARTMENT OF THE NAVY                        )
                                              )
                                              )
_____)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN CALIFORNIA DISTRICT

SAN FRANCISCO DIVISION


The Defendant is hereby ordered to produce the complete

Administrative claim filed by the Plaintiff that was deemed perfected  on

August 27, 2024.

IT IS HEREBY ORDERED.

                                    _____

Dated_____

CERTIFICATE OF SERVICE

The Defendant has agreed to electronic notification.   The plaintiff has served notice on February 12, 2026.


Kelly Tankersley

DECLARATION OF PLAINTIFF IN SUPPORT OF MOTION TO COMPEL
Case No. 3:25-cv-05030-AGT

I, Kelly Tankersley am the Plaintiff in the above titled action and declare

all the information included in this motion , including exhibits are true

and correct.  I declare under the penalty of perjury that the information

 is true and correct.

2/10/2026     Kelly Tankessley

Kelly Tankersley                        )
                                        )
1033 Revere                             )
San Francisco, CA 94124                 )PROPOSED ORDER TO
                                        )
415-583-6821                            )COMPEL PRODUCTION
                                        )OF PLAINTIFF TORT CLAIM
tk0260@gmail.com                        )
                                        )
                                        )
KELLY KIRSTEN TANKERSLEY                )
                                        )
        Plaintiff, pro per              )
                                        )
                                        )
THE UNITED STATES                       )
DEPARTMENT OF THE NAVY                  )
                                        )
                                        )
                                        )
_____ )

5890
Ser J243728
July 25, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN CALIFORNIA DISTRICT

SAN FRANCISCO DIVISION


The Defendant is hereby ordered to produce the complete

Administrative claim filed by the Plaintiff that was deemed perfected on

August 27, 2024.

IT IS HEREBY ORDERED.

_____

Dated_____