# "Exhibit B"

J. PATRICK GLYNN
Director, Torts Branch
ANNA ELLISON
Trial Attorneys
Civil Division, Torts Branch
P. O. Box 340
Washington, D.C. 20044
Telephone: (202) 880-0389
Email: Anna.E.Ellison@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KELLY KIRSTEN TANKERSLEY<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>　　　　Defendant. | CASE NO. 3:25-cv-05030-AGT<br><br>**DEFENDANT UNITED STATES OF AMERICA'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION** |

Pursuant to Federal Rule of Civil Procedure 34, Defendant United States of America responds to Plaintiff's First Set of Requests for Production, dated December 27, 2025, as follows:

**OBJECTIONS TO DEFINITIONS**

1. **You/Your**: The United States objects to Plaintiff's definitions of the terms "You" and "Your" on the grounds that they extend beyond what is relevant and proportional to the parties' claims and defenses in this case. In responding to these requests, the United States interprets "You" and "Your" to refer to the United States Department of the Navy ("the Navy"), the United States Environmental Protection Agency ("EPA"), and the Nuclear Regulatory Commission ("NRC"). If other federal agencies or departments are relevant to a specific request, the United States will so specify in its response to this Request.

2. **Communications**: The United States objects to Plaintiff's definition of "Communications" as overbroad to the extent that it includes "any oral . . . exchange of words" and "verbal" communications. With respect to oral or verbal exchanges, the United States will interpret "Communications" to refer only to oral or verbal exchanges that have been recorded in some manner, such as an audio recording or transcription.

**RESPONSES TO DOCUMENT REQUESTS**

**REQUEST FOR PRODUCTION NO. 1:**

A copy of the Plaintiff's administrative complaint, including all emails, letters and correspondence between the Plaintiff and the Navy Judge Advocate office.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

The United States objects to RFP 1 to the extent it seeks documents that are already in Plaintiff's possession, custody, or control, or otherwise equally available to Plaintiff.

Subject to these objections, the United States is producing a copy of the SF-95 that Plaintiff filed with the Navy. *See* US_NavyTankersley_00000001. The United States will conduct a reasonable search for responsive, non-privileged documents and will produce any additional documents within 30 days.

**REQUEST FOR PRODUCTION NO. 2:**

All investigative reports, internal memos, or correspondence generated by the Navy in response to the Plaintiff's administrative claim.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

The United States objects to RFP 2 as seeking privileged communications and protected attorney work product. The United States further objects to this Request to the extent it seeks documents that are already in Plaintiff's possession, custody, or control, or otherwise equally available to Plaintiff.

Subject to these objections, the United States will conduct a reasonable search for responsive, non-privileged documents and will produce any such documents within 30 days.

Dated:  January 27, 2026

J. PATRICK GLYNN
Director, Torts Branch

 */s/ Anna Ellison*
Anna Ellison
DC Bar No. 9004872
Trial Attorneys
U.S. Department of Justice
P. O. Box 340
Washington, D.C. 20044
Telephone: (202) 880-0389
Fax: (202) 616-4473
Email: Anna.E.Ellison@usdoj.gov

*Attorneys for Defendant United States*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee of the United States Department of Justice and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that he is causing a copy of the foregoing Responses and Objections to be served on counsel of record via email.

I declare under penalty of perjury that the foregoing is true and correct.

Executed January 27, 2026, in Washington, D.C.

*/s/ Anna Ellison*
Anna Ellison

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Office of the Judge Advocate General  Tort Claims Unit Norfolk | Kelly Tankersley  1033 Revere avenue B  San Francisco, CA |

| 3. TYPE OF EMPLOYMENT  ☐ MILITARY  ☒ CIVILIAN | 4. DATE OF BIRTH  03/29/1966 | 5. MARITAL STATUS  single | 6. DATE AND DAY OF ACCIDENT  2022 -2024     n/a | 7. TIME (A.M. OR P.M.)  n/a |
|---|---|---|---|---|

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Please refer to page titled Basis of Claim. It was too lengthy to fill in on this form

## 9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

n/a

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

n/a

## 10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Please refer to page titled personal injury and extent

## 11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| mats Lindskoug | 1033 Revere avenue San Francisco, CA 94124 |

## 12. (See instructions on reverse). AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
|  | 5 million |  | 5 million |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| Kelley Tankersley | 415 583 6821 | May 13 2025 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2