"Exhibit C"

# DEPARTMENT OF THE NAVY
OFFICE OF THE JUDGE ADVOCATE GENERAL
TORT CLAIMS UNIT NORFOLK
9324 VIRGINIA AVENUE SUITE 104
NORFOLK VA 23511-2949

5890
Ser J243728
July 25, 2024

MS KELLY TANKERSLEY
1033 REVERE AVE
SAN FRANCISCO CA 94124

Dear Ms. Tankersley:

SUBJECT: CORRESPONDENCE IN RE KELLY TANKERSLEY; OUR FILE NO. J243728

We received the correspondence you submitted purporting to be a claim against the United States. I am writing to inform you that the correspondence does not contain information necessary to properly present a claim under the Federal Tort Claims Act (FTCA). See 32 C.F.R. § 750.6(a). Specifically, you failed to provide a sum certain (please complete all parts of block 12 of the enclosed SF95 claim form).

**<u>Until we receive this information you have not presented a proper claim and the two-year statute of limitations continues to run.</u>**

Please follow the instructions provided with the SF 95. If we do not receive the SF 95 or a letter containing the requested information in a timely manner, your attempt to file a claim may be barred by the statute of limitations.

Additionally, the Federal Tort Claims Act, 28 U.S.C. § 2671 et seq., and its implementing regulations, 28 C.F.R. § 14.4 and 32 C.F.R. § 750.27, require the claimant to cooperate with the Government by presenting sufficient information to allow the claim to be administratively adjudicated. Therefore, in addition to the information requested above, please provide the following information:

    a. A written report by your attending physicians on the nature and extent of the injury, nature and extent of treatment, any degree of temporary or permanent disability, the prognosis, period of hospitalization, and any diminished earning capacity. In addition, you may be required to submit to a physical or mental examination by a physician employed by any Federal agency;

    b. Itemized bills for related medical and hospital expenses incurred, or itemized receipts for payment of such expenses;

    c. A statement of expected expenses for future treatment;

 Gmail

Kelly Tankersley <tk0260@gmail.com>

## Kelly Tankersley File No
1 message

**Kelly Tankersley (via Google Docs)** <tk0260@gmail.com>  Mon, Oct 7, 2024 at 12:43 PM
Reply-To: Kelly Tankersley <tk0260@gmail.com>
To: tk0260@gmail.com
Cc: thomas.e.campell1.civ@us.navy.mi

## Kelly Tankersley attached a document

 Kelly Tankersley (tk0260@gmail.com) has attached the following document:

 Kelly Tankersley File No

*Snapshot of the item below:*

Kelly Tankersley                    File No. 243728
1033 Revere avenue                  September 27, 2024
San Francisco, CA 94124
415-583-6821
tk0260@gmail.com

Dear Thomas Campbell, I am trying to gather additional information to help assess my claim, specifically the medical requirements that you stated. I am willing to submit to an evaluation from any federal agency and that may be the only way to provide the assessment that is required for my claim. I am well aware of the fact that this is not how this situation should be handled. The Navy or the DoD for that matter has a responsibility to respond to any release of nuclear material in their custody and obviously to those that would be considered a United States Nuclear weapon or a component of one. The presence of Plutonium 244 in a urinalysis of any person is unheard of and this is a heavy element that was discovered following the "Ivy Mike" thermonuclear detonation carried out during "operation crossroads". The amount that was estimated was determined to be small compared to other elements and this is disturbing to realize how much was now released in San Francisco. This is the same isotope Mats has exposure to and I am certain my neighbors as well. The Hunters' Point Shipyard took in waste from all the major labs as well for disposal at sea and I have read plenty of accounts that state much of this was simply disposed of onsite. I don't care and I am angry how everyone involved in this project has shown how irresponsible they are and how incompetent they have proven to be in the positions they hold. I had to go to great lengths to uncover my exposure as the source to what I have instinctively known was causing the damage I have been experiencing for years now. If you want to classify this as an "injury" then keep in mind it is one that has no definite time of occurrence and it is still ongoing and increases with every day

that I remain here and remain untreated. That is only for the Plutonium part of this "injury". Knowing now that the solution for this shipyard is based on leaving much of the contamination onsite and the last episode that took place out here in Parcel E-2 where it has been reserved as "open space" and will never have residential development, the dirt that was placed here was highly contaminated with things I have never been tested for. The very reason I have the photos I sent you and that I have many many more, was because I finally paid attention and I wanted to know what the hell they were doing. If I read the administrative record, I get angry because I remember what took place and what did not and much of the work described doesn't reflect what was going on on the ground. I am aware that no one has been paying attention and they want to insist that everything is safe. It hasn't been safe for me or the few that have been closest to the Shipyard and the groups that jumped as soon as the Tetra Tech scandal hit the news, are the least affected of any group and in the case of the "Bayview Residents vs Tetra Tech", now they are aware and they should move if their fear of cancer is so great. I feel absolutely stupid because I ignored the news concerning Tetra Tech and I had no idea that there was such a thing as internal contamination. I also believed that the federal agencies were doing their job and I also believed that if something did happen they would respond accordingly. That is precisely what I would expect from the Navy or any branch of the DoD who has caused something like this to happen to anyone from contamination they created, had possession of and a duty to control. Believe me there is no one to contact to get a response and it has been hard to know what to do. The primary care provider I was given thru my health plan, the one I have never met in person and refused to disclose my latest test results, I gave up on her and I went ahead and picked a new provider and have already submitted for a IMR (independent Medical Review) to obtain approval for treatment with ca-dtpa/zn-dtpa before my initial appointment which is on November 12. I have contacted REAC/TS and they have agreed to guide whoever my doctor will be on how to proceed. I also received a response from an individual at RNCP (radiation and nuclear countermeasures program) who stated that my original email to REAC/TS was forwarded to them and then she had come across an article by Dr. Sumchai and wanted me to pass along her contact info to Dr. Sumchai. She said that the CDC would be willing to perform follow-up bioassays if needed. I had to disclose to her that Dr. Sumchai is not my doctor and has no desire to treat me. So this has caused me unbelievable harm. This crazy doctor who has spread information concerning my exposure all over the place in an attempt to gain support for herself is impeding my access to treatment. I realize now she included two of my test results in her letter to your office titled "intent to sue the Navy" for herself and not that she had filed a ftca in my name. The reason I sent a letter prior to the huge mess that I'm calling my claim, is because I need help and filing a claim isn't how I should be forced to receive it. I wanted to tell you or the Judge Advocates' office about what I was doing in regards to medical information that is needed for my claim and that I will submit to any evaluation you would like to satisfy the requirements needed. I really need help before it becomes much worse.

Thank you, Kelly Tankersley

| To | thomas.e.campbell1.civ@us.navy.mil. Person Person |
|---|---|
| Cc | Person |
| Bcc | Person |
| Subject | Kelly Tankersley |

 Gmail    Kelly Tankersley <tk0260@gmail.com>

## Untitled document
2 messages

**Kelly Tankersley (via Google Docs)** <tk0260@gmail.com>    Thu, Oct 10, 2024 at 3:30 PM
Reply-To: Kelly Tankersley <tk0260@gmail.com>
To: tk0260@gmail.com
Cc: thomas.e.campbell1.civ@us.navy.mil

## Kelly Tankersley attached a document

 Kelly Tankersley (tk0260@gmail.com) has attached the following document:

 Untitled document

*Snapshot of the item below:*

**Kelly Tankersley            October 10, 2024
1033 Revere avenue
San Francisco, CA 94124
tk0260@gmail.com**

**Dear Thomas Campbell, I wanted to let you know what I have been doing to gather the additional information that is required to process my claim. I finally sent a letter with this information but it was returned due to my incorrect spelling of the address and now what I believed to be a step in the right direction has turned out to be not as hopeful as I thought. What I am most focused on is the medical requirements that are needed. There are many circumstances that make this difficult and one of the reasons I sent a letter prior to filing a claim, is because there was no other means to notify anyone of**

what has happened or to receive the response that is required. I had to uncover this exposure on my own over the course of years and had no idea what it would turn out to be. There are very reliable tests available for most heavy metals including Uranium, Lead, Cobalt, Arsenic and Mercury but these are not regularly offered by most Health plans or even suggested by most Doctors. Plutonium testing is far more difficult to gain access to and more expensive. There are no release levels for Plutonium and the two isotopes I showed evidence of were not even listed in the inventory of contaminants reported for this site. Regardless, the only possible source would be the Shipyard and from the detonation of a thermonuclear device such as those detonated in the Marshall Islands. It is clearly spelled out how materials such as this are to be managed and I shouldn't have to mention this but exposure to Plutonium is a time sensitive situation that can greatly reduce adverse health effects if promptly treated. I am very angry that the Doctor who gave me access to the Genova tests has sought to exploit this situation for her own gain. The repeated disclosure of my test results have only made it more difficult for me to receive the help I need. I have had to try to gather the most recent information regarding the impact this is having on my health but the city of San Francisco and the Health Department here are actively blocking any reports of problems associated with this Shipyard. I am still unable to see the results of testing done back in February that indicate an ever-increasing blood lead and other heavy metals. I had to push like hell to get those tests done and I have appealed and complained to see the results to no avail. This is beyond ridiculous and there is not much I can do other than find another provider and request the treatment I need. That is exactly what I did and I plan on relaying the response I have received from REAC/TS to my doctor and hopefully receive treatment with zn-dtpa. I was also contacted by an individual from RNCP (Radiation nuclear countermeasures program), a program

what has happened or to receive the response that is required. I had to uncover this exposure on my own over the course of years and had no idea what it would turn out to be. There are very reliable tests available for most heavy metals including Uranium, Lead, Cobalt, Arsenic and Mercury but these are not regularly offered by most Health plans or even suggested by most Doctors. Plutonium testing is far more difficult to gain access to and more expensive. There are no release levels for Plutonium and the two isotopes I showed evidence of were not even listed in the inventory of contaminants reported for this site. Regardless, the only possible source would be the Shipyard and from the detonation of a thermonuclear device such as those detonated in the Marshall Islands. It is clearly spelled out how materials such as this are to be managed and I shouldn't have to mention this but exposure to Plutonium is a time sensitive situation that can greatly reduce adverse health effects if promptly treated. I am very angry that the Doctor who gave me access to the Genova tests has sought to exploit this situation for her own gain. The repeated disclosure of my test results have only made it more difficult for me to receive the help I need. I have had to try to gather the most recent information regarding the impact this is having on my health but the city of San Francisco and the Health Department here are actively blocking any reports of problems associated with this Shipyard. I am still unable to see the results of testing done back in February that indicate an ever-increasing blood lead and other heavy metals. I had to push like hell to get those tests done and I have appealed and complained to see the results to no avail. This is beyond ridiculous and there is not much I can do other than find another provider and request the treatment I need. That is exactly what I did and I plan on relaying the response I have received from REAC/TS to my doctor and hopefully receive treatment with zn-dtpa. I was also contacted by an individual from RNCP (Radiation nuclear countermeasures program), a program

reply and I am required to have a doctor explaining the reason for this treatment to expedite this action. Doesn't everyone understand the importance of treating Plutonium exposure? It is defined in all aspects of this nation's emergency response instructions for the DoD, Homeland Security, DTIC, FEMA and every other included agency. The DoD is supposed to respond as detailed in CERCLA and directive 3150.08 and it should be at the lowest level possible and started two years ago. Take care of this first then I should file a claim not the other way around. I had no idea that this would come to be, but having to have had to remain here has been only adding to the exposure I already have and the injury is ongoing as long as I remain. I am so tired of reading the Federal registry and all these codes that give the impression that all is fair and good in this country when I know that most do not adhere to any of these regulations. My longtime roommate and friend Mats, who also has Plutonium exposure, can't understand why anyone would do something such as this. He is from Sweden and people there pay extremely high taxes in return for a government that cares for their people from the "cradle to the grave" and something like this is unheard of and would never happen. I tell him it has to do with the money. I believe even you should be worried that so much money has been spent on this Shipyard and the final package will be to leave the majority of contamination onsite for future generations to manage. I'm not implying this is solely the Navy's decision because it can't be. The city of San Francisco being the primary stakeholder has been demanding many things over the years and have had the deciding voice in the provisions of this transfer. I want the chance to prove what I'm claiming has happened to me and then it will be possible to assess the injury, not before. So let me know how I can be seen or evaluated by a federal agency because at my end it is taking too long. It is of no use to try to describe what this is like and if I have to file a federal suit to get access to the truth, I will. How can I be in

control of my life or my health if I am not allowed to discover what is retained in my body? The things I now know that I have been in contact with should never be circulating in the air I have been breathing and I believe I have the right to know and that may be the only thing I ask for when I go to Federal Court if that is what I have to do.

Thank you so much for reading,
   Kelly Tankersley

This is a courtesy copy of an email for your record only. It's not the same email your collaborators received. Click here to learn more.

Google™

---

**crest** <tk0260@gmail.com>      Thu, Oct 10, 2024 at 3:34 PM
To: Kelly Tankersley <tk0260@gmail.com>

Sorry the case is Kelly Tankersley
  File No. 243728
[Quoted text hidden]

# Gmail

Kelly Tankersley <tk0260@gmail.com>

## (no subject)
1 message

**crest** <tk0260@gmail.com>  
To: thomas.e.campbell1.civ@us.navy.mil
Tue, Nov 26, 2024 at 3:46 PM

Hello Mr.Campbell, I wanted to make sure that it was understood that I would like to submit to an evaluation by a federal agency to help with my claim. This is difficult for me to explain the impact of delaying resolution which is also delaying access to treatment. If the option of being evaluated by any federal agent is available to me, then please arrange this as soon as possible. I do not believe I can withstand waiting much longer. Please let me know what I need to do.
Thank you, Kelly Tankersley

 Gmail

Kelly Tankersley <tk0260@gmail.com>

## request for evaluation
2 messages

**crest** <tk0260@gmail.com>   Tue, Nov 26, 2024 at 12:59 PM
To: thomas.e.campbell1.civ@u.s.navy.mil

Hello Mr.Campbell, I wanted to make sure that it was understood that I would like to submit to an evaluation by a federal agency to help with my claim. This is difficult for me to explain the impact of delaying resolution which is also delaying access to treatment. If the option of being evaluated by any federal agent is available to me, then please arrange this as soon as possible. I do not believe I can withstand waiting much longer. Please let me know what I need to do.
Thank you, Kelly Tankersley

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>   Tue, Nov 26, 2024 at 12:59 PM
To: tk0260@gmail.com



### Address not found

Your message wasn't delivered to **thomas.e.campbell1.civ@u.s.navy.mil** because the domain u.s.navy.mil couldn't be found. Check for typos or unnecessary spaces and try again.

**LEARN MORE**

The response was:

```
DNS Error: DNS type 'mx' lookup of u.s.navy.mil responded with code NXDOMAIN Domain name not
found: u.s.navy.mil For more information, go to https://support.google.com/mail/?p=BadRcptDomain
```

Final-Recipient: rfc822; thomas.e.campbell1.civ@u.s.navy.mil
Action: failed
Status: 5.1.2
Diagnostic-Code: smtp; DNS Error: DNS type 'mx' lookup of u.s.navy.mil responded with code NXDOMAIN
 Domain name not found: u.s.navy.mil For more information, go to https://support.google.com/mail/?
p=BadRcptDomain
Last-Attempt-Date: Tue, 26 Nov 2024 12:59:38 -0800 (PST)

---------- Forwarded message ----------

To: "Campbell, Thomas E CIV USN COMNAVREG MIDLANT VA (USA)" <thomas.e.campbell1.civ@us.navy.mil>

Dear Mr. Campbell, Thank you for the reply and don't forget that I requested an evaluation if that can be arranged with whoever the agency choses. It doesn't have to be in San Francisco and I am open to pretty much anywhere else. Do keep in mind that my "sum certain" is open to negotiation. I want more than anything to get away from this location and well, there is no excuse for the delay in obtaining treatment but it may be impossible in this city and there is nothing your agency can do to change this.

                Thank you, Kelly

[Quoted text hidden]

 Gmail

Kelly Tankersley <tk0260@gmail.com>

## (no subject)
1 message

**crest** <tk0260@gmail.com>  Tue, Feb 18, 2025 at 4:44 PM
To: "Campbell, Thomas E CIV USN COMNAVREG MIDLANT VA (USA)" <thomas.e.campbell1.civ@us.navy.mil>

Dear Thomas Campbell,  I received the denial for my claim submitted against the
Navy under the FTCA. I wanted to ask you for a more specific response in regards to the analysis that led to the final determination.  This would be very helpful when filing an appeal if I decide to do so.
        Thank you,
          Kelly Tankersley