BRETT A. SHUMATE
Assistant Attorney General
JONATHAN GUYNN
Deputy Assistant Attorney General
J. PATRICK GLYNN
Director, Torts Branch
ALBERT K. LAI
Assistant Director
ALANNA HORAN
Trial Attorney
Civil Division, Torts Branch
P.O. Box 340
Washington, D.C. 20044
202-598-7354
alanna.r.horan@usdoj.gov

*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY KIRSTEN TANKERSLEY,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA;<br>THE UNITED STATES<br>DEPARTMENT OF THE NAVY,<br><br>Defendant. | Case No. 3:25-cv-05030-AGT<br><br>**THE UNITED STATES OF AMERICA'S RESPONSE TO PLAINTIFF'S AMENDED MOTION TO COMPEL PRODUCTION OF THE ADMINISTRATIVE CLAIM FILE (ECF NO. 42)**<br><br>Date: March 13, 2026<br>Time: 10:00 am<br>Courtroom: A 15th Floor<br>Judge: Hon. Alex G. Tse |

1       On February 12, 2026, Plaintiff Kelly Kirsten Tankersley moved to compel Defendant United States of America ("the United States") "to produce the full contents of Plaintiff's Navy tort claim." *See* Mot. to Compel, ECF No. 42, at 1. Plaintiff alleges that the file contained information that was "missing from the record in [the Court's] denial" of Plaintiff's application for a Temporary Restraining Order (TRO). *See id.*

      Plaintiff's motion is moot. As noted in her brief, Plaintiff included a request for the Administrative Claim that she submitted to the Navy in her Requests for Production, dated December 27, 2025. *See* Mot. to Compel at 2; ECF No. 42-2 at 3. In its initial response to Request for Production No. 1, served January 27, 2026, the United States produced the copy of the SF-95 administrative claim that Plaintiff submitted to the Navy and stated that it would "conduct a reasonable search for responsive, non-privileged documents and will produce any additional documents within 30 days." *See* ECF No. 42-2 at 3.

      The United States did so and served its Supplemental Responses and Objections to Plaintiff's First Set of Requests for Production on February 20, 2026. *See* Decl. of Alanna Horan, dated February 25, 2026, Ex. A. Following a reasonable search, the United States produced the entirety of the Navy's file related to Plaintiff's administrative claim, totaling 80 pages that primarily consist of Plaintiff's own documents submitted to the Navy, in addition to the Navy's communications to Plaintiff.[1] *See id.* Plaintiff's assertions that such documents were unavailable for her application seeking a Temporary Restraining Order are therefore inaccurate, as Plaintiff could have included them in her submission to the Court.

      The United States respectfully submits that this Court should deny Plaintiff's Motion to Compel as moot.

---

[1] Given the nature of Plaintiff's submissions, which contain her recitation of her personal medical history and that of her roommate (who is not a party to this action), the United States has not attached the 80 pages of documents to its response. Should the Court wish to review them, however, the United States will produce them for inspection or will seek leave to file under seal.

| | | |
|---|---|---|
| 1 | DATED: February 25, 2026 | Respectfully submitted, |
| 2 | | BRETT A. SHUMATE |
| 3 | | Assistant Attorney General<br>JONATHAN GUYNN |
| 4 | | Deputy Assistant Attorney General |
| 5 | | J. PATRICK GLYNN |
| 6 | | Director, Torts Branch<br>ALBERT K. LAI |
| 7 | | Assistant Director |
| 8 | | |
| 9 | | */s/ Alanna Horan*<br>ALANNA HORAN |
| 10 | | Trial Attorney<br>Civil Division, Torts Branch |
| 11 | | P.O. Box 340<br>Washington, D.C. 20044 |
| 12 | | |
| 13 | | *Attorneys for the United States of America* |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the United States Department of Justice and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the foregoing Response to Plaintiff's Amended Motion to Compel Production of the Administrative Claim File to be served on Plaintiff Kelly Kirsten Tankersley via ECF, as Plaintiff consented to participation.

Executed February 25, 2026, at Washington, DC

/s/ Alanna Horan
ALANNA HORAN