BRETT A. SHUMATE
Assistant Attorney General
JONATHAN GUYNN
Deputy Assistant Attorney General
J. PATRICK GLYNN
Director, Torts Branch
ALBERT K. LAI
Assistant Director
ALANNA HORAN
Trial Attorney
Civil Division, Torts Branch
P.O. Box 340
Washington, D.C. 20044
202-598-7354
alanna.r.horan@usdoj.gov

*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KELLY KIRSTEN TANKERSLEY<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA;<br>THE UNITED STATES<br>DEPARTMENT OF THE NAVY,<br><br>Defendant. | Case No. 3:25-cv-05030-AGT<br><br>**DECLARATION OF ALANNA HORAN IN SUPPORT OF THE UNITED STATES OF AMERICA'S RESPONSE TO PLAINTIFF'S AMENDED MOTION TO COMPEL PRODUCTION OF THE ADMINISTRATIVE CLAIM FILE (ECF NO. 42)**<br><br>Date: March 13, 2026<br>Time: 10:00 am<br>Courtroom: A 15th Floor<br>Judge: Hon. Alex G. Tse |

I, Alanna Horan, declare as follows:

1. I am a Trial Attorney at the United States Department of Justice, Civil Division. I have entered an appearance in this case. The facts set forth in this declaration are within my personal knowledge or based on documents and information that I have received in the course of litigating this case.

3:25-cv-05030-AGT
UNITED STATES' RESPONSE TO PL.'S MOTION TO COMPEL

2. I make this Declaration in support of the United States of America's Response to Plaintiff's Amended Motion to Compel Production of the Administrative Claim File (ECF No. 42).

3. Attached as **Exhibit A** is a true and correct copy of the United States' Supplemental Responses and Objections to Plaintiff's First Set of Requests for Production, dated February 20, 2026.

4. As part of its supplemental response to Request for Production No. 1, the United States produced on February 20, 2026, the entirety of the Navy's administrative claim file related to the SF-95 administrative claim submitted by Plaintiff Kelly Kirsten Tankersley, which had been previously produced on January 27, 2026. The United States produced an additional 80 pages, bearing Bates stamp US_NavyTankersley_00000002-00000081. These 80 pages primarily consist of Plaintiff's own documents submitted to the Navy, in addition to the Navy's communications to Plaintiff about her administrative claim and its response to her roommate's simultaneously filed SF-95.

DATED: February 25, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
JONATHAN GUYNN
Deputy Assistant Attorney General

J. PATRICK GLYNN
Director, Torts Branch
ALBERT K. LAI
Assistant Director

/s/ Alanna Horan
ALANNA HORAN
Trial Attorney
Civil Division, Torts Branch
P.O. Box 340
Washington, D.C. 20044

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the United States Department of Justice and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the foregoing Response to Plaintiff's Amended Motion to Compel Production of the Administrative Claim File to be served on Plaintiff Kelly Kirsten Tankersley via ECF, as Plaintiff consented to participation.

Executed February 25, 2026, at Washington, DC

/s/ Alanna Horan
ALANNA HORAN