J. PATRICK GLYNN
Director, Torts Branch
LAUREN GERBER
Trial Attorneys
Civil Division, Torts Branch
P. O. Box 340
Washington, D.C. 20044
Telephone: (771) 217-8187
Email: Lauren.Gerber@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KELLY KIRSTEN TANKERSLEY<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>　　　　Defendant. | CASE NO. 3:25-cv-05030-AGT<br><br>**DEFENDANT UNITED STATES OF AMERICA'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION** |

On January 27, 2026, Defendant United States of America ("the United States") provided its initial response to Plaintiff's First Set of Requests for Production (RFPs), dated December 27, 2025. The United States now provides this supplemental response to Plaintiff's First Set of RFPs, dated December 27, 2025, as follows:

## OBJECTIONS TO DEFINITIONS

1. **You/Your**: The United States objects to Plaintiff's definitions of the terms "You" and "Your" on the grounds that they extend beyond what is relevant and proportional to the parties' claims and defenses in this case. In responding to these requests, the United States interprets "You" and "Your" to refer to the United States Department of the Navy ("the Navy"), the United States Environmental Protection Agency ("EPA"), and the Nuclear Regulatory Commission ("NRC"). If other federal agencies or departments are relevant to a specific request, the United States will so specify in its response to this Request.

2. **Communications**: The United States objects to Plaintiff's definition of "Communications" as overbroad to the extent that it includes "any oral . . . exchange of words" and "verbal" communications. With respect to oral or verbal exchanges, the United States will interpret "Communications" to refer only to oral or verbal exchanges that have been recorded in some manner, such as an audio recording or transcription.

## RESPONSES TO DOCUMENT REQUESTS

**REQUEST FOR PRODUCTION NO. 1:**

A copy of the Plaintiff's administrative complaint, including all emails, letters and correspondence between the Plaintiff and the Navy Judge Advocate office.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

The United States objects to RFP 1 to the extent it seeks documents that are already in Plaintiff's possession, custody, or control, or otherwise equally available to Plaintiff.

Subject to these objections, the United States conducted a reasonable search for responsive documents and now supplements its response by producing a copy of the Navy's entire administrative claim file related to the SF-95 Plaintiff submitted to the Navy, a copy of

1  which was previously produced on January 27, 2026, bearing Bates stamp
2  US_NavyTankersley_00000001. The documents in this supplemental production bear Bates
3  stamp US_NavyTankersley_00000002 – 00000081.
4        The United States has completed its search and has not withheld any documents.
5  **REQUEST FOR PRODUCTION NO. 2:**
6        All investigative reports, internal memos, or correspondence generated by the Navy in
7  response to the Plaintiff's administrative claim.
8  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**
9        The United States objects to RFP 2 as seeking privileged communications and protected
10 attorney work product. The United States further objects to this Request to the extent it seeks
11 documents that are already in Plaintiff's possession, custody, or control, or otherwise equally
12 available to Plaintiff.
13       Subject to these objections, the United States has conducted a reasonable search for
14 responsive documents and now refers Plaintiff to its Supplemental Response to RFP 1.
15       The United States has completed its search and has not withheld any documents.

17 Dated:  February 20, 2026

J. PATRICK GLYNN
Director, Torts Branch

 /s/ Lauren Gerber
Lauren Gerber
Trial Attorney
U.S. Department of Justice
P. O. Box 340
Washington, D.C. 20044
Telephone: (771) 217-8187
Fax: (202) 616-4473
Email: Lauren.Gerber@usdoj.gov

*Attorneys for Defendant United States*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he is an employee of the United States Department of Justice and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the foregoing Supplemental Responses and Objections to be served on counsel of record via email.

I declare under penalty of perjury that the foregoing is true and correct.

Executed February 20, 2026, in Ann Arbor, Michigan.

*/s/ Lauren Gerber*
Lauren Gerber

Defendant USA's Supplemental Responses and Objections to Plaintiff's First Set of Requests for Production
Case No. 3:25-cv-05030-AGT