Plaintiff's administrative claim prior to mailing



