
**SFGATE**
https://www.sfgate.com › News › Bay Area & State

### 'Deeply concerned': Dangerous radiation levels detected in ...

Oct 31, 2025 — San Francisco Health Officer Dr. Susan Philip said **plutonium** was found at the decommissioned Hunters Point Naval Shipyard back in November 2024, according to a letter...


Committee to Bridge the Gap
https://www.committeetobridgethegap.org › 2025/11/19

### CBG Statement on the Navy's Airborne Plutonium-239 ...

Nov 19, 2025 — The appearance of **plutonium**-239 in **air** filters at **Hunters Point** shows that radioactive particles were suspended in the **air** and not safely locked away in the ground as residents have long...

U.S. Department of War (.gov)
https://media.defense.gov › Dec › PARCEL C PU-...   PDF

### FACT SHEET Hunters Point Naval Shipyard (HPNS)

Dec 15, 2025 — A result above the Action Level does not represent a health risk; it triggers a review of dust control protocols by contractors. Air filters are pre-screened on site to check for elevated radiation...
2 pages
Missing: ~~detected~~ | Show results with: **detected**

plutonium detected in air at hunters point    

Nov 13, 2025 — This Fact Sheet is provided to clarify the information regarding **Plutonium**-239 (Pu-239) that was **detected** in an **air** sample at the former **Hunters Point** Naval Shipyard (HPNS).In March 202...


NBC Bay Area
https://www.nbcbayarea.com › news › local › high-leve...

### High levels of plutonium detected in San Francisco's ...

Oct 30, 2025 — The San Francisco Health Department is sounding the alarm over high levels of radioactive plutonium-239 (Pu-239) detected in the air in Hunters Point Naval Shipyard. Plutoniu...


Public Employees for Environmental Responsibility - PEER
https://peer.org › plutonium-hunters-point-signifies-bot...

### Plutonium at Hunters Point Signifies Botched Cleanup

Nov 10, 2025 — Washington, DC —Nearly a year after it **detected** dangerous levels of **plutonium**-laden dust on its **Hunters Point** Naval Shipyard, the U.S. Navy finally disclosed summary findings to the San...


San Francisco Public Press
https://www.sfpublicpress.org › city-sat-on-plutonium-f...

### City Sat on Plutonium Findings, Then Faulted Navy Over ...

Dec 8, 2025 — As the Public Press reported last year in its investigative series "Exposed: The Human Radiation Experiments at Hunters Point," airborne plutonium was detected around the docks as...


The Guardian
https://www.theguardian.com › us-news › nov › us-nav...

### US navy accused of cover-up over dangerous plutonium in ...

Nov 27, 2025 — The plutonium levels exceeded the federal action threshold at the navy's highly contaminated, 866-acre Hunters Point Naval Shipyard. It was detected in an area adjacent to a...


Mission Local
https://missionlocal.org › 2025/10 › navy-elevated-pluto...

### U.S. Navy found elevated plutonium in Bayview. S.F. says it ...

Oct 30, 2025 — The plutonium was found above a parcel in the Hunters Point Shipyard, a Superfund site that has seen decades of radioactive pollution. The measurements were made after years of...


KTVU
https://www.ktvu.com · Nov 17, 2025

### Community meeting turns tense over delayed Navy disclosure ...



... test that detected airborne plutonium ... Community meeting turns tense over delayed Navy disclosure of plutonium test at Hunters Point Shipyard.

San Francisco Chronicle
https://www.sfchronicle.com › Bay Area › San Francisco

### 'Airborne' radioactive material detected at former Navy ...

Oct 30, 2025 — For 11 months, the federal agency failed to notify the city's health department about air samples that showed elevated levels of plutonium-239, ...


Evrim Ağacı
https://evrimagaci.org › ... › U.S. News

### Navy Delays Plutonium Warning At San Francisco Shipyard

Nov 28, 2025 — ... Point neighborhood: airborne plutonium had been detected at the former Hunters Point Naval ... air samples at Hunters Point. One sample ...