CERTIFICATE OF SERVICE

The undersigned certifies that she is the Plaintiff in the above entitled action and is over the age of eighteen and competent to serve. The undersigned further certifies that she is creating a copy of the Plaintiff's Notice of Supplemental Authority to be served on the Defendant, the United States via ECF, as Defendant has consented to participation.

Executed March 10, 2026, at San Francisco, California.

*Kelly Tankersley*
_____
KELLY TANKERSLEY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28