UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY KIRSTEN TANKERSLEY,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>        Defendants. | Case No. 25-cv-05030-AGT<br><br>**ORDER ON MOTION FOR PRELIMINARY INJUNCTION AND MOTIONS TO COMPEL**<br><br>Re: Dkt. Nos. 37, 39, 42 |

Previously, the Court denied Kelly Tankersley's ex parte application for a temporary restraining order but converted her application to a motion for a preliminary injunction. Dkt. 38 at 3. Now, having held that Tankersley's claims are barred by the discretionary function exception to the Federal Tort Claims Act (dkt. 47), the Court denies Tankersley's motion for a preliminary injunction. Tankersley "has no likelihood of success on the merits of [her] claims," and thus "has not shown that [she] is entitled to the extraordinary remedy of an injunction." *Alfarah v. City of Soledad*, No. 5:15-CV-05569-EJD, 2016 WL 3456697, at *9 (N.D. Cal. June 24, 2016). The Court also denies Tankersley's motions to compel the U.S. Navy to produce the administrative file for the claim she filed with the Navy. Dkts. 39, 42. Such relief isn't warranted under the circumstances.

    **IT IS SO ORDERED.**

Dated: March 11, 2026

 

_____
Alex G. Tse
United States Magistrate Judge