UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY KIRSTEN TANKERSLEY,<br><br>Plaintiff.<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No.  25-cv-05030-AGT<br><br>**JUDGMENT IN A CIVIL CASE** |

   **( )  Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

   **( X )  Decision by Court.**  This action came to trial, hearing, or submission on the papers to the Court.  The issues have been presented and a decision has been rendered.

   IT IS SO ORDERED AND ADJUDGED that judgment is entered in favor of Defendants.

Dated: 3/11/2026

Mark B. Busby, Clerk of Court

_____
Stephen Ybarra
Deputy Clerk